UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>   Plaintiffs,<br>v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>   Defendants. | Case No. 2:21-cv-00080 |

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83.2.5, the undersigned William Most, counsel of record for Plaintiff, respectfully requests that this Court permit attorney Howard B. Manis to appear and participate *pro hac vice* as counsel on behalf of the plaintiff in this case.

### DISCUSSION

1. Howard B. Manis is a licensed attorney admitted to practice in the state of Tennessee. He is a member in good standing of the Western District of Tennessee, Western Division and his contact information is as follows:

 Howard B. Manis
 Tennessee State Bar No. 16202
 The Cochran Firm
 One Commerce Square, Suite 1700
 Memphis, TN 38103
 (901) 523-1222

Motion for Pro Hac Vice Admission of Howard B. Manis - 1

hmanis@cochranfirmmidsouth.com

2. Pursuant to Local Civil Rule 83.2.5 a Certificate of Good Standing in the Western District of Tennessee is attached here as Exhibit A.

WHEREFORE, William Most, a member of the bar of this Court in good standing, prays that this court enter an order permitting Howard B. Manis to appear *pro hac vice* for Plaintiff in the above-captioned matter.

        Respectfully submitted,

        */s/ William Most*
        WILLIAM MOST
        Law Office of William Most, L.L.C.
        Louisiana Bar No. 37764
        201 St. Charles Ave., Ste. 114 #101
        New Orleans, LA 70170
        Tel: (504) 509-5023
        Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a copy of Plaintiffs' *Ex Parte Motion for Admission Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system.

        */s/ William Most*
        William Most