UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>        Plaintiffs,<br>v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>        Defendants. | Case No. 2:21-cv-00080 |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

The Court, after reviewing the *ex parte* motion of counsel of record William Most and considering the grounds therefore, does hereby grant permission for attorney Andrew C. Clarke to appear *pro hac vice* in the above-captioned matter.

It is ORDERED AND ADJUDGED that Plaintiff's *pro hac vice* motion is GRANTED.

DONE AND ORDERED in Louisiana this 15th day of January, 2021.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

Order Granting *Pro Hac Vice* Admission - 1