UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONNA LOU and DAREN PARSA, on their own
behalf and on behalf of their deceased minor child,
E.P.
             Plaintiffs,

    v.

SHERIFF JOSEPH P. LOPINTO, III, CHAD
PITFIELD, RYAN VAUGHT, STEVEN
MEHRTENS, SHANNON GUIDRY, NICK
VEGA, MANUEL ESTRADA, MYRON
GAUDET, JOHN DOES 1-3, VICTORY REAL
ESTATE INVESTMENTS LA, LLC and
WESTGATE INVESTORS NO LLC D/B/A
WESTGATE SHOPPING CENTER, ABC
INSURANCE COMPANY, and XYZ
INSURANCE COMPANY,

             Defendants.

Case No. 2:21-cv-00080
Jury Demanded

## REPORT OF THE PARTIES RULE 26(F) PLANNING MEETING

COME NOW the parties and pursuant to Federal Rule of Civil Procedure 26(f) and hereby submit the following Report of the Parties Planning Meeting:

1.    Pursuant to Federal Rule of Civil Procedure 26(f), the parties conferred by telephone regarding the preparation of the Report of the Parties' Planning Meeting. The conference was attended by the following attorneys:

William Most, Howard Manis and Andrew Clarke for the Plaintiffs;

Danny Martiny for the Jefferson Parish Defendants; and

Chris Kaul for the Westgate Mall Defendants.

2.    As a result of this conference, the parties jointly submit the following Report of the Parties Planning Meeting subject to the approval of this Honorable

1

Court.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Rule 26(a)(1) Disclosures:................................................. 04/15/21

    B. Completing All Discovery:................................................ 04/01/22

| | |
|---|---|
| 1. Document Production: | 09/01/21 |
| 2. Interrogatories: | 09/01/21 |
| 3. Request for Admissions: | 09/01/21 |
| 4. Depositions (excluding experts) | 04/01/22 |
| 5. Plaintiff's Expert Disclosure: | 01/01/22 |
| 6. Defendant's Expert Disclosures: | 02/01/22 |
| 7. Expert Depositions: | 04/01/22 |

4. The parties have engaged in preliminary settlement negotiations which have not concluded. The parties request that a settlement conference be scheduled after the completion of discovery.

5. The parties agree that the following will be set a date convenient with this Honorable Court:

    a. Dispositive Motions/Daubert Motions
    b. Settlement Conference
    c. Joint Pre-Trial Order
    d. Pre-Trial Conference
    e. Jury Trial

6. The parties do not consent to all matters being conducted by the Magistrate.

7. The parties anticipate this jury trial will take approximately two weeks.

DATED: This the 24th day of March, 2021.

RESPECTFULLY SUBMITTED,

/s/Andrew C. Clarke
Andrew C. Clarke (TN BPR # 15409)
Howard Manis (TN BPR #
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

/s/ William Most
William Most (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

/s/ Daniel R. Martiny
Daniel R. Martiny (BPR # 9012)
Jeffery D. Martiny (BPR # 35012)
131 Airline Highway – Suite 201
Metairie, LA 70001
(504) 834-7676
danny@MARTINYLAW.com

/s/ Christopher W. Kaul
Christopher W. Kaul (BPR # 33213)
Mark A. Hill (BPR # 33891)
Thompson, Coe, Cousins & Irons, LLP
605 Poydras Street, Suite 2105
New Orleans, LA 70130
(504) 526-4350
ckaul@thompsoncoe.com