

**Walt Bennetti**
3d · 🌐



"I guess other parishes don't have a Chad Pitfield". And parents of Autistic teens are thankful for that Ben.

👍 Like    💬 Comment    ↗ Share

👍😮 21

1 Share



**Donna Romano Gaudet**
I don't know what to think after hearing what he said 😮

📷  Write a comment...  😀 GIF ☺

Home    Watch    News    Events    Notifications    Menu

 

 **Christina Marie**

  

3d    Like    Reply

 **Joseph Lopinto**
Sorry Walt, that is certainly not the facts.  Pitfield may not be perfect as none of us are, but calling him a killer is not appropriate.

3d    Like    Reply                    7 

 **Walt Bennetti**
Sheriff, I understand and I would never claim to be perfect. However, A child died and Chad was involved and may have been responsible. Whether it was poor training, A failure to adequately access the situation, excessive force, or whatever the cause, the civil lawsuit clearly links Chad and describes several errors or lapses in judgement. Just because criminal charges weren't filed, that doesn't exonerate Chad, even if

 Write a comment...   

