UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, III** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTIO, III ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF PARTIAL MOTION TO DISMISS THE FEDERAL CLAIMS AGAINST SHERIFF LOPINTO IN HIS INDIVIDUAL CAPACITY PURSUANT TO FED. R. CIV. P. 12(C) OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT <u>PURSUANT TO FED. R. CIV. P. 56</u>**

MAY IT PLEASE THE COURT:

Defendant, Sheriff Joseph P. Lopinto, III, in his individual capacity and in his official capacity as the Sheriff of Jefferson Parish, respectfully submits the following statement of uncontested material facts in support of his Motion for Summary Judgment:

1. This case involves the death of an individual (E.P.) who violently attacked his father and the responding Deputy that was called to the scene in the parking lot of the Westgate Shopping Center in Metairie, La. on January 19, 2020. The call for service was made by a horrified onlooker. R. Doc. 1.

2. The Defendant J.P.S.O. Deputies were called to the scene based upon a report from a business manager that E.P. was violently out of control and severely beating his own father, Plaintiff, in the parking lot.

3. The Defendant J.P.S.O. Deputies arrived to find a horrifying scene. E.P. had severely injured his father. E.P. had bitten his fathers face, leaving open and obvious trauma.

4. The Defendant J.P.S.O. Deputies did as best they could to manage E.P.

5. Regrettably, E.P. expired on the scene.

6. It is uncontested that Sheriff Lopinto was not on scene during any of the relevant events; Plaintiffs do not allege otherwise. R. Doc. 1.

7. It is uncontested that Sheriff Lopinto did not participate in any of the subject events; Plaintiffs do not allege otherwise. *Id*.

8. It is uncontested that Sheriff Lopinto did not direct any of the actions of the Defendant Deputies; Plaintiffs do not allege otherwise. *Id*.

    Respectfully submitted,

    **/s/ Daniel R. Martiny**
    _____
    **DANIEL R. MARTINY, LSB#9012**
    FRANZ L. ZIBILICH, LSB#14914
    MARTINY & ASSOCIATES, LLC

        131 Airline Drive
        Suite 201
        Metairie, Louisiana 70001
        Telephone: (504) 834-7676
        Facsimile: (504) 834-5409
        Email: danny@martinylaw.com