UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-80 |
| JOSEPH LOPINTO, ET AL. | * | SECTION "D" (2) |

**<u>ORDER</u>**

The parties in this action jointly filed an Ex Parte/Consent Motion for Protective Order (ECF No. 75). Paragraph 3 of the proposed protective order contains provisions that fail to comply with this Court's Local Rules and applicable precedent regarding a party's request to file documents marked as "confidential" under seal in connection with any motion. *See* Local Rule 5.6; *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021) (explaining the showing necessary to justify filing under seal). Accordingly,

IT IS ORDERED that the Ex Parte/Consent Motion for Protective Order (ECF No. 75) is DENIED. The Court directs the parties to review the sample protective order available at http://www.laed.uscourts.gov/judges-information/judge/honorable-donna-phillips-currault, specifically ¶ 6 outlining the proper procedure for seeking to seal documents filed in the court record.

New Orleans, Louisiana, this 16th day of May, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE