**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P. | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:21-cv-00080 |
| | ) | |
| SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

In this Motion, the Plaintiffs' respectfully request that the Court hold a scheduling conference to choose and new trial date and pre-trial deadlines.

This lawsuit was filed in January 2021. R. Doc. 1. On August 24, 2021, Judge Feldman entered the first scheduling order. R. Doc. 16. After the scheduling order, written discovery commenced between the parties. After the death of Judge Feldman, this matter was transferred to Judge Vitter on January 31, 2022. R. Doc. 17. After the case was transferred to Judge Vitter, numerous discovery motions were filed and resolved by the Court. On May 9, 2022, this Honorable Court entered an amended scheduling order setting forth the following pertinent dates:

| | |
|---|---|
| Plaintiffs' Expert Reports | 10/19/22 |
| Defendants' Expert Reports | 11/18/22 |
| Rebuttal Expert Reports | 12/5/22 |

| | |
|---|---|
| Evidentiary Depositions | 12/19/22 |
| Non-Evidentiary Pretrial Motions including MSJ | 1/10/23 |
| Motions in Limine | 2/9/23 |
| Responses to Motions in Limine | 2/14/23 |
| Pretrial Conference | 2/16/23 |
| Trial | 5/6/23 |

After resolution of the discovery motions, the parties began commencing depositions. The parties scheduled a took depositions from July 6-8, 2023. Further, numerous other depositions were scheduled to take place in August. The parties began taking the depositions scheduled for August on August 1, 2022. However, due to Plaintiffs' scheduling issues, the remaining depositions scheduled for August had to be cancelled. The parties have rescheduled these depositions for September 12-15, 2022, and September 19-22, 2022.

The parties have been diligent in the discovery process. There are additional discovery issues that have arisen during depositions which the parties are attempting to resolve without further motion practice. The rescheduling of the depositions and working through these additional discovery issues impacts the parties efficient use of expert witnesses. The parties submit that resetting of the trial and pre-trial deadlines would allow for the most judicious use of the parties' and Court's resources. Further, no one will be prejudiced as this Motion is unopposed.

For these reasons, the Plaintiffs respectfully request that this Honorable Court hold a scheduling conference with the parties to select a new trial date and corresponding pre-trial deadlines.

RESPECTFULLY SUBMITTED,

/s/ Andrew C. Clarke
Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com
Attorney for Plaintiffs

/s/ William Most
WILLIAM MOST (BPR # 36914)
Law Office of William Most, L.L.C.
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

## CERTIFICATE OF SERVICE

I, Andrew C. Clarke, do hereby certify that a true and correct copy of this joint motion has been served upon all attorneys of record via the Court's ECS filing system.

/s/ Andrew C. Clarke
Andrew C. Clarke