UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONNA LOU, ET AL.　　　　　*　　CIVIL ACTION NO. 21-80

VERSUS　　　　　　　　　　*　　SECTION "D" (2)

SHERIFF JOSEPH P, LOPINTO,　　*　　Judge Wendy B. Vitter
III, ET AL.　　　　　　　　　Magistrate Judge Donna P. Currault

**Plaintiff's Motion for Partial Summary Judgment**

NOW COME the Plaintiffs, through undersigned counsel, and file this motion for partial summary judgment on their Fourth Amendment claim for unconstitutional search warrants. In support thereof they state:

On January 19, 2020, the minor E.P. died in the custody of Jefferson Parish Sheriff's Office deputies. The next day, JPSO began seeking criminal search warrants for information about E.P.'s background.

None of the search warrant applications identified any alleged crime. At deposition, JPSO admitted that it did not describe any crime in the warrant applications because it did not suspect any crime.

But criminal search warrants without a crime are forbidden by the Fourth Amendment to the United States Constitution. That amendment bars any warrant from issuing except "upon probable cause" of a crime.

And so JPSO's admitted use of criminal search warrants without even the suspicion of a crime – much less probable cause – indisputably violates the Fourth Amendment.

JPSO also testified that the use of these search warrants was consistent "with

1

the way Sheriff Lopinto requires that [search warrants] be used."

For that reason, partial summary judgment should issue on Plaintiffs' unconstitutional search warrant claim against Sheriff Lopinto in his official capacity.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com