# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**Case Number:**          **WARRANT NUMBER:**
A-15489-20                **A-15489-20**

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana, **Keith Dowling ,** of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P█, DOB: ███/2003, and that these records should be released regarding the investigation of E█ P███ for the violation of revised statute(s):

No charge at this time

**AND THAT a search warrant should be issued for search of the following described premises:**

East Jefferson General Hospital (EJ EMS)

4200 Houma Boulevard

Metairie, LA 70006

WHERE the following described medical records are believed to be located:

- any and all medical records from E█ P███'s East Jefferson EMS run-sheet on Sunday, January 19, 2020

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E█ P███ at 8855 Veterans Boulevard.

In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E█ P███ and his father, Daren Parsa, in the parking lot of Laser Tag. Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E█ P███ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E█ P███ was then transported by ambulance (EJ EMS) from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on

the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

Based on these events, Sergeant Keith Dowling respectfully requests for the granting of a search warrant relative to obtaining the medical records in reference to E█ P██'s EMS run-sheet by East Jefferson EMS on Sunday, January 19, 2020.

AND THAT these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Keith Dowling*

_____

Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 20 day of January, 2020 after reading of the whole.

*Paul Schneider*

_____

Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Monday, January 20, 2020 23:16
JPSO 002218

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**CASE NUMBER:**
A-15489-20

**WARRANT NUMBER:**
**A-15489-20**

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY  Keith Dowling ,** of the Jefferson Parish Sheriff's Office, believes that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P██, DOB: ███/2003, and that these records should be released regarding the investigation of  E██  P██  for the violation of revised statute(s):

No charge at this time

**IT IS ORDERED** that the following patient records for E█ P██, DOB: ███/2003:

- any and all medical records from E█ P██'s East Jefferson EMS run-sheet on Sunday, January 19, 2020

Which are now being stored or kept at the following location:

East Jefferson General Hospital (EJ EMS)

4200 Houma Boulevard

Metairie, LA 70006

**BE RELEASED AND** that these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court.  This shall be your warrant, whereof you are to make due to return according to law.

Monday, January 20, 2020 23:16
JPSO 002219

WITNESS my official signature on this 20 day of January, 2020.

_Paul Schneider_

_____

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**Case Number:**
A-15489-20

**WARRANT NUMBER:**
**A-15489-20**

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana,  **Keith Dowling ,** of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P█ , DOB: ███/2003, and that these records should be released regarding the investigation of E█ P███ for the violation of  revised statute(s):

No charge at this time

**AND THAT a search warrant should be issued for search of the following described premises:**

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006

WHERE the following described medical records are believed to be located:

- any and all medical records from E█ P██'s hospital visit on Sunday, January 19, 2020

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E█ P██ at 8855 Veterans Boulevard.
In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E█ P██ and his father, Daren Parsa, in the parking lot of Laser Tag.  Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E█ P██ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E█ P██ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

Monday, January 20, 2020 22:16

JPSO 002221

Based on these events, Sergeant Keith Dowling respectfully requests for the granting of a search warrant relative to obtaining the medical records in reference to E█ P█'s hospital visit at East Jefferson General Hospital on Sunday, January 19, 2020.

AND THAT these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Keith Dowling*

Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 20 day of January, 2020 after reading of the whole.

*Paul Schneider*

Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Monday, January 20, 2020 22:16

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**CASE NUMBER:**
A-15489-20

**WARRANT NUMBER:**
**A-15489-20**

### SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY  Keith Dowling ,** of the Jefferson Parish Sheriff's Office, believes that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P██ , DOB: ███/2003, and that these records should be released regarding the investigation of  E██  P██  for the violation of revised statute(s):

No charge at this time

**IT IS ORDERED** that the following patient records for E█ P██ , DOB: ███/2003:

- any and all medical records from E█ P██ 's hospital visit on Sunday, January 19, 2020


Which are now being stored or kept at the following location:

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006


**BE RELEASED AND** that these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court.  This shall be your warrant, whereof you are to make due to return according to law.

Monday, January 20, 2020 22:16

WITNESS my official signature on this 20 day of January, 2020.

Paul Schneider
_____

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**Case Number:**  
A-15489-20

**WARRANT NUMBER:**  
**A-15489-20**

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana, **Keith Dowling ,** of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P█, DOB: ███-2003, and that these records should be released regarding the investigation of UNKNOWN for the violation of revised statute(s):

No charge at this time

**AND THAT a search warrant should be issued for search of the following described premises:**

Ormond Pediatrics and Doctor Thomas Babin

WHERE the following described medical records are believed to be located:

- any and all medical records, notes, and documents associated with E█ P█, W/M, DOB ███-2003

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E█ P█ at 8855 Veterans Boulevard in Metairie, LA.
In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E█ P█ and his father, Daren Parsa, in the parking lot of Laser Tag. Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E█ P█ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E█ P█ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.
Through research, investigators learned that E█ P█'s pediatrician of record is Doctor Thomas Babin of Ormond Pediatrics located at 141 Ormond Center Court in Destrehan, LA.

Wednesday, January 22, 2020 13:23

JPSO 002229

Based on these events, Sergeant Keith Dowling is respectfully requesting for the granting of a search warrant relative to obtaining any and all medical records, notes, and documents associated with E█ P█ from Ormond Pediatrics and Doctor Thomas Babin.

AND THAT these records should be returned to Keith Dowling of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Keith Dowling*

—————————————————————
Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 22 day of January, 2020 after reading of the whole.

*Paul Schneider*

—————————————————————
Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Wednesday, January 22, 2020 13:23

JPSO 002230

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|---|---|
| A-15489-20 | A-15489-20 |

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY  Keith Dowling ,** of the Jefferson Parish Sheriff's Office, believes that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P██ , DOB: ████-2003, and that these records should be released regarding the investigation of  UNKNOWN for the violation of revised statute(s):

No charge at this time

**IT IS ORDERED** that the following patient records for E█ P██ , DOB: ████-2003:

- any and all medical records, notes, and documents associated with E█ P██ , W/M, DOB ████-2003

Which are now being stored or kept at the following location:

Ormond Pediatrics and Doctor Thomas Babin

**BE RELEASED AND** that these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court.  This shall be your warrant, whereof you are to make due to return according to law.

WITNESS my official signature on this 22 day of January, 2020.

Paul Schneider

---

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

Case Number:                         WARRANT NUMBER:
A-15489-20                              A-15489-20

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana, **Keith Dowling ,** of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for Daren Parsa, DOB: ███/1966, and that these records should be released regarding the investigation of  DAREN  PARSA for the violation of  revised statute(s):

No charge at this time

**AND THAT a search warrant should be issued for search of the following described premises:**

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006

WHERE the following described medical records are believed to be located:

- any and all medical records from Daren Parsa's hospital visit on Sunday, January 19, 2020

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E█ P██ at 8855 Veterans Boulevard.
In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E█ P██ and his father, Daren Parsa, in the parking lot of Laser Tag.  Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E█ P██ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E█ P██ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the

severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

Based on these events, Sergeant Keith Dowling respectfully requests for the granting of a search warrant relative to obtaining the medical records in reference to Daren Parsa's hospital visit at East Jefferson General Hospital on Sunday, January 19, 2020.

AND THAT these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Keith Dowling*

Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 20 day of January, 2020 after reading of the whole.

*Paul Schneider*

Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Monday, January 20, 2020 22:57

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|:---:|:---:|
| A-15489-20 | A-15489-20 |

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY  Keith Dowling ,** of the Jefferson Parish Sheriff's Office, believes that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for Daren Parsa, DOB: ███/1966, and that these records should be released regarding the investigation of  DAREN  PARSA for the violation of revised statute(s):

No charge at this time

**IT IS ORDERED** that the following patient records for Daren Parsa, DOB: ███/1966:

- any and all medical records from Daren Parsa's hospital visit on Sunday, January 19, 2020

Which are now being stored or kept at the following location:

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006

**BE RELEASED AND** that these records should be returned to  Keith Dowling  of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court.  This shall be your warrant, whereof you are to make due to return according to law.

Monday, January 20, 2020 22:57

JPSO 002215

WITNESS my official signature on this 20 day of  January, 2020.

Paul Schneider

_____

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

# ORLEANS PARISH CRIMINAL DISTRICT COURT

## PARISH OF ORLEANS

## STATE OF LOUISIANA

Case Number:                           WARRANT NUMBER:
A-28745-20                                  A-28745-20

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the ORLEANS PARISH CRIMINAL DISTRICT COURT, Parish of ORLEANS, State of Louisiana, **Steven Phillips ,** of the New Orleans Police Department, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

1024 N. Rampart St.,  New Orleans, LA,

WWL TV
1024 N. Rampart St. New Orleans LA 70116
Custodial of Records
WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:
 unedited video published on January 19, 2020 by Paul Murphy, Eyewitness News of altercation with one E█ P█
AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

   On Thursday January 23, 2020 Det. Steven Phillips of the New Orleans Police Department, Intelligence Unit, was contacted by the Jefferson Parish Sheriff's Office concerning a death investigation which occurred in Jefferson Parish. Jefferson Parish Sheriff's Office Detectives were seeking a search warrant for video footage from WWLTV located with in Orleans parish. The facts and circumstances are as follows.
   On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E█ P█ at 8855 Veterans Boulevard.
   In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E█ P█ and his father, Daren Parsa, in the parking lot of Laser Tag. Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E█ P█ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E█ P█ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

During the course of the scene investigation, video surveillance footage was obtained capturing the initial altercation along with the subsequent actions of responding law enforcement and paramedics. Thereafter, investigators reviewed a segment of video of the incident on WWLTV.com, published on January 19, 2020 by Paul Murphy, Eyewitness News. This segment of video appears to be taken from a vehicle and different vantage point than the surveillance footage obtained by law enforcement.

Investigators are seeking the entirety of the video acquired and published by WWLTV.com in order to conduct a thorough and comprehensive review of said video footage pursuant to the death investigation.

Det. Steven Phillips of the New Orleans Police Department respectfully requests, on behalf of the Jefferson Parish Sheriff's Office, that a search warrant be issued for the above listed unedited video so a thorough investigation can be completed.

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

Steven Phillips
**AFFIANT**

Sgt. Chinh Nguyen ID# 010413
Reviewing Supervisor

THUS DONE AND PASSED on the 23 day of January, 2020 after reading of the whole.

Melivn Zeno

JPSO 002204

Judge

ORLEANS PARISH CRIMINAL DISTRICT
COURT
Parish of ORLEANS
State of Louisiana

# ORLEANS PARISH CRIMINAL DISTRICT COURT

# PARISH OF ORLEANS

# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|:---:|:---:|
| A-28745-20 | **A-28745-20** |

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY Steven Phillips** of the New Orleans Police Department, that he has a good reason to believe that on or in:
 WWL TV
1024 N. Rampart St. New Orleans LA 70116
Custodial of Records
located at the address: **1024 N. Rampart St., New Orleans, LA,** there is now being concealed certain **property,**
 unedited video published on January 19, 2020 by Paul Murphy, Eyewitness News of altercation with one E█ P█
is/are located, which property constitutes evidence of the violation of:


of the Louisiana Revised Statues, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.


 WITNESS my official signature on this 23 day of January, 2020.


_Melivn Zeno_

_____

Melivn Zeno

ORLEANS PARISH CRIMINAL DISTRICT COURT
Parish of ORLEANS
State of Louisiana

**TWENTY-NINTH JUDICIAL DISTRICT COURT**
**PARISH OF ST. CHARLES**
**STATE OF LOUISIANA**

Item No.:  2000381
JPSO A-15489-20

## SEARCH WARRANT

---

**TO:  THE SHERIFF, PARISH OF ST. CHARLES AND/OR HIS DESIGNATED REPRESENTATIVE(S):**

**AFFIDAVIT(S) HAVING BEEN MADE BEFORE ME by Captain Renee Kinler**
**Of the ST. CHARLES PARISH SHERIFF'S OFFICE, that she has good reason to believe that on or in Destrehan High School #1 Wildcat Lane Destrehan, LA  70047**

**Located within the Parish of St. Charles, State of Louisiana, there is now being concealed certain property, namely** Any and all Destrehan High School records associated with Eric Parsa, to include the following:  the documented plan of care, including all protocols and procedures; disciplinary notes and reports, including all incidents of violence or documented behavioral reports.

Any and all Destrehan High School records associated with Eric Parsa relative to his courses of study, including grades, progress reports and all associated notes.

Complete list of all teachers, para-teachers and support staff assigned to the care and monitoring of Eric Parsa while on school grounds and /or on any school buses/ vehicles.

Any video surveillance footage related to Eric Parsa in his assigned classroom or any classroom utilized for his care and monitoring.

Any video surveillance footage of Eric Parsa relative to any outbursts or violent behavior.

Access to any and all areas, rooms or classrooms utilized for the care and monitoring of Eric Parsa for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

Access to any and all equipment, restraints or other devices utilized in the care and monitoring of Eric Parsa for purposes of generalized law enforcement inspection and acquisition of documentary photographs.
**Which said property constitutes evidence of the violation of a pending death investigation and as I am satisfied from the affidavit(s) submitted in support of the application for this warrant that there is probable cause to believe that the aforesaid property is being concealed on or in the above described, and that the aforesaid grounds for the issuance of this search warrant exists.**

**YOU ARE HEREBY ORDERED to search forthwith the aforesaid school campus (Destrehan High School) for the property specified, serving this search warrant and making the search during the daytime.  (It may become necessary to serve this search warrant during the nighttime or on Sunday, and affiant will request authorization in the warrant application.)  If the property be found there, to seize it, leaving a copy of this warrant and a receipt for the property seized, to make your written return on this warrant including a written inventory of the property seized, and to bring the said seized property before me within ten (10) days of this date as required by law.**

HAUNVILLE                    , LOUISIANA, THIS 21   DAY OF JANUARY        2020.

_____
JUDGE
TWENTY-NINTH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

**COPIES:**

Original: Clerk of Court
        Judge signing warrant
        Person upon whom warrant is served
        District Attorney
        St. Charles Parish Sheriff's Office
        Records Division

# IN THE 29TH JUDICIAL DISTRICT COURT
## PARISH OF ST. CHARLES
## STATE OF LOUISIANA

Item No.: 2000381
JPSO Item # A-15489-20

### APPLICATION FOR AND SWORN PROOF OF PROBABLE CAUSE FOR THE
### ISSUANCE OF
### A SEARCH WARRANT HEREIN

BEFORE ME, THE UNDERSIGNED JUDGE OF THE 29TH JUDICIAL DISTRICT COURT, PARISH OF ST. CHARLES, STATE OF LOUISIANA, PERSONALLY CAME AND APPEARED: CAPTAIN RENEE KINLER EMPLOYED BY THE ST. CHARLES PARISH SHERIFF'S OFFICE, P.O. BOX 426, HAHNVILLE, LOUISIANA. WHO, AFTER BEING DULY SWORN BY ME, DID DEPOSE AND SAY:

THAT A SEARCH WARRANT SHOULD BE ISSUED FOR THE SEARCH OF THE FOLLOWING DESCRIBED PREMISES.

**Municipal Number: #1 Wildcat Lane Destrehan, LA** (Destrehan High School is a public secondary school located on the east bank of St. Charles Parish comprised of several buildings located on the school campus.)

**Type of Occupancy: Public High School**

**Structure: Public High School**

**Number of Stories:**                                    **Apartment Number:**

FOR THE PURPOSE OF SEIZING THE FOLLOWING DESCRIBED PROPERTY: Any and all Destrehan High School records associated with E█ P█, to include the following: the documented plan of care, including all protocols and procedures; disciplinary notes and reports, including all incidents of violence or documented behavioral reports.

Any and all Destrehan High School records associated with E█ P█ relative to his courses of study, including grades, progress reports and all associated notes.

Complete list of all teachers, para-teachers and support staff assigned to the care and monitoring of E█ P█ while on school grounds and /or on any school buses/ vehicles.

Any video surveillance footage related to E█ P█ in his assigned classroom or any classroom utilized for his care and monitoring.

Any video surveillance footage of Eric Parsa relative to any outbursts or violent behavior.

Access to any and all areas, rooms or classrooms utilized for the care and monitoring of E█ P█ for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

Access to any and all equipment, restraints or other devices utilized in the care and monitoring of E█ P█ for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

THE REASONS AND FACTS FOR THIS REQUEST OF THIS SEARCH WARRANT ARE: On Sunday, January 19, 2020 at approximately 1:29pm, members of the Jefferson Parish Sheriff's Office responded to a disturbance at Laser Tag of Metairie located at 8855 Veterans Boulevard in Metairie, Louisiana. This disturbance was in reference to a physical altercation involving two white males in front of the above business. Upon arrival, the initial responding deputy observed a large younger white male physically attacking an older white male by striking and biting the older

male. The deputy was informed by a witness, identified as Donna Lou, that the younger male was her son, E█ P█, who has autism, and the older male, Daren Parsa, is her husband and the father of E█ P█.

As the initial responding deputy attempted to intervene in the altercation, E█ P█ attacked the deputy, whom he struck in the head/torso area and bit on the leg. With the assistance of additional responding deputies, E█ P█ was restrained and handcuffed. In addition to the bite sustained by the deputy, Daren Parsa sustained lacerations to the head and arms, as well as a bites to the chin, arms, hands, fingers, and legs. EMS was requested to the scene for the injuries to the deputy and Daren Parsa. Prior to the arrival of EMS, deputies observed that E█ P█ appeared unresponsive and, as such, CPR was initiated until EMS assumed medical control. E█ P█ was transported by ambulance to East Jefferson General Hospital where he subsequently expired. E█ P█'s remains were later transferred to the Jefferson Parish Coroner's Office pending autopsy.

During the ensuing scene investigation, several witnesses provided a consistent account of E█ P█ attacking his father in the Laser Tag parking lot for several minutes before attacking the first deputy on scene. Video surveillance footage from Laser Tag confirmed witness accounts of the attacks, which did in fact continue for several minutes. The video footage also captured the actions of first responders as related to the restraining of E█ P█ Review of said footage does not reveal first responders striking or employing any restrictive techniques to E█ P█'s head or neck and, given his large size, two pair of handcuffs were utilized to avoid undue compromise or injury.

After hospitalization and treatment, Daren Parsa provided an account of the incident, as did his wife, Donna Lou. Their accounts were generally consistent with that of the independent witnesses and surveillance footage. Both parents self-identified as psychiatrists and offered historical information identifying E█ P█ as autistic with 'intermittent explosive disorder'. According to his parents, their son periodically exhibited violent outbursts and would then become physically aggressive with either or both.
The parents confirmed residing in Destrehan with their son. Investigators independently established that 16 year-old E█ P█ attends Destrehan High School where he receives care and monitoring of a special-needs student. Additional investigative efforts revealed E█ P█ attacked his father in July of 2019 in St. Charles Parish wherein Daren Parsa sustained lacerations and bites documented by the St. Charles Parish Sheriff's Office.

Pending the findings at autopsy and a definitive cause of death, investigators are currently seeking any and all information relative to E█ P█'s physical and mental health status and diagnoses in conjunction with his daily school routines and any and all precautionary requirements associated with school attendance. Initial contact with the Destrehan High School resource officer revealed E█ P█ has a history of violent outbursts and an array of safety protocols are in place to protect P█, other students and school staff.

Pursuant to the totality on circumstances, Sergeant Keith Dowling of the Jefferson Parish Sheriff's Office is seeking any and all relevant Destrehan High School documents and safety protocols associated with E█ P█ and his attendance at the school, to include all prior events and incidents of violence. Investigators are additionally seeking to inspect and photographically document any areas, rooms or classrooms utilized for the care and monitoring coupled with any and all equipment, restraints or other devices utilized in the care, monitoring and transportation of E█ P█. Moreover, investigators are seeking acquisition of any and all school surveillance footage of said areas, rooms, classrooms and transportation vehicles along with equipment, restraints or other devices.

_Sgt. KD_ #11717
**AFFIANT**

_Capt_ ███
**CO AFFIANT**

SWORN TO AND SUBSCRIBED BEFORE ME THIS __21__ DAY OF __JANUARY__ 2020
AT ___HAHNVILLE___, LOUISIANA

_____
JUDGE OF 29TH JUDICIAL COURT
PARISH OF ST. CHARLES
STATE OF LOUISIANA

COPIES:

ORIGINAL: Clerk of Court
            Judge signing warrant
            District Attorney Office
            St. Charles Sheriff's Office Record Division
            Case Officer

# RETURN ON SEARCH WARRANT SCSD 2000381

Item Number: JPSO A-15489.20

AT _1047 hrs_ O'CLOCK ON THE _7_ DAY OF _Feb_ YR _2020_

I, THE UNDERSIGNED MEMBER OF THE ST. CHARLES PARISH SHERIFF'S OFFICE, EXECUTED THE FOREGOING SEARCH WARRANT AS FOLLOWS:

I SEARCHED THE _Destrehan High School_ DESCRIBED IN THE SAID SEARCH WARRANT, AND I LEFT A COPY OF THE SAID SEARCH WARRANT WITH:

_Kade Rogers_ / _Asst Pri_

TOGETHER WITH A RECEIPT FOR THE ITEMS SEIZED.

THE FOLLOWING IS AN INVENTORY OF PROPERTY SEIZED PURSUANT TO THE SAID FOREGOING SEARCH WARRANT:

_2 white boxes containing Student records_

_Hikvision DVR model # DS7204HGHI-SH_

_Ser# 607466181_

THIS INVENTORY WAS MADE IN THE PRESENCE OF _Capt Renee Kinler_

AND _1432_ .

THIS RETURN MADE IN DUPLICATE ORIGINAL THIS _____ DAY OF _____

YR. _____ AT _____, LOUISIANA.

_____ BADGE _____

ST. CHARLES PARISH SHERIFF'S OFFICE

Original: Clerk of Court
   Copies: Judge signing warrant
      : Person upon whom warrant is served
      : District Attorney
      : St. Charles Parish Sheriff's Office
         Records Division

JPSO 002211



ST. CHARLES PARISH SHERIFF'S OFFICE
260 Judge Edward Dufresne Parkway
Luling, Louisiana 70070
Telephone (985) 783-1280

Property / Evidence Transfer Receipt

Printed on February 7, 2020

| | |
|---|---|
| **Transfer Date** | 02/07/20 11:28 |
| **Transfer Comments** | JPSO Detective Keith Downing |

| | |
|---|---|
| **Item #** | SOINT2000381-002 |
| **Category** | Evidence |
| **Description** | 2 white boxes containing DHS student records Hikvision DVR ser#DS7204HGHI-SH |
| **Owner** | |
| **Article Type** | Other |
| **Article Subtype** | Other Items Not Listed |
| **Article Make** | |
| **Article Model** | |
| **Article Color** | |
| **Quantity** | 2 |
| **Serial #** | |
| **Value** | |
| **Collected By** | Kinler, Renee |
| **Access Tag** | |
| **Date Collected** | 02/07/20 10:47 |
| **Collected Location** | Destrehan Hign School |
| **Target Disp. Date** | |
| **Subjects** | |
| **Comments** | |

**Signed** _____  **Date** 2.7.2020

Transferred By: Kevin Hollingsworth

**Signed** _____  **Date** 02.07.20

Received By: JPSO

ZUΞRCHER

Page 1 of 1

JPSO 002212

# 24TH JUDICIAL DISTRICT COURT

# PARISH OF JEFFERSON

# STATE OF LOUISIANA

| Case Number: | WARRANT NUMBER: |
|---|---|
| A-15489-20 | A-15489-20 |

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana, **Keith Dowling ,** of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT
AUTHORIZING THE SEARCH OF:

, , ,

 one Hikvision DVR bearing serial number DS7204HGHI-SH, property of Destrehan High
School

WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:

any and all data, including but not limited to video surveillance footage

AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

No charge at this time

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

Pursuant to an ongoing death investigation that occurred on Sunday, January 19, 2020 at
approximately 1:29pm at Laser Tag located at 8855 Veterans Boulevard in Metairie,
investigators with the Jefferson Parish Sheriff's Office and the St. Charles Parish Sheriff's
Office executed a search warrant at Destrehan High School located at #1 Wildcat Lane in
Destrehan on Tuesday, January 21, 2020. This search warrant was in reference to obtaining any
and all school records related to the deceased, E█ P█ , including any and all video
surveillance footage. While conducting the search, investigators observed that P█'s classroom
was monitored by a video surveillance system.

On Friday, February 7, 2020, school officials turned over school records for P█ and the
Hikvision DVR bearing serial number DS7204HGHI-SH from P█'s classroom to St. Charles
Parish Sheriff's Office investigators. These items were then turned over to Jefferson Parish
Sheriff's Office investigators as evidence relative to this death investigation. This DVR will be

forwarded to the JPSO Digital Forensics Unit for execution of a search pending obtaining this order.

Based on these events, Sergeant Keith Dowlng of the JPSO Homicide Section respectfully requests for the granting of a search warrant for the contents of the Hikvision DVR bearing serial number DS7204HGHI-SH. This request is due to the belief that evidence pertinent to this investigation is secreted inside of the DVR.

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

_Keith Dowling_

Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 7 day of February, 2020 after reading of the whole.

_Paul Schneider_

Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

# 24TH JUDICIAL DISTRICT COURT

# PARISH OF JEFFERSON

# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|:---:|:---:|
| A-15489-20 | **A-15489-20** |

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY  Keith Dowling**  of the Jefferson Parish Sheriff's Office, that he has a good reason to believe that on or in:

 one Hikvision DVR bearing serial number DS7204HGHI-SH, property of Destrehan High School

located at the address: **, , ,**  there is now being concealed certain **property,**

any and all data, including but not limited to video surveillance footage

is/are located, which property constitutes evidence of the violation of:

No charge at this time

of the Louisiana Revised Statues, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance.  The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court.  This shall be your warrant, whereof you are to make due to return according to law.

Friday, February 07, 2020 15:41

JPSO 002227

WITNESS my official signature on this 7 day of February, 2020.

Paul Schneider

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana