MINUTE ENTRY
VITTER, J.
AUGUST 10, 2022
JS10, 0:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-80-WBV-DPC** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: D (2)** |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On August 10, 2022, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**William B. Most, Andrew Clarke**
Counsel for Plaintiffs, Donna Lou and Daren Parsa, on their own behalf and on behalf of their deceased minor child, E.P.

**Franz L. Zibilich, Jeffrey D. Martiny**
Counsel for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**Mark A. Hill**
Counsel for Defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC

During the conference, the Court discussed with counsel the status of the case and advised counsel of a prior working (as discussed, adversarial during that period) relationship with one of the defense attorneys during the late 1980s to early 1990s. The Court advised all counsel that she believes she can be fair and impartial in this matter. Counsel voiced no objection to the Court remaining on this case, but advised that they needed to consult with their respective clients. The Court issued

**an oral Order** requiring counsel to advise the Court via email by **Friday, August 19, 2022**, if there is any objection to the undersigned remaining on this case.

The Court also discussed with counsel the Unopposed Motion to Amend Scheduling Order, filed by Plaintiffs. (R. Doc. 91). After a discussion with counsel, and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Amended Scheduling Order (R. Doc. 70), the Court issued an **oral Order GRANTING** the Motion. In consultation with counsel, the Court reset the jury trial in this matter for **June 12, 2023**, and reset the Final Pretrial Conference for **May 25, 2023 at 2:00 p.m.** The Court will issue a second amended scheduling order with new pretrial deadlines, beginning with Plaintiffs' expert report deadline.

Accordingly,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Amend Scheduling Order (R. Doc. 91) is **GRANTED**. The jury trial scheduled for March 6, 2023 is **RESET** for **8:30 a.m. on Monday, June 12, 2023**, and the Final Pretrial Conference scheduled for February 16, 2023 at 2:00 p.m. is **RESET** for **2:00 p.m. on Thursday, May 25, 2023.**

**IT IS FURTHER ORDERED** that counsel shall have until **5:00 p.m. on Friday, August 19, 2022,** to advise the Court if there is any objection to the undersigned remaining on the case. Counsel shall send the email to the Court's email address, efile-Vitter@laed.uscourts.gov.

New Orleans, Louisiana, August 10, 2022.

**WENDY B. VITTER**
**United States District Judge**