# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

| Case Number: | WARRANT NUMBER: |
|---|---|
| A-15489-20 | A-15489-20 |

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 24TH JUDICIAL DISTRICT COURT, Parish of JEFFERSON, State of Louisiana, **Keith Dowling**, of the Jefferson Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E▮ P▮, DOB: ▮/2003, and that these records should be released regarding the investigation of E▮ P▮ for the violation of revised statute(s):

No charge at this time

**AND THAT a search warrant should be issued for search of the following described premises:**

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006

WHERE the following described medical records are believed to be located:

- any and all medical records from E▮ P▮'s hospital visit on Sunday, January 19, 2020

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E▮ P▮ at 8855 Veterans Boulevard.
In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E▮ P▮ and his father, Daren Parsa, in the parking lot of Laser Tag. Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E▮ P▮ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E▮ P▮ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

EXHIBIT
2

Monday, January 20, 2020 22:16
JPSO 002221

Based on these events, Sergeant Keith Dowling respectfully requests for the granting of a search warrant relative to obtaining the medical records in reference to E█ P██'s hospital visit at East Jefferson General Hospital on Sunday, January 19, 2020.

AND THAT these records should be returned to Keith Dowling of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Keith Dowling*

---
Keith Dowling
**AFFIANT**

THUS DONE AND PASSED on the 20 day of January, 2020 after reading of the whole.

*Paul Schneider*

---
Paul Schneider

Judge

24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Monday, January 20, 2020 22:16
JPSO 002222

# 24TH JUDICIAL DISTRICT COURT
# PARISH OF JEFFERSON
# STATE OF LOUISIANA

**CASE NUMBER:**
A-15489-20

**WARRANT NUMBER:**
A-15489-20

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY** Keith Dowling , of the Jefferson Parish Sheriff's Office, believes that probable cause exists for the issuance of a search warrant authorizing the search of the patient records for E█ P██, DOB: ████/2003, and that these records should be released regarding the investigation of E██ P███ for the violation of revised statute(s):

No charge at this time

**IT IS ORDERED** that the following patient records for E██ P██, DOB: ████/2003:

- any and all medical records from E██ P██'s hospital visit on Sunday, January 19, 2020

Which are now being stored or kept at the following location:

East Jefferson General Hospital

4200 Houma Boulevard

Metairie, LA 70006

**BE RELEASED AND** that these records should be returned to Keith Dowling of the Jefferson Parish Sheriff's Office by mail to 725 Maple Avenue Harvey, LA 70058 or by email to dowling_ke@jpso.com.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.

Monday, January 20, 2020 22:16
JPSO 002223

WITNESS my official signature on this 20 day of January, 2020.

*Paul Schneider*

---

Paul Schneider
24TH JUDICIAL DISTRICT COURT
Parish of JEFFERSON
State of Louisiana

Monday, January 20, 2020 22:16
JPSO 002224