# ORLEANS PARISH CRIMINAL DISTRICT COURT

## PARISH OF ORLEANS

## STATE OF LOUISIANA

**Case Number:**  
A-28745-20

**WARRANT NUMBER:**  
A-28745-20

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the ORLEANS PARISH CRIMINAL DISTRICT COURT, Parish of ORLEANS, State of Louisiana, **Steven Phillips**, of the New Orleans Police Department, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

1024 N. Rampart St., New Orleans, LA,

WWL TV
1024 N. Rampart St. New Orleans LA 70116
Custodial of Records
WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:
unedited video published on January 19, 2020 by Paul Murphy, Eyewitness News of altercation with one E▊ P▊
AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

    On Thursday January 23, 2020 Det. Steven Phillips of the New Orleans Police Department, Intelligence Unit, was contacted by the Jefferson Parish Sheriff's Office concerning a death investigation which occurred in Jefferson Parish. Jefferson Parish Sheriff's Office Detectives were seeking a search warrant for video footage from WWLTV located with in Orleans parish. The facts and circumstances are as follows.
    On Sunday, January 19, 2020, the Jefferson Parish Sheriff's Office Homicide Division assumed investigative responsibility relative to the undetermined death of one E▊ P▊ at 8855 Veterans Boulevard.
    In brief, in the afternoon hours on the aforesaid date deputies from the Jefferson Parish Sheriff's Office responded to the scene and intervened in a physical altercation between 16 year-old E▊ P▊ and his father, Daren Parsa, in the parking lot of Laser Tag. Daren Parsa was repeatedly struck and bitten by his son, who was ultimately subdued by responding deputies. Thereafter, E▊ P▊ was determined to be non-responsive, prompting intervention in the form of CPR by on scene deputies and paramedics. E▊ P▊ was then transported by ambulance from the scene to East Jefferson General Hospital where his death was subsequently pronounced. Based on the severity of his injuries, Daren Parsa relocated to East Jefferson General Hospital by personal conveyance where he received medical treatment.

**EXHIBIT 5**

Thursday, January 23, 2020 11:18
JPSO 002203

During the course of the scene investigation, video surveillance footage was obtained capturing the initial altercation along with the subsequent actions of responding law enforcement and paramedics. Thereafter, investigators reviewed a segment of video of the incident on WWLTV.com, published on January 19, 2020 by Paul Murphy, Eyewitness News. This segment of video appears to be taken from a vehicle and different vantage point than the surveillance footage obtained by law enforcement.

Investigators are seeking the entirety of the video acquired and published by WWLTV.com in order to conduct a thorough and comprehensive review of said video footage pursuant to the death investigation.

Det. Steven Phillips of the New Orleans Police Department respectfully requests, on behalf of the Jefferson Parish Sheriff's Office, that a search warrant be issued for the above listed unedited video so a thorough investigation can be completed.

I hereby certify under oath the facts contained within the Application for this
Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Steven Phillips*

_____
Steven Phillips
**AFFIANT**

*Chinh Nguyen*

_____
Sgt. Chinh Nguyen ID# 010413
Reviewing Supervisor

THUS DONE AND PASSED on the 23 day of January, 2020 after reading of the whole.

*Melivn Zeno*

_____
Melivn Zeno

Judge

ORLEANS PARISH CRIMINAL DISTRICT COURT
Parish of ORLEANS
State of Louisiana

Thursday, January 23, 2020 11:18
JPSO 002205

# ORLEANS PARISH CRIMINAL DISTRICT COURT

# PARISH OF ORLEANS

# STATE OF LOUISIANA

**CASE NUMBER:**
A-28745-20

**WARRANT NUMBER:**
A-28745-20

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY Steven Phillips** of the New Orleans Police Department, that he has a good reason to believe that on or in:
WWL TV
1024 N. Rampart St. New Orleans LA 70116
Custodial of Records
located at the address: **1024 N. Rampart St., New Orleans, LA,** there is now being concealed certain **property,**
unedited video published on January 19, 2020 by Paul Murphy, Eyewitness News of altercation with one E█ P█
is/are located, which property constitutes evidence of the violation of:

of the Louisiana Revised Statues, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.

WITNESS my official signature on this 23 day of January, 2020.

*Melivn Zeno*

Melivn Zeno

ORLEANS PARISH CRIMINAL DISTRICT COURT
Parish of ORLEANS
State of Louisiana

Thursday, January 23, 2020 11:18
JPSO 002207