TWENTY-NINTH JUDICIAL DISTRICT COURT
PARISH OF ST. CHARLES
STATE OF LOUISIANA

Item No.: 2000381
JPSO A-15489-20

## SEARCH WARRANT

TO: THE SHERIFF, PARISH OF ST. CHARLES AND/OR HIS DESIGNATED REPRESENTATIVE(S):

AFFIDAVIT(S) HAVING BEEN MADE BEFORE ME by Captain Renee Kinler Of the ST. CHARLES PARISH SHERIFF'S OFFICE, that she has good reason to believe that on or in Destrehan High School #1 Wildcat Lane Destrehan, LA 70047

Located within the Parish of St. Charles, State of Louisiana, there is now being concealed certain property, namely Any and all Destrehan High School records associated with Eric Parsa, to include the following: the documented plan of care, including all protocols and procedures; disciplinary notes and reports, including all incidents of violence or documented behavioral reports.

Any and all Destrehan High School records associated with Eric Parsa relative to his courses of study, including grades, progress reports and all associated notes.

Complete list of all teachers, para-teachers and support staff assigned to the care and monitoring of Eric Parsa while on school grounds and /or on any school buses/ vehicles.

Any video surveillance footage related to Eric Parsa in his assigned classroom or any classroom utilized for his care and monitoring.

Any video surveillance footage of Eric Parsa relative to any outbursts or violent behavior.

Access to any and all areas, rooms or classrooms utilized for the care and monitoring of Eric Parsa for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

Access to any and all equipment, restraints or other devices utilized in the care and monitoring of Eric Parsa for purposes of generalized law enforcement inspection and acquisition of documentary photographs.
Which said property constitutes evidence of the violation of a pending death investigation and as I am satisfied from the affidavit(s) submitted in support of the application for this warrant that there is probable cause to believe that the aforesaid property is being concealed on or in the above described, and that the aforesaid grounds for the issuance of this search warrant exists.

YOU ARE HEREBY ORDERED to search forthwith the aforesaid school campus (Destrehan High School) for the property specified, serving this search warrant and making the search during the daytime. (It may become necessary to serve this search warrant during the nighttime or on Sunday, and affiant will request authorization in the warrant application.) If the property be found there, to seize it, leaving a copy of this warrant and a receipt for the property seized, to make your written return on this warrant including a written inventory of the property seized, and to bring the said seized property before me within ten (10) days of this date as required by law.

HAHNVILLE, LOUISIANA, THIS 21 DAY OF JANUARY 2020.

JUDGE
TWENTY-NINTH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

COPIES:

Original: Clerk of Court
Judge signing warrant
Person upon whom warrant is served
District Attorney
St. Charles Parish Sheriff's Office
Records Division

JPSO 002208

**EXHIBIT 6**

IN THE 29TH JUDICIAL DISTRICT COURT
PARISH OF ST. CHARLES
STATE OF LOUISIANA

Item No.: 2000381
JPSO Item # A-15489-20

APPLICATION FOR AND SWORN PROOF OF PROBABLE CAUSE FOR THE
ISSUANCE OF
A SEARCH WARRANT HEREIN

BEFORE ME, THE UNDERSIGNED JUDGE OF THE 29TH JUDICIAL DISTRICT COURT, PARISH OF ST. CHARLES, STATE OF LOUISIANA, PERSONALLY CAME AND APPEARED: CAPTAIN RENEE KINLER EMPLOYED BY THE ST. CHARLES PARISH SHERIFF'S OFFICE, P.O. BOX 426, HAHNVILLE, LOUISIANA. WHO, AFTER BEING DULY SWORN BY ME, DID DEPOSE AND SAY:

THAT A SEARCH WARRANT SHOULD BE ISSUED FOR THE SEARCH OF THE FOLLOWING DESCRIBED PREMISES.

Municipal Number: #1 Wildcat Lane Destrehan, LA (Destrehan High School is a public secondary school located on the east bank of St. Charles Parish comprised of several buildings located on the school campus.)

Type of Occupancy: Public High School

Structure: Public High School

Number of Stories:                          Apartment Number:

FOR THE PURPOSE OF SEIZING THE FOLLOWING DESCRIBED PROPERTY: Any and all Destrehan High School records associated with E███ P███, to include the following: the documented plan of care, including all protocols and procedures; disciplinary notes and reports, including all incidents of violence or documented behavioral reports.

Any and all Destrehan High School records associated with E███ P███ relative to his courses of study, including grades, progress reports and all associated notes.

Complete list of all teachers, para-teachers and support staff assigned to the care and monitoring of E███ P███ while on school grounds and /or on any school buses/ vehicles.

Any video surveillance footage related to E███ P███ in his assigned classroom or any classroom utilized for his care and monitoring.

Any video surveillance footage of Eric Parsa relative to any outbursts or violent behavior.

Access to any and all areas, rooms or classrooms utilized for the care and monitoring of E███ P███ for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

Access to any and all equipment, restraints or other devices utilized in the care and monitoring of E███ P███ for purposes of generalized law enforcement inspection and acquisition of documentary photographs.

THE REASONS AND FACTS FOR THIS REQUEST OF THIS SEARCH WARRANT ARE: On Sunday, January 19, 2020 at approximately 1:29pm, members of the Jefferson Parish Sheriff's Office responded to a disturbance at Laser Tag of Metairie located at 8855 Veterans Boulevard in Metairie, Louisiana. This disturbance was in reference to a physical altercation involving two white males in front of the above business. Upon arrival, the initial responding deputy observed a large younger white male physically attacking an older white male by striking and biting the older

male. The deputy was informed by a witness, identified as Donna Lou, that the younger male was her son, E▇ P▇, who has autism, and the older male, Daren Parsa, is her husband and the father of E▇ P▇.

As the initial responding deputy attempted to intervene in the altercation, E▇ P▇ attacked the deputy, whom he struck in the head/torso area and bit on the leg. With the assistance of additional responding deputies, E▇ P▇ was restrained and handcuffed. In addition to the bite sustained by the deputy, Daren Parsa sustained lacerations to the head and arms, as well as a bites to the chin, arms, hands, fingers, and legs. EMS was requested to the scene for the injuries to the deputy and Daren Parsa. Prior to the arrival of EMS, deputies observed that E▇ P▇ appeared unresponsive and, as such, CPR was initiated until EMS assumed medical control. E▇ P▇ was transported by ambulance to East Jefferson General Hospital where he subsequently expired. E▇ P▇'s remains were later transferred to the Jefferson Parish Coroner's Office pending autopsy.

During the ensuing scene investigation, several witnesses provided a consistent account of E▇ P▇ attacking his father in the Laser Tag parking lot for several minutes before attacking the first deputy on scene. Video surveillance footage from Laser Tag confirmed witness accounts of the attacks, which did in fact continue for several minutes. The video footage also captured the actions of first responders as related to the restraining of E▇ P▇. Review of said footage does not reveal first responders striking or employing any restrictive techniques to E▇ P▇'s head or neck and, given his large size, two pair of handcuffs were utilized to avoid undue compromise or injury.

After hospitalization and treatment, Daren Parsa provided an account of the incident, as did his wife, Donna Lou. Their accounts were generally consistent with that of the independent witnesses and surveillance footage. Both parents self-identified as psychiatrists and offered historical information identifying E▇ P▇ as autistic with 'intermittent explosive disorder'. According to his parents, their son periodically exhibited violent outbursts and would then become physically aggressive with either or both.

The parents confirmed residing in Destrehan with their son. Investigators independently established that 16 year-old E▇ P▇ attends Destrehan High School where he receives care and monitoring of a special-needs student. Additional investigative efforts revealed E▇ P▇ attacked his father in July of 2019 in St. Charles Parish wherein Daren Parsa sustained lacerations and bites documented by the St. Charles Parish Sheriff's Office.

Pending the findings at autopsy and a definitive cause of death, investigators are currently seeking any and all information relative to E▇ P▇'s physical and mental health status and diagnoses in conjunction with his daily school routines and any and all precautionary requirements associated with school attendance. Initial contact with the Destrehan High School resource officer revealed E▇ P▇ has a history of violent outbursts and an array of safety protocols are in place to protect P▇, other students and school staff.

Pursuant to the totality on circumstances, Sergeant Keith Dowling of the Jefferson Parish Sheriff's Office is seeking any and all relevant Destrehan High School documents and safety protocols associated with E▇ P▇ and his attendance at the school, to include all prior events and incidents of violence. Investigators are additionally seeking to inspect and photographically document any areas, rooms or classrooms utilized for the care and monitoring coupled with any and all equipment, restraints or other devices utilized in the care, monitoring and transportation of E▇ P▇. Moreover, investigators are seeking acquisition of any and all school surveillance footage of said areas, rooms, classrooms and transportation vehicles along with equipment, restraints or other devices.

_____
AFFIANT

_____
CO AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS __21__ DAY OF __JANUARY__, 2020
AT __HAHNVILLE__, LOUISIANA

JUDGE OF 29TH JUDICIAL COURT
PARISH OF ST. CHARLES
STATE OF LOUISIANA

COPIES:

ORIGINAL: Clerk of Court
Judge signing warrant
District Attorney Office
St. Charles Sheriff's Office Record Division
Case Officer

RETURN ON SEARCH WARRANT SCSD 2000381

Item Number: JPSO A-15489-20

AT 1047 hrs O'CLOCK ON THE 7 DAY OF Feb YR 2020
I, THE UNDERSIGNED MEMBER OF THE ST. CHARLES PARISH SHERIFF'S OFFICE, EXECUTED THE FOREGOING SEARCH WARRANT AS FOLLOWS:
I SEARCHED THE Destrehan High School DESCRIBED IN THE SAID SEARCH WARRANT, AND I LEFT A COPY OF THE SAID SEARCH WARRANT WITH:
Kade Rogers
TOGETHER WITH A RECEIPT FOR THE ITEMS SEIZED.

THE FOLLOWING IS AN INVENTORY OF PROPERTY SEIZED PURSUANT TO THE SAID FOREGOING SEARCH WARRANT:

2 white boxes containing student records
Hikvision DVR model # DS7204HGHI-SH
ser # 607466181

THIS INVENTORY WAS MADE IN THE PRESENCE OF Capt Renee Veul
AND _____ 1432
THIS RETURN MADE IN DUPLICATE ORIGINAL THIS _____ DAY OF _____
YR _____ AT _____, LOUISIANA.

_____ BADGE _____
ST. CHARLES PARISH SHERIFF'S OFFICE

Original: Clerk of Court
Copies: Judge signing warrant
: Person upon whom warrant is served
: District Attorney
: St. Charles Parish Sheriff's Office
   Records Division



**ST. CHARLES PARISH SHERIFF'S OFFICE**
260 Judge Edward Dufresne Parkway
Luling, Louisiana 70070
Telephone (985) 783-1380

Property / Evidence Transfer Receipt                                      Printed on February 7, 2020

| | |
|---|---|
| **Transfer Date** | 02/07/20 11:28 |
| **Transfer Comments** | JPSO Detective Keith Downing |

| | |
|---|---|
| **Item #** | SOINT2000381-002 |
| **Category** | Evidence |
| **Description** | 2 white boxes containing DHS student records Hikvision DVR ser#DS7204HGHI-SH |
| **Owner** | |
| **Article Type** | Other |
| **Article Subtype** | Other Items Not Listed |
| **Article Make** | |
| **Article Model** | |
| **Article Color** | |
| **Quantity** | 2 |
| **Serial #** | |
| **Value** | |
| **Collected By** | Kinler, Renee |
| **Access Tag** | |
| **Date Collected** | 02/07/20 10:47 |
| **Collected Location** | Destrehan High School |
| **Target Disp. Date** | |
| **Subjects** | |
| **Comments** | |

Signed _[signature]_  Date 2-7-2020
Transferred By: Kevin Hollingsworth

Signed _[signature]_ #11727  Date 02-07-20
Received By: JPSO