UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **DONA LOU, ET AL** | **CIVIL ACTION** |
| **PLAINTIFFS** | |
| | **NO. 21-80** |
| **VERSUS** | |
| | **SECTION "D-2"** |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | |
| **DEFENDANTS** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST/MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, R. DOC. 93, PURSUANT TO LOCAL RULE 78.1

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jefferson Parish Sheriff Joseph P. Lopinto, in his official capacity as Sheriff of Jefferson Parish, and pursuant to LOCAL RULE 78.1, respectfully requests that the Court hear oral argument on the Plaintiffs' Motion for Partial Summary Judgment, R. Doc. 93.

Sheriff Lopinto submits that oral argument will assist the Court in determining the issues to be decided in ruling on Plaintiffs' Motion.

**WHEREFORE**, Defendants pray that this Motion be GRANTED and that oral argument be had on the Plaintiffs' Motion for Partial Summary Judgment, R.

1

Doc. 93.

                                        Respectfully submitted,

                                        **/s/ Daniel Martiny**

                                        _____
                                        **DANIEL R. MARTINY, LSB#9012**
                                        **FRANZ L. ZIBILICH, LSB#14914**
                                        MARTINY & ASSOCIATES, LLC
                                        131 Airline Drive
                                        Suite 201
                                        Metairie, Louisiana 70001
                                        Telephone: (504) 834-7676
                                        Facsimile: (504) 834-5409
                                        Email: danny@martinylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic CM/ECF filing this 30th day of August 2022.

                /S/ Daniel Martiny

                _____
                **DANIEL R. MARTINY**