## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

*************************************************

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFFS** | * | |
| | * | **NO. 21-80** |
| **VERSUS** | * | |
| | * | **SECTION "D-2"** |
| | * | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | * | |
| | * | |
| **DEFENDANTS** | * | |

*************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion/Request for Oral argument on Plaintiffs' Motion for Partial Summary Judgment, R. Doc. 93, be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that oral argument on Plaintiffs' Motion for Partial Summary Judgment, R. Doc. 93, will be had on the ____ day of _____ 2022.

New Orleans, Louisiana, this ____ day of _____ 2022.

_____
**HONORABLE WENDY B. VITTER**
U.S. DISTRICT COURT JUDGE