UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU, ET AL | CIVIL ACTION |
| VERSUS | NO: 21-080 |
| JOSEPH P. LOPINTO, III, ET AL | SECTION: D (2) |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion for Partial Summary Judgment Regarding Search Warrants (Rec. Doc. 93)**, scheduled for submission before the district judge in this matter. <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

MELISSA VERDUN, FOR THE COURT
CASE MANAGER SECTION D
melissa_verdun@laed.uscourts.gov