UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

### *Ex Parte* Motion for Leave to File Supplement in Support of Motion for Partial Summary Judgment

NOW COME the Plaintiffs, through undersigned counsel, to file this motion for leave to file a two-page supplement to their motion for partial summary judgment. In support thereof they state:

On August 10, 2022, Plaintiffs filed a motion for summary judgment on the grounds that JPSO violated the Fourth Amendment when Detective Keith Dowling sought, obtained, and executed search warrants without probable cause. Doc. 93.

On September 13, 2022, Detective Keith Dowling testified that he did not, in fact, have probable cause when he sought, obtained, and executed the search warrants.

Accordingly, Plaintiffs seek leave to file the attached two-page supplement (with exhibit) that may aid the Court in resolving Plaintiffs' motion for partial summary judgment.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

1

2

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com