UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Supplement in Support of Motion for Partial Summary Judgment**

NOW COME the Plaintiffs, through undersigned counsel, to file this supplement to their motion for partial summary judgment.

On August 10, 2022, Plaintiffs filed a motion for partial summary judgment on the grounds that JPSO violated the Fourth Amendment when Detective Keith Dowling sought, obtained, and executed search warrants without probable cause. Doc. 93.

On September 13, 2022, Plaintiffs took the deposition of Detective Keith Dowling. During that deposition, Detective Dowling indisputably testified that he did not have probable cause for the search warrants.

Specifically, Dowling answered "**No**" to the question of whether at "the time that you sought the warrant, did you have any conclusion of any officer that may have committed a crime?" Ex. A at pg. 76. He gave the following testimony:

```
    Q.   Did you conclude that there was probable
cause that any officer of the Jefferson Parish
Sheriff's Office committed a crime?
    A.   No.
    Q.   When you sought the warrants?
    A.   No.
```

1

Id. at 77.[1]

Because Detective Dowling concedes he did not have probable cause for the search warrants he sought, obtained, and executed, along with all the reasons articulated in Plaintiffs' memorandum, Plaintiffs' motion should be granted.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

/s/ William Most
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

---

[1] Dowling confirmed that his investigation was regarding the use of force by JPSO deputies (*id*. at 66), and not any possible crimes by any other persons, such as Daren Parsa, Donna Lou, or E.P. (*see id*. at 89).