UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Notice of Submission**

Plaintiffs' Motion for Spoliation Sanctions will be submitted on November 1, 2022.

                                        RESPECTFULLY SUBMITTED,

                                        Andrew C. Clarke (TN BPR # 15409)
                                        The Cochran Firm Midsouth
                                        One Commerce Square, Suite 1700
                                        (901) 523-1222 (Telephone)
                                        aclarke@cochranfirmmidsouth.com

                                        */s/ William Most*
                                        WILLIAM MOST (La. Bar No 36914)
                                        Most & Associates
                                        201 St. Charles Ave., Ste. 114 #101
                                        New Orleans, LA 70170
                                        Tel: (504) 509-5023
                                        williammost@gmail.com