MARCH 24, 2009

SHERIFF NEWELL NORMAN,

      I AM WRITING YOU TO LET YOU KNOW HOW IMPRESSED I WAS WITH THE DEDICATION TO DUTY OF DEPUTY CHAD PITFIELD.

      HE WAS ON DUTY FOR THE ST. PATRICK'S PARADE, 03/15/09, ON METAIRIE ROAD NEAR LABARRE ROAD. I WAS STANDING BY THE REVIEWING STAND AT THIS LOACTION. THERE WERE SEVERAL OTHER DEPUTIES AT THIS LOCATION BUT DEPUTY PITFIELD STOOD OUT. THE OTHER DEPUTIES JUST STOOD AROUND TALKING TO EACH OTHER OR THEY WOULD GO INTO A J.P MOBILE TRAILER PARKED NEARBY AND MOST DID NOT COME OUT AGAIN UNTIL THE PARADE ARRIVED.

      DEPUTY PITFIELD, ON THE OTHER HAND, REMAINED ON HIS ASSIGNMENT EVER VIGILANT AND AWARE OF WHAT WAS GOING ON AROUND HIM. HE WOULD STOP ANYONE CARRYING A GLASS CONTAINER AND TAKE THE CONTAINER AND THROW IT INTO A GARBAGE DRUM NEARBY. IF HE SAW SOME ONE DOING SOMETHING THAT COULD RESULT IN INJURY TO THEMSELVES OR OTHERS, HE TOOK IMMEDIATE ACTION. WHEN SOME ASKED HIM ANY QUESTIONS, HE ANSWERED EACH OF THEM VERY POLITLEY AND PROFESSIONALLY. AS PREVIOUSLY STATED, I WAS VERY IMPRESSED WITH THIS DEPUTY. HE WAS OUT THERE TO PROTECT AND TO SERVE AND THAT IS EXACTLY WHAT HE WAS DOING. HE IS CREDIT TO YOUR DEPARTMENT AND I HOPE YOU PASS THIS COMPLIMENT ON TO HIM. WE NEED MORE DEPUTY CHAD PITFIELD'S ON THE STREETS OF JEFFERSON PARISH.

      SINCERELY,

      *Diann Marchese*

      DIANN MARCHESE

2009 MAR 30 A 9:30
J.P.S.O.
EXECUTIVE OFFICE
SHERIFF NEWELL NORMAND