## 29TH JUDICIAL DISTRICT COURT FOR PARISH OF ST. CHARLES
## STATE OF LOUISIANA

|  |  |
|---|---|
| IN RE JPSO ITEM NO. A-15489-20 ) ) ) ) ) ) ) | #20-0042<br>Section<br>Hon. Timothy Marcel<br>Item No. 2000381 |

FILED: _____  DEPUTY CLERK: _____

### ORDER

Having considered the foregoing *Motion to Quash Search Warrant*,

IT IS HEREBY ORDERED that any warrant issued under Item No. A-15489-20 is hereby quashed / (stayed.)

IT IS FURTHER ORDERED that all documents responsive to any warrant issued under Item No. A-15489-20 and all documents relevant or related to the death of the minor E.P. shall be preserved and not destroyed or otherwise altered, including those in the custody of the St. Charles Parish School Board.

IT IS FURTHER ORDERED that ST. CHARLES PARISH SHERIFF'S OFFICE to show cause on the 6 day of FEBRUARY, 2020 at 2:00 o'clock a.m/(p.m.) why the search warrant issued under Item No. A-15489-20 should not be quashed.

Signed this 27 day of JANUARY, 2020, Hahnville, Louisiana.

_____
JUDGE
29TH JUDICIAL DISTRICT COURT
STATE OF LOUISIANA