**Gmail**

William Most <williammost@gmail.com>

---

## Order Staying Execution of Search Warrant

**William Most** <williammost@gmail.com>                                     Mon, Jan 27, 2020 at 1:27 PM
To: fitzpatrick_je@jpso.com
Cc: Amanda Hass <amanda.hass@gmail.com>
████████████████████████████████

John,

Attached is our motion and the judge's order staying execution of the school-record search warrant under OPSO Item
No. JPSO A—15488-20.

Once you've taken a look at our motion, perhaps we can talk about whether any other warrants under the same item
number can be stayed - at least pending the court's ruling on this one after the Feb. 6 hearing.

Thank you!

William Most
Law Office of William Most
(504) 509-5023
Williammost@gmail.com

---

📄 **2020.1.27 - Order Staying Execution of Search Warrant.pdf**
   1282K