William Most <williammost@gmail.com>

## Stay of Search Warrant

**William Most** <williammost@gmail.com>                                             Mon, Jan 27, 2020 at 1:42 PM
To: danny@martinylaw.com
Cc: Mary Howell <maryhowell316@gmail.com>, Amanda Hass <amanda.hass@gmail.com>

Danny,

Thanks again for talking with me yesterday. I tried to reach John Fitzpactrick, but wound up only reaching him after court.

Just to keep you in the loop - we filed our motion this morning. The Court issued a stay of the warrant and a preservation order, and set it for a February 6th hearing. A copy is attached.

Please let me know if you have any questions.

Thank you!

William Most
Law Office of William Most
(504) 509-5023
williammost@gmail.com

📄 **2020.1.27 - Order Staying Execution of Search Warrant.pdf**
1282K