**William Most <williammost@gmail.com>**

## E.P. Search Warrant

**William Most** <williammost@gmail.com>  Wed, Jan 29, 2020 at 3:59 PM
To: valenti_lm@jpso.com
Cc: Amanda Hass <amanda.hass@gmail.com>, "Fitzpatrick III, John E." <fitzpatrick_je@jpso.com>

Lindsey,

Thanks for speaking with me just now. You let me know that the search warrant for E.P.'s medical records was executed last week, and that JPSO had received our anti-spoliation letter.

You are going to find out if:

- You can let us know if there are any other search warrants related to E.P. out there;
- Whether you can provide us with the affidavit in support of the E.P. medical record search warrant.

Thank you,

William