**CASE:** 20-01456  **STATE vs MATTER UNDER INVESTIGATION**
**File Date:** 03/05/2020  **Close Date:** OPEN  **Div:** C
**Defendant #1:** DAREN IN RE: PARSA  **Class:** 5  **DA Case Nbr:** 0

## ADDRESS

| | |
|---|---|
| **Name:** | DAREN IN RE: PARSA |
| **Address:** | C/O ATTORNEY AMANDA HASS 200 ST CHARLES AVE #114#101 |
| | NEW ORLEANS LA 70170 |
| **Phone1:** | 5045172447 |
| **Phone2:** | |
| **SSN:** | |
| **DOB:** | 01/01/2000 |
| **Race/Sex:** | U/U |
| **SID:** | |
| **DL:** | LA |
| **CCN:** | |
| **B of I:** | |

## CHARGES

| Item NBR | Count | Statute | Type | Class | Description | Charge | Disp DT | Disposition |
|---|---|---|---|---|---|---|---|---|
| A1548920 | 1 | MOTIONS | M | 5 | MOTIONS FILED BEFORE CHARGES ACCEPTED | | | |

## MOTIONS

| By | Motion | Disposition | Date |
|---|---|---|---|
| Other | Other motion; Joint Memorandum in Opposition to a Motion for Protection and Preservation | | |
| Defense Attorney | Other motion; Motion for Protection and Preservation filed | | |
| Defense Attorney | Motion to Seal; | | |

## MINUTE BOOK

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| 03/19/2020 | 03/19/2020 | LWJ | Case active: MOTION HEARING |
| 03/17/2020 | 03/17/2020 | SRH | Motions: Motions Filed - , Joint Memorandum in Opposition to a Motion for Protection and Preservation |
| 03/17/2020 | 03/17/2020 | LWJ | Case active: COURT CLOSED DUE TO THE COVID- 19 EMERGENCY, MOTION FOR PROTECTION AND PRESERVATION WILL BE RE-SET, CLERK SPOKE TO ATTORNEY WILLIAM MOST BY PHONE. |
| 03/13/2020 | 03/13/2020 | DH1 | Case active: Motion For Protection And Preservation With Ex A (Return Service On Dr. Gerry Cvitanovich) (DOCUMENT UNDER SEAL) |
| 03/10/2020 | 03/10/2020 | DH1 | Case active: Motion For Protection And Preservation With Exhibit A (Return Service On JPSO) (DOCUMENT UNDER SEAL) |
| 03/05/2020 | 03/05/2020 | HTS | Motions: Motions Filed (DOCUMENT UNDER SEAL) |
| 03/05/2020 | 03/05/2020 | HTS | Motions: Motions Filed (DOCUMENT UNDER SEAL) |
| 03/05/2020 | 03/05/2020 | Auto | Docket minute: Documents associated with this case are available in digital and microphotographic format only. |
| 03/05/2020 | 03/05/2020 | HTS | Docket minute: Case allotted - Class V Division C Judge June Berry Darensburg |
| 03/05/2020 | 03/05/2020 | HTS | : Cnt 1 Item A1548920 RS MOTIONS |