# Law Office of William Most

201 St. Charles Ave., Ste. 114, # 101 ♦ New Orleans, LA 70170

(504) 509-5023                                                                                                    williammost@gmail.com

---

Jefferson Parish Sheriff's Office                                                                July 12, 2020
1233 Westbank Expressway
Harvey, LA 70058
Via email to centralrecords@jpso.com

*Re: Public Records Act Request*

To Whom It May Concern,

Pursuant the Louisiana Public Records Act, La. R.S.44:1, *et seq*., I am writing to request all documents related to the January 19, 2020 in-custody death of Eric Parsa – a death that was classified as an "Accident" by the Jefferson Parish Coroner's Office. Specifically, I am asking for:

- **All documents related to the January 19, 2020 detention and in-custody death of Eric Parsa, including but not limited to:**

    - **Audiotapes of any 911, dispatch, or radio communications related to the detention or death of Eric Parsa.**

    - **All CAD records related to the detention or death of Eric Parsa.**

    - **A copy of any and all internal investigations related to the detention or death of Eric Parsa.**

    - **A copy of the personnel file, training records, and any disciplinary, complaint, or internal affairs records for any officer who made physical contact with Eric Parsa prior to or during his death.**

    - **A copy of any search warrant application and all affidavits in support of search warrants related to Eric Parsa.**

    - **All use of force or incident reports related to the detention or death of Eric Parsa.**

    - **All correspondence with the Jefferson Parish Coroner's office and all documents provided to the Coroner's office related to Eric Parsa.**

    - **All correspondence with the St. Charles Parish Sheriff's Office related to Eric Parsa.**

    - **Any other documents related to the detention or death of Eric Parsa.**

- **All JPSO emails containing the search terms "Parsa, Eric" or "Eric Parsa"**

- **All JPSO emails from January 1, 2020 to the present containing the search terms "autistic" or "autism."**

- **All text messages from January 19, 2020 to January 22, 2020 from any cell phone paid for or provided by JPSO to any officer who was on-scene at the death of Eric Parsa.**

- **A copy of any JPSO policy or directive related to the use of force, handcuffing or securing persons, and dealing with persons with disabilities.**

Under the provisions of R.S. 44:32, if you raise a question as to whether the record requested is a public record, you are required to notify in writing the person making the request of your determination and the reasons, including the legal basis, therefor. Said notice shall be made within three days of the receipt of the request, exclusive of weekends and public holidays. Under the provisions of R.S. 44:33, if the public record is not immediately available you are required to certify this in writing promptly, and in your certificate fix a day and hour within three days, exclusive of weekends and public holidays.

Also, if portions of the requested records are exempt from release, I request that all reasonably segregable, nonexempt portions of those records be released. In addition, if records are withheld, I request that you specifically identify those records by providing a list of records being withheld with an accompanying explanation of the exemptions being used to withhold the requested records.

If your search fails to identify the requested records, I ask that you (1) describe in detail the search procedure, including the information about the files that were searched, (2) identify the person or persons who conducted the search, and (3) explain why a more comprehensive search of your offices would be unreasonable.

I am requesting electronic copies of any of the above-referenced documents. Please contact me at any questions. Thank you for your help and cooperation with this request.

Sincerely,

/s/ William Most
William Most