# Jefferson Parish Sheriff's Office

William Most
201 St. Charles Avenue, Suite 114 # 101
New Orleans, LA 70170

August 12, 2020

Dear Mr. Most,

I am in receipt of your request dated July 12, 2020, in which you are requesting documents relative to the death of Eric Parsa.

Pursuant to Louisiana Revised Statute 44:11 and *East Bank Consolidated Special Service Fire Protection Dist. v. Crossen*, 04-838 (La.App 5 Cir. 12/28/04), 892 So.2d 666, certain information has been redacted from the personnel files. In addition to information being redacted, this office has removed certain documents including fingerprints, law enforcement credentials, and field training evaluations and confidential promotional testing. Please be advised that there are no sustained complaints in the internal affairs files of the officers whose personnel file has been provided by way of this response. Additionally, the Jefferson Parish Sheriff's Office is not in possession of any of the text messages requested.

The below list of documents are the records in the possession of the Jefferson Parish Sheriff's Office that are responsive to your request. As discussed with Lindsey Valenti, the emails will be supplemented at a later date.

| | |
|---|---:|
| INVOICE: | |
| Initial Report | $25.00 |
| 911 Printout/CD | $75.00 |
| Personnel Files / Training Records | |
| (686 Pages) @ $25.00 (1st 5 pages & $1 per page thereafter) | $706.00 |
| Restraining Devices & Defensive Devices Policy | $25.00 |
| Statements   180 pgs. @ $25.00 (1st 5 pages & $1 per page thereafter) | $200.00 |
| Search Warrants 29 pgs. @  ($1 per page) | $29.00 |
| Misc 2 pgs @  ($1 per page) | $2.00 |
| Use of Force Policy | $25.00 |
| Mail Fee | $10.00 |
| TOTAL: | ***$1097.00*** |

Once payment is received, the available records will be forwarded to your office. Please contact me with any questions.

Very truly yours,

*Cherie Blanchard*

Cherie Blanchard

Revised: 9/11/12