## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTO, III, ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally appeared:

### STACEY CHAMPAGNE

who, after being duly sworn, did depose and state:

1. She is a person of the full age of majority;

2. She is competent to testify as to the facts set forth in this affidavit;

3. She is presently employed as a Deputy Sheriff at the Jefferson Parish Sheriff's Office and is assigned as Payroll Director;

4. On October 14, 2022, she was asked by Lindsey Valenti, Legal Advisor of the Jefferson Parish Sheriff's Office, to conduct an audit of the payroll records as it relates to Jefferson Parish Sheriff's Office employees, namely Shannon Guidry, Ryan Vaught, Manuel Estrada, Nick Vega, Steven Mehrtens, Chad Pitfield, Myron Gaudet and Keith Dowling;

5. She was specifically asked to audit the records to determine if any of the employees were absent from work due to serving suspension days; and

6. As a result of her search, she was able to determine and provide documentation that none of the listed employees served suspension days between the dates of April 1, 2013 and October 14, 2022.

Harvey, Louisiana this 25th day of October, 2022

_____
STACEY CHAMPAGNE

SWORN TO AND SUBSCRIBED BEFORE ME THIS 25th DAY OF OCTOBER, 2022.

_____
LINDSEY M. VALENTI

**LINDSEY M. VALENTI**
Notary ID No. 90849
LA Bar No. 33419
Parish of Jefferson State of Louisiana
My Commission is issued for Life