# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

```
*************************************************
DONNA LOU, ET AL                                *    CIVIL ACTION
                                                *
        PLAINTIFFS                              *
                                                *    NO. 21-80
VERSUS                                          *
                                                *    SECTION "D-2"
                                                *
SHERIFF JOSEPH P. LOPINTO, III ET AL            *
                                                *
        DEFENDANTS                               *
*************************************************
```

## REQUEST/MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS, R. DOC. 105, PURSUANT TO LOCAL RULE 78.1

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jefferson Parish Sheriff Joseph P. Lopinto, in his official capacity as Sheriff of Jefferson Parish**,** and pursuant to LOCAL RULE 78.1, respectfully requests that the Court hear oral argument on the Plaintiffs' Motion for Spoliation Sanctions (R. Doc. 105).

Sheriff Lopinto submits that oral argument will assist the Court in determining the issues to be decided in ruling on Plaintiffs' Motion.

**WHEREFORE**, Defendant, Jefferson Parish Sheriff Joseph P. Lopinto, in his official capacity as Sheriff of Jefferson Parish**,** prays that this Motion be

1

GRANTED and that oral argument be had on the Plaintiffs' Motion for Spoliation Sanctions (R. Doc. 105).

        Respectfully submitted,

        **/s/ James B. Mullaly**

        _____
        **JAMES B. MULLALY, LSB#28296**
        **FRANZ L. ZIBILICH, LSB#14914**
        MARTINY & ASSOCIATES, LLC
        131 Airline Drive
        Suite 201
        Metairie, Louisiana 70001
        Telephone: (504) 834-7676
        Facsimile: (504) 834-5409
        Email: fzibilich@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic CM/ECF filing this 25th day of October 2022.

        /S/ James B. Mullaly

        _____
        **JAMES B. MULLALY**