## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | \* | **CIVIL ACTION** |
| | \* | |
| **PLAINTIFFS** | \* | |
| | \* | **NO. 21-80** |
| **VERSUS** | \* | |
| | \* | **SECTION "D-2"** |
| | \* | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | \* | |
| | \* | |
| **DEFENDANTS** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants'
Motion/Request for Oral argument on Plaintiffs' Motion for Spoliation Sanctions,
R. Doc. 105, be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that oral
argument on Plaintiffs' Motion for Spoliation Sanctions, R. Doc. 105, will be had
on the ____ day of _____ 2022.

New Orleans, Louisiana, this ____ day of _____2022.

_____
**HONORABLE DONNA PHILLIPS CURRAULT**
U.S. MAGISTRATE COURT JUDGE