# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | \* | CIVIL ACTION |
| | \* | |
| | \* | NO. 21-80 |
| **VERSUS** | \* | |
| | \* | SECTION "D-2" |
| | \* | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SUBSTITUTE THE ATTACHED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS, R. DOC. 105

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jefferson Parish Sheriff Joseph P. Lopinto, in his official capacity as Sheriff of Jefferson Parish ("Sheriff Lopinto")**,** who moves to substitute the attached Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions for the original Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions, R. Doc. 107, upon submitting the following:

I.

Sheriff Lopinto filed a timely memorandum in opposition to Plaintiffs' Motion for Spoliation Sanction (R. Doc. 105). R. Doc. 107.

1

II.

Thereafter, however counsel for Plaintiffs brought to the undersigned counsel's attention that some Rule 5.2 redactions were inadvertently overlooked, namely the name of the minor child in the case.

Fed. R. Civ. P. 5.2 provides, in pertinent part, that "[u]nless the court orders otherwise, in an electronic paper filing with the court that contains... the name of an individual known to be a minor… a party or nonparty making the filing may include only: (3) the minor's initials...

III.

Accordingly, the undersigned has made the appropriate redactions and seeks to substitute this Memorandum with the previously filed Memorandum (R. Doc. 107) to comply with Rule 5.2.

**WHEREFORE**, Defendant, Jefferson Parish Sheriff Joseph P. Lopinto, in his official capacity as Sheriff of Jefferson Parish**,** prays that this Motion be GRANTED and that the attached Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions be substituted for the original Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions, R. Doc. 107.

Respectfully submitted,

**/s/ James B. Mullaly**
_____

2

                                **JAMES B. MULLALY, LSB#28296**
                                **FRANZ L. ZIBILICH, LSB#14914**
                                MARTINY & ASSOCIATES, LLC
                                131 Airline Drive
                                Suite 201
                                Metairie, Louisiana 70001
                                Telephone: (504) 834-7676
                                Facsimile: (504) 834-5409
                                Email: fzibilich@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic CM/ECF filing this 2th day of October 2022.

                /S/ James B. Mullaly

                _____
                **JAMES B. MULLALY**