UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
************************************************
DONNA LOU, ET AL                              *   CIVIL ACTION
                                              *
                                              *   NO. 21-80
VERSUS                                        *
                                              *   SECTION "D-2"
                                              *
SHERIFF JOSEPH P. LOPINTO, III ET AL          *
************************************************
```

### ORDER

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to substitute the attached Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions for the original Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions, R. Doc. 107, be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the attached Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions be substituted for the original Memorandum in Opposition to Plaintiffs' Motion for Spoliation Sanctions, R. Doc. 107.

The Clerk of Court is Ordered to remove R. Doc. 107 from the record in

accordance with this ORDER.

New Orleans, Louisiana, this _____ day of _____2022.


_____
**HONORABLE WENDY B. VITTER**
U.S. DISTRICT COURT JUDGE