29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 20-0042                                                          DIVISION "E"

IN RE: JPSO ITEM NO. A-15489-20

FILED: _____          _____
                                                  DEPUTY CLERK

## JUDGMENT

This matter came to be heard via "Zoom" on the 20th day of May, 2020 on the parents/next of kin of deceased minor E.P.'s *Motion for Protection and Preservation*.

**PRESENT WERE**:   Steven M. Mauterer
*Attorney for Greg Champagne, in his official capacity as Sheriff of St. Charles Parish*

Lindsey M. Valenti
*Attorney for Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish*

AND

William Most
*Attorney for the parents/next of kin of deceased minor E.P.*

Considering the law, pleadings, opposition filed by both Sheriffs, arguments of counsel, and for the reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the parents/next of kin of deceased minor E.P.'s *Motion for Protection and Preservation* is DENIED.

**JUDGMENT RENDERED IN OPEN COURT** the 20th day of May, 2020.

**JUDGMENT READ AND SIGNED** in Hahnville, Louisiana, this the __3__ day of ___June___, 2020.

_____
JUDGE TIMOTHY S. MARCEL

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
_____
CLERK OF COURT
ST. CHARLES PARISH

1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Judgment has been sent to all counsel of record listed below by placing same in the U.S. Mail, postage prepaid, facsimile, and/or email, on this 26th day of May 2020.

*[signature]*

LINDSEY M. VALENTI

Steven M. Mauterer
3421 North Causeway Blvd., Suite 900
Metairie, Louisiana 70002

William Most
201 St. Charles Avenue, St. 114 #101
New Orleans, Louisiana 70170