## Valenti, Lindsey M.

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, August 17, 2020 12:13 PM
**To:** Valenti, Lindsey M.
**Subject:** Re: FW: Public Records Request

Lindsey,

Thank you for calling earlier. You told me that you had reviewed the complaints against the officers, and found that there were no excessive force complaints - sustained or unsustained - against the officers involved, with the potential exception of the one sovereign citizen incident you described to me. Let me know if any of that is wrong.

Thank you!

William

On Fri, Aug 14, 2020 at 6:13 PM William Most <williammost@gmail.com> wrote:
Sure, just give me a call. (504) 509-5023.

On Fri, Aug 14, 2020 at 11:26 AM Valenti, Lindsey M. <Valenti_lm@jpso.com> wrote:

William,

Cherie forwarded me your question regarding the IA files. Are you available Monday to discuss?

Thanks,

Lindsey M. Valenti

Legal Advisor

Jefferson Parish Sheriff's Office

1233 Westbank Expressway

Building B, 5th Floor

Harvey, LA 70058

O: (504) 363-5704

F: (504) 363-5711

**From:** Blanchard, Cherie W. <blanchard_cw@jpso.com>
**Sent:** Thursday, August 13, 2020 9:56 AM
**To:** Valenti, Lindsey M. <Valenti_lm@jpso.com>
**Subject:** Fwd: Public Records Request -

1

Cherie' W. Blanchard

Begin forwarded message:

> **From:** William Most <williammost@gmail.com>
> **Date:** August 13, 2020 at 9:54:52 AM CDT
> **To:** "Blanchard, Cherie W." <blanchard_cw@jpso.com>
> **Subject: Re: Public Records Request -** ▊▊▊▊

Thank you, Cherie. You write that "there are no sustained complaints in the internal affairs files of the officers whose personnel file has been provided by way of this response." Does that mean that there are some non-sustained complaints that have been withheld? If so, is there a basis for withholding them?

Thank you!

    William