UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-80 |
| JOSEPH LOPINTO, ET AL. | * | SECTION "D" (2) |

## NOTICE

    A party in this matter has requested oral argument on a contested motion pending before United States Magistrate Judge Donna Phillips Currault. In accordance with Local Rule 78.1, a request for oral argument is deemed granted unless the Court advises the parties otherwise. Accordingly, absent a further Order from this Court denying the request for oral argument, argument will proceed on the motion's specified submission date.

    Oral arguments before Judge Currault are held in-person in Courtroom B-421 at 11:00 a.m.