UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONNA LOU, ET AL.                            *        CIVIL ACTION NO. 21-80

VERSUS                                       *        SECTION "D" (2)

SHERIFF JOSEPH P, LOPINTO,                   *        Judge Wendy B. Vitter
III, ET AL.                                           Magistrate Judge Donna P. Currault

### *Ex Parte* Motion for Leave to File Reply in Support of Plaintiffs' Motion for Spoliation Sanctions

Plaintiffs, by and through their counsel, respectfully ask this Court for leave to file a nine-

page reply in support of their motion for spoliation sanctions.

The proposed reply addresses Defendants' arguments, including their claim that they had

no obligation of preservation and their argument that there is no evidence of document destruction.

Wherefore, this Motion should be granted.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

1