UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order on *Ex Parte* Motion for Leave to File Reply in Support of Plaintiffs' Motion for Spoliation Sanctions**

After consideration of Plaintiffs' *Ex Parte* Motion for Leave to file a Reply in Support of Plaintiffs' Motion for Spoliation Sanctions, the Motion is GRANTED.

Plaintiffs' proposed reply shall be filed into the record.

*[signature]*
JUDGE

1