UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order Ex Parte Motion for Judicial Notice of Deemed Admissions**

After consideration of Plaintiffs' *Ex Parte* Motion for Judicial Notice of Deemed Admissions, the Motion is GRANTED.

The Court takes notice of the following deemed admissions:

- Upon receipt of letter entitled "Anti-Spoliation Notice" from William Most dated January 25, 2020, JPSO took steps to preserve the items listed in the letter but did not implement a full litigation hold.

- JPSO did not implement a full litigation hold regarding the Incident until it received notice that the *Lou v. Lopinto* lawsuit had been filed.

- JPSO does not have a written litigation hold policy.

- JPSO's litigation hold practice includes preserving the disciplinary records of officers involved in an incident.

- JPSO's general practice is to destroy officer disciplinary records after three years, absent something requiring preservation.

- JPSO has only submitted one document retention schedule to the state archives, for video footage.

- JPSO does not keep any record of record destruction.

- JPSO does not seek permission from the state archives to destroy records, other than for video footage.

So ordered.

_____
JUDGE