UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P. LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

## DECLARATION OF WILLIAM MOST

I, William Most, declare the following under penalty of perjury:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. I am counsel of record to Plaintiffs in the above-captioned matter.

3. On September 29, 2022, I propounded Requests for Admission on Sheriff Lopinto. A true and correct copy is attached here as Exhibit A.

4. On October 31, 2022, responses to the Requests for Admission were due.

5. I did not receive any responses on or before October 31, 2022.

I declare that the foregoing is true and correct.

                             */s/ William Most*           Date: November 1, 2022
                             William Most