MINUTE ENTRY
CURRAULT, M. J.
NOVEMBER 1, 2022
MJSTAR: 0:31
Court Reporter: Cathy Pepper

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| DONNA LOU, ET AL | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 21-80 |
| JOSEPH LOPINTO, ET AL | * | SECTION "D" (2) |

An in-person hearing was held this date on Plaintiffs, Donna Lou and Daren Parsa's Motion for Spoliation Sanctions, which was opposed by Defendants. ECF Nos. 105, 112.

Participating were:   William B. Most, Counsel for Plaintiffs;
Franz L. Zibilich, Jeffrey D. Martiny and Lindsey Valenti, Counsel for Defendants, Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet;
Christopher W. Kaul, Counsel for Defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC.

After oral argument, the matter was taken under submission. An order setting out the reasons for my ruling will be separately issued.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE