UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTO, III, ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW MATTERS DEEMED ADMITTED PURSUANT TO FED. R. CIV. P. 36(b)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jefferson Parish Sheriff Joseph P. Lopinto III ("the Sheriff"), who respectfully moves the Court to withdraw any matters deemed admitted under Fed. R. Civ. P. 36(a) pursuant to Fed. R. Civ. P. 36(b).

First, the matters purportedly deemed admitted by operation of Fed. R. Civ. P. 36(a) are obviously disputed.

Second, withdrawal of the matters deemed admitted will maintain the presentation of the merits of the Motion, which was DENIED by the Court on the merits. R. Doc. 119.

Third, withdrawal of the matters deemed admitted will not prejudice the Plaintiffs in maintaining the motion already DENIED by the Court on the merits. *Id*.

**WHEREFORE**, Defendant, the Sheriff, prays that, after due proceedings are had, this Motion be GRANTED, and that any matters deemed admitted as set forth in the accompanying memorandum be withdrawn.

Respectfully submitted,

/s/ James B. Mullaly

_____
**FRANZ L. ZIBILICH, LSB#14914**
**JAMES B. MULLALY, LSB#28296**
MARTINY & ASSOCIATES, LLC
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: fzibilich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**