UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU, et al.<br><br>   Plaintiffs,<br>v.<br><br>SHERIFF JOSEPH P. LOPINTO, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:21-cv-00080<br>)<br>)<br>) |

## SHERIFF LOPINTO'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR ADMISSION

NOW, through undersigned counsel, comes Defendant, Sheriff Joseph P. Lopinto, who in response to Plaintiffs' Second Requests for Admission, submits the following:

### REQUESTS FOR ADMISSION

REQUEST NO. 64: Upon receipt of letter entitled "Anti-Spoliation Notice" from William Most dated January 25, 2020, JPSO took steps to preserve the items listed in the letter but did not implement a full litigation hold.

ANSWER: Denied as written.

REQUEST 65: JPSO did not implement a full litigation hold regarding the Incident until it received notice that the *Lou v. Lopinto* lawsuit had been filed.

ANSWER: Denied as written.

REQUEST NO. 66: JPSO does not have a written litigation hold policy.

ANSWER: Admitted.

REQUEST NO. 67: JPSO's litigation hold practice includes preserving the disciplinary records of officers involved in an incident.

ANSWER: Denied as written.

REQUEST NO. 68: JPSO's general practice is to destroy officer disciplinary records after three years, absent something requiring preservation.

ANSWER: Admitted.



REQUEST NO. 69: JPSO has only submitted one document retention schedule to the state archives, for video footage.

ANSWER: Denied as written.

REQUEST NO. 70: JPSO does not keep any record of record destruction.

ANSWER: Admitted.

REQUEST NO. 71: JPSO does not seek permission from the state archives to destroy records, other than for video footage.

ANSWER: Denied as written.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409

/s/ Franz L. Zibilich
**FRANZ L. ZIBILICH (14914)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of November, 2022, sent a true and correct copy of the foregoing pleading to counsel for all parties to this proceeding, by mailing same by United States Mail, properly addressed, and first class postage prepaid, and/or via facsimile and/or via e-mail.

/s/ Franz L. Zibilich
FRANZ L. ZIBILICH (14914)