UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTO, III, ET AL** | * | **SECTION "D-2"** |

**NOTICE OF SUBMISSION**

Please take notice that the foregoing Motion will be submitted for hearing before the United States District Court for the Eastern District of Louisiana, the Honorable Magistrate Judge Donna Phillips Currault presiding, 500 Poydras Street, Room B-421, New Orleans, Louisiana, on the 30th day of November 2022, at 11:00 a.m. or as soon thereafter as it may be heard.

    Respectfully submitted,

    /s/ James B. Mullaly

    _____
    **FRANZ L. ZIBILICH, LSB#14914**
    **JAMES B. MULLALY, LSB#28296**
    MARTINY & ASSOCIATES, LLC
    131 Airline Drive, Suite 201
    Metairie, Louisiana 70001
    Telephone: (504) 834-7676
    Facsimile: (504) 834-5409
    Email: fzibilich@gmail.com