UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOUA, ET AL | * | CIVIL ACTION NO 21-CV-80 |
| Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III ET AL. | * | MAGISTRATE: CURRAULT |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * *

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Sheriff's motion for leave of court to file their Reply Memorandum in support of his Motion to Withdraw Matters Deemed Admitted Pursuant to Fed. R. Civ. P. 36(b)(R. Doc. 120) be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Sheriff's Reply Memorandum in support of his Motion to Withdraw Matters Deemed Admitted Pursuant to Fed. R. Civ. P. 36(b)(R. Doc. 120) be filed into the record.

New Orleans, Louisiana, this 7th day of November 2022.

_____
Donna Phillips Currault
United States Magistrate Judge