UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, come Plaintiffs Donna Lou and Daren Parsa, on behalf of their deceased minor child, E.P., who move this Court pursuant to Rule 37 of the Federal Rules of Civil Procedure for an order compelling Defendant Joseph Lopinto III to respond to certain Interrogatories and Requests for the Production of Documents.

Specifically, Plaintiffs request that Defendant Lopinto respond to Interrogatory No. 23 and Requests for Production of Documents Nos. 39-41 which request information and documents related to Defendant's assets. As set forth in the accompanying Memorandum of Law, Plaintiffs are entitled to Defendant Lopinto's asset information as he is indemnifying certain claims against employee co-Defendants which carry punitive damages.

Parties have conferred in good faith to resolve this matter.

WHEREFORE Plaintiffs Donna Lou and Daren Parsa, on behalf of their deceased minor child, E.P., ask that this Court order Defendant Joseph Lopinto III respond to Interrogatory No. 23 and Requests for Production of Documents Nos. 39-41.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*/s/Andrew C. Clarke*
Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

## CERTIFICATION

Undersigned counsel hereby certifies that parties have conferred in good faith to obtain responses to the relevant discovery requests, but the parties were unable to resolve their discovery disputes without Court intervention.

/s/ *William Most*
William Most