UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order on Plaintiffs' Motion to Compel**

THIS CAUSE CAME ON TO BE HEARD upon Plaintiff's Motion to Compel. After considering the arguments, the Court orders that the motion is GRANTED. Defendant Lopinto is to provide supplemental responses within three weeks of the issuance of this Order.

_____

Judge

Dated:_____

1