William Most <williammost@gmail.com>

## Lou v. Lopinto: Discovery Requests to JPSO and Pitfield

**Jeffrey D. Martiny** <jeff@martinylaw.com>  Thu, Oct 27, 2022 at 9:44 AM
To: William Most <williammost@gmail.com>
Cc: FRANZ ZIBILICH <fzibilich@bellsouth.net>, Andy Clarke <aclarke@cochranfirmmidsouth.com>, Mark <MHill@thompsoncoe.com>, "Kaul, Christopher W." <CKaul@thompsoncoe.com>, Alicia Haymon <ahaymon@cochranfirmmidsouth.com>, David Lanser <david.lanser@gmail.com>

William,

I would agree with paragraph 1. Regarding the Pitfield requests, I agreed to ask him if he had an iphone at that time. I was not asked to identify Pitfield's provider, nor did I agree to identify his cell phone provider. I agree with statements 2 and 3 in the Pitfield paragraph.

Jeff

---

**From:** William Most <williammost@gmail.com>
**Date:** Thursday, October 27, 2022 at 9:40 AM
**To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
**Cc:** FRANZ ZIBILICH <fzibilich@bellsouth.net>, Andy Clarke <aclarke@cochranfirmmidsouth.com>, Mark <MHill@thompsoncoe.com>, "Kaul, Christopher W." <CKaul@thompsoncoe.com>, Alicia Haymon <ahaymon@cochranfirmmidsouth.com>, David Lanser <david.lanser@gmail.com>
**Subject:** Re: Lou v. Lopinto: Discovery Requests to JPSO and Pitfield

Jeff,

Thank you for conducting a meet and confer with Dave and I this morning. I explained our reasoning for seeking the information about JPSO's assets (that it is relevant to punitive damages, given that JPSO has agreed to indemnify for that purpose), and you indicated that JPSO would be standing on its objections. We agreed that we have sufficiently met and conferred about these requests.

Regarding the Pitfield requests, you said that last Thanksgiving was "two phones ago" for Mr. Pitfield. You said, however, that you would (1) identify Mr. Pitfield's cell provider, and whether it was an iPhone; (2) ask him for emails from that date; and (3) ask him for photos from that date other than on his phone (i.e., on social media, or saved to a computer).

Thank you,

William

On Mon, Oct 24, 2022 at 8:40 AM Jeffrey D. Martiny <jeff@martinylaw.com> wrote:

William,

Please find the attached responses on behalf of Pitfield and Sheriff Lopinto.

Jeff

---

**From:** William Most <williammost@gmail.com>
**Date:** Friday, September 23, 2022 at 4:50 PM
**To:** FRANZ ZIBILICH <fzibilich@bellsouth.net>, "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
**Cc:** Andy Clarke <aclarke@cochranfirmmidsouth.com>, Mark <MHill@thompsoncoe.com>, "Kaul, Christopher W." <CKaul@thompsoncoe.com>, Alicia Haymon <ahaymon@cochranfirmmidsouth.com>
**Subject:** Lou v. Lopinto: Discovery Requests to JPSO and Pitfield

Franz and Jeffrey,

Attached are a few more supplemental discovery requests to JPSO and Mr. Pitfield.

Thank you, and have a great weekend everyone!

William

--

William Most

Most & Associates

mostandassociates.com

(504) 509-5023