UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>          Plaintiffs,<br>v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>          Defendants. | Case No. 2:21-cv-00080 |

**JOSEPH LOPINTO'S RESPONSE TO PLAINTIFFS'
FOUTH SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW, through undersigned counsel, comes Defendant, Joseph P. Lopinto, who in response to Plaintiffs' Fourth Set of Interrogatories and Requests for Production of Documents, submits the following:

**INTERROGATORIES**

**INTERROGATORY NO. 23:**

Detail all of the assets owned by Sheriff Lopinto in his official capacity (i.e., JPSO), including financial assets and contents of bank accounts, real property, moveable property, etc., from January 19, 2020 to the present.

**RESPONSE TO INTERROGATORY 23:**

Objection, as this request is premature, seeks information which is overly broad, irrelevant, immaterial, and unlikely to lead to discoverable information for the purposes of this litigation.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 39:**

Produce all documents reflecting ownership by Sheriff Lopinto in his official capacity (i.e. JPSO), of financial assets and contents of bank accounts, real property, or moveable property.

**RESPONSE TO REQUEST 39:**

Objection, as this request is premature, seeks information which is overly broad, irrelevant, immaterial, and unlikely to lead to discoverable information for the purposes of this litigation.

**REQUEST NO. 40:**

Produce all documents that are balance sheets, budgets, or financial audits of Sheriff Lopinto in his official capacity (i.e, JPSO).

**RESPONSE TO REQUEST 40:**

Objection, as this request is premature, seeks information which is overly broad, irrelevant, immaterial, and unlikely to lead to discoverable information for the purposes of this litigation.

**REQUEST NO. 41:**

Produce all documents reflecting valuation of real property owned by Sheriff Lopinto in his official capacity (i.e., JPSO).

**RESPONSE TO REQUEST 41:**

Objection, as this request is premature, seeks information which is overly broad, irrelevant, immaterial, and unlikely to lead to discoverable information for the purposes of this litigation.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409

*/s/ Franz L. Zibilich*
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBILICH (14914)**
**JEFFREY D. MARTINY (35012)**
Attorney for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 21st day of October, 2022, sent a true and correct copy of the foregoing pleading to counsel for all parties to this proceeding, by mailing same by United States Mail, properly addressed, and first class postage prepaid, and/or via facsimile and/or via e-mail.

*/s/ Franz L. Zibilich*
FRANZ L. ZIBILICH (14914)