UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

## **DECLARATION OF WILLIAM MOST**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2. On September 23, 2022, Plaintiffs propounded discovery requests on Defendant Lopinto which seek information related to JPSO's assets.[1]

3. On September 9, 2022, the parties held a meet-and-confer conference by Zoom to discuss the responses.

4. On October 27, 2022, counsel for Plaintiffs and JPSO conferred to discuss the requests. Plaintiffs' counsel explained the rationale and relevance of the discovery requests, but Defendant ultimately stood on the written objections.[2]

5. The parties then exchanged correspondence confirming that they "have sufficiently met and conferred about these requests." *Id.*

---

[1] Exhibit B ("Plaintiff's Fourth Set of Interrogatories and Requests for Production of Documents to Sheriff Joseph P. Lopinto").
[2] Ex. A (Corr. of Counsel).

1

2

6.      I certify that the movants have in good faith conferred with Defendant in an effort to obtain the answer and responses without court action.

7.      This good faith conferral was effected through a telephone conference and the exchange of written correspondence.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)