**Subject:** Re: financial assets
**Date:** Monday, November 21, 2022 at 3:02:21 PM Central Standard Time
**From:** William Most
**To:** Jeffrey D. Martiny
**CC:** Andrew Clarke, Franz Zibilich, Jim Mullaly

We consider those discovery responses satisfied. Thank you,

William

On Mon, Nov 21, 2022 at 2:48 PM Jeffrey D. Martiny <jeff@martinylaw.com> wrote:

> Andy,
>
> Will you confirm, based upon the supplemental responses just provided by Sheriff Lopinto, that the motion to compel is now moot? It was our understanding that is the case. Please advise so that we can alert the Court.
>
> Jeff
>
> ---
>
> **From:** Andrew Clarke <aclarke@cochranfirmmidsouth.com>
> **Date:** Saturday, November 19, 2022 at 10:32 AM
> **To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>
> **Cc:** William Most <williammost@gmail.com>, Franz Zibilich <fzibilich@gmail.com>
> **Subject:** Re: financial assets
>
> Sent from my iPhone
>
>> On Nov 19, 2022, at 10:19 AM, Jeffrey D. Martiny <jeff@martinylaw.com> wrote:
>>
>> Please find the attached.
>>
>> ---
>>
>> **From:** Andrew Clarke <aclarke@cochranfirmmidsouth.com>
>> **Date:** Friday, November 18, 2022 at 4:08 PM
>> **To:** "Jeffrey D. Martiny" <jeff@MARTINYLAW.COM>, William Most <williammost@gmail.com>