UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P. <br>    Plaintiffs, <br> v. <br><br> SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY, <br>    Defendants. | Case No. 2:21-cv-00080 |

**JOINT MOTION TO EXTEND EXPERT WITNESS DEADLINES**

COME NOW the parties, by and through their counsel of record, and pursuant to the Federal Rules of Civil Procedure and hereby move to extend the expert witness report deadlines by 12 days and in support thereof would respectfully state as follows:

  1. On November 23, 2022, this Honorable Court entered a Second Amended Scheduling Order (DE 127) setting for the following pertinent dates:

| | | |
|---|---|---|
| a. | Plaintiffs' Expert Reports | 01/25/23 |
| b. | Defendants' Expert Reports | 02/24/23 |
| c. | List of Witnesses | 02/24/23 |
| c. | Rebuttal Reports of Experts | 03/13/23 |
| d. | Evidentiary Depositions | 03/27/23 |

|     |                              |          |
| --- | ---------------------------- | -------- |
| e.  | All Discovery Completed      | 03/27/23 |
| f.  | Daubert/Summary Judgment Motions | 04/18/23 |
| g.  | Motions in Limine            | 05/02/23 |
| f.  | Pre-Trial Conference         | 05/25/23 |
| g.  | Trial                        | 06/12/23 |

2. The parties have been diligent with the discovery process with all parties completing written discovery and the necessary depositions. Sheriff Lopinto's deposition has been recently taken and has yet to be transcribed for review by the parties' experts. In addition, the Plaintiffs and the Jefferson Parish Defendants have scheduled a meeting to discuss settlement of claims on February 1, 2023.

3. The parties submit that moving the expert report deadline until after these settlement negotiations would allow the parties the best opportunity to attempt to resolve this case while still preserving the trial date and other deadlines. Accordingly, the parties request that the deadlines for expert witness reports be moved by 12 days as follows:

|     |                              |          |
| --- | ---------------------------- | -------- |
| a.  | Plaintiff's Expert Reports   | 02/06/23 |
| b.  | Defendants' Expert Reports   | 03/08/23 |
| c.  | Rebuttal Expert Reports      | 03/20/23 |

4. The parties submit this motion will not impact any of the other dates set forth in the Second Amended Scheduling Order.

5. The parties submit that this motion is submitted for good cause and that no one will be prejudiced by the requested extension of the expert witness

deadlines.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully move this Honorable Court for an Order extending the parties expert witness deadlines by 12 days as set forth herein.

RESPECTFULLY SUBMITTED,

*/s/Andrew C. Clarke*
Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (36914)
Most
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*/s/ Franz Zibilich*
Franz Zibilich (14914)
131 Airline Highway – Suite 201
Metairie, LA 70001
Tel: (504) 834-7676
fzibilich@gmail.com

*/s/ Christopher Kaul*
Christopher Kaul (33213)
Mark Hill (33891)
650 Poydras Street – Suite 2105
New Orleans, LA 70130
Tel: (504) 526-4350
ckaul@thompsoncoe.com
mhill@thompsoncoe.com