# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P. <br>    Plaintiffs, <br>   v. <br><br> SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY, <br>    Defendants. | Case No. 2:21-cv-00080 <br><br> Judge Wendy B. Vitter <br> Magistrate Judge Donna P. Currault <br><br> Jury Demanded |

**Order on Joint Motion to Extend Expert Witness Deadlines**

After consideration of the Joint Motion to Extend Expert Witness Deadlines, the Motion is GRANTED.

The deadlines for expert witness reports shall be moved by 12 days as follows:

 a. Plaintiff's Expert Reports          02/06/23

 b. Defendants' Expert Reports         03/08/23

 c. Rebuttal Expert Reports          03/20/23

                   _____
                   JUDGE