UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-80-WBV-DPC** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: D (2)** |

## ORDER

Considering the Joint Motion to Extend Expert witness Deadlines (R. Doc. 129), and finding that good exists under Fed. R. Civ. P. 16 to amend the Court's Scheduling Order (R. Doc. 16), as amended (R. Doc. 70, 94, 127);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Court's Amended Scheduling Order (R. Doc. 127) is further **AMENDED** with respect to the following deadlines:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **February 6, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **March 8, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants no later than **March 20, 2023.** Plaintiffs are cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendants' expert reports.

All other deadlines in the Amended Scheduling Order (R. Doc. 127) remain in effect.

New Orleans, Louisiana, January 20, 2023.

**WENDY B. VITTER**
**United States District Judge**