UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Notice of Supplemental Authority**

On August 10, 2022, Plaintiffs filed a Motion for Partial Summary Judgment on Plaintiffs' unconstitutional search warrant claim against Sheriff Lopinto in his official capacity. Doc. 93. The motion challenged JPSO's use of probable-cause-less criminal search warrants to collect information after JPSO officers killed a person. Doc. 93-1.

On January 24, 2023, another section of this Court decided a motion with very similar elements, in which officers of other agencies used criminal search warrants to collect information after officers killed a person. *Nevarez v. Coleman,* 21-cv-01855-SSV-MBN, Doc. 60 (E.D. La. Jan. 24, 2023). (Attached here as Ex. A.)

The Court's decision in *Nevarez* is only persuasive, but it is helpful here. The Court explains that because "the evidence defendants purportedly sought to uncover could not possibly 'aid in a particular apprehension or conviction'," the Court would not "defer to a warrant based on an affidavit that does not 'provide the magistrate with a substantial basis for determining the existence of probable cause.'" *Id*. at 20.

>Therefore, the court concluded that:
>
>A reasonable officer would understand that there is no probable cause to support a search warrant where, as here, the police were investigating their own use of force rather than pursuing an active criminal investigation.

*Id.* at pg. 23, *citing Wooley v. City of Baton Rouge*, 211 F.3d 913, 919 (5th Cir. 2000) *and Mayfield v. Currie*, 976 F.3d 482, 488 (5th Cir. 2020).

Plaintiffs proffer that *Nevarez* may be helpful to this Court in assessing the issues of Plaintiffs' Motion for Partial Summary Judgment.

                    Respectfully submitted,

                    Andrew C. Clarke (TN BPR # 15409)
                    The Cochran Firm Midsouth
                    One Commerce Square, Suite 1700
                    (901) 523-1222 (Telephone)
                    aclarke@cochranfirmmidsouth.com

                    */s/ William Most*
                    WILLIAM MOST (36914)
                    Most & Associates
                    201 St. Charles Ave., Ste. 114 #101
                    New Orleans, LA 70170
                    Tel: (504) 509-5023
                    williammost@gmail.com