UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P., <br><br> v. <br><br> SHERIFF JOSEPH P. LOPINTO, III, et al. | § <br> § CIVIL ACTION NO. 21-00080 <br> § <br> § SECTION "F"(2) <br> § <br> § <br> § |

## WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, come Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center, who submit the following Witness and Exhibit Lists:

### WITNESS LIST

1. Donna Lou Parsa

2. Daren Parsa

3. Sheriff Joseph P. Lopinto, III
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

4. Chad Michael Pitfield
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

5. Ryan Vaught
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

6. Steven Mehrtens
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

7. Shannon Guidry
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

8. Manuel Estrada
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

9. Myron Gaudet
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

10. Sgt. Keith Dowling

    725 Maple Ave
    Harvey, LA 70058
    (504) 364-5400

11. Lt. Don Meunier
    725 Maple Ave
    Harvey, LA
    70058
    (504) 364-5400

12. Nicholas Vega
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 363-5500

13. Detective Scott Bradley
    725 Maple Ave
    Harvey, LA 70058
    (504) 364-5400

14. Detective Jesus Falcon
    725 Maple Ave
    Harvey, LA 70058
    (504) 364-5400

15. Chief Dax Russo
    725 Maple Ave
    Harvey, LA 70058
    (504) 364-5400

16. Captain Kevin Balser
    725 Maple Ave
    Harvey, LA 70058
    (504) 364-5400

17. Sgt. Rodney Naumann
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

18. Chief Tim Scanlan
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

19. Sgt. Solomon Burke
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

20. Gerry Cvitanovich – Coroner

21. Dana Troxclair – Jefferson Parish Coroner's Office

22. Tim Genevay – Jefferson Parish Coroner's Office

23. Gina Christopher

24. Davor Franicevich, owner of Laser Tag

25. Heather Hilton, manager of Laser Tag

26. Kimberly Kracke
    1317 N. Cumberland St
    Metairie, LA 70003
    (504) 722-8487

27. Kyle Houck
    300 Ridgelake Dr, Apt. 15
    Metairie, LA 70001
    (504) 231-8705

28. Jan Quatroy
    4621 Meadowdale St
    Metairie, LA 70006
    (504) 578-0877

29. Marty Luquet
    35 Apple St
    Norco, LA 70079
    (504) 559-4185

30. Capt. Renee Kinier
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

31. Kery Najolia
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

32. Michael Pizzolato – JPSO training academy
    1801 Westbank Expressway
    Harvey, LA 70058

33. Craig Pond – JPSO training academy
    1801 Westbank Expressway
    Harvey, LA 70058

34. Scott Wilde – JPSO training academy

    1801 Westbank Expressway
    Harvey, LA 70058

35. Raquel Jackson – Instructional Facilitator St. Charles Parish Public School
    13855 River Rd
    Luling, LA 70070

36. Constance Alphonse – Instructional Facilitator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

37. Mandi Mohr – Psychologist St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

38. Chelsey Gobert – Para-Educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

39. Deborah Barrette – Assistant Principal St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

40. Dy. Frietas – SRO St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

41. Steven Gutierrez – Principal St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

42. Shawn Schexnaydre – Para-educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

43. Edward Carter – A.P. St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

44. Mindy Van Hoven – Instructional Facilitator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

45. Ian Graham – Teacher St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

46. Chelsea Gobert – Para Educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

47. Karen Madere – Para Educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

48. Antoinette Walker – Teacher St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

49. Denise Isom – Para Educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

50. Jason Madere – Principal St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

51. Kierra Webb – Para Educator St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

52. David Schexnaydre – Assistant Principal St. Charles Parish Public Schools
    13855 River Rd
    Luling, LA 70070

53. Deputy Julie Murray – St. Charles Parish Sheriff's Office
    5061 LA-3127
    Kilona, LA 70057

54. Capt. Lee Blackwell
    1233 Westbank Expressway
    Harvey, LA 70058

55. Anthony Cannatella

      1233 Westbank Expressway
      Harvey, LA 70058

56. Any witness listed by any other party

57. Any witness identified in discovery

58. Any witness identified in a deposition taken in this matter

59. Any witness needed for impeachment or rebuttal purposes

60. Any expert identified by any other party

61. Any liability expert identified by any other party

62. Any and all of Plaintiffs' treatment providers and/or custodians of records to authenticate medical records and bills.

## EXHIBIT LIST

1. A copy of JPSO Item Number A-15489-20 and all documents compiled in connection therewith, including all reports, supplemental reports, statements, and other investigative documents contained within the homicide file

2. Video footage of the incident from the Laser Tag

3. All crime scene photographs, diagrams and other tangible items and information compiled in connection with the above item number A-15489-20

4. Records from the Jefferson Parish Office of the Coroner, including the autopsy of E.P.

5. A complete copy of the medical records of E.P. from the Kennedy Krieger Institute

6. A complete copy of the medical records of E.P. from East Jefferson General Hospital from January 19, 2020

7. A complete copy of the medical records of Daren Parsa from East Jefferson General Hospital, dated January 19, 2020

8. A complete copy of the medical records of E.P. from Children's Hospital of New Orleans, Ormond Pediatrics

9. Photographs of injuries sustained by Marty Luquet as a result of the physical incident with E.P. in September 2017

10. A complete copy of the return from Destrehan High School on the search warrant item no. 2000381 for the school records of E.P.

11. A complete copy of the Parent Notification of Restraint Letters from the St. Charles Public School system to Donna and Daren Parsa, beginning May 14, 2015 to February 6, 2019

12. Letters from Marty Luquet to the Superintendent of St. Charles Parish Schools dated September 28, 2017, September 26, 2017, September 27, 2017, September 29, 2017, September 30-November 4, 2017, November 5, 2017, and November 9, 2017, relative to his physical incident with E.P

13. All emails from both Daren and Donna Lou Parsa documenting E.P.'s outbursts from September 12, 2016 – October 11, 2019

14. The JPSO training profile for Chad Michael Pitfield

15. All JPSO 911 records and recordings associated with the incident at issue

16. A complete copy of the EJGH EMS records for E.P. dated January 19, 2020

17. A copy of JPSO SOP 8, entitled Restraining Devices and Defensive Devices Policy

18. A copy of JPSO SOP 22, entitled Internal/Administrative Investigations and Suspension Policy for the Jefferson Parish Sheriff's Office

19. A copy of JPSO SOP 25, entitled Use of Force Policy for the Jefferson Parish Sheriff's Office

20. A copy of the Law Enforcement/SCDS RIPP Restrains training course used by the JPSO in training

21. A copy of the Sudden Custody Death Syndrome video

22. A copy of the Lewis v. West Palm Beach video

23. A copy of the COPS video used by JPSO in training

24. A copy of the COPS 2 video used by JPSO in training

25. A copy of the Jefferson Street video used by JPSO in training

26. A copy of the Autism Awareness Powerpoint used by JPSO in training

27. A copy of the De-Escalation with Suicidal Patients Powerpoint used by JPSO in training

28. A copy of the Introduction to Crisis Intervention Training used by JPSO in training

29. A copy of the Mental Health Law and Patrol 2017 training used by JPSO in training

30. A copy of the Substance Abuse with Mental Illness Powerpoint used by JPSO in training

31. A copy of the RIPP student manual used by JPSO in training

32. A copy of the Equipment Training used by JPSO in training

33. A copy of the Cuff images used by JPSO in training

34. A copy of the Sudden Custody Death Powerpoint by JPSO in training

35. A copy of the Certification Agent Course used by JPSO in training

36. A copy of the O.C. Pepper Spray Student Program used by JPSO in training

37. A copy of the MDTS Defensive Tactics System Course used by IPSO in training

38. A copy of the PR-24 Control Device Course Program used by IPSO in training

39. A copy of the Use of Force Powerpoint used by IPSO in training

40. A copy of the Ten Commandments Powerpoint used by IPSO in training

41. A copy of the CIT Training Powerpoint used by IPSO in training

42. A copy of the PTSD Awareness Powerpoint used by IPSO in training

6

43. A copy of the Louisiana Mental Health Law and Patrol Powerpoint used by IPSO in training

44. A copy of the Serial Killers Powerpoint used by IPSO in training

45. A copy of the "Watch your 12" slides used by IPSO in training

46. A copy of the NAPD Professional Driving Powerpoint used by IPSO in training

47. A copy of the NAPD Tactical Police Driving Powerpoint used by IPSO in training

48. A copy of the MDTS basic Course Proficiency Test Check Sheet used by IPSO in training

49. A copy of the MEB Basic Course Proficiency Test Check Sheet used by IPSO in training

50. A copy of the Monadnock PR-24 Instructor Powerpoint used by IPSO in training

51. A copy of the MDTS Powerpoint used by IPSO in training

52. A copy of the Certificates of Completion Form used by IPSO in training

53. A copy of the RIPP Restraints Instructor Course used by IPSO in training

54. A copy of the First Aid/CPR classes used by IPSO in training

55. A copy of the Basic Room Entry Course used by IPSO in training

56. A copy of the FATS Outline used by JPSO in training

57. A copy of the Blocks 3 2018 Powerpoint used by JPSO in training

58. A copy of the Officer Survival Skills used by JPSO in training

59. A copy of the 2020 In-Service Training Block 2 Powerpoint used by JPSO in training

60. A copy of the Excited Delirium and ACE Powerpoint used by JPSO in training

61. A copy of the Bias Recognition Powerpoint used by JPSO in training

62. A copy of the De-Escalation with a Primitive Brain Powerpoint used by JPSO in training

63. A copy of the Responding to Active and Evolving Scenes Powerpoint used by JPSO in training

64. A copy of the Active Listening Powerpoint used by JPSO in training

65. A copy of the De-Escalation OPC/PEC/2853L Powerpoint used by JPSO in training

66. A copy of the SPEAR Outline Powerpoint used by JPSO in training

67. A copy of the SPEAR System Introduction Powerpoint used by JPSO in training

68. A copy of the TASER CEW User Update Powerpoint used by JPSO in training

69. A copy of the M26 and X26 Instructor Powerpoint used by JPSO in training

70. A copy of the M26 and X26 User Course V-14 Powerpoint used by JPSO in training

71. A copy of the TASER Re-Certification 2013 V-13 Powerpoint used by JPSO in training

72. A copy of the TASER CEW User Update 2017 V-20 Powerpoint used by JPSO in training

73. A copy of the X26 User Course V-15 Powerpoint used by JPSO in training

74. A copy of the X26 User Course V-16 Powerpoint used by JPSO in training

75. A copy of the X26 User Course V-18 Powerpoint used by JPSO in training

76. A copy of the X26 P Powerpoint used by JPSO in training

77. A copy of the X26 P Transition Course Powerpoint used by JPSO in training

78. A copy of the X26 P User Course Powerpoint used by JPSO in training

79. A copy of the "Brady" Issues and Responsibilities Powerpoint used by JPSO in training

80. A copy of the 2021 Block 2 Powerpoint used by JPSO in training

81. A copy of the Civil Disturbance Powerpoint used by JPSO in training

82. A copy of the Diversity Awareness and Cultural Sensitivity Training Powerpoint used by JPSO in training

83. A complete copy of the Jefferson parish Sheriff's Office Standard Operating Procedures

84. A copy of the JPSO Code of Conduct

85. A copy of email correspondence dated June 4, 2020, between Donald Cannatella and Gina Christopher

86. A copy of email correspondence dated August 13, 2020, between Donald Cannatella and Gina Christopher

87. A copy of email correspondence dated February 15, 2021, between Donald Cannatella and Gina Christopher

88. Any and all exhibits, documents, and photographs produced through discovery

89. Any exhibit needed for impeachment purposes

90. Any expert report

91. Any document needed for impeachment or rebuttal

92. Any exhibit listed by any other party

Defendants reserve the right to supplement and/or amend these Witness and Exhibit Lists at any point prior to trial.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Christopher W. Kaul*

**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
650 Poydras Street, Suite 2105
New Orleans, Louisiana  70130
Telephone:	(504) 526-4350
Facsimile:	(504) 526-4310
E-mail:	ckaul@thompsoncoe.com
	mhill@thompsoncoe.com

**COUNSEL FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings, by email, on this 24th day of February, 2023.

Christopher W. Kaul

9