UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU AND DAREN PARSA | CIVIL ACTION |
| VERSUS | NO. 21-00080 |
| JOSEPH P. LOPINTO, III, ET AL | SECTION "F" (2) |

### JPSO DEFENDANTS' WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet, who, in compliance with the Scheduling Order of this Honorable Court, submit the following list of witnesses and exhibits for trial:

**WITNESSES**

1) Sheriff Joseph P. Lopinto, III.
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

2) Chad Pitfield
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

3) Ryan Vaught
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

4) Steven Mehrtens
   1233 Westbank Expressway
   Harvey, LA 70058
   (504) 363-5500

5) Shannon Guidry
233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

6) Nick Vega
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

7) Manuel Estrada
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

8) Myron Gaudet
1233 Westbank Expressway
Harvey, LA 70058
(504) 366-4374

9) Sgt. Keith Dowling
725 Maple Ave.
Harvey, LA 70058
(504) 364-5400

10) Lt. Don Meunier
725 Maple Ave.
Harvey, LA 70058
(504) 364-5400

11) Gerry Cvitanovich-Jefferson Parish Coroner

12) Dana Troxclair- Jefferson Parish Coroner's Office

13) Detective Scott Bradley
725 Maple Ave.
Harvey, LA 70058
(504) 364-5400

14) Detective Jesus Falcon
725 Maple Ave.
Harvey, LA 70058
(504) 364-5400

15) Chief Dax Russo
    725 Maple Avenue
    Harvey, LA 70058
    (504) 363-5400

16) Captain Kevin Balser
    725 Maple Ave.
    Harvey, LA 70058
    (504) 364-5400

17) Sgt. Rodney Naumann
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

18) Chief Tim Scanlan
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

19) Sgt. Solomon Burke
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

20) Tim Genevay-Coroner's Office

21) EMT Joseph Deist
    3120 Lime Street
    Metairie, LA 70006

22) EMT Jeanette Euper
    3120 Lime Street
    Metairie, LA 70006

23) EMT Mallory Smith
    3120 Lime Street
    Metairie, LA 70006

24) Dr. Michael Ng- East Jefferson General Hospital

25) Daren Parsa-Plaintiff

26) Donna Lou Parsa-Plaintiff

27) Heather Hilton
2323 Nebraska Ave.
Metairie, LA 70003
(504)231-8705

28) Kimberly Kracke
1317 N. Cumberland St.
Metairie, LA 70003
(504)722-8487

29) Kyle Houck
300 Ridgelake Drive Apt. 15
Metairie, LA 70001
(504)231-8705

30) Jan Quatroy
4621 Meadowdale Street
Metairie, LA 70006
(504)578-0877

31) Marty Luquet
35 Apple Street
Norco, LA 70079
(504)559-4185

32) Captain Renee Kinier
1233 Westbank Expressway
Harvey, LA 70058
(504) 875-3800

33) Kerry Najolia
2564 Cedar Lawn Drive
Marrero, Louisiana 70072

34) Michael Pizzolato-JPSO Training Academy
1801 Westbank Expressway
Harvey, LA 70058

35) Craig Pond- JPSO Training Academy
1801 Westbank Expressway
Harvey, LA 70058

36) Scott Wilde- JPSO Training Academy
1801 Westbank Expressway
Harvey, LA 70058

37) Michael Voltolina
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

38) Raquel Jackson- Instructional Facilitator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

39) Constance Alphonse- Instructional Facilitator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

40) Mandi Mohr- Psychologist St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

41) Chelsey Gobert- Para-Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

42) Deborah Barrette- Assistant Principal St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

43) Dy. Frietas-SRO St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

44) Steven Gutierrez- Principal St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

45) Shawn Schexnaydre- Para Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

46) Edward Carter- A.P. St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

47) Mindy Van Hoven- Instructional Facilitator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

48) Ian Graham- Teacher St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

49) Chelsea Gobert- Para Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

50) Karen Madere- Para Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

51) Antoinette Walker- Teacher St. Charles Parish
Public Schools
13855 River Road
Luling, LA 70070

52) Denise Isom- Para Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

53) Jason Madere- Principal St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

54) Kierra Webb- Para Educator St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

55) David Schexnaydre- Assistant Principal St. Charles Parish Public Schools
13855 River Road
Luling, LA 70070

56) Dr. Thomas Sands, M.D.
3100 Galleria Drive, Suite 302
Metairie, LA 70001

57) Brittany Hebert, RN East Jefferson General Hospital
4200 Houma Blvd.
Metairie, LA 70006

58) Dr. Joseph Hauth, M.D.
    4200 Houma Blvd.
    Metairie, LA 70006

59) Dr. Thomas Babin
    141 Ormond Center Ct.
    Destrehan, LA 70047

60) Alison M. Arthurs, M.A.
    Medical Certification Specialist
    South Central Louisiana Human Services Authority
    5593 Highway 311
    Houma, LA 70360

61) Dr. Christopher Tung, M.D.
    Kennedy Krieger Institute
    707 North Broadway
    Baltimore, MD 21205

62) Dr. Lee Elizabeth Wachtel, M.D.
    Kennedy Krieger Institute
    707 North Broadway
    Baltimore, MD 21205

63) Deputy Julie Murray- St. Charles Parish Sheriff's Office
    5061 LA-3127
    Kilona, LA 70057

64) George Armbruster-JPSO Defendants' Expert
    P.O. Box 2932
    Lafayette, LA 70502

65) Dr. Tom Neuman, M.D.- JPSO Defendants' Expert
    UCSD School of Medicine
    9500 Gilman Drive
    La Jolla, CA 92093

66) Dr. Megan Alsop, M.D.-JPSO Defendants' Expert
    Clinical Psychologist Jefferson Neurobehavioral Group
    2901 N. I-10 Service Road, Suite 300
    Metairie, LA 70002

67) Capt. Lee Blackwell
    1233 Westbank Expressway
    Harvey, LA 70058

68) Donald Canatella
1233 Westbank Expressway
Harvey, LA 70058

69) Heather Hilton-Manager of Laser Tag
2323 Nebraska Avenue
Metairie, LA 70003

70) Davor Franicevich-Owner of Laser Tag

71) Any witness listed by any other party.

Defendants reserve the right to supplement this list as discovery is ongoing.

**EXHIBITS**

1) A copy of JPSO Item No. A-15489-20 and all documents compiled in connection therewith, including all reports, supplemental reports, statements, and other investigative documents contained within the homicide file.

2) Video footage of the incident from Laser Tag.

3) All crime scene photographs, diagrams and other tangible items and information compiled in connection with the above Item No. A-15489-20.

4) Records from the Jefferson Parish Office of the Coroner, including the autopsy of E.P.

5) A complete copy of the medical records of E.P. from the Kennedy Krieger Institute.

6) A complete copy of the medical records of E.P. from East Jefferson General Hospital from January 19, 2020.

7) A complete copy of the medical records of Darren Parsa from East Jefferson General Hospital, dated January 19, 2020.

8) A complete copy of the medical records of E.P. from Children's Hospital of New Orleans, Ormond Pediatrics.

9) Photographs of the injuries sustained by Marty Luquet as a result of the physical incident with E.P. on September of 2017.

10) A complete copy of the return from Destrehan High School on search warrant item no. 2000381 for the school records of E.P.

11) A complete copy of the Parent Notification of Restraint Letters from the St. Charles Public School system to Donna and Darren Parsa from May 14, 2015 to February 6, 2019.

12) Letters from Marty Luquet to the Superintendent of St. Charles Parish Schools dated September 28, 2017, September 26, 2017, September 27, 2017, September 29, 2017, September 30- November 4th, November 5, 2017 and November 9, 2017, relative to his physical incident with E.P.

13) All emails from both Darren and Donna Lou Parsa documenting E.P.'s outbursts from September 12, 2016 to October 11, 2019.

14) The JPSO training profile for Sheriff Joseph P. Lopinto, III.

15) The JPSO training profile for Chad Pitfield.

16) The JPSO training profile for Shannon Guidry.

17) The JPSO training profile for Ryan Vaught.

18) The JPSO training profile for Steven Mehrtens.

19) The JPSO training profile for Nick Vega.

20) The JPSO training profile for Manuel Estrada.

21) The JPSO training profile for Myron Gaudet.

22) All JPSO 911 records and recording associated with the incident sued upon.

23) A complete copy of the EJGH EMS records for E.P. dated January 19, 2020.

24) A copy of JPSO SOP 8, entitled Restraining Devices and Defensive Devices Policy.

25) A copy of JPSO SOP 22, entitled Internal/Administrative Investigations and Suspension Policy for the Jefferson Parish Sheriff's Office.

26) A copy of JPSO SOP 25, entitled Use of Force Policy for the Jefferson Parish Sheriff's Office.

27)   A copy of the Law Enforcement/SCDS RIPP Restraints training course used by the JPSO in training.

28)   A copy of the Law Enforcement/SCDS RIPP Restraints training course used by the JPSO in training.

29)   A copy of the Sudden Custody Death Syndrome Video.

30)   A copy of the Lewis v. West Palm Beach Video.

31)   A copy of the COPS video used by JPSO in training.

32)   A copy of the COPS 2 video used by JPSO in training.

33)   A copy of the Jefferson Street video used by JPSO in training.

34)   A copy of the Autism Awareness PowerPoint used by JPSO in training.

35)   A copy of the De-Escalation with Suicidal Patients PowerPoint used by JPSO in training.

36)   A copy of the Introduction to Crisis Intervention Training used by JPSO in training.

37)   A copy of the Mental Health Law and Patrol 2017 training used by JPSO in training.

38)   A copy of the Substance Abuse with Mental Illness PowerPoint used by JPSO in training.

39)   A copy of the RIPP student manual used by JPSO in training.

40)   A copy of the Equipment Training used by JPSO in training.

41)   A copy of the Cuff images used by JPSO in training.

42)   A copy of the Sudden Custody Death PowerPoint by JPSO in training.

43)   A copy of the Certification Agent Course used by JPSO in training.

44)   A copy of the O.C. Pepper Spray Student Program used by JPSO in training.

45) A copy of the MDTS Defensive Tactics System Course used by JPSO in training.

46) A copy of the PR-24 Control Device Course Program used by JPSO in training.

47) A copy of the Use of Force PowerPoint used by JPSO in training.

48) A copy of the Ten Commandments PowerPoint used by JPSO in training.

49) A copy of the CIT Training PowerPoint used by JPSO in training.

50) A copy of the PTSD Awareness PowerPoint used by JPSO in training.

51) A copy of the Louisiana Mental Health Law and Patrol PowerPoint used by JPSO in training.

52) A copy of the Serial Killers PowerPoint used by JPSO in training.

53) A copy of the "Watch your 12" slides used by JPSO in training.

54) A copy of the NAPD Professional Driving PowerPoint used by JPSO in training.

55) A copy of the NAPD Tactical Police Driving PowerPoint used by JPSO in training.

56) A copy of the MDTS basic Course Proficiency Test Check Sheet used by JPSO in training.

57) A copy of the MEB Basic Course Proficiency Test Check Sheet used by JPSO in training.

58) A copy of the Monadnock PR-24 Instructor PowerPoint used by JPSO in training.

59) A copy of the MDTS PowerPoint used by JPSO in training.

60) A copy of the Certificates of Completion Form used by JPSO in training.

61) A copy of the RIPP Restraints Instructor Course used by JPSO in training.

62) A copy of the First Aid/CPR classes used by JPSO in training.

63) A copy of the Basic Room Entry Course used by JPSO in training.

64) A copy of the FATS Outline used by JPSO in training.

65) A copy of the Blocks 3 2018 PowerPoint used by JPSO in training.

66) A copy of the Officer Survival Skills used by JPSO in training.

67) A copy of the 2020 In-Service Training Block 2 PowerPoint used by JPSO in training.

68) A copy of the Excited Delirium and ACE PowerPoint used by JPSO in training.

69) A copy of the Bias Recognition PowerPoint used by JPSO in training.

70) A copy of the De-Escalation with a Primitive Brain PowerPoint used by JPSO in training.

71) A copy of the Responding to Active and Evolving Scenes PowerPoint used by JPSO in training.

72) A copy of the Active Listening PowerPoint used by JPSO in training.

73) A copy of the De-Escalation OPC/PEC/2853L PowerPoint used by JPSO in training.

74) A copy of the SPEAR Outline PowerPoint used by JPSO in training.

75) A copy of the SPEAR System Introduction PowerPoint used by JPSO in training.

76) A copy of the TASER CEW User Update PowerPoint used by JPSO in training.

77) A copy of the M26 and X26 Instructor PowerPoint used by JPSO in training.

78) A copy of the M26 and X26 User Course V-14 PowerPoint used by JPSO in training.

79) A copy of the TASER Re-Certification 2013 V-13 PowerPoint used by JPSO in training.

80) A copy of the TASER CEW User Update 2017 V-20 PowerPoint used by JPSO in training.

81) A copy of the X26 User Course V-15 PowerPoint used by JPSO in training.

82) A copy of the X26 User Course V-16 PowerPoint used by JPSO in training.

83) A copy of the X26 User Course V-18 PowerPoint used by JPSO in training.

84) A copy of the X26 P PowerPoint used by JPSO in training.

85) A copy of the X26 P Transition Course PowerPoint used by JPSO in training.

86) A copy of the X26 P User Course PowerPoint used by JPSO in training.

87) A copy of the "Brady" Issues and Responsibilities PowerPoint used by JPSO in training.

88) A copy of the 2021 Block 2 PowerPoint used by JPSO in training.

89) A copy of the Civil Disturbance PowerPoint used by JPSO in training.

90) A copy of the Diversity Awareness and Cultural Sensitivity Training PowerPoint used by JPSO in training.

91) A complete copy of the Jefferson Parish Sheriff's Office Standard Operating Procedures.

92) A copy of the JPSO Code of Conduct.

93) Any exhibit listed by any other party.

Defendants reserve the right to supplement this list as discovery is ongoing.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-mail: danny@martinylaw.com
fzibilich@gmail.com
jeff@martinylaw.com
mulljtc@gmail.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBILICH (14914)**
**JEFFREY D. MARTINY (35012)**
**JAMES B. MULLALY (28296)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)