UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>    Plaintiffs,<br> v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:21-cv-00080<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' EXHIBIT LIST**

COME NOW the Plaintiffs, by and through counsel of record, and pursuant to the Court's Second Amended Scheduling Order (DE 127) and hereby provides their Exhibit List.

Plaintiffs submit that any documents produced between the parties may be used at the trial of this action including documents received pursuant to Public Records Requests, documents produced in discovery and documents utilized at depositions. At the present time, there have been no motions in *limine* filed limiting any evidence produced during this litigation at trial. Plaintiffs intend to file certain motions in *limine* to limit certain evidence to be utilized at trial within the deadlines set forth by the Court. Out of an abundance of caution, Plaintiffs identify all potential exhibits identified in the entire discovery record that may possibly be needed, recognizing that certain evidence and topics may be limited by the Court after motions in *limine*.

1

**EXHIBITS PLAINTIFFS INTEND TO USE AT TRIAL**

1. Video Tapes from Laser Tag
   a. Vestibule
   b. Parking East
   c. Parking West
2. Video Tape of Laser Tag with Events Blown-up (Ex. 88)
3. Photographs/Still Shots taken from the Video Tapes from Laser Tag
4. Video Tape from Civilian Passerby of beginning of events
5. 911/Dispatch Tape
6. JPSO Code of Conduct
7. JPSO Policy Manual
8. RIPP Hobble Training with Card
9. RIPP Hobble/SCDS Training PPT with training videos
   RIPP Instructor Certification Training Course Power Point
   SCDS Video
   Lewis v. West Palm Beach Video
   Cops Video
   Cops 2 Video
   Jefferson Street Incident Video
10. APA Position Statement on Excited Delirium
11. CSAPH Report on Excited Delirium
12. NLETC Positional Asphyxia Bulletin
13. IACP on Excited Delirium
14. IACP on Interactions with Special Needs
15. Parsa Crime Report
16. Parsa Investigative Report (Dowling)
17. Chad Pitfield Employee Profile (Training)
18. Manuel Estrada Employee Profile (Training)
19. Myron Gaudet Employee Profile (Training)
20. Nicholas Vega Employee Profile (Training)
21. Shannon Guidry Employee Profile (Training)
22. Steven Mehrtens Employee Profile (Training)
23. Ryan Vaught Employee Profile (Training)
24. Joseph Lopinto Employee Profile (Training)
25. Lopinto Supplemental Response to Interrogatory No. 18
26. Individual Defendants Response to Interrogatory No. 18
27. Autism Awareness Power Point
28. Agitated Chaotic Event Power Point
29. IACP IDD Model Policy
30. IACP Training Key 678 - Autism - Managing Contacts
31. LA Code CCRP 161 – Warrants
32. Warrant - EP - EJ EMS
33. Warrant - EP Med Rec - Ormond Pediatric and Dr Babin
34. Warrant - DP - EJ Hospital
35. Warrant - EP - School Records

36. Subpoena - JPSCO - Parsa-Robinson-Joseph-ED
37. Coroner File Eric Parsa, including autopsy report and testing
38. JPCO Case Review Committee Report - (6/15/20)
39. Coroner File - EP Photographs
40. Article - Royal College of Pathologists - The Use of ED as Cause of Death
41. Article - Role of Restraint with ED – Freeman
42. Article - Physicians for Human Rights - ED and Death in Police Custody
43. Dowling - Training
44. Dowling – Separation Papers - St Tammany Parish
45. Dowling - Form PC 201 - Certification Request
46. Jacobi Cage Tape
47. Parsa Entire Investigation File
48. Laser Tag Video with Zoom
49. Kenner Pitfield Report
50. EP Medical Records-EMS
51. JPSO Discovery Responses
52. IACP - Need to Know Policy OIS - Critical Incidents
53. IACP - Concept & Issues - OIS-Critical Incidents
54. IACP - Model Policy - IOS-Critical Incidents
55. JPSO IA Files (produced with original discovery)
56. JPSO IA Pathologists Files (produced at 30(b)(6) deposition)
57. Keevan Robinson Homicide File
58. Dispatch Report
59. Defendant Response to RFAs & Second Discovery Requests
60. Lopinto Response to Second RFAs
61. Lopinto Supp Res to Second RFAs
62. Dobbs v. Lopinto - Autistic Kid
63. Williams v. Lee Judgment (1993)
64. Sullen v. Lee Complaint (1995)
65. Kahn v. Lee Complaint (2008)
66. Boutte (Keevan Robinson v. Lee Complaint (2019)
67. IACP IA Model Policy – Internal Affairs
68. IACP - IA Concepts and Issues Paper – Internal Affairs
69. Dennis Debbault Training Card Autism
70. Dennis Debbault Training Quote
71. Photographs of Chad Pitfield on Scene
72. Photographs of Nick Vega on Scene
73. Photographs of EP and Family
74. Plaintiffs intend to utilize any such further evidence as may be necessary for impeachment or rebuttal based on the evidence.

**EXHIBITS PLAINTIFFS MAY USE AT TRIAL**

Plaintiffs may use the following evidence at trial produced during depositions, discovery and through public records requests.

## DEPOSITION EXHIBITS

1. Plaintiff's Notice to Take Depo of 30b6
2. Victory REI Responses to First Set of Discovery
3. Incident in the parking lot in front of laser tag Email
4. Victory REI Supp. Responses to First Set of Written Discovery
5. Protester Looter Email
6. FW; Incident in the parking lot in front of laser tag Email
7. Chad Pitfield Payment Invoice
8. Donald Canatella Payment Invoice
9. JPSO SOP-11
10. Abusive Deposition Tactics
11. Plaintiff's Notice to Take Depo of 30b6
12. PRA Response – JPSO
13. JPSO Discovery Itemization
14. Recruit Class 59 Schedule
15. Estrada, Manuel E. Physical Assessment
16. Doc Request; Any Tasers Maintained on Deputies
17. Doc Request; Post curriculum
18. Table of Contents - Rules for the Admin. of the Code of Conduct
19. JPSO SOP Alphabetical List
20. JPSO Jail Policies
21. RIPP Hobble Training with Card
22. RIPP SCDS Training PPT
23. APA Position Statement on Excited Delirium
24. CSAPH Report on Excited Delirium
25. NLETC Positional Asphyxia Bulletin
26. IACP on Excited Delirium
27. IACP on Interactions with Special Needs
28. Doc Request; Arms Report Template
29. JPSO Communications Signals
30. Parsa Crime Report
31. Parsa Investigative Report
32. Chad Pitfield Employee Profile
33. Manuel Estrada Employee Profile
34. Myron Gaudet Employee Profile
35. Nicholas Vega Employee Profile
36. Shannon Guidry Employee Profile
37. Steven Mehrtens Employee Profile
38. Ryan Vaught Employee Profile
39. Joseph Lopinto Employee Profile
40. NTD ADA-RA-Warrants
41. Lopinto Supplemental Responses
42. JPSO Policies TOC
43. Autism Awareness Power Point
44. Deescalation with Suicidal Patients

45. CIT Power Point Training
46. LA Mental Health Law Power Point
47. Substance Abuse with Mental Illness PP
48. Agitated Chaotic Event Power Point
49. IACP IDD Model Policy
50. IACP Training Key 678 - Autism - Managing Contacts
51. Autism Tsunami
52. LA Code CCRP 161 – Warrants
53. Fourth Amendment
54. Warrant - EP - EJ EMS
55. Warrant - EP Med Rec - Ormond Pediatric and Dr Babin
56. Warrant - DP - EJ Hospital
57. Warrant - EP - School Records
58. Subpoena - Tim Genevay
59. Subpoena - JPSCO - Parsa-Robinson-Joseph-ED
60. Document produced by JPCO on ED
61. Coroner File Eric Parsa
62. Coroner File Robinson
63. Coroner File Joseph
64. Coroner File - EP Photographs
65. Subpoena - JPCO - Training-Materials on ED
66. JPCO Autism Training-DiMaio Book
67. EMAILS - Genevay - Parsa
68. Subpoena – Troxclair
69. Article - Royal College of Pathologists - The Use of ED as Cause of Death
70. Article - Role of Restraint with ED – Freeman
71. Article - Physicians for Human Rights - ED and Death in Police Custody
72. Dowling - Training
73. Dowling – Separation Papers - St Tammany Parish
74. Dowling - Form PC 201 - Certification Request
75. Jacobi Cage Tape
76. Dowling - Jacobi Cage Initial Report
77. Tape of Jacobi Cage Incident from News
78. Parsa Entire Investigation File
79. Guidry Statement Parsa
80. Guidry Response to First Discovery
81. Guidry - Supp. Resp. Disc
82. Guidry - Personnel File
83. IA Report - No Complaint against Ind
84. Estrada - Personnel File
85. Estrada - Supp Res to Discovery
86. Estrada - Resp to Discovery
87. Estrada - Statement
88. Laser Tag Video with Zoom
89. Mehrtens - Personnel File
90. Mehrtens - Resp to Discovery

91. Mehrtens - Supp Res to Discovery
92. Mehrtens - Statement
93. Gaudet - Personnel File
94. Gaudet - Res to Discovery
95. Gaudet - Supp Res to Discovery
96. Gaudet - Statement
97. Gaudet Notes
98. Complaint - Blum v. Gaudet-Vega- et al
99. NTD ADA Remaining Topics
100. JPSO Response to MTC
101. Vaught Personnel File
102. Vaught Response to Int-Req
103. Vaught Supplemental Discovery Responses
104. Vaught - Statement
105. Vaught - Pratt v. Vaught, et al
106. Vega Personnel File
107. Vega - First Discovery Responses
108. Vega - Supplemental Discovery Responses
109. Vega Statement
110. Vega Photographs
111. JPSO Response to MPSJ - Warrants
112. Kenner Pitfield Report
113. Pitfield Personnel File
114. Pitfield Kenner Personnel File
115. EP Medical Records-EMS
116. NTD - IA-EWS
117. JPSO Discovery Responses
118. IACP - Need to Know Policy OIS - Critical Incidents
119. IACP - Concept & Issues - OIS-Critical Incidents
120. IACP - Model Policy - IOS-Critical Incidents
121. JPSO IA Files
122. IA Files Placeholder (additional files produced at deposition)
123. Keevan Robinson Homicide File
124. Brook v Kahrs-JPSO
125. Dispatch Report
126. JPSO Response to First Discovery Requests
127. Defendant Response to Request for Admissions & Second Discovery Requests
128. Lopinto Response to Second Request for Admissions
129. Lopinto Supplemental Response to Second Request for Admissions
130. Lopinto Response to Third Discovery Requests
131. Lopinto Supplemental Response to Fourth Discovery Requests
132. Lopinto Response to Fourth Discovery Request
133. Lopinto Response to Sixth Request for Production of Documents
134. Lopinto Response to Fifth Request for Production of Documents
135. Lopinto, Individual Response to First Discovery
136. Lopinto Training Records

137. Lopinto Training Records
138. Dobbs v. Lopinto - Autistic Kid
139. Lopinto Personnel File
140. LSA 2402.2 - Minimum Training Requirements
141. LSA 2405.5 - Training for Officer - Disabilities
142. Lopinto Pacer Search
143. Lopinto Westlaw Search
144. Williams v. Lee Judgment (1993)
145. Sullen v. Lee Complaint (1995)
146. Kahn v. Lee Complaint (2008)
147. Boutte (Keevan Robinson v. Lee Complaint (2019)
148. IACP IA Model Policy
149. IACP - IA Concepts and Issues Paper
150. Debbault Training Card Autism
151. Late Filed - Jacobi Cage IA File or Discipline
152. Late Filed - Jacobi Cage - Discipline
153. Lopinto Facebook Posts

## DOCUMENTS PRODUCED IN DISCOVERY BY JPSO
## PRA1 JPSO 000001-19657

154. JPSO 000001-320        201- Estrada, Manuel E. – 115479 (Personnel File)
155. JPSO 000321-762       201-Gaudet Jr., Myron A.-100179 (Personnel File)
156. JPSO 000763-1141     201-Guidry, Shannon D.-115037 (Personnel File)
157. JPSO 001142-1385     201-Mehrtens, Steven A. – 118099 (Personnel File)
158. JPSO 001386-1666     201-Pitfield, Chad M.-116210 (Personnel File)
159. JPSO 001667-1898     201-Vaught, Ryan C.-118093 (Personnel File)
160. JPSO 001899-2184     201-Vega, Nicholas-114402 (Personnel File)
161. JPSO 002185-2452     Documentation Pertaining to Parsa Incident

　　　　2185-2189       200120-17_Parsa_Eric (Tox Report)
　　　　2190-2191       A-15489-20 Chain of Custody DVR
　　　　2192-2193       A-15489-20 crime scene evidence list
　　　　2194-2199       A-15489-20 ID photos by Jan Quatroy
　　　　2200-2202       A-15489-20 initial report
　　　　2203-2207       A-15489-20 NOPD search warrant wwl
　　　　2208-2212       A-15489-20 SCSO search warrant DHS
　　　　2213-2216       A-15489-20 SW Daren Parsa EJGH records
　　　　2217-2220       A-15489-20 SW EJ EMS records
　　　　2221-2224       A-15489-20 SW Eric Parsa EJGH records
　　　　2225-2228       A-15489-20 SW for DVR DHS
　　　　2229-2232       A-15489-20 SW Ormond Pediatrics
　　　　2233-2248       A-15489-20 Transcribed Audio Statement of Marty Luquet
　　　　2249-2256       A-15489-20 Transcribed iRecord statement Deputy Myron Gaudet
　　　　2257-2269       A-15489-20 Transcribed iRecord statement Detective Ryan Vaught

|  |  |
|---|---|
| 2270-2302 | A-15489-20 Transcribed iRecord statement of Deputy Chad Pitfield |
| 2303-2309 | A-15489-20 Transcribed iRecord statement of Deputy Manny Estrada |
| 2310-2321 | A-15489-20 Transcribed iRecord Statement of Deputy Nick Vega |
| 2322-2326 | A-15489-20 Transcribed iRecord Statement of Deputy Shannon Guidry |
| 2327-2337 | A-15489-20 Transcribed iRecord statement of Detective Stephen Mehrtens |
| 2338-2352 | A-15489-20 Transcribed statement Heather Hilton |
| 2353-2365 | A-15489-20 Transcribed Statement Kyle Houck 01.19.20 1557 |
| 2366-2391 | A-15489-20 Transcribed statement of Daren Parsa and Donna Lou |
| 2392-2396 | A-15489-20 Transcribed statement of Jan Quatroy |
| 2397-2407 | A-15489-20 Transcribed statement of Kimberly Kracke.doc |
| 2408 | EML   Autopsy files for Eric Parsa |
| 2409 | Autopsy prelim report 01282020 |
| 2410-2415 | AutopsyReport_Original_2020-06-22 |
| 2416-2418 | Documents from Marty Luquet |
| 2419-2434 | Injury report - Chad Pitfield |
| 2435 | EML JPCO Preliminary Findings |
| 2436-2439 | Neuropathology Consult |
| 2440 | Parsa Eric-Tox |
| 2441-2447 | Parsa Genetic |
| 2448-2451 | Parsa-LOPA |
| 2452 | Parsa-Mayo |

162. JPSO 002453-2456   911 RECORDINGS AND REQUEST FORMS
       AUDIO         911 recordings
       2453-2456     911 records

163. LASER TAG VIDEOS
    MET NVR2_ch7_20200119131958_20200119140358
    MET NVR2_ch8_20200119132019_20200119140357
    MET NVR2_ch20_20200119132414_20200119132923

164. JPSO 002457-2899   MEDICAL RECORDS - ERIC PARSA
       2457-2749   Children's Hospital, Ormond Pediatrics medical records- Eric Parsa
       2750-2782   EJ EMS run sheet- Eric Parsa
       2783-2825   EJGH medical records- Daren Parsa
       2826-2888   EJGH medical records- Eric Parsa
       2889-2895   PARSA Information

165. JPSO 002896-3780   MEDICAL RECORDS - KENNEDY KRIEGER INSTITUTE
       2896-3291   Med Records - Kennedy Krieger Institute 1 of 4
       3292-3467   Med Records - Kennedy Krieger Institute 2 of 4

        3468-3641      Med Records - Kennedy Krieger Institute 3 of 4
        3642-3780      Med Records - Kennedy Krieger Institute 4 of 4

166.    JPSO 3796-7317    SCHOOL RECORDS DHS
        A-15489-20 school records 1 - A-15489-20 school records 65

167.    JPSO 7318-7823    Photographs Produced by JPSO

        7318-7331      1/21/20 JPSO Crime Scene Photographs taken by C. Landeche at Destrehan High School, 1 Wildcat Lane, Destrehan, LA 70047 **END**
        7332-7514      Autopsy
                        7514 - 1/22/20 JPSO Crime Scene Photographs taken by C. Landeche, 2018 8th Street, Harvey, LA70058 (JP Morgue)  **END**
        7515-7673      Laser Tag Scene Photographs
                        7660 - 1/19/20 JPSO Crime Scene Photographs taken by Technician K. Stierwald at 8855 Veterans Blvd.
        7674-7691      Evidence – Harness, zip ties, clothing, shoes
        7692-7741      1/19/20 JPSC Crime Scene Photographs taken by Tech. Michael Aicklen at EJGH, 4200 Houma Blvd. Metairie
        7742-7823      1/21/20 JPSO Crime Scene Photographs taken by C. Landeche at Destrehan High School, 1 Wildcat Lane, Destrehan, LA 70047

168.    JPSO 7824-7869    OFFICER TRAINING FILES 10/12/21
        7824-7828      Chad Pitfield Training File
        7829-7834      Manuel Estrada Training File
        7835-7839      Myron Gaudet Training File
        7840-7844      Nicholas Vega Training File
        7845-7847      Ryan Vaught Training File
        7848-7850      Shannon Guidry Training File
        7851-7853      Steven Mehrtens Training File
        7854-7867      Lopinto Training Record
        7868-7869      Lopinto

169.    JPSO 7870-7920    SELECT POLICIES
        7870-7875      SOP 8 – Restraining Devices
        7876-7886      SOP 22 – Internal Affairs
        7887-7891      SOP 25 – Use of Force
        7892-7920      Code of Conduct

170.    JPSO 7921-7970    Total Appendage Restraining Procedure
        7921-7970            TARP/RIPP Hobble Power Point

171.    JPSO 7921- 8485    COMPLETE JPSO POLICY MANUALS
        7971-8204      JPSO Jail Policies
        8205-8485      JPSO Law Enforcement Policies

172.     JPSO 08486–08538    Sudden Custody Death PowerPoint and Videos
        008486-008533    RIPP Instructor Certification Training Course Power Point
        008534-008534    SCDS Video
        008535-008535    Lewis v. West Palm Beach Video
        008536-008536    Cops Video
        008537-008537    Cops 2 Video
        008538-008538    Jefferson Street Incident Video

173.     JPSO 008539-008633 CIT Training
        008539-008558 Autism Awareness.ppt
        008559-008568 De-Escalation with Suicidal Patients.ppt
        008569-008583 Intro to CIT
        008584-008624 Mental Health Law and Patrol 2017
        008625-008633 Substance Abuse with Mental Illness

174.     JPSO 008634-012034 JPSO TRAINING
        008634-008678    RIPP Student Manual
        008679-008693    Equipment Training
        008694-008694    Lewis v West Palm Beach video
        008695-008697    Cuff images
        008698-008730    LE SCDS ppt end user
        008731-008778    LE SCDS ppt
        008779-008889    Certification to Chemical Agent Course
        008890-008944    O.C. Pepper Spray Student Program
        008945-009129    MDTS Defensive Tactics System Course Program
        009130-009284    PR-24 Control Device Course Program
        009285-009331    Use of Force ppt
        009332-09332    blank page
        009333-009333    Ten Commandments
        009334-009353    Autism Awareness
        009354-009373    PTSD Awareness
        009374-009392    De-escalation with suicidal patients
        009393-009407    Intro to CIT
        009408-009438    Crisis intervention
        009439-009479    Louisiana Mental Health Law and Patrol
        009480-009480    Serial Killers
        009481-009489    Substance Abuse and Mental Illness
        009490-009490    Video Links
        009491-009492    Watch Your 12
        009493-009498    27-29S images
        009499-009499    MDTS Instructor Course
        009500-009715    NAPD Tactical Police Driving
        009716-009716    MDTS Basic Course Proficiency Test Check Sheet
        009717-009717    MEB Basic Course Proficiency Test Check Sheet
        009718-009718    Monadnock Pr-24 Instructor Course
        009719-009719    MDTS Instructor Course

|  |  |  |
|---|---|---|
|  | 009720-009721 | Certificates of Completion- PR-24 |
|  | 009722-009722 | RIPP Restraints Instructor Course |
|  | 009723-009723 | First Aid / CPR Classes |
|  | 009724-009724 | Basic Room Entry Course |
|  | 009725-009725 | FATS Outline |
|  | 009726-009727 | Blocks 3 2018 |
|  | 009728-009742 | Officer Survival Skills |
|  | 009743-009744 | 2020 In- Service Training Block 2 |
|  | 009745-009779 | Excited Delirium and ACE |
|  | 009780-009834 | Bias Recognition |
|  | 009835-009867 | De-Escalation with a Primitive Brain |
|  | 009868-009896 | Service Animals |
|  | 009897-009944 | Responding to Active and Evolving Scenes |
|  | 009945-009956 | Active Listening |
|  | 009957-010014 | De-escalation OPC / PEC / 2853L |
|  | 010015-010049 | Excited Delirium and ACE |
|  | 010050-010104 | Bias Recognition |
|  | 010105-010137 | De-Escalation with a Primitive Brain |
|  | 010138-010166 | Service Animals |
|  | 010167-010167 | SPEAR Outline |
|  | 010168-010223 | SPEAR System Introduction |
|  | 010224-010266 | TASER CEW User Update |
|  | 010267-010544 | M26 & X26 Instructor Course V-13 |
|  | 010545-010808 | M26 & X26 User Course V-14 |
|  | 010809-010854 | TASER Re-Cert 2013 V-19 |
|  | 010855-010892 | TASER CEW User Update 2017 V-20 |
|  | 010893-011026 | X26 User Course V-15 |
|  | 011027-011202 | X26 User Course V-16 |
|  | 011203-011389 | X26 User Course V-18 |
|  | 011390-011614 | X26P |
|  | 011615-011653 | X26P Transition Course |
|  | 011654-011811 | X26P User Course |
|  | 011812-011829 | "Brady" Issues and Responsibilities |
|  | 011830-011834 | 2021 Block 2 |
|  | 011835-011870 | Civil Disturbance |
|  | 011871-011928 | De-escalation OPC / PEC / 2853L |
|  | 011929-011963 | Elderly Abuse |
|  | 011964-012034 | Diversity Awareness & Cultural Sensitivity Training |
| 175. | JPSO 12035-12102 | Internal Affairs Files |
|  | 012035-012042 | B-13551-21 Case Report |
|  | 012043-012043 | B-13551-21 Complaint Form |
|  | 012044-012050 | J-07343-20 Case Report |
|  | 012051-012058 | C-06288-20 Case Report |
|  | 012059-012062 | D-19565-19 Case Report |
|  | 012063-012063 | Deputy Troy Boulas Official Resignation |

11

|  |  |
|---|---|
| 012064-012073 | D-04922-19 Case Report |
| 012074-012075 | J-18905-19 Case Report |
| 012076-012084 | I-23141-19 Case Report |
| 012085-012095 | F-13541-20 Case Report |
| 012096-012100 | Investigation into Alleged Simple Battery by JPCC Sergeant Steven Rabb |
| 012101-012102 | C-12991-21 Complaint Form |

176. JPSO 12103-19657     Electronic Discovery
       12103-13357     Key Word AUSITIC
       13358-14258     Key Word AUTISM
       14259-14513     Key Word MENTAL EPISODE
       14514-14803     Key Word PARSA
       14804-19657     Key Word SPECIAL NEEDS

## DOCUMENTS PRODUCED IN DISCOVERY BY WESTGATE

177. Videos obtained from Laser Tag
    a. Vestibule
    b. Parking East
    c. Parking West

178. WESTGATE 0001    Donald Cannatella 1/19/20 Email to Gina Christopher Subject: Incident in the parking lot in front of Laser Tag

179. WESTGATE 0002-5    Emails between Gina Christopher (Westgate) and JPSO No. 1

180. WESTGATE 0006-8    Emails between Gina Christopher (Westgate) and JPSO with redactions

## DOCUMENTS PRODUCED BY JPSO
## IN RESPONSE TO PUBLIC RECORDS REQUESTS
### First Public Records Request
### PRA1 JPSO 0001-0413

181. AUDIO                 911/Dispatch Tape on Parsa Incident

182. PRA1 JPSO 00001-150     Chad Pitfield Employment File

183. PRA1 JPSO 00151-325     Transcribed Statements of Officers and Witnesses
       151-155     2020 - Transcribed Statement of Jan Quatroy
       156-167     2020 - Transcribed Statement of Nick Vega
       168-172     2020 - Transcribed Statement of Shannon Guidry
       173-198     2020.1.19 - Transcribed Hospital Statement of Donna and Daren
       199-209     2020.1.19 - Transcribed Statement of Kimberly Kracke
       210-225     2020.1.19 - Transcribed Statement of Marty Luquet

|   |   |   |
|---|---|---|
|   | 226-253 | 2020.1.19 - Transcribed Statement of Heather Hilton |
|   | 254-286 | 2020.1.22 - Transcribed Statement of Chad Pitfield |
|   | 287-299 | 2020.1.22 - Transcribed Statement of Keith Dowling |
|   | 300-310 | 2020.1.23 - Transcribed Statement of Stephen Mehrtens |
|   | 311-317 | 2020.1.23 - Transcribed Statement of Manuel Estrada |
|   | 318-325 | Transcribed Statement of Myron Gaudet |
| 184. | PRA1 JPSO 00326-331 | 2014.7.7 - JPSO SOP-8 - Restraining Devices Policy |
| 185. | PRA1 JPSO 00332-336 | 2016.4.19 - JPSO SOP-25 - Use of Force Policy |
| 186. | PRA1 JPSO 00337-348 | 2020.1.19 - 911 Comms District CAD Transcript |
| 187. | PRA1 JPSO 00349-350 | 2020.1.19 - Parsa Incident Report |
| 188. | PRA1 JPSO 00351-362 | 2020.1.20 - Search Warrant for EJGH |
| 189. | PRA1 JPSO 00363 | 2020.1.28 - Notice of Autopsy |
| 190. | PRA1 JPSO 00364-381 | Search Warrant Applications and Returns |
| 191. | PRA1 JPSO 00382-413 | Supplemental Incident Report Dowling |

**Second Public Records Request to JPSO**
**PRA2 JPSO 0001-0136**

| 192. | PRA2 JPSO 00001-150 | JPSO CIT |
|---|---|---|
|   | 1-20 | Autism Awareness |
|   | 21-30 | De-Escalation with Suicidal Patients |
|   | 31-45 | Intro to CIT |
|   | 46-86 | Mental Health Law and Patrol 2017 |
|   | 87-95 | Substance abuse with mental illness |
| 193. | PRA2 JPSO 00096 | 2020.1.29 - Letter from FBI to JPSO |
| 194. | PRA2 JPSO 00097-98 | 2020.12.22 - $184 Bill for JPSO PRA |
| 195. | PRA2 JPSO 00099-106 | Jefferson Claims 2005-2020 |
| 196. | PRA2 JPSO 00107A-112A | SOP-8 - Restraining Devices |
| 197. | PRA2 JPSO 00107-120 | SOP-22 - IA Policy |
| 198. | PRA2 JPSO 00117-121 | SOP-25 - Use of Force |
| 199. | PRA2 JPSO 00122-134 | SOP-30 - Arrest Policy |

200.    PRA2 JPSO 00135-136        SOP-36 - Hiring and Firing Policy

## DOCUMENTS PRODUCED BY NOPD
## IN RESPONSE TO PUBLIC RECORDS REQUEST
## PRA NOPD 0001-0157

201.    PRA NOPD 00001-6           REQUEST #20-7772 (Ryan Vaught)

202.    PRA NOPD 00007-98          PERSONNEL FILE (Ryan Vaught)

203.    PRA NOPD 00099             DISCIPLINARY RECORD (Ryan Vaught)

204.    PRA NOPD 00100-157         2014-0674-C INVESTIGATION (Ryan Vaught)

## DOCUMENTS PRODUCED BY STATE ARCHIVIST
## IN RESPONSE TO PUBLIC RECORDS REQUESTS

205.    PRA2 JPSO 00001-18 – Disposal Certificates
        20170906_Disposal
        20171006_Disposal
        20180308_Disposal01
        20180427_Disposal
        20180427_Disposal2
        20180717_Disposal
        20180727_Disposal
        20180824_Disposal
        20181003_Disposal
        20181003_Disposal2

206.    PRA2 JPSO 00019-148 – Document Retention Schedules

        JeffersonParishGov_Table of Contents
        JeffersonParishGov_Retention_Schedule_part1
        JeffersonParishGov_Retention_Schedule_part2
        JeffersonParishGov_Retention_Schedule_part3
        JeffersonParishGov_Retention Schedule_part4
        JeffersonParishGov_Retention_Schedule_part5
        JeffersonParishSheriffOffice_Retention_Schedule (1)
        JeffersonParishGov_RetentionSchedule_historical_superseded

## DOCUMENTS PRODUCED BY PLAINTIFFS
## IN RESPONSE TO WESTGATE DISCOVERY REQUESTS

207.    Ex. A – EP Medical Records

208. Ex. B – EP School Records

209. Ex. C – Emails Regarding Burst and Behavior of EP

210. Ex. D – Burst Date Sheet and Unit Data Sheet

211. Ex. E – St. Charles Police Report

212. Ex. F – Email Conversation with Sgt. Fahig

213. Ex. G – Photographs

214. Ex. H – Video from Civilian in Parking Lot and 3 Laser Tag Videos

215. Ex. I – Parsa Incident Report

216. Ex. J – Audio recordings made by Plaintiffs of interviews with JPSO deputies and JPCO personnel, with transcripts.

217. Ex. K – Funeral Expenses and Therapy Bills

218. Ex. L – Autopsy Report

219. Ex. M – JPSO Discovery Responses

220. Ex. N – JPSO Responses to Public Records Requests

221. Ex. O – Emails, Text Messages Pertaining to Incident

222. Ex. P – Emails Children's Choice Waiver.

### JPSO RESPONSE TO THIRD SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

223. RIPP HOBBLE Requisition – 9/18/18

### JPSO SUPPLEMENTAL RESPONSE TO FOURTH SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

224. JPSO Annual Comprehensive Financial Report

### OTHER MISCELLANEOUS DOCUMENTS

225. *Simpson v. Hines*, 903 F.3d 400 (5th Cir. 1990)
226. *Gutierrez v. City of San Antonio*, 139 F.3d 441 (5th 1998)
227. *Cruz v. City of Laramie*, 239 F.3d 1183 (10th Cir. 2001)

228. *Champion v. Outlook Nashville*, 380 F.3d 893 (6th 2004)
229. *Khan v. Normand*, 683 F.3d 193 (5th Cir. 2012)
230. *Goode v. Baggett*, 811 Fed App'x 227 (5th 4/24/20)
231. *Joseph v. Bartlett*, 981 F.3d 319 (5th 11/20/20)
232. *Lombardo v. City of St. Louis*, 141 S.Ct. 2239 (US 6/28/21)
233. *Timpa v. Dillard*, 20 F.4th 1020 (5th Cir. 12/15/21)
234. *Fairchild v. Coryell County, Texas*, 40 F.4th 359 (7/14/22)
235. *Perkins v. Hart*, 2002 WL 2952992 (ED LA 7/26/22)

RESPECTFULLY SUBMITTED,

s/Andrew C. Clarke
Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
(901) 523-1999 (Facsimile)
aclarke@cochranfirmmidsouth.com

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (Louisiana Bar No. 37764)
Law Office of William Most, L.L.C.
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

**CERTIFICATE OF SERVICE**

    I, Andrew C. Clarke, do hereby certify that I served a copy of the following has been served on all counsel of record pursuant to the ECF filing system on this the 24th day of February, 2023.

Franz Zibilich
Jeffrey Martiny
131 Airline Highway, Suite 201
Metairie, LA 70001
danny@martinylaw.com
jeff@martinylaw.com

Christopher W. Kaul
Mark A Hill
650 Poydras Street, Suite 2105
New Orleans, LA 70130
ckaul@thompsoncoe.com
mhill@thompsoncoe.com

                                                s/Andrew C. Clarke
                                                Andrew C. Clarke (TN BPR # 15409)