UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>    Plaintiffs,<br> v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>    Defendants. | Case No. 2:21-cv-00080 |

**PLAINTIFFS' WITNESS LIST**

COME NOW the Plaintiffs, by and through counsel of record, and pursuant to the Court's Second Amended Scheduling Order (DE 127) and hereby provides their Witness List.

Plaintiffs submit that persons identified during this litigation may be called at the trial of this action including persons identified in written discovery, depositions and/or documents produced during discovery. At the present time, there have been no motions in *limine* filed limiting the evidence or testimony of witnesses. Plaintiffs intend to file certain motions in *limine* to limit certain evidence, and witnesses, to be utilized at trial within the deadlines set forth by the Court. Out of an abundance of caution, Plaintiffs identify all potential witnesses identified in the entire discovery record that may possibly be needed, recognizing that certain witnesses and topics may be limited by the Court after motions in *limine*.

1

## WITNESSES

**WILL CALL**

1. Plaintiff Donna Lou

2. Plaintiff Daren Parsa

3. Defendant Sheriff Joseph Lopinto

4. Defendant Deputy Chad Pitfield

5. Defendant Detective Ryan Vaught

6. Defendant Detective Mehrtens

7. Defendant Deputy Shannon Guidry

8. Defendant Deputy Nick Vega

9. Defendant Deputy Manuel Estrada

10. Defendant Deputy Myron Gaudet

11. JPSO Deputy Brian Kahrs;

12. Sgt. Keith Dowling;

11. Defendant 30(b)(6) Corporate Representative on Training – Sgt. Michael Pizzolato;

12. Defendant 30(b)(6) Corporate Representative on Internal Affairs – Captain Robert Blackwell;

13. Defendant 30(b)(6) Corporate Representative on Warrants – Lt. Donald Meunier;

14. Defendant 30(b)(6) Corporate Representative on ADA/RA – Sgt. Michael Voltolino & Sheriff Joseph Lopinto;

15. Defendant 30(b)(6) Corporate Representative on Reserve Details – Deputy Chief Joshua Wingrove;

16. Defendant 30(b)(6) Corporate Representative on Report Writing – Craig Pond;

17. Donald Canatella – Westgate Detail Administrator;

18. Dr. Dana Troxclair – JPCO - Medical Examiner; Plaintiffs' Non-Retained Expert

19. Dr. Kris Sperry – Plaintiffs' Expert;

20. Dennis Debbault – Plaintiffs' Expert;

21. Jeffrey Noble – Plaintiffs' Expert;

22. Plaintiffs intends to call such witnesses as may be necessary for impeachment or rebuttal.

**PLAINTIFFS' MAY CALL**

1. Gina Christopher – Westgate

2. Martha Hamilton, Ph.D. (Psychologist who treated EP from April 2014 until death and who made the scene of the incident).  Contact number:  504-487-7719

3. Mrs. Jennifer Shaffer, MSW, LCSW (Treated Ms. Lou and Mr. Parsa after EP's death.  Contact number: 504-352-7684

4. Persons involved in the medical care of EP at East Jefferson Hospital including:

    a. Michael K. Ng, M.D. – East Jefferson General Hospital
    b. Brandon Mong, M.D. – East Jefferson General Hospital
    c. Danielle K. Andrew, R.N. – East Jefferson General Hospital
    d. Judy Lang – Scribe – East Jefferson General Hospital
    e. Brittney Dyess – LOPA
    f. Joseph Deist, EMS – East Jefferson General Hospital
    g. Jeanette Euper, EMS – East Jefferson General Hospital
    h. Mallory Smith, EMS – East Jefferson General Hospital
    j. Records Custodian from East Jefferson Hospital

5. Members of the Jefferson Parish Coroner's Office and Forensic Center and consultants who were involved in the autopsy of Eric Parsa and whose information is contained in the autopsy report, including but not limited to:

    a. Coroner Gerry Cvitanovich, M.D.;
    b. Dr. Lauridson (Montgomery, Alabama) – Plaintiffs' private pathologist
    c. Shelley Lucious
    d. Kevin Mitchell
    e. Forensic Pathologist Ellen Conner, M.D.
    f. CST Chantele Landeche
    g. CSI Jene' Rauch

      h.      Forensic Pathologist Dr. M. Defatta
      i.      Forensic Pathologist Dr. E. Connor
      j.      Chief Deputy Coroner Dr. C. Eckert
      k.      Deputy Coroner Dr. G. Morse
      l.      Chief Death Investigator M. Bone
      m.      Death Investigator T. Genevay
      n.      Emily R. Duncanson, M.D.
      o.      Daniel F. Pineda-Alvarez, MM.D., FACMG – Invitae Diagnostic Testing Results
      p.      Di Tian, M.D., Ph.D, Tulane University
      q.      Records Custodian from Jefferson Parish Coroner's Office

6. Members of the JPSO who were involved in the Homicide Investigation performed in this case by the JPSO or who were interviewed during the Homicide Investigations including:

      a.      Lt. Donald Meunier – JPSO
      b.      Detective Scott Bradley– JPSO
      c.      Detective Jesus Falcon– JPSO
      d.      Chief Dax Russo (CIB Commander) – JPSO
      e.      Captain Kevin Balser (Persons Division) – JPSO
      f.      Lt. Gary Barteet (Burglary Section) – JPSO
      g.      Lt. Frank Renaudin (Robbery Section) – JPSO
      h.      Sgt. Justin Jerry (Robbery Section) – JPSO
      i.      Sgt. Rodney Naumann – JPSO
      j.      Deputy Kim Stierwald – JPSO
      k.      Deputy Michael Aicklin – JPSO
      l.      Deputy Chief Timothy Scanlon – JPSO
      m.      Sgt. Jene Rauch – JPSO
      n.      Sgt. Solomon Burke – JPSO
      o.      EMT Joseph Deist (Unit EJ-80)
      p.      EMT Jeanette Euper (Unit EJ-60)
      q.      EMT Mallory Smith (Unit EJ-60)
      r.      Heather Hilton (Manager of Laser Tag)
               2323 Nebraska Ave
               Metairie, LA 70003
               (504) 231-8705
      s.      Kimberly Kracke (Employee of Laser Tag)
               1317 Cumberland Avenue
               Metairie, LA 70003
               (504) 722-8487
      t.      Kyle Houck (Employee of Laser Tag)
               300 Ridgelake Drive, Apartment # 15
               Metairie, LA 70003
               (504) 231-8705

      u.      Jan Quatroy (Employee of Supercuts)
             4621 Meadowdale Street
             Metairie, LA 70003
             (504) 578-0877

      v.      Marty Luquet (Retired Teacher with Destrehan High School)
             35 Apple Street
             Norco, LA 70079
             (504) 559-4185

7. Persons with knowledge of EPs disabilities, education and condition prior to death including:

    a.    Rhett Peltier- Eric's 11th grade teacher at Destrehan High School until his death. Contact number for Destrehan High School: 985-764-9946

    b.    Karen Madere- Eric's 6th-9th grade teacher and for the first month and a half of 10th grade. Contact number for Norco Elementary where she is now: 985-764-7079.

    c.    Denise Isom- paraprofessional for Eric from 6th grade until Eric's death Contact number for Destrehan High School: 985-764-9946

    d.    Cathy Bleakley- paraprofessional for Eric for 11th grade until his death Contact number for Destrehan High School: 985-764-9946

    e.    Trishan Charles- bus driver for 2 years until Eric's death. Contact number for St. Charles Parish School Bus Transportation: 985-785-7206

    f.    Mallory DiBenedetto- instructional facilitator for Eric at Destrehan High School from 9th grade until his death. St. Charles Parish Public Schools: 985-785-6289

    g.    Mendy Van Hoven- Eric's kindergarten teacher at New Sarpy Elementary who also serviced Eric in various roles while he was at Harry Hurst Middle School and at Destrehan High School. St. Charles Parish Public Schools: 985-785-6289

    h.    Tracy McCready- Adaptive PE teacher for some of Eric's middle school years at Harry Hurst Middle School and for the entirety of Destrehan High School until his death. Contact number for Destrehan High School: 985-764-9946. Contact number for Harry Hurst Middle School: 985-764-6367.

    i.    Ashton Duhe- Teacher for Eric at Destrehan High School from October 2018-January 2019 that now works at Kenner Discovery. Contact number Kenner Discovery: 504-233-4720

5

      j.      Marie Frois- New Sarpy Elementary instructional facilitator for 2nd and 3rd grade Contact number:  Retired from the school system.

      k.      Sheila Southard- speech therapist at New Sarpy Elementary Contact number:  Retired from the school system

      l.      Stephanie Becnel- currently a special ed teacher at Norco Elementary but had previously been Eric's paraprofessional when he was at New Sarpy Elementary for 2nd and 3rd grade.  Contact number Norco Elementary:  985-764-7079.

      m.      Paige Farley- Eric's teacher for 1st and 3rd grade at New Sarpy Elementary Contact number at New Sarpy Elementary:  985-764-1275

      n.      Carolyn Berger- school office specialist at Destrehan High School and previously at Harry Hurst Middle School.  Contact number for Destrehan High School:  985-764-9946

8.      Persons involved in the medical care of EP including:

      a.      Thomas Babin, M. D., Ormond Pediatrics.  EP had been a patient of his since 2005.  Contact number:  985-764-7337

      b.      Cecile Many, M.D. (2009-2014) (Outpatient Mental Health) Contact number:  504-302-2333

      c.      Betty Muller, M.D. (2014-2018) (Outpatient Mental Health) Contact numbers:  504-988-5800 or 1-888-756-0004

      d.      Maegan Vincent, M.D. (2018 until Eric's death) (Outpatient Mental Health) Contact number:  985-537-6823

      e.      Martha Hamilton, Ph.D. (April 2014 until Eric's death) (Home based Mental Health Services). Contact number:  504-487-7719

      f.      Krista Bradford, MSW, BCaBA (2007-2008) (Home based Mental Health Services).  Contact number:  407-529-5316

      g.      Brian Esteve, Ph. D., BCBA-D (2008-2011) (Home based Mental Health Services).  Contact number:  504-323-3450 or 504-291-6200 or 225-343-4232

      h.      Mara Oblak, Ph.D., BCBA-D (2011-2013) (Home based Mental Health Services).  Contact number:  206-535-8876

      i.      Nicole Trosclair-Lasserre, Ph.D., BCBA-D (2014-2017) (Home based Mental Health Services).  Contact number:  504-493-2019

      j.      Santino Lovullo, Ph.D., BCBA; Courtney Anderson, Cassie Martine, Cory Johnson, Autism Spectrum Therapies, (2015-2016) (Home based Mental Health Services).  Contact number:  1-866-727-8274.

9. Stacey Lockwood- She and her twin boys (Niklas and David) have known Eric since 1st grade and were pallbearers for Eric's funeral and accompanied the family on community outings. Contact phone number:  504-462-2003

10. Family members:

    Anna Lou (Donna Lou's Sister)
    Contact number:  408-438-2741

    Dana Yuen (Donna Lou's Niece)
    Contact number:  408-317-8142

    Brian Yuen (Donna Lou's Nephew)
    Contact number:  408-317-8796

    Joseph Parsa (Daren Parsa's Nephew)
    Contact number:  913-596-0818

11. Persons from Laser Tag have knowledge of Eric and his disability including: Ricky Dillard, Christy Dillard, Heather Hamilton, Steve Dillard and employees Tyler, Caspar, Ted, Kyle, and Brandon
    Contact number:  504-469-7475

12. Persons who have knowledge of grief suffered by Plaintiffs include:

    a. Ronald Rodrigue.  St. Charles Borromeo Cemetery in Destrehan:  Contact number:  985-764-6383.  Sold the Plaintiffs their plot for Eric.

    b. Brett Borne.  St. Charles Borromeo Cemetery in Destrehan:  Facilities Manager.  Contact number:  985-764-6383

    c. Anne Schexnaydre:  Person Plaintiffs met her at the St. Charles Borromeo Cemetery after Eric's death, her mother is buried there.  Contact number:  985-210-8197

    d. Adele Schweitzer:  Person Plaintiffs met her at the cemetery after Eric's death, her husband is buried there. Contact number:  504-228-6689

7

      e.      Peggy Mire:  Person Plaintiffs met at cemetery after Eric's death, her husband is buried there.  Contact number: 504-220-9285.

      f.      Father John Yike.  Person Plaintiffs met at cemetery after EP's death.  He is the Priest at St. Charles Borromeo.  Contact number: 985-764-6383.

      g.      Lisa Benoit.  Person Plaintiffs met at cemetery after EP's death.  She is religion teacher at St. Charles Borromeo who had students pray rosary for EP and make cards for EP.  Contact number: 985-210-7366.

13. Any person identified in the discovery responses of the Plaintiffs or Defendants or document produced by Plaintiffs or Defendants;

14. Plaintiffs reserve the right to call as a witness any person identified by the Defendants in their witness list;

15. Plaintiffs reserve the right to add additional witnesses to their witness list after receipt of the witness list from the Defendants;

16. Plaintiffs reserve the right to present the deposition testimony of any person who is unavailable to testify at the trial of this action;

17. Plaintiffs reserve the right to call any witnesses who may be necessary for impeachment and/or rebuttal.

      RESPECTFULLY SUBMITTED,

      s/Andrew C. Clarke
      Andrew C. Clarke (TN BPR # 15409)
      The Cochran Firm Midsouth
      One Commerce Square, Suite 1700
      (901) 523-1222 (Telephone)
      (901) 523-1999 (Facsimile)
      aclarke@cochranfirmmidsouth.com

      */s/ William Most*
      WILLIAM MOST (Louisiana Bar No. 37764)
      Law Office of William Most, L.L.C.
      201 St. Charles Ave., Ste. 114 #101
      New Orleans, LA 70170
      Tel: (504) 509-5023
      williammost@gmail.com

## CERTIFICATE OF SERVICE

    I, Andrew C. Clarke, do hereby certify that I served a copy of the following has been served on all counsel of record pursuant to the ECF filing system on this the 24th day of February, 2023.

Franz Zibilich
Jeffrey Martiny
131 Airline Highway, Suite 201
Metairie, LA 70001
danny@martinylaw.com
jeff@martinylaw.com

Christopher W. Kaul
Mark A Hill
650 Poydras Street, Suite 2105
New Orleans, LA 70130
ckaul@thompsoncoe.com
mhill@thompsoncoe.com

                                                s/Andrew C. Clarke
                                                Andrew C. Clarke (TN BPR # 15409)