UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.**<br><br>**versus**<br><br>**SHERIFF JOSEPH P. LOPINTO, III, et al.** | **CIVIL ACTION NO. 2:21-cv-00080**<br><br>**SECTION "D"**<br><br>**DIVISION  (2)**<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE DONNA P. CURRAULT** |

**NOTICE OF SUBMISSION**

Please take notice that the foregoing Motion will be submitted for hearing before the United States District Court for the Eastern District of Louisiana, the Honorable Judge Wendy B. Vitter presiding, 500 Poydras Street, Room C-352, New Orleans, Louisiana, on the 4th day of April, 2023, at 9:30 a.m., or as soon thereafter as it may be heard.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Christopher W. Kaul*

**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana  70130
Telephone:    (504) 526-4350
Facsimile:      (504) 526-4310
E-mail:          ckaul@thompsoncoe.com
                      mhill@thompsoncoe.com

**COUNSEL FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

By:  */s/ Christopher W. Kaul*_____
     Christopher W.  Kaul