1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONNA LOU and DAREN PARSA, on their
own behalf and on behalf of their
deceased minor child, E.P.
    Plaintiffs            CIVIL ACTION NO. 2:21-cv-00080

v

SHERIFF JOSEPH P. LOPINTO, III, CHAD
PITFIELD, RYAN VAUGHT, STEVEN
MEHRTENS, SHANNON GUIDRY, NICK
VEGA, MANUEL ESTRADA, MYRON
GAUDET, JOHN DOES 1-3, VICTORY
REAL ESTATE INVESTMENTS LA, LLC
and WESTGATE INVESTORS NO LLC
D/B/A WESTGATE SHOPPING CENTER,
ABC INSURANCE COMPANY, and XYZ
INSURANCE COMPANY
    Defendants

    30(b)(6) DEPOSITION OF VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, through its designated representative, GINA CHRISTOPHER, given in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, at the Law Offices of Thompson, Coe, Cousins & Irons, 601 Poydras Street, Suite 1850, New Orleans, Louisiana, 70130, commencing at 10:00 o'clock a.m., on Wednesday, the 6th day of July, 2022.

SOUTHERN COURT REPORTERS, INC.
(504)488-1112
**EXHIBIT 1**

```
1              MR. CLARKE:
2              Well, I understand.  I got to
3         understand what numbers she had.
4         You've got -- you'll have your time
5         to take depositions.
6    BY MR. CLARKE:
7    Q.   All right.  Now, so you had the right to
8         select the times and to confine the
9         location to the Westgate Mall, correct?
10   A.   Correct.
11   Q.   All right.  Did you have any policies or
12        any type of -- any type of rules or
13        regulations that the security -- that the
14        security detail had to comply with?
15   A.   No, we did not write policy for them.
16   Q.   Okay.  Did you have any policy -- you know,
17        are there any -- now, explain to me, did
18        you give them any equipment, any type of
19        tools to perform their job?
20   A.   They have a cell phone which is stored
21        during off-duty hours in the Academy
22        Sports.  Each officer picks it up prior to
23        their shift, and the tenants have that --
24        that phone number.
25   Q.   Okay.  So if somebody was scheduled to work
```

```
 1        tomorrow at 4:00, they go to Academy Sports
 2        at 4:00 o'clock; they go in; they get the
 3        -- the assigned cell phone that everybody
 4        knows, all the tenants know the number,
 5        correct?
 6   A.   Yes.
 7   Q.   All right.  Did you require security -- the
 8        security detail to write any type of
 9        reports?
10   A.   No.
11   Q.   All right.  I mean, were they not supposed
12        to notify you of incidents that occurred on
13        the premises?
14   A.   They notified us of anything that was
15        major, but nothing -- we didn't keep up
16        with reports.
17   Q.   Okay.  I mean, but did you even require
18        them?
19   A.   No.
20   Q.   Okay.  Did you have regular or any type of
21        regularly scheduled meetings with Mr.
22        Canatella about the security needs of the
23        Westgate Mall?
24   A.   No.
25   Q.   Okay.  Now, I think we have the invoices
```

```
 1   Q.   All right.  Never received a security plan
 2        or proposal from Canatella?
 3   A.   No.
 4   Q.   Never had one performed yourself?
 5   A.   No.
 6   Q.   We went over the schedule of security as
 7        split -- split on the weekends and from
 8        8:00 -- what -- what is the schedule during
 9        the week again?
10   A.   Usually it is 4:00 to 10:00.  Sometimes it
11        varies when school is out.  It just depends
12        on what we have going on.
13   Q.   Right.  For example --
14   A.   But as a whole, it's mostly 4:00 to 10:00.
15   Q.   All right.  Now, does Victory or Westgate
16        have the ability to cancel or terminate the
17        security officers?
18   A.   Not the officers.  It would be the contract
19        with --
20   Q.   But there's no --
21   A.   -- JSO.  I mean, it is -- whatever we set
22        up with them.  I could call Donald and say,
23        we no longer want police officers to do the
24        security, that was would end it for us.
25   Q.   Right, but what I'm saying is, you could
```

```
 1        meeting and an understanding as to what
 2        they were supposed to do, correct?
 3                  MR. HILL:
 4                  Object to the form.  Outside the
 5             scope of the Notice.
 6   BY MR. CLARKE:
 7   Q.   Well, let's just go for the last five
 8        years.  In the last five years, was there
 9        an agreement or understanding between the
10        Victory and Westgate and Mr. Canatella
11        about what was to be done?
12                  MR. HILL:
13                  Object to form.
14                  You can answer.
15                  THE WITNESS:
16                  Yes.
17   BY MR. CLARKE:
18   Q.   And -- and it -- and what -- what was to be
19        done was to have an officer present on the
20        parking lot for specified periods of time
21        to where they were protecting the patrons
22        and the tenants of the Westgate Shopping
23        Center, correct?
24                  MR. HILL:
25                  Object to form.
```

```
 1              MR. ZIBILICH:
 2                  I'm going to object to the form
 3          too.
 4                  You can answer.
 5              THE WITNESS:
 6                  Yes.
 7   BY MR. CLARKE:
 8   Q.   Do you still schedule Chad Pitfield?
 9   A.   I don't schedule any of the officers.
10   Q.   Does Chad Pitfield still provide services
11        at Westgate Mall?
12   A.   No.
13   Q.   Okay.  Did that stop at a period of time?
14   A.   Yes.
15   Q.   And when did it stop?
16   A.   Months ago.
17   Q.   Was it on the --
18   A.   I don't remember the exact date.  I'd have
19        to go back and look at the last time we had
20        an invoice from him.
21   Q.   Okay.  Well, if you look at "Exhibit No. 7"
22        --
23   A.   I think that it was after this.
24              MR. ZIBILICH:
25                  When you say, "after this," you
```

```
 1        services.
 2   Q.   Do you know if Donald Canatella has a -- a
 3        security license?
 4   A.   I do not.
 5   Q.   Are any other -- and how was that decision
 6        made to allow Mr. Canatella to continue
 7        providing security services after he
 8        retired?
 9   A.   My understanding from him is that he still
10        is -- he still is part of the off-duty
11        program, so he still uses a car, equipment,
12        uniform.  So under those circumstances, we
13        still allowed him to stay and continue --
14   Q.   Okay, and that --
15   A.   -- after he retired.
16   Q.   Okay, and were the officers, another
17        requirement of the security detail is that
18        they come in a police car?
19   A.   That was what was established by the
20        previous owner.
21   Q.   Right.
22   A.   So yes.
23   Q.   And you continued that?
24   A.   Correct.
25   Q.   And they would be in police uniforms?
```

```
 1   A.   Correct.
 2   Q.   Would they have -- did you want them to be
 3        armed or did you have any discussion of
 4        what type of weapons or what type of uses
 5        of force they'd be allowed to use?
 6              MR. ZIBILICH:
 7              What uses of force they would be
 8            allowed to use per her permission is
 9            the question?
10              MR. CLARKE:
11              Right.
12              MR. ZIBILICH:
13              Go ahead.
14              THE WITNESS:
15              I expected them to continue to
16            maintain the property just as they
17            did when they were an on-duty police
18            officer.
19   BY MR. CLARKE:
20   Q.   Okay.
21   A.   So if a gun was part of their uniform, then
22        I -- they had a gun.
23   Q.   Okay.  You wanted a police presence on the
24        property?
25   A.   Correct.
```

```
 1   Q.   Right.  Have you ever -- has -- have you
 2        ever in the past five years informed Mr.
 3        Canatella that -- or sent any security --
 4        any -- any officer who provided security
 5        detail home?
 6   A.   No.
 7   Q.   Have you ever had any complaints about any
 8        of the security detail?
 9   A.   No.
10   Q.   And I think that's in your discovery
11        responses.  All right.  Is the only person
12        with -- you know, with -- with providing
13        security at Westgate that you communicated
14        with directly Mr. Canatella?
15   A.   Yes.
16   Q.   So you never had any discussion with
17        Pitfield or anybody else?
18   A.   No.
19   Q.   That's all I have.
20                    EXAMINATION
21   BY MR. ZIBILICH:
22   Q.   You can leave it right there.  Have you
23        been satisfied with the performance of the
24        Jefferson Parish Sheriff's Office detail
25        officers during the last five years?
```