```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3                CASE NO.  2:21-cv-00080

 4
    DONNA LOU and DAREN PARSA, on their own behalf and
 5  on behalf of their deceased minor child, E.P.

 6                      Plaintiffs,

 7

 8                        VERSUS

 9

10  SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN
    VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA,
11  MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3,
    VICTORY REAL ESTATE INVESTMENTS LA, LLC D/B/A
12  WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY,
    and XYZ INSURANCE COMPANY,
13

14                      Defendants.

15

16

17          DEPOSITION OF DONNA LOU, given in the

18  above-entitled cause, pursuant to the following

19  stipulation, before Sandra P. DiFebbo, Certified

20  Shorthand Reporter, in and for the State of

21  Louisiana, at JPSO, 1233 Westbank Expressway, Fifth

22  Floor, Harvey, Louisiana, on the 14th day of

23  November, 2022, commencing at 9:04 AM.

24

25
```

**KELLY & ASSOCIATES**
**(504) 891-6333**
**EXHIBIT 3**

```
 1  possibility -- I remember hearing a lady's voice,
 2  which I guess must be her, that's on the scene,
 3  saying that she had understood that someone -- an
 4  officer had gotten bitten or hurt or something to
 5  that effect.  I'm not sure of the exact words, but
 6  it was something like that.
 7       Q.   Okay.  Anything else?
 8       A.   That's all that I can recall.
 9            MR. ZIBILICH:
10                 Okay.  Play it.
11                 {VIDEO PLAYED}
12  BY MR. ZIBILICH:
13       Q.   Are you talking to Eric at all at this
14  point?
15       A.   With Eric and -- I know -- I see there is
16  a new man on Eric now.  I see throughout -- stop
17  it, please.  Throughout this I was telling Eric
18  it's going to be okay.  You're doing a good job
19  calming down, and he had been calm, and I was --
20  because I could see the fear in his eyes, and I
21  wanted to be the person that he knew.  He didn't
22  know anybody else.  All these officers he didn't
23  know.  I was the person that is closest to him that
24  he could see that could assist in calming him down,
25  and he was.
```

```
 1   was doing that, so that would have to be -- in the
 2   videotape, you see Mr. Pitfield get up.
 3        Q.   My question is, when Mr. Pitfield got up,
 4   was there anything about your son's situation that
 5   caused you concern for things like need of CPR or
 6   was he in a chokehold of any kind?  You have used
 7   that word.
 8        A.   No, not with -- with Mr. Pitfield, he was
 9   not in a chokehold at that time.  That was, from
10   the videotape, was Mr. Vega was on top of Eric at
11   that point.
12        Q.   Have you had any conversations or talked
13   to anybody at Westgate since the day of the
14   incident?
15        A.   Meaning Laser Tag, and I spoke to Mr.
16   Zibilich.  They came to the funeral and to offer
17   their condolences, and I had called them to ask if
18   they could bring some of the cards that Eric loved
19   so I could put them in his casket.
20        Q.   But you haven't had any conversations
21   with anybody at the Westgate, LLC company?
22        A.   I don't even know who they are.  I don't.
23        Q.   When Officer Pitfield arrived on the
24   scene, do you have any idea in what capacity he was
25   arriving in, whether he was a private detail
```

**KELLY & ASSOCIATES**
**(504) 891-6333**
**EXHIBIT 3**