```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   DONNA LOU, ET AL            CIVIL ACTION
                                 NO. 21-80
 5   VS.
 6   SHERIFF JOSEPH P.           SECTION "D" (2)
     LOPINTO, III, ET AL
 7                               JUDGE WENDY B. VITTER
                                 MAGISTRATE JUDGE
 8                               DONNA P. CURRAULT
 9                  *   *   *
10
11        Deposition of DAREN PARSA, taken in
12   the above-entitled cause, pursuant to the
13   following stipulation, before Ann M. Downs,
14   a Certified Court Reporter, authorized to
15   administer oaths of witnessess and to take
16   depositions, pursuant to Title 13 of the
17   State of Louisiana, given in the offices of
18   the Jefferson Parish Sheriff's Office, 1233
19   Westbank Expressway, Fifth Floor, Harvey,
20   Louisiana 70058, on the 19th day of
21   September, 2022 commencing at 9:02 a.m.
22                  *   *   *
23
24
25
```

```
 1   A.     She asked Donna should -- do you want us
 2   to call the police or call the sheriff's
 3   office.  And then Donna opened the door and
 4   asked me and I said yes.
 5   Q.     I guess my last question is, when Chad
 6   Pitfield was replaced by whichever officer
 7   came next to restrain your son, do you have
 8   any recollection of your son's condition at
 9   that time when Chad Pitfield --
10   A.     When the change-over happened, I
11   remember Donna still holding his hand and
12   Donna wouldn't be able to hold his hand
13   unless Eric was calm at that point.
14   Q.     Have you had any conversations with
15   anybody at Westgate since filing this
16   lawsuit?
17   A.     We spoke with -- I'm blanking on his
18   name.  He was one of the managers of laser
19   tag.  We spoke with him maybe a couple weeks
20   after Eric died and it was regarding the
21   video.
22   Q.     So you spoke with the manager of the
23   laser tag?
24   A.     Right.
25   Q.     It's your understanding laser tag is a
```