UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-80 |
| JOSEPH P. LOPINTO, III, ET AL | SECTION D (2) |

**JOINT MOTION AND INCORPORATED MEMORANDUM
TO ALTER CERTAIN DEADLINES IN THE SCHEDULING
ORDER**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Daren and Donna Lou Parsa, Defendants Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet, and Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center, who jointly move this Honorable Court for an alteration of the following cutoff dates, which are set forth in the Second Amended Scheduling Order (Rec. Doc. 127):

(1) the deposition cutoff date be extended from March 27, 2023, to April 27, 2023;

(2) the deadline for all non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions in limine regarding the admissibility of expert testimony, be extended from the submission date of April 18, 2023 to May 16, 2023; and

(3) all other Motions in Limine be extended from the submission date of May 2, 2023 to May 30, 2023.

In support of this Motion, the parties submit the following:

1.

The trial in this matter is scheduled to commence before this Court on Monday June 12, 2023. (If this Honorable Court believes that the proposed alterations impact the current trial date, all parties would jointly agree to reset the trial date.)

2.

All parties have timely filed their witness and exhibit lists in accordance with the Second Amended Scheduling Order.

3.

All parties have timely exchanged six expert reports in accordance with the Second Amended Scheduling Order.

4.

To date, all parties have conducted over 20 depositions and completed several rounds of written discovery, working diligently to comply with this Honorable Court's Scheduling Order. Despite efforts on behalf of all parties to complete discovery, the parties now seek the above-referenced amendments to the scheduling order so that they can complete depositions of all experts. There are two experts in California, one in Georgia, one in Florida, and two in Louisiana. Coordinating these depositions with three sets of attorneys has been difficult, but it appears that all parties have availability in the middle of April to complete all expert depositions.

WHEREFORE, Plaintiff and Defendants pray that for the reasons set forth hereinabove, that (1) the deposition cutoff date be extended from March 27, 2023 to April 27, 2023; (2) the deadline for all non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions in limine regarding the admissibility of expert testimony, be extended from the submission date of April 18, 2023 to May 16, 2023; and (3) all other Motions in Limine be extended from the submission date of May 2, 2023 to May 30, 2023.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: danny@martinylaw.com
      jeff@martinylaw.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBLICH (14914)**
**JAMES B. MULLALY (28296)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

AND

*/s/ Christopher W. Kaul*
**Christopher W. Kaul (33213)**
**Mark A. Hill (33891)**
601 Poydras Street, Suite 1850
New Orleans, LA 70130
(504) 526-4350
Email: ckaul@thompsoncoe.com
Attorney for Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center

AND

*/s/ Andrew C. Clarke*
**Andrew C. Clarke (TN BPR #15049)**
One Commerce Square, Suite 1700
Memphis, TN 38103
(901) 523-1222
Email: aclarke@cochranfirmmidsouth.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

                                           */s/ Daniel R. Martiny*
                                             **Daniel R. Martiny**