UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-80 |
| JOSEPH P. LOPINTO, III, ET AL | SECTION D (2) |

## ORDER

Considering the foregoing Joint Motion to Alter Certain Deadlines filed by Plaintiffs Daren and Donna Lou Parsa, Defendants Sheriff Joseph P.Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet, and Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center,

IT IS ORDERED that the (1) the deposition cutoff date be extended from March 27, 2023, to April 27, 2023; (2) the deadline for all non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions in limine regarding the admissibility of expert testimony, be extended from the submission date of April 18, 2023 to May 16, 2023; and (3) all other Motions in Limine be extended from the submission date of May 2, 2023 to May 30, 2023.

New Orleans, Louisiana, this _____ day of March, 2023.

_____
**HONORABLE WENDY B. VITTER**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**