UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-80** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: D (2)** |

### ORDER

Considering the Joint Motion and Incorporated Memorandum to Alter Certain Deadlines in the Scheduling Order (R. Doc. 139), and finding that good exists under Fed. R. Civ. P. 16 to amend the Court's Scheduling Order (R. Doc. 16), as amended (R. Docs. 70, 94, 127, & 130);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED as modified.** The Court's Second Amended Scheduling Order (R. Doc. 127), as amended (R. Doc. 130), is further **AMENDED** with respect to the following deadlines:

1. Depositions for trial use shall be taken and all discovery shall be completed no later than **April 27, 2023**.

2. All non-evidentiary pretrial motions, including motions for summary judgment and all motions *in limine*, shall be filed in sufficient time to permit a submission date of **May 16, 2023.**

All other deadlines in the Second Amended Scheduling Order (R. Doc. 127), as amended (R. Doc. 130), remain in effect.

**IT IS FURTHER ORDERED** that a Telephone Status Conference is

scheduled for **Wednesday, March 22, 2023 at 1:30 p.m. (CST).** Dial-in information will be emailed to counsel of record.

    New Orleans, Louisiana, March 15, 2023.

                                                **WENDY B. VITTER**
                                                **United States District Judge**