Dr. Kris L. Sperry
2/1/2023
Page 4 of 13

sets of interlinked handcuffs on ▮▮, pulling his hands behind his back as he remained prone. The video does not reveal visual evidence that ▮▮ was actively resisting the placement of the handcuffs, and this was later confirmed by Vaught during questioning by JPSO detectives. Despite no resistance, Pitfield and Vaught failed to roll ▮▮ to his side (the "recovery position") or otherwise monitor his condition.

Other than the word "firetruck," ▮▮ made no other intelligible sounds, but made moaning and groaning sounds. During this entire time, ▮▮ remained prone with Pitfield sitting on him, and there was no effort made to either turn ▮▮ or move him on his side (the "recovery position"). While ▮▮ made certain movements while being restrained by Pitfield, it is my opinion that these movements were not willful, active resistance or efforts to harm the officers, but behavioral manifestations of his autism and evidence of oxygen deficiency which was resulting from his continuous and prolonged restraint. Subsequently, Pitfield stood up and removed himself from ▮▮. At this time, there is no visible evidence or testimony that ▮▮ offered any struggle or resistance at all when the deputies made this switch. Despite this fact, the deputies on the scene failed to place ▮▮ in the recovery position or otherwise monitor his condition. After Pitfield stood up, JPSO Deputy Nicholas Vega took his place on ▮▮'s back, keeping ▮▮ in a prone position. At this point, six JPSO personnel were present, and ▮▮ remained prone, being held in this position by Vega sitting on his back with his hands cuffed behind his back. A seventh deputy (Myron Gaudet) arrived at the scene.

After switching with Pitfield, Vega is seen in the video to take ▮▮'s cuffed hands and push them upwards and towards ▮▮'s head, with the effect of pushing ▮▮'s face and upper body forward and down into the parking lot surface. Detective Mehrtens confirmed that Vega utilized this procedure to control suspects in his statement. (Mehrtens Statement, p. 7). Again, at this time, it doesn't appear that ▮▮ is offering any real resistance or danger to the deputies. As previously noted, the actions of ▮▮ appear to be consistent with the physical manifestation of his SASD and oxygen deficiency stemming from the prolonged restraint. ▮▮'s arms became hyperextended, bent forward and upward over his head. This maneuver appears to have caused ▮▮ to react, whereupon Deputy Vega (who was still sitting on ▮▮) applied a neck hold, changing his position such that he appears to be essentially "laying" upon ▮▮'s back. Vega later told JPSO detectives that he performed a neck hold, "put[ing]] my forearm right here, underneath his chin to try to maintain some control and to keep him from hitting his head and doing anything else." What Vega is describing is a so-called "forearm bar" hold from behind. The physical findings at autopsy confirm that Vega utilized a "forearm bar" choke hold which significantly impacted ▮▮'s airway and ability to breathe. Vega remained in this position and with his arm around ▮▮'s neck until

---