

# JPSO STANDARD OPERATING PROCEDURES

## SOP-11

## *Public Assignment Policy for the Jefferson Parish Sheriff's Office*

**EFFECTIVE DATE:** September 1, 2010　　　**REVISED DATE:** January 27, 2021
**ISSUING BUREAU/DIVISION:** Legal Department

## I. DEFINITIONS

### A. *Paid Detail/Public Assignment:*

A paid detail is the employment of any commissioned member of the Department by another individual, business, establishment or organization where the member is privately paid and is primarily performing the duties of a police officer *(deputy)*, either in uniform or when authorized by the Sheriff to work in plain clothes.

### B. *Outside Employment:*

Outside Employment is the employment of any member of the Department by another individual, business, establishment, organization or on a self-employed basis, where the member is privately paid and is primarily performing the duties of a non- police function.

## II. PUBLIC ASSIGNMENT PERSONNEL AUTHORIZATION

A. Only Louisiana P.O.S.T. certified officers with current firearms qualifications may work public assignments.

B. WITHOUT EXCEPTION, only Louisiana P.O.S.T. certified level 1 officers with current firearms qualification and the required "field experience" *(must have completed the JPSO F.T.O. Program) are* authorized to work "solo" public assignments. Louisiana P.O.S.T. certified officers with current firearms qualification but lacking the required "field training" shall <u>only</u> work Public Assignments with a fully qualified officer, with prior authorization from the Public Assignment Office.

**NOTE:** *THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.*

JPSO 008281

    C. To acquire the required "field experience," an officer must have been assigned "solo" in a "field position" after having successfully completed the JPSO Field Training Program. This program usually takes about 480 hours. The required Field Training Authorizations must have been signed by the Field Training Officer, Sergeant, Lieutenant and his/her Commanding Officer.

## III. GENERAL RULES

    A. All details must be approved by the Public Assignment Office prior to the detail being worked. In exigent circumstances, the stand-by detail officer can be reached by contacting the 911 Supervisor.

    B. All details are to be worked in the JPSO Class A or B uniform. The only authorized special unit uniform to be worn while working a detail will be by traffic officers performing escorts, unless specifically authorized by the Sheriff or his designee.

    C. The maximum detail rate is $40.00 per hour. Additionally, all Officers, Regular and Reserve, must pay $5.00 per hour administrative fee (thirty-five dollars per hour to the officer and five dollars per hour administrative fee). An officer may work a detail for less than the maximum rate, but must still pay the $5.00 Administrative Fee. Approval of the Sheriff, or his designee, is required for an officer to receive more than the maximum detail rate.

    D. The administrative fee is collected in one of three ways. *(1)* Payroll Deduction *(Regular Officers)*, *(2)* The Officer is invoiced *(Reserve Officer)*, *(3)* The business is invoiced or a check made payable to the Jefferson Parish Sheriff's Office, from the business is sent with the monthly schedule to the Public Assignment Office. It is the <u>Officer's responsibility</u> to ensure that his administrative fee is being paid to the Sheriff's Office by one of the above stated ways. All one time and temporary details will have the detail administration fee payroll deducted.

    E. Officers shall be governed by Sheriff's Office rules, procedures and orders when engaged in paid details.

    F. Once an officer accepts an approved detail, if he cannot fulfill his obligation, it is his responsibility to arrange for a substitute.

    G. It is the detail officer's responsibility to write all necessary reports at his detail, to include incidents in the parking lot, which is owned by the business. An exception to this policy is addressed in the following pages concerning Alcoholic Beverage Outlets and Security Apartments.

NOTE: THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.

H. If an arrest is made on a detail, it is the Uniform Patrol Division's responsibility to transport the prisoner(s) to the Correctional Center or Hospital. If a prisoner has to be brought to the hospital, the Patrol Division will be responsible for waiting at the hospital and upon completion of treatment, he will then transport the prisoner to the Jefferson Parish Correctional Center.

I. Plain-clothes details will only be worked with prior approval from the Sheriff submitted through the Public Assignment Office. When working details, officers will not park their vehicles illegally even if asked to do so by the owner of the business. If the owner wants a unit parked in an area designated no parking, the owner will be responsible for erecting a "Police Car Only" sign.

J. Any officer who misses an assigned detail will write an email to the Public Assignment Office explaining why the detail was missed. Any officer found negligent in missing an assigned detail will not be allowed to work another detail for a period of up to sixty *(60)* days.

K. Officers and Reserve Officers are limited to working sixteen (16) hours per day. The sixteen (16) hours includes any combination of the officer's regular tour of duty, overtime, detail time, and/or outside employment. For detail purposes, the week will begin at 0000 hours Sunday and end at 2400 hours, Saturday.

L. An employee who is "off" due to "sick leave" or "suspension" <u>SHALL NOT</u> work a paid detail <u>UNTIL</u> he has returned to work and <u>ACTUALLY COMPLETED</u> a full tour of duty. A full tour of duty is the employee's regular tour of duty which is eight (8) or twelve (12) hours depending on his/her shift schedule. The use of annual or other leave is <u>NOT A SUBSTITUTE</u> for actual work hours. Use of less than a full tour of duty by an employee for a scheduled appointment for medical, dental or optical consultation or treatment is <u>not</u> considered "off due to sick leave" for working paid detail purposes.

M. Injured employees (IW or IPT) are not considered "sick". An injured employee <u>AUTHORIZED</u> to return to duty by the insurance administrator can work a paid detail prior to his first tour of duty.

N. An officer is guaranteed a minimum of four *(4)* hours payment on any detail that is scheduled for less than four *(4)* hours unless previously agreed upon by the officer and the representative of the detail.

O. If a detail is cancelled and notification is not given to the detail office or the officer working the detail, the party requesting the detail shall pay the officer a two *(2)* hour show up fee. The officer will request this payment through the detail office. The detail office will contact the party for payment.

P. All officers who work or administer off duty public assignments will have the detail schedule turned into the Public Assignment Office no later than the 5th day

**NOTE:** *THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.*

JPSO 008283

of the following month.

Q. Any officer who administratively manages a detail and receives an administrative fee will be required to annotate the amount of money that he or she receives for administering the detail on the Detail Schedule Form that is turned in to Public Assignment Office. All Detail Administrators or, if there is no administrator, the Officer in Charge of the detail will maintain the Detail Schedule Form.

R. Officers who work details on Family Holidays and/or Declared Holidays will be paid time and a half. Designated Family Holidays are as follows: New Year's Day, Mardi Gras, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and Easter Sunday.

## IV. PAID DETAILS – RESPONSIBILITIES AND LIABILITIES

A. It is very important for each member working paid details to clearly understand that details are "private employment". The Detail Service Charge and the Vehicle Fee do not change that status. Department employees cannot be ordered to work "paid details" because, under such orders the work would become regular department work and is then covered by the Fair Labor Standards Act with all of its ramifications.

B. The Paid Detail Office and the Traffic Division, are authorized to serve as a "clearing House" to:

1. Require the person or company *(employer)* meet department standards before such work can be authorized. *(ex.: minimum rate, hours, etc.)*

2. Require employees meet department standards before such work can be authorized. *(ex: POST certified, authorized use of department equipment, Code of Conduct, etc.)*

C. The setting of standards for the person seeking the detail and the officer seeking to work the detail does not incur any responsibility on us, other than as relates to the standards.

## V. SECURITY APARTMENTS

A. Only P.O.S.T. certified level 1 officers with current firearms qualification qualify for security apartments.

B. Officers who find an apartment complex that wishes to employ a police officer's services in exchange for a compensation of the officer's monthly rent will apply for the security apartment at the Public Assignment Office. Officers will bring with them a memorandum of approval from their immediate supervisor when they apply for the security apartment.

**NOTE:** *THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.*

C. Security apartments are considered outside employment. Officers who reside in security apartments act as private security guards. Officers may handle any incident or disturbance at his/her complex, however, if a report needs to be generated, the officer will radio headquarters to dispatch a unit to his/her location to take the report.

D. Officers who move out of security apartments or change their building or room number need to notify the Public Assignment Office so that their records are current.

## VI. ALCOHOLIC BEVERAGE OUTLETS

A. OFFICERS ARE <u>NOT</u> PERMITTED TO WORK A PUBLIC ASSIGNMENT "INSIDE" AN ALCOHOLIC BEVERAGE OUTLET. An Alcoholic Beverage Outlet *(ABO)* is a business where the main source of revenue is derived from the sale or service of alcoholic beverages as occurs in bars, lounges, daiquiri shops, etc.

B. The primary duty of those officers who accept public assignments at ABO's is to patrol the parking lot. When summoned, an officer working such an assignment shall respond to any "police incident" inside the outlet, notifying the dispatcher. If the detail officer determines that a report should be written he will notify headquarters to dispatch the beat unit to his location to handle the report.

C. The Public Assignment Commander with the Sheriff's permission may authorize "SPECIAL EVENT" exceptions to the "NO INSIDE" restriction set forth above.

D. The provisions of this section apply to existing regular details, any new ABO's requesting a detail must be specifically authorized by the Sheriff.

## VII. PARISH DETAILS

A. Parish details may be paid through the Sheriff's Office General Fund Bi-weekly. Taxes will be taken out for regular officers and Reserve officers. These details will be reported on the W-2 at the end of the year. Each Officer will be paid the currently approved hourly wage and the $5.00 Administrative Fee will be billed directly to the Parish.

## VIII. AIRPORT DETAIL

A. All qualified officers must attend and satisfactorily complete any required instructional classes prior to working any detail at the Airport.

## IX. OUT OF PARISH DETAILS

A. Deputies are not authorized to work out-of-parish details unless specifically authorized. If authorized, Officers may work in a paid or volunteer capacity, however, without a Cooperative Endeavor Agreement, the Officer has no law

**NOTE:** *THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.*

enforcement authority outside of Jefferson Parish. You are reminded that you should conduct yourself in the professional manner expected of deputies by the Sheriff, at all times.

**NOTE:** *THIS IS A CONFIDENTIAL DOCUMENT AND ITS CONTENTS ARE NOT TO BE DISSEMINATED OUTSIDE THIS DEPARTMENT WITHOUT THE CONSENT AND APPROVAL OF THE SHERIFF.*

JPSO 008286