**MINUTE ENTRY**
**VITTER, J.**
**MARCH 22, 2023**
**JS10, 0:20**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-80** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: D (2)** |

### TELEPHONE STATUS CONFERENCE REPORT

On March 22, 2023, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**William B. Most, Andrew Clarke**
Counsel for Plaintiffs, Donna Lou and Daren Parsa, on their own behalf and on behalf of their deceased minor child, E.P.

**Franz L. Zibilich, Jeffrey D. Martiny**
Counsel for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**Christopher W. Kaul, Mark A. Hill**
Counsel for Defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC

During the conference, the Court discussed with counsel the status of the case and the three motions pending before the Court (R. Docs. 49, 93, & 138). The

deadlines set forth in the Court's Second Amended Scheduling Order (R. Doc. 127), as amended (R. Docs. 130 & 141), remain in effect.

New Orleans, Louisiana, March 22, 2023.

*[signature: Wendy B Vitter]*

**WENDY B. VITTER**
**United States District Judge**