# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, III** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTIO, III ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

## PARTIAL MOTION TO DISMISS THE FEDERAL CLAIMS AGAINST SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY PURSUANT TO FED. R. CIV. P. 56

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as the Sheriff of Jefferson Parish, who respectfully moves for partial dismissal of Plaintiffs' claims or, alternatively, for summary judgment.

Sheriff Lopinto submits that Plaintiffs have failed to allege or establish that he had an official policy, practice or custom that was the moving force behind any alleged Constitutional harm and, therefore, have failed to establish a federal claim against him in his official capacity.

**WHEREFORE**, Sheriff Lopinto respectfully prays that, after due proceedings are had, this motion be maintained, dismissing the claims against Sheriff Lopinto in his official capacity with prejudice and at Plaintiffs' cost.

Respectfully submitted,

/s/ James B. Mullaly

_____
**FRANZ L. ZIBILICH, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: mulljtc@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of March 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

***s/ James B. Mullaly***
