UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, III** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 21-80 |
| **SHERIFF JOSEPH P. LOPINTIO, III ET AL** | * | SECTION "D-2" |

\* \* \* \* \* \* \* \* \*

### STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF PARTIAL MOTION TO DISMISS THE FEDERAL CLAIMS AGAINST SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY PURSUANT TO FED. R. CIV. P. 56

MAY IT PLEASE THE COURT:

Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as the Sheriff of Jefferson Parish, respectfully submits the following statement of uncontested material facts in support of his Motion for Summary Judgment:

1. The JPSO provided extensive training in all the areas identified in Plaintiffs' Complaint and throughout the entirety of this litigation.

2. The JPSO trains its Deputies in the laws and policies governing the seizure of a person, including the use of force. *See* Corporate Deposition of JPSO Sergeant Pizzalota, attached as Exhibit 1, at 100-101, 103-109, 117-119, 161-163, 174-175.

3. The JPSO trains its Deputies in the use of choke holds, which are strictly prohibited unless absolutely necessary to preserve life. *See* Corporate Deposition of JPSO Sergeant Pizzalota, attached as Exhibit 1, at 55-58, 97, 129.

4. The JPSO trains its Deputies in the use of defensive tactics and martial arts holds, which again exclude the use of choke holds. *Id*. at 128-129.

5. The JPSO trains its Deputies in passive and active resistance and in confronting. *Id*. at 79-82.

6. The JPSO trains its Deputies in deescalation techniques when dealing with the public. *Id*. at 83-84, 110-112.

7. The JPSO trains its Deputies in dealing with emotionally disturbed persons. *Id*., at 114-115.

8. The JPSO trains its Deputies in confronting people exhibiting signs of what is often referred to as Excited Delerium, which was a contributing cause of death in this case. *Id*., at 40-46, 48-53, 130-131.

9. The JPSO trains its Deputies in providing medical attention to those in need. *Id*., at 129, 131-133.

10. The JPSO trains its Deputies that the hogtying technique is strictly prohibited. *Id*., at 74, 89.

11. The JPSO trains its Deputies in restraining persons in the prone position. *Id*., at 53-55, 64-66, 68, 70, 76, 91, 135, 172.

12. The JPSO trains its Deputies when and how to place persons in a recovery position. *See* Exhibit 1, at 62-66, 69-73, 77, 91, 94.

13. The JPSO trains its Deputies in the use of the T.A.R.P. (Total Appendage Restrain Procedure) technique. *Id*., at 73, 85, 87-95.

14. The JPSO trains its Deputies in the use of the RIPP hobble (restraining device for dealing with combative persons). *Id.*, at 35-39, 52-53, 87-95, 135.

15. The JPSO trains its Deputies in dealing with persons with emotional and intellectual challenges, including autistic persons. *See* Corporate Deposition of JPSO Sergeant Voltolina, attached as Exhibit 2.

                Respectfully submitted,

                **/s/ James B. Mullaly**

                _____
                **FRANZ L. ZIBILICH, LSB#14914**
                JAMES B. MULLALY, LSB#28296
                MARTINY & ASSOCIATES, LLC
                131 Airline Drive
                Suite 201
                Metairie, Louisiana 70001
                Telephone: (504) 834-7676
                Facsimile: (504) 834-5409
                Email: mulljtc@gmail.com