## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | \* | **CIVIL ACTION** |
| | \* | |
| **PLAINTIFFS** | \* | |
| | \* | **NO. 21-80** |
| **VERSUS** | \* | |
| | \* | **SECTION "D-2"** |
| | \* | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | \* | |
| | \* | |
| **DEFENDANTS** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's Motion/Request for Oral argument on his Motion for Partial Summary Judgment, R. Doc. 144, be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that oral argument on Defendant's Motion for Partial Summary Judgment, R. Doc. 144, will be had on the 2nd day of May 2023.

New Orleans, Louisiana, this _____ day of March 2023.

_____
**HONORABLE WENDY B. VITTER**
U.S. DISTRICT COURT JUDGE