UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONNA LOU, ET AL**     **CIVIL ACTION**

**VERSUS**     **NO: 21-080**

**JOSEPH P. LOPINTO, III, ET AL**     **SECTION: D (2)**

## NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion for Summary Judgment (Rec. Doc. 144)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

                                                       **MELISSA VERDUN, FOR THE COURT**
                                                       **CASE MANAGER SECTION D**
                                                       **melissa_verdun@laed.uscourts.gov**