UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU and DAREN PARSA**, on their own behalf and on behalf of their deceased minor child, E.P. | * * * * | CIVIL ACTION NO.: 2:21-cv-00080 SECTION "D" |
| **versus** | * * | DIVISION (2) |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | * | JUDGE WENDY B. VITTER |
| | | MAGISTRATE JUDGE DONNA P. CURRAULT |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, come Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center ("Moving Defendants") who seek leave to file the attached Reply Memorandum in Support of its Motion for Summary Judgment. R. Doc. 138. The reasons this motion should be granted are set forth in the attached Memorandum in Support of Motion for Leave to File Reply Memorandum.

For the foregoing reasons, Moving Defendants respectfully request this Court grant leave to file the attached Reply Memorandum.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: /s/ *Christopher W. Kaul*
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4350
Facsimile: (504) 526-4310
Email: ckaul@thompsoncoe.com
    mhill@thompsoncoe.com
**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE**

                                        **INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, electronic mail and/or by United States mail, properly addressed, postage prepaid on this the 29th day of March, 2023.

                                          _____/s/ __Christopher W. Kaul_____