**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DONNA LOU and DAREN PARSA, on** | * | **CIVIL ACTION NO.: 2:21-cv-00080** |
| **their own behalf and on behalf of their** | * | |
| **deceased minor child, E.P.** | * | **SECTION "D"** |
| | * | |
| **versus** | * | **DIVISION (2)** |
| | * | |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | * | **JUDGE WENDY B. VITTER** |
| | | |
| | | **MAGISTRATE JUDGE DONNA P.** |
| | | **CURRAULT** |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

**MAY IT PLEASE THE COURT:**

Defendants Victory Real Estate Investment LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center ("Moving Defendants") seek leave to file the attached Reply Memorandum in Support of its Motion for Summary Judgment. R. Doc. 138. The proposed supplemental memorandum is brief, and addresses issues and authority raised in Plaintiffs' Opposition not previously discussed by any party. The proposed Reply Memorandum will assist the Court in resolving the matters in dispute.

For the foregoing reasons, Moving Defendants respectfully request this Court grant leave to file the attached Reply Memorandum.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: _/s/ Christopher W. Kaul_____
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone:  (504) 526-4350

Facsimile:   (504) 526-4310
Email:  ckaul@thompsoncoe.com
           mhill@thompsoncoe.com
**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, electronic mail and/or by United States mail, properly addressed, postage prepaid on this the 29th day of March, 2023.


_____/s/____Christopher W. Kaul_____ _____