UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU and DAREN PARSA,** on their own behalf and on behalf of their deceased minor child, E.P. | * * * * | **CIVIL ACTION NO.: 2:21-cv-00080** **SECTION "D"** |
| **versus** | * * | **DIVISION (2)** |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | * | **JUDGE WENDY B. VITTER** |
| | | **MAGISTRATE JUDGE DONNA P. CURRAULT** |

## ORDER

Upon consideration of Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center's *Motion for Leave to File Reply Memorandum in Support of its Motion for Summary Judgment,* and all opposition thereto it is hereby:

**ORDERED** that Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center's *Motion for Leave to File Reply Memorandum in Support of its Motion for Summary Judgment* be and same is here by **GRANTED,** and it is hereby

**ORDERED** that the Clerk enter into the record Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center's *Motion for Leave to File Reply Memorandum in Support of its Motion for Summary Judgment.*

Signed in New Orleans, Louisiana on _____, 2023.

_____
**JUDGE WENDY B. VITTER**
**DISTRICT JUDGE, EASTERN DISTRICT OF LOUISIANA**