UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| --- | --- | --- |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Plaintiffs' Statement of Material Facts in Support of Motion for Partial Summary Judgment on *Monell*-by-Ratification**

| # | Plaintiffs' Material Facts | JPSO's Response |
| --- | --- | --- |
| 1 | In discovery, Lopinto was asked whether "any law enforcement officer of your agency violate[d] any written or unwritten policy, procedure, custom, practice, rule, statute, ordinance, regulation, order, canon, edict, dictate, etc. of your department in the incident." Lopinto's answer was "No."[1] | |
| 2 | Lopinto represented to this Court via counsel that "there can be no doubt that all Defendants have vehemently denied any wrongdoing and are fully unified in their belief that the actions of all Defendants were reasonable and justified."[2] | |
| 3 | At deposition, Lopinto was asked whether he "ratified what their conduct is as being according to the policies, practices, customs of JPSO, correct?"<br><br>Lopinto responded: "You know, again, everything is situational. I'll say it a million times and a million times over. I want them to act reasonable under the circumstances, and I think they were reasonable under the circumstances."[3] | |
| 4 | At deposition, Lopinto was asked: "Prior to us reviewing this tape here, did you find anything that you observed on the tape that was problematic to you?" | |

---

[1] R. Doc. 21-4 (Lopinto Discovery Responses) at 11-12.
[2] R. Doc. 23 at 8-9.
[3] Ex. A at 174:8-20.

1

|   |   |   |
|---|---|---|
|   | Lopinto responded: "No."[4] |   |
| 5 | At deposition, Lopinto was asked "And in this case, even after we've had this discussion, and we may have our disagreements about certain things, you stand by what your officers did, and that they acted appropriately?"<br><br>Lopinto responded: "I do."[5] |   |

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

---

[4] Id. at 176:4-7
[5] Ex. A (Lopinto Dep.) at 260:7-21.