UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**ORDER**

After consideration of Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment, and the arguments and evidence for and against, the Motion is GRANTED. If the jury finds a constitutional violation by any individual JPSO defendant, Sheriff Lopinto in his official capacity shall be liable.

So ordered.

_____