UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Plaintiffs' Motions in *Limine***

Now come Plaintiffs, through counsel, to move for rulings *in limine*. Plaintiffs ask that this

Court exclude the following by Defendants:

1. Evidence of E.P.'s behaviorial and medical history that Defendants were unaware of at the time, because it could not have influenced Defendants' decision-making.

2. Irrelevant JPSO training documents about serial killers, gossip, tactical driving, etc.

3. Defendants' 30+ witnesses not listed on Defendants' initial disclosures.

4. Any testimony that JPSO provided accommodations for E.P.'s disability, as JPSO has conceded no accommodations were provided.

5. Any testimony about a "Deescalation with Autism" training module, as there is no indication that such a module exists.

6. Any statement to the effect that Plaintiffs are "seeking to profit" from the death of their child.

7. Any argument that Plaintiffs or their lawyers are "outsiders" or "out-of-town" people.

8. Any evidence contrary to 30(b)(6) testimony without prior court permission.

9. Any lay opinion testimony without prior notice to the Court.

10. Any argument of a qualified immunity or "good faith" defense on behalf of JPSO.

11. Any evidence of Defendants' commendations or awards.

12. Any demonstratives not exchanged by the time set by this Court.

For the reasons described in the attached memorandum, Plaintiffs' motion should be granted.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*

WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com