UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**ORDER**

After consideration of Plaintiffs' Motions *in Limine*, and the arguments and evidence for and against, the Motion is GRANTED. No defendant shall put on or solicit any evidence, testimony, or argumentation that is:

1. Evidence of E.P.'s behaviorial and medical history that Defendants were unaware of at the time, because it could not have influenced Defendants' decision-making.

2. Irrelevant JPSO training documents about serial killers, gossip, tactical driving, etc.

3. Defendants' 30+ witnesses not listed on Defendants' initial disclosures.

4. Any testimony that JPSO provided accommodations for E.P.'s disability, as JPSO has conceded no accommodations were provided.

5. Any testimony about a "Deescalation with Autism" training module, as there is no indication that such a module exists.

6. Any statement to the effect that Plaintiffs are "seeking to profit" from the death of their child.

7. Any argument that Plaintiffs or their lawyers are "outsiders" or "out-of-town" people.

8. Any evidence contrary to 30(b)(6) testimony without prior court permission.

9. Any lay opinion testimony without prior notice to the Court.

10. Any argument of a qualified immunity or "good faith" defense on behalf of JPSO.

11. Any evidence of Defendants' commendations or awards.

12. Any demonstrative exhibits not exchanged by the time set by this Court.

So ordered.

_____