UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU AND DAREN PARSA | CIVIL ACTION |
| VERSUS | NO. 21-00080 |
| JOSEPH P. LOPINTO, III, ET AL | SECTION "F" (2) |

**RULE 26 DISCLOSURES OF DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet, who, in compliance with Rule 26 of the Federal Rules of Civil Procedure, submit the following initial disclosures:

A. Names, addresses, and telephone numbers of each individual likely to have discoverable information in support of or in defense of plaintiff's claims:

1) Sheriff Joseph P. Lopinto, III.
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

2) Chad Pitfield
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

3) Ryan Vaught
1233 Westbank Expressway
Harvey, LA 70058
(504) 363-5500

4) Steven Mehrtens
1233 Westbank Espressway
Harvey, LA 70058

        (504) 363-5500

5)     Shannon Guidry

6)     Nick Vega
       1233 Westbank Expressway
       Harvey, LA 70058
       (504) 363-5500

7)     Manuel Estrada
       1233 Westbank Expressway
       Harvey, LA 70058
       (504) 363-5500

8)     Myron Gaudet
       1233 Westbank Expressway
       Harvey, LA 70058
       (504) 366-4374

9)     Sgt. Keith Dowling
       725 Maple Ave.
       Harvey, LA 70058
       (504) 364-5400

10)    Lt. Don Meunier
       725 Maple Ave.
       Harvey, LA 70058
       (504) 364-5400

11)    Gerry Cvitanovich-Coroner

12)    Dana Troxclair- Coroner's Office

13)    Detective Scott Bradley
       725 Maple Ave.
       Harvey, LA 70058
       (504) 364-5400

14)    Detective Jesus Falcon
       725 Maple Ave.
       Harvey, LA 70058
       (504) 364-5400

15) Chief Dax Russo
    725 Maple Avenue
    Harvey, LA 70058
    (504) 363-5400

16) Captain Kevin Balser
    725 Maple Ave.
    Harvey, LA 70058
    (504) 364-5400

17) Sgt. Rodney Naumann
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

18) Chief Tim Scanlan
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

19) Sgt. Solomon Burke
    1233 Westbank Expressway
    Harvey, LA 70058
    (504) 875-3800

20) Tim Genevay-Coroner's Office

21) EMT Joseph Deist
    3120 Lime Street
    Metairie, LA 70006

22) EMT Jeanette Euper
    3120 Lime Street
    Metairie, LA 70006

23) EMT Mallory Smith
    3120 Lime Street
    Metairie, LA 70006

24) Dr. Michael Ng- East Jefferson General Hospital

25) Daren Parsa

26) Donna Lou Parsa

27) Heather Hilton
2323 Nebraska Ave.
Metairie, LA 70003
(504)231-8705

28) Kimberly Kracke
1317 N. Cumberland St.
Metairie, LA 70003
(504)722-8487

29) Kyle Houck
300 Ridgelake Drive Apt. 15
Metairie, LA 70001
(504)231-8705

30) Jan Quatroy
4621 Meadowdale Street
Metairie, LA 70006
(504)578-0877

31) Marty Luquet
35 Apple Street
Norco, LA 70079
(504)559-4185

32) Captain Renee Kinier
1233 Westbank Expressway
Harvey, LA 70058
(504) 875-3800

33) Jim Arey
1233 Westbank Expressway
Harvey, LA 70058

Defendants reserve the right to supplement this list as discovery is ongoing.

B. A description and location of all documents, date of compilations and tangible things in Defendants' possession that may be used regarding Plaintiff's claim made herein.

1) A copy of JPSO Item Number A-15489-20 and all documents compiled in connection therewith, including all reports, supplemental reports, statements, and other investigative documents contained within the homicide file.

2) Video footage from the Laser Tag.

4

      3)      All crime scene photographs, diagrams and other tangible items and information compiled in connection with the above item number.

      4)      Records from the Jefferson Parish Office of the Coroner, including the autopsy of ▉ P▉

Defendants reserve the right to supplement this list as discovery is ongoing.

C.    Computation of damages claimed:

None by defendant

D.    Any insurance documents that might be liable to satisfy part or all of the judgment.

Defendants have no documents relative to this category. The Jefferson Parish Sheriff's Office is self-insured for the damages claimed herein.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 15th day of April, 2021, sent a true and correct copy of the foregoing pleading to counsel for all parties to this proceeding, by mailing same by United States Mail, properly addressed, and first class postage prepaid, and/or via facsimile and/or via e-mail.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)