UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P. § § § § § § § | CIVIL ACTION NO. 21-00080 SECTION "F"(2) |
| V. | |
| SHERIFF JOSEPH P. LOPINTO, III, ET AL | |

DEFENDANTS VICTORY REAL ESTATE INVESTMENTS LA, LLC AND
WESTGATE INVESTORS NO, LLC
INITIAL DISCLOSURES PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE

**NOW INTO COURT,** through undersigned counsel, come Defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center (herein collectively as "Westgate Shopping Center"), who provide their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)-(D) as follows:

**FED. R. CIV. P. 26(a)(1)(A):**

*The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:*

1. Plaintiff Donna Lou;

2. Plaintiff Daren Parsa;

3. Davor Franicench, owner of Laser Tag;
   8855 Veterans Boulevard
   Metairie, LA 70003

4. Employees of Laser Tag working on the day of the incident, including but not limited to;

1

    a. Heather Hilton;

    b. Kimberly Kracke;

    c. Kyle Houck;

These employees are believed to have knowledge about the incident and may have been a witness.

5. Donald Cannatella;

6. Jan Quatroy, employee of Supercuts;

7. Marty Luquent, retired teacher from Destrehan High School;

8. A representative of Westgate Shopping Center, including but not limited to;

    a. Gina Christopher

    b. Ronnie Culbreth;

9. Any person or individual identified by any other party;

10. Any person or individual identified or revealed during discovery;

11. EMT Joseph Deist (Unit EJ-80);

12. EMT Jeanette Euper (Unit EJ-80);

13. EMT Mallory Smith (Unit EJ-80);

14. Dr. James Lauridsen, M.D.,
    Independent Pathologist hired by Parsa Family

15. Representative of East Jefferson General Hospital, including but not limited to;

    a. Michal Ng, M.D.

16. Any person with knowledge identified in Jefferson Parish Sheriff's Office, Investigative Report A-15489-20;

17. Representatives of the Jefferson Parish Forensic Center, including;

    a. Gerry A. Cvitanovich, M.D., Coroner;

    b. Investigator Tim Genevay;

    c. Doctor Dana Troxclair, M.D., Forensic Pathologist

18. Representatives of the Jefferson Parish Sheriff's Office, including but not limited to;

    a. Sheriff Joseph P. Lopinto, III;

    b. Reserve Deputy Chad Pitfield;

    c. Detective Ryan Vaught;

    d. Detective Stephen Mehrtens;

    e. Deputy Shannon Guidry;

    f. Deputy Nick Vega;

    g. Deputy Manuel Estrada;

    h. Deputy Myron Gaudet;

    i. Sergeant Keith Dowling;

    j. Lieutenant Donald Meunier;

    k. Detective Scott Bradley;

    l. Detective Jesus Falcon;

    m. Any other member of the Jefferson Parish Sheriff's Office with knowledge of the instant matter;

**FED. R. CIV. P. 26(a)(1)(B):**

*A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:*

1. Any document identified or revealed during discovery;

2. Any exhibit listed by any other party;

3. Medical records of Plaintiff's deceased minor child, E.P., which will be gathered and produced during discovery;

4. Records from the Jefferson Parish Forensic Center;

5. E.P.'s School Records;

6. Records from the Jefferson Parish Sheriff's Office, including any audio or video recordings produced in the investigation of the instant matter;

7. Video of the incident from Laser Tag security cameras;

8. Incident Reports prepared by Laser Tag, Supercuts, or any other business located within the Westgate Shopping Center;

9. Jefferson Parish Sheriff's Office, Investigative Report A-15489-20, including all attachments and evidence listed on pages 7-9.

10. Documents produced in Discovery;

11. Exhibits attached to any Deposition;

**FED. R. CIV. P. 26(a)(1)(C):**

*A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:*

None as of this time.

**FED. R. CIV. P. 26(a)(1)(D):**

*For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

Fireman's Fund Insurance Company (An Allianz Company), Policy Number USC010628190 (premium and other proprietary information have been redacted).

4

Respectfully submitted this 15th day of April 2021.

        **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: /s/ Christopher W. Kaul _____
    Christopher W. Kaul (#33213)
    ckaul@thompsoncoe.com
    Mark A. Hill (#33891)
    mhill@thompsoncoe.com

    650 Poydras Street, Suite 2105
    New Orleans, LA 70130
    Telephone: (504) 504-526-4321
    Fax: (504)-526-4310

**COUNSEL FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a copy of the forgoing document was served on counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure via ECF to the following:

By: /s/ Christopher W. Kaul _____
    Christopher W. Kaul

7841956v1
12059.006