UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONNA LOU and DAREN PARSA, on their own )
behalf and on behalf of their deceased minor child, )
E.P. )
        Plaintiffs, )
  v. ) Case No. 2:21-cv-00080
)
SHERIFF JOSEPH P. LOPINTO, III, CHAD )
PITFIELD, RYAN VAUGHT, STEVEN )
MEHRTENS, SHANNON GUIDRY, NICK )
VEGA, MANUEL ESTRADA, MYRON )
GAUDET, JOHN DOES 1-3, VICTORY REAL )
ESTATE INVESTMENTS LA, LLC and )
WESTGATE INVESTORS NO LLC D/B/A )
WESTGATE SHOPPING CENTER, ABC )
INSURANCE COMPANY, and XYZ )
INSURANCE COMPANY, )
)
        Defendants.

**JOSEPH P. LOPINTO III INDIVIDUAL SUPPLEMENTAL RESPONSES TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW, through undersigned counsel, comes Defendant, Joseph P. Lopinto III, in his individual capacity, who in response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, submits the following supplemental answers:

**INTERROGATORIES**

      INTERROGATORY NO. 6: Employment Information: Please list your employment history through your present employer and the date of employment, area where assigned, rate of pay, each and every disciplinary charge leveled against you by your employer, each and every disciplinary charge sustained against you by your employer, each and every disciplinary actions taken by your employer and all bonds (including the issuing company and amount of bond) under which you have served as an officer of the JPSO.

ANSWER: Defendant first started with the Jefferson Parish Sheriff's office on March 31, 1997. From March of 1997 through the end of 2004, Joseph Lopinto worked as an officer in the 1st District, and ultimately moved to Narcotics. He does not recall the specific date of the transition to Narcotics. He left the department in 2004 to practice law. Now Sheriff Lopinto returned to the Jefferson Parish Sheriff's Office on July 1, 2016, to work as in-house legal counsel. He remained in that roll until July 1, 2017, when he became Chief Deputy over Operations. Defendant has been the Sheriff of Jefferson Parish since September 1, 2017.

INTERROGATORY NO. 12: Please state whether you have ever been involved as a Plaintiff or a Defendant in any type of lawsuit or legal action and/or whether your employer has been sued as a result of your actions. If the answer is in the affirmative, please state the following:

    a.    The style of the case;
    b.    The docket number of the Complaint;
    c.    The nature of the case; and
    d.    The disposition of the case.

ANSWER: As Sheriff of the Parish of Jefferson, Defendant Lopinto has been named as a Defendant in a number of lawsuits. The J.P.S.O. does not maintain a record of all lawsuits filed against them. To the best of Defendant's knowledge, the following are a list of lawsuits that meet the criteria set forth by the Magistrate in her Order:

1. Shawn Washington v. Normand et al USDC 17-6840
2. James Franklin v. Andre Nelson et al, USDC 17-12108
3. Raymond Foley v. Normand et al, USDC 18-614
4. Joshua Gillum v. JPSO et al, USDC 18-00934
5. Dwight Harris v. JPSO et al, USDC 19-13955
6. Zamkea Fosselman v. JPSO et al, USDC 18-2637
7. Johannes Sieber v. Delta AirLines, et al, USDC 17-13024
8. Elijah Burrow v. Lopinto et al, USDC 18-2389
9. Ryan Jackson v. Lopinto et al, USDC 18-3599
10. Wachelle Boutte/ Kiwanda Robinson v. Lopinto et al, USDC 19-09613
11. Pierre Lombardino v. Lopinto et al, USDC 18-6714
12. Juda Ben Derouen v. Lopinto et al, USDC 18-7809

13. Joseph Little v. Lopinto et al, USDC 18-8944
14. Brandon Royal v. Lopinto et al, USDC 18-9281
15. Demone Carto v. Lopinto et al, USDC 18-10335
16. Nathaniel Rogers v. Lopinto et al, USDC 18-11164
17. Jacobi Cage v. Lopinto, et al USDC 20-0658
18. Darrell Dupard v. Lopinto et al, USDC 19-1982
19. Daniel Smith v. Lopinto et al, 24th JDC 792-896
20. Joseph/Robertson v. Lopinto et al, USDC 19-11268
21. Kenneth Sextion v. Lopinto et al, USDC 19-00129
22. Leo Lewis v. Lopinto et al, USDC 20-2032
23. Lemcy Cortez v. Lopinto et al, USDC 20-3110
24. Michael Lott v. Lopinto et al, USDC 19-14010
25. Smydge Perry v. Dorignacs et al, 24th JDC 812-338
26. Dwight Harris v. Lopinto et al, USDC 19-13955
27. Tesa Lujano v. Lopinto et al, USDC 20-2725
28. Orlin Lewis v. Lopinto et al, USDC 20-00342
29. Daniel Mitchell v. Lopinto et al, USDC 19-13023
30. Tiffany McGee v. Lopinto et al, USDC 21-00571
31. Derrick Gordon v. Lopinto et al, 24th JDC 805-553
32. Serella Rowland v. Lopinto et al, USDC 21-1003
33. Andrew Todd v. Lopinto, USDC 20-01634
34. Hamed Akbarian v. Lopinto et al, USDC 20-2861
35. Akeem Steve v. Lopinto et al, USDC, Western District 21-03847
36. Courtney Meek v. Lopinto et al, USDC 20-2880
37. Steven Spillman v. Lopinto et al, USDC 20-3468
38. Sojourner Gibbs v. Lopinto et al, USDC 21-01091
39. Remington Williams v. Lopinto et al, USDC 21-852
40. Nathan Durapau v. Lopinto et al, USDC 21-1157
41. Xavimen Decquir v. Lopinto et al, USDC 21-1652
42. Theresa Burke v. Lopinto et al, USDC 21-1588
43. Charles Justice/Travis Williams v. Lopinto et al, USDC 21-02318
44. Gail Payton v. Lopinto et al, USDC 21-1325
45. Shavonda Brooks v. Lopinto et al, USDC 21-2280
46. Wadnisha Reese v. Lopinto et al, USDC 22-124
47. Devin Tucker v. Lopinto et al, USDC 21-02375
48. Arlington Jamison v. Lopinto et al, USDC 22-206

INTERROGATORY NO. 17: Are you a member of any social networking sites (for example including but not limited to Facebook, Instagram, Snapchat, Twitter etc.)? If your answer is in the affirmative, please provide information as to what sites you are a member of, your username, your password and the internet path where that site can be found.

ANSWER: The only social media account that the Sheriff has personal access to is a Facebook Account, where his name is Joseph Lopinto.

INTERROGATORY NO. 18: Identify all accommodations, if any, you contend you provided to Eric Parsa to accommodate his disability.

ANSWER: The factual backdrop for the incident sued upon did not implicate a need for an accommodation. Therefore, an accommodation was not provided.

Respectfully submitted,

MARTINY & ASSOCIATES, LLC
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409

*/s/ Franz L. Zibilich*
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBILICH (14914)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of June, 2022, sent a true and correct copy of the foregoing pleading to counsel for all parties to this proceeding, by mailing same by United States Mail, properly addressed, and first class postage prepaid, and/or via facsimile and/or via e-mail.

*/s/ Franz L. Zibilich*
FRANZ L. ZIBILICH (14914)

## VERIFICATION

I swear and affirm that the Answers to Interrogatories contained herein are true, complete and accurate. I also understand that it is my duty to promptly notify my attorney should I later learn that any of these answers are incomplete, inaccurate or misleading.

Pursuant to 28 U.S.C.A. '1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Joseph P. Lopinto, III