UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.<br>　　　　Plaintiffs,<br>　v.<br><br>SHERIFF JOSEPH P. LOPINTO, III, CHAD PITFIELD, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, NICK VEGA, MANUEL ESTRADA, MYRON GAUDET, JOHN DOES 1-3, VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO LLC D/B/A WESTGATE SHOPPING CENTER, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:21-cv-00080<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

***EX PARTE* MOTION TO ENROLL**
**ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF**

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83(b)(14)(A) that Caroline Gabriel (Bar No. 38224) of the law firm of Most & Associates, 201 St. Charles Ave., Ste. 114, # 101, New Orleans, LA 70170, be enrolled as additional counsel of record for Plaintiff.

**WHEREFORE**, Plaintiff prays that this Court enter an Order permitting Caroline Gabriel to enroll as additional counsel for Plaintiff in this proceeding.

SIGNATURE APPEARS ON THE FOLLOWING PAGE

Respectfully submitted,

*/s/ William Most* _____
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

*Attorney for Plaintiff*

2