## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

===========================================================================

**STATEMENT OF:** Det. Stephen Mehrtens      **J.P.S.O. ITEM:** A-15489-20

**LOCATION:** 725 Maple Ave, Harvey LA

**DATE & TIME TAKEN:** January 23, 2020 12:01PM      **INCIDENT:** Signal 29

**OFFICER(S):** Lt. Donald Meunier and Sgt. Keith Dowling

---

| | |
|---|---|
| LT. DONALD MEUNIER | (door opens) Have a seat. Alright, um, obviously for the record, the interview rooms recording. |
| DET. S. MEHRTENS: | Uh huh |
| LT. DONALD MEUNIER | You know that. You work in the building, um, Sergeant Keith Dowling, Homicide Division, Donald Meunier, Homicide Division, Steve Mehrtens assigned to Burglary Division as a detective |
| DET. DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Uh, this interview is pursuant to an event that occurred on the nineteenth (19) of January 2020, in the 8800 block of Veterans Memorial Boulevard by Laser Tag. Are you familiar with that incident? |
| DET. S. MEHRTENS: | Yes |
| LT. DONALD MEUNIER: | Did you respond to that incident? |
| DET. S. MEHRTENS: | I did |
| LT. DONALD MEUNIER: | Were you working on that day? |
| DET. S. MEHRTENS: | Yes |
| LT. DONALD MEUNIER: | And that was a Sunday, correct? |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Okay and what capacity do you work? |
| DET. S. MEHRTENS: | Weekend duty assignment, it's a rotation that we fall into for coverage on the weekends when most of the detective bureau is off |
| LT. DONALD MEUNIER: | Essentially, general assignment for investigative calls |
| DET. S. MEHRTENS: | Correct. This day I happen to be investigating a burglary not too far away from the incident |
| LT. DONALD MEUNIER: | Tell us what prompted you to respond. How did you become aware that there was a request? |

===========================================================================

**TRANSCRIBER:** W. Lipps                                   **PAGE 1 OF 11**

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

==========================================================================

| | |
|---|---|
| DET. S. MEHRTENS: | So I was in the area of West Napoleon and Clearview |
| LT. DONALD MEUNIER: | Uh huh |
| DET. S. MEHRTENS: | After completing a call, just in that area, uh, I heard the deputy Chad Pitfield ask for assistance on the radio in reference to a disturbance of some sort. Um, initially, I, I, kind of waited to see some following information and the first request for assistance was followed by the dispatcher checking on him and he then again said "Send me units. Step them up" so an obvious situation where he needed more people. Um, I decided to go and you know, once I arrived, things unfolding from there. |
| LT. DONALD MEUNIER: | Alright. and obviously we have a video, a video from Laser Tag. You've been made aware of that |
| DET. S. MEHRTENS: | Yes |
| LT. DONALD MEUNIER: | We are going to kind of want you to walk us through uh, a couple of aspects upon your arrival. Um, how were you attired that day? |
| DET. S. MEHRTENS: | Um, similar as I am today, JPSO shirt |
| LT. DONALD MEUNIER: | non-uniform |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | plain clothes? |
| DET. S. MEHRTENS: | Jacket, I had a JPSO jacket on |
| LT. DONALD MEUNIER: | What type of car were you in? |
| DET. S. MEHRTENS: | Uh, grey Ford Fusion |
| LT. DONALD MEUNIER: | Okay. Uh, for orientation purposes, you recognize this as the parking lot of the Laser Tag? |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Okay, um, that is Deputy Pitfield's SUV? |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Would you agree with that? |
| DET. S. MEHRTENS: | From what, yeah, prior |
| LT. DONALD MEUNIER: | Prior to your arrival |
| DET. S. MEHRTENS: | Uh huh. |
| SGT. K. DOWLING: | Are you familiar with Deputy Pitfield? |

==========================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

| | |
|---|---|
| DET. S. MEHRTENS: | I am. I worked with Deputy Pitfield more so when I was in the on the district level. He was, he works quite a few details, as he was that day, around that area. So we were pretty familiar with who he is |
| LT. DONALD MEUNIER: | Okay. Uh, as you're, as you're arriving or or proceeding to the scene, what information have you been made aware of? |
| DET. S. MEHRTENS: | Via radio that he just, he was requesting units on two (2) separate, you know, time frames with dispatch. Um, yeah, I know he was in an altercation, attempting to put somebody in cuffs, because he does say, um ,you know, "I got one (1) subject I cannot get him in the, in the handcuffs" At that point, inaudible |
| LT. DONALD MEUNIER: | Okay |
| DET. S. MEHRTENS: | And I know who he is obviously so |
| LT. DONALD MEUNIER: | Okay. |
| DET. S. MEHRTENS: | Okay, that would be me coming on scene |
| LT. DONALD MEUNIER: | Which would make you the second plain clothes detective |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Do you know who the first one was? |
| DET. S. MEHRTENS: | Detective Vaught |
| LT. DONALD MEUNIER: | Yes, okay |
| DET. S. MEHRTENS: | Robbery Division |
| LT. DONALD MEUNIER: | So, now you, you, you approach them, can you, can you tell us what you're seeing as you're getting out of your car, making your way to them? |
| DET. S. MEHRTENS: | So, as soon as I get out of my vehicle and I, and I start to approach, I see Deputy Pitfield, um, on top of a very large individual. He's kind of seated towards the back, sitting more on his buttocks, instead of not so much his back |
| LT. DONALD MEUNIER: | What position is that male in? |
| DET. S. MEHRTENS: | Uh, at the time I physically observed him, he was face down on the ground, he had two (2) sets of handcuffs and his hands were handcuffed behind his back, with Deputy Pitfield sitting on his buttocks area. Um |
| LT. DONALD MEUNIER: | Okay |
| DET. S. MEHRTENS: | At the time I arrived there wasn't, there wasn't a struggled, it didn't appear to be a struggle. Deputy Pitfield was trying to calm him. There was another lady, who we later found out was his mother, who was trying to calm him as well next to his head while he was on the ground |
| LT. DONALD MEUNIER: | Let me stop you |
| DET. S. MEHRTENS: | Okay |

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**
==========================================================================

| | |
|---|---|
| LT. DONALD MEUNIER: | Uh and ask you, when you say, let's start with the lady, who you don't know yet to be his mother |
| DET. S. MEHRTENS: | Uh huh |
| | |
| LT. DONALD MEUNIER: | How is she attempting to calm him? |
| DET. S. MEHRTENS: | She's, she's got, she's in kind of a crouched over position, where her head is directly next to his and they are kind of face to face. Um, I don't remember if she was touching him but I kept hearing her say you know "Just calm down, it's going to be okay, just calm down. Just calm down" and it was just repetitive in the same manner |
| | |
| LT. DONALD MEUNIER: | Alright. |
| DET. S. MEHRTENS: | It never changed too much |
| | |
| LT. DONALD MEUNIER: | And what about Deputy Pitfield, you said he was trying to calm him as well |
| DET. S. MEHRTENS: | Yeah, he, same verbiage, you know just calm down. I believe he used the name ▇ I remember him saying "E▇ just calm down. ▇ um, and I do recall Deputy Pitfield had his hand on his back where I don't know if he was rubbing his back but he was just trying to give him I guess some positive body contact, like hey, it's going to be okay just calm yourself down |
| | |
| SGT. K. DOWLING: | So once he's handcuffed, what occurs? |
| DET. S. MEHRTENS: | Once he's handcuffed, myself, personally, I didn't see a struggle so there was no need for me to engage him, you know, or the, what was transpiring with the struggle portion at the point, so I immediately start looking at dad. Um, cause, I could, I see some obvious injury on him, he had an injury to his face. Um, we find out he was bit on the chin. Myself and Detective Vaught both speak to him for a minute to try and kind of get an idea of what's going on so not only can we start deciding, you know, helping decide the, where we were going to go from there but you know, the best way to help Deputy Pitfield with the situation he has because obviously, we just know he's struggling, we don't know why |
| | |
| LT. DONALD MEUNIER: | So where is Deputy Pitfield right now |
| DET. S. MEHRTENS: | He's still with, with uh, the subject on the ground |
| | |
| LT. DONALD MEUNIER: | Non struggle? |
| DET. S. MEHRTENS: | No struggle |
| | |
| SGT. K. DOWLING: | So what's being told to you, what's going on here, like, what what's going on with the struggle? How did this occur? |
| DET. S. MEHRTENS: | Dad, dad doesn't say too much, he just, he starts talking about his injuries and how he's okay, he doesn't want EMS. Um, he doesn't want to be treated, you know, he's looking at his, the gentlemen on the ground, who again, we later find out is his son. Um, and and he's not really telling us the story, he just said I, I was having |

==========================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

========================================================================

| | |
|---|---|
| | issues, I tried to get him in the car and I couldn't get him in the car, then the deputy came, and he was more so talking in circles so, at at some point, I believe I kind of just turned because I, we weren't getting a lot of information, I'm looking elsewhere for, you know |
| SGT. K. DOWLING: | More information |
| DET. S. MEHRTENS: | Correct. What's the status of, you know, Deputy Pitfield and the subject and where can I get some more information about what's going on, um, and I mean, I ended up really just kind of standing there and waiting for a moment to move, like, where am I going to be best suited and needed next. |
| SGT. K. DOWLING: | Is, is the female telling you anything |
| DET. S. MEHRTENS: | No |
| SGT. K. DOWLING: | she's not answering? |
| DET. S. MEHRTENS: | She's not saying anything to me. |
| LT. DONALD MEUNIER: | Um, did she say anything at all? |
| DET. S. MEHRTENS: | She, she |
| LT. DONALD MEUNIER: | Other than |
| DET. S. MEHRTENS: | She's, she's next to him, trying to calm him down, um, she indicates at some point, you know, "I'm a medical professional. I I know what needs to be done" so, you know ultimately it was kind of the reason we, we kind of waited too. You know, if somebody is telling me they are medical professional and you're in control of the situation, by all means, you know, um, and he was calm, everything was fine at the point. Nothing, no reason to, to go any further with, you know, getting into any kind of altercation right there |
| SGT. K. DOWLING: | Did you know anything was going on with him in the episode, what lead to this episode with him? |
| DET. S. MEHRTENS: | No, not at this time. Not at all, no clue |
| SGT. K. DOWLING: | Alright, so as more units are coming, um, |
| LT. DONALD MEUNIER: | Let let me ask it this way, um, but it's kind of hard to see on the small screen, its seems that Deputy Pitfield transitioned off of like the hip area of the guy who's on the ground |
| DET. S. MEHRTENS: | Uh huh |
| LT. DONALD MEUNIER: | and somebody else takes over. Do you know who that is? Did you see that? |
| DET. S. MEHRTENS: | So um, I know, I remember hearing Deputy Vega come on scene and he asked Pitfield, "do you want to, do you want to switch out" and initially in my mind I'm thinking, you know, he's now been in a struggle with this, this guy for several minutes and of course he's going to be kind of wore out, so I'm thinking they're |

========================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**
================================================================================

|  |  |
|---|---|
|  | just switching out for that purpose to just try and can get somebody that can be fresh and have a little bit more control |
| LT. DONALD MEUNIER: | Right |
| DET. S. MEHRTENS: | a better mindset then somebody who is now exhausted right, um, so they switch out and it's not too long after they switch out that he starts to get combative again. Um, we recognize it. I was, I, believe by the time he becomes combative again I was b-behind Deputy Pitfield's unit then I find out he was bit on the leg, um, by the individual on the ground. I turn around and I see the struggle happening again. Deputy Vega has technique, you know, when somebody starts struggling, you have handcuffs on them, you just begin to slightly elevate the arms so that you can just maintain control of the upper torso, um, he begins doing that and from some point, and I don't recall when, from me traveling from the unit down there, the the individuals arms go over his head and he's now got his hands flat on the ground. |
| LT. DONALD MEUNIER: | Still cuffed? |
| DET. S. MEHRTENS: | Still handcuffed |
| LT. DONALD MEUNIER: | Two (2) sets of cuffs linked together |
| DET. S. MEHRTENS: | Correct |
| LT. DONALD MEUNIER: | Now they're in front |
| DET. S. MEHRTENS: | Correct |
| SGT. K. DOWLING: | And where is Vega at this point? |
| DET. S. MEHRTENS: | Still in the same position, same position that Deputy Pitfield was on his back, once the handcuffs go over, and now that I'm thinking about it I really think he was trying to maintain that link and chain or that middle portion of the handcuffs, when they went over, so as he goes over with the handcuffs, I see the hands on the ground, um, ▆ the individual starts to push up like trying to get himself up and he was almost successful and Deputy Vega basically just kind of wraps his arm like across, from what I can see, from my position, across his body, just to kind of keep a hug on him, one, we knew he was biting so, it looked he, he kept saying, "I'm going to try and control his head. I'm trying not to get bit." you know, "I don't want him to bite you". My position, I actually had his right arm, in kind of an '"L" shape on the ground and I was there to hold the arm just as as secure as I could so he couldn't push himself up and just kind of keep him at bay. And again, we're still you know, " ▆ calm down. Calm down. It's going to be okay" |
| LT. DONALD MEUNIER: | Was he strong? |
| DET. S. MEHRTENS: | He was. He was incredibly strong and that point, I, I, remember at the point he was obviously struggling so much and you know, at, at that time, it was me, Deputy Vega, it was three (3) or four (4) of us that was trying to control him, you know, all I could really see was my position but I know there were other people, |

================================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===========================================================================

deputies behind us and he's, he's exerting himself to as much as humanly possible to try and get up.

LT. DONALD MEUNIER: Is he saying anything?
DET. S. MEHRTENS: No, he's not saying anything

LT. DONALD MEUNIER: Okay, is
DET. S. MEHRTENS: But you can hear him like grunt, like, like, that physical, that strength, that pushing, that trying to, trying to overcome you know six (6) people, so on and so forth and you can, you can hear it, um,

LT. DONALD MEUNIER: Is the woman, or for clarity, I think we all agree, it's been confirmed the woman we are referring to is ultimately determined to be his mother
DET. S. MEHRTENS: Correct

LT. DONALD MEUNIER: Is she saying anything?
DET. S. MEHRTENS: Um,

LT. DONALD MEUNIER: Is she still present?
DET. S. MEHRTENS: As, as the struggle begins again and everybody, you know, we start moving in to try and find a position to try and help keep him down and keep him controlled, she backs off and she's now standing kind of over the, the scene, the situation. Same thing, "Calm down ▇ calm down ▇ and it didn't really change much from that. She just kept trying to get him to calm down by saying calm down.

LT. DONALD MEUNIER: And what is your position now?
DET. S. MEHRTENS: I'm on his right side, I had his right arm

LT. DONALD MEUNIER: Yeah
DET. S. MEHRTENS: It was like, his arm was slightly bent on the ground and all I could do was really just hold pressure here and then on the forearm, just to try and keep him from being able to bring it forward and push himself up

LT. DONALD MEUNIER: Okay. The cuffs remained in front?
DET. S. MEHRTENS: Correct, the cuffs remained in front

LT. DONALD MEUNIER: Okay, alright. At some point, does he go into, uh, cardiac arrest or distress or become non-responsive?
DET. S. MEHRTENS: So, we, we, we don't know and I still don't know to this point. But what I do know is as we start to feel him not stressing or pulling or trying to to resist, we began coming off. So Deputy Vega releases. I see Deputy Vega release, I'm not feeling tension in the arms, so he's not trying to fight me at this point, I release. We, we see that his head is face down, so we are trying to get a response out of him, you know, is he conscious. Um, Deputy Myron Gaudet shows up and he, he begins doing, you know, touching his head, rubbing the back of his head, "Hey, ▇

===========================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

|  |  |
|---|---|
|  | ▮ ▮ well he's now non-responsive to us. Um, we roll him over, or excuse me, they, they roll him over, I'm still, you know, observing what what the next step is going to be and the question was, you know, is he breathing, and we all agreed at that point, there's, his chest is moving, he's rise and fall |
| LT. DONALD MEUNIER: | Alright |
| DET. S. MEHRTENS: | he's breathing. Um, so we don't start CPR, we're still waiting on EMS at that point, um, |
| LT. DONALD MEUNIER: | Now EMS does arrive |
| DET. S. MEHRTENS: | EMS gets on scene and the paramedic immediately comes, you know "what do you guys have?" We start running down to him, kind of how this has escalated and ultimately how we don't know how we got to where we are but we know, you know, he's he's not responsive, he appears to be breathing and I believe, Joe the paramedic observed the same thing. They went to roll him on his back because initially we put him in a recovery position, um, |
| LT. DONALD MEUNIER: | on his side |
| DET. S. MEHRTENS: | Correct, on his side just to make sure, you know, if he was going to throw up, if he had something in his throat lodged, it was going to be able to come out, um, and that when we observed him breathing. The paramedics said we needed to roll him on his back. Deputies that have control, roll him on his back and that's when we stopped to see the chest rise. So I believe is was Deputy Gaudet does, kind of gets over top of him and gets in a new position and begins CPR by the direction of Joe the paramedic. Um, |
| SGT. K. DOWLING: | Does Joe, does Joe do anything to, to start that command? I mean, if he saw him breath, why were we about to start CPR, did something happen |
| DET. S. MEHRTENS: | No sir |
| SGT. K. DOWLING: | after that? |
| DET. S. MEHRTENS: | No no sir, I think it was in the point when he was on his side, at some point, and again I didn't see, I couldn't see everything that was going on because a lot had happened but they roll him on to his back and at the point he's on his back it was recognized that I think they didn't think he was breathing |
| SGT. K. DOWLING: | Okay |
| DET. S. MEHRTENS: | So, Deputy Gaudet steps over, begins the position of CPR. I remember his pushing once or twice, I can't remember how many and ▮ asps, so you hear, "ah" so |
| LT. DONALD MEUNIER: | So you got breath again |
| DET. S. MEHRTENS: | Correct, you got breath again, so you're not going to do CPR if he's breathing |
| LT. DONALD MEUNIER: | Gotcha |

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

| | |
|---|---|
| DET. S. MEHRTENS: | The paramedic kind of gave, I, I, when I was in patrol, I had a habit of, when the paramedics come on and there is a hot scene, I'll ask them like, what color bag do you need and they say and a, b, or c, okay cool, so I asked Joe, the paramedic, um, you know, what do you need, he's like I got an orange bag in the back of my unit, I got a green bag I believe, grab them all for mem bring them out here. So me and another deputy, I can't remember who it was, go to the back of the SUV, we start grabbing supplies while he's still doing assessments on now his patient. Um, we, uh, I open the bags for him and they, at that point, they begin treating him. Um, we take, we immediately take the handcuffs off once um, once the paramedic decides like hey, this is going to be activation where I need to start working him, we immediately take the handcuffs off, and uh, allow him to do life saving techniques at that point |
| LT. DONALD MEUNIER: | Alright, at any point do you see shackles put on him? |
| DET. S. MEHRTENS: | I saw that there were shackles on him. I actually, as the handcuffs came off, I saw the shackles, so I immediately took them off |
| LT. DONALD MEUNIER: | You took them off? |
| DET. S. MEHRTENS: | I took them off. I don't remember, I don't know who put them on, I don't know how they got on, um, obviously to restrain him from kicking or anything like that |
| SGT. K. DOWLING: | But you removed them? |
| DET. S. MEHRTENS: | But I removed them, yes |
| SGT. K. DOWLING: | Okay. Did anybody help you remove them? |
| DET. S. MEHRTENS: | Nope |
| SGT. K. DOWLING: | or was it by yourself? |
| DET. S. MEHRTENS: | By myself. I just, I looked down and saw that, that he was shackled and that he needed to be as free as possible for paramedics to to treat him so I took them off |
| LT. DONALD MEUNIER: | Okay, have you learned yet, that Deputy Pitfield had been bitten? |
| DET. S. MEHRTENS: | Uh yeah, I learned that just prior to |
| LT. DONALD MEUNIER: | the medical intervention |
| DET. S. MEHRTENS: | Well just prior to the second, the second episode of the fight, where he resisted |
| LT. DONALD MEUNIER: | Okay |
| DET. S. MEHRTENS: | Where I got engaged in the, in the resistance |
| LT. DONALD MEUNIER: | Okay, so, now are you aware he is special needs? Does anyone declare he is special needs? |
| DET. S. MEHRTENS: | Oh yeah, from uh, from the point that I, that I arrived is when people were, I think it was the mother and the father, you know, he's special needs, he's got autism. Um and that's also another reason why, you know, Deputy Pitfield has got him |

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

================================================================================

under control, we train on this a lot, so we, we know that if he's autistic there's, there are things, excited delirium, there's all, there's all kinds of stuff that can take place with somebody with any kind of mental illness or disability, so to engage him at that point just wasn't necessary, he was calm, everything was fine. It wasn't until the second episode that so many people had to engage because he was so strong.

| | |
|---|---|
| LT. DONALD MEUNIER: | Okay. So that I understand this right, you're working an unrelated investigation of some sort, pursuant to weekend duty, general assignment |
| DET. S. MEHRTENS: | a burglary |
| | |
| LT. DONALD MEUNIER: | Okay |
| DET. S. MEHRTENS: | Burglary on Richmond |
| | |
| LT. DONALD MEUNIER: | Um, obviously you were already on the eastbank |
| DET. S. MEHRTENS: | Correct |
| | |
| LT. DONALD MEUNIER: | Because you're getting there within a matter of minutes, you're actually beating patrol there by seconds, um, you're the second unit to arrive to assist behind Ryan Vaught, uh, you are learning at some point, in no particular order here, he's special needs, you're making an assessment that where Pitfield is, is sufficient control and Pitfield is demonstrating some sort of, uh, endeavor to calm as was mother |
| DET. S. MEHRTENS: | Uh huh |
| | |
| LT. DONALD MEUNIER: | Uh, did you ever see anyone apply a choke hold? |
| DET. S. MEHRTENS: | No. I, I believe that, you know, that that's a question its going to be more than likely when after the switch out and you have Deputy Vega on top of him. Deputy Vega is almost trying to just lay on top of him and hug him and I do remember his arm was here, it was across |
| | |
| LT. DONALD MEUNIER: | Now you're talking post rotation of those cuffs to the front |
| DET. S. MEHRTENS: | Correct, yeah and I believe the cuffs, from what I remember, and I just remember seeing his hands going forward and Deputy Vega going forward, so if he was trying to hold those cuffs, cuz he was elevated right, and if he's trying to hold those cuffs and the hands go forward well now he's in a position to where he's, he's underneath him |
| | |
| LT. DONALD MEUNIER: | Yeah |
| DET. S. MEHRTENS: | Right so that's, that's that's my, what I observed from it from it |
| | |
| LT. DONALD MEUNIER: | Okay |
| DET. S. MEHRTENS: | his hands across his chest |
| | |
| LT. DONALD MEUNIER: | Alright. Did you ever hear an assertion by the mother or anyone else that he was being choked or had been choked? |

================================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===========================================================================

| | |
|---|---|
| DET. S. MEHRTENS: | No |
| | |
| LT. DONALD MEUNIER: | Okay. Did you have any real direct communication with the mother? |
| DET. S. MEHRTENS: | Uh, later on she's just asking questions while she was sitting in her car and uh, you know, I, as one of the only two (2) detectives on scene, I did my best to ensure her that we had investigators en route due to the fact that Detective Vaught and I were involved and we would not be handling so |
| | |
| LT. DONALD MEUNIER: | Alright. Do you have any other questions? Anything you want to offer that we haven't addressed? |
| DET. S. MEHRTENS: | No |
| | |
| LT. DONALD MEUNIER: | Okay. Alright, well thank you for your time. |

===========================================================================