A-15489-20

# TRANSCRIBED STATEMENT OF DEPUTY SHANNON GUIDRY

## JPSO Item No. A-15489-20

### Interviewed by: Sgt. Keith Dowling / Lt. Don Meunier

| | |
|---|---|
| Sgt. Keith Dowling: | We are investigating an incident that occurred at Laser Tag, 8855 Veterans Boulevard on Sunday, uh the… |
| Lt. Don Meunier: | The 19th. |
| Sgt. Keith Dowling: | January 19th, at around 1:30 p.m.., uh it's in reference to a uh, disturbance called that was put out by a Deputy Chad Pitfield. For the record, my name is Keith Dowling, from Homicide, this is Lieutenant Don Meunier and you are, Shannon Guidry. |
| Deputy Shannon Guidry: | Shannon Guidry, yes. |
| Sgt. Keith Dowling: | So you were working that day? |
| Deputy Shannon Guidry: | Yes. |
| Sgt. Keith Dowling: | On duty? |
| Deputy Shannon Guidry: | Yes. |
| Sgt. Keith Dowling: | Which beat were you in? |
| Deputy Shannon Guidry: | I was backup. |
| Sgt. Keith Dowling: | Backup. |
| Deputy Shannon Guidry: | I believe 14 or 13, 14 maybe. |
| Sgt. Keith Dowling: | So during the course of the day, tell me what happened to make you respond to this call. |
| Deputy Shannon Guidry: | Uh, basically uh, a call came over the radio; officer needs assistance uh, saying that two males were fighting, he was trying to intervene, he already in… officer say, he already had injuries from what I remember. So we responded Code uh, lights and sirens. Uh, I think Manny and I were some of the first uniforms on the scene. Nick and uh, first thing I did was put my gloves on… |
| Sgt. Keith Dowling: | Umh-uh (denotes positive response). |

A-15489-20

| | |
|---|---|
| Deputy Shannon Guidry: | Uh, which is normally what we do. |
| Sgt. Keith Dowling: | To a call of a fight when ya'll pull up. |
| Deputy Shannon Guidry: | Okay. |
| Sgt. Keith Dowling: | This is you right here pulling up, was the first vehicle. |
| Deputy Shannon Guidry: | That's me.  Umh-uh (denotes positive response). |
| Sgt. Keith Dowling: | And that's Nick. |
| Deputy Shannon Guidry: | Uh.. |
| Sgt. Keith Dowling: | I know it's small.  That's you with the hat and the jacket, right? |
| Deputy Shannon Guidry: | Yes, and I'm putting my gloves on, at this point Chad had him restrained.. the handcuffs in the back.  He was sitting well enough below his butt, where there was no, restriction to his breathing or anything like that.  He was.. the kid was, I wouldn't say he was verbalizing anything, you couldn't make out what he saying.  He was just kind of, the first thing I notice, I asked Chad.. I said, "Is he autistic?"  And Chad said, "Yes, severely."  I just recognized it. |
| Sgt. Keith Dowling: | Because of the sounds that he was making. |
| Deputy Shannon Guidry: | Yeah and just um, just put two and two together and realizing the female was mom and I saw an older man walking around holding his chin.  Well Chad had him restrained and everything was fine, uh at some point either myself or Manny requested an ETA for EMS and at some point, I don't know if I walked off or I was talking to Manny, Nick came in and I guess to relieve Chad to check his injuries.  Nick came in and uh, continued to keep him, the kid or whatever under control.  And so when Chad stood up, my first thing is, I guess the mothering thing... I'm like, "Chad, where's your injuries, where you bleeding?"  He lifted his pant leg and saw the bite mark and then all of a sudden I heard commotion.  And Myron came in and I think it was just accidental, he kind of nudged me out the way and I realized, someone said he got the handcuffs in front of him.  So Nick had his arm around him and Myron was down below, I guess checking to make sure everything was okay, and the kid was still, everything was fine. And then I hear the mom said, "I don't know if he's breathing, I don't know if he's breathing."  And Myron said, "He's breathing, his stomach is going up and down.  He's breathing."  And then Myron said, "Let's put him on his side."  So at that point, I moved out the way, I believe, the sprint truck, the EJ truck arrived and when he got there Mehrtens and I "What do you need from the truck?", like he assessed the kid.  While he's assessing the kid, I had talked to the dad at one point. And I said, "What happened to your chin?"  And he |

A-15489-20

|   |   |
|---|---|
|   | said, "Oh, he bit me." And I mean it was, you could tell half his chin was missing and uh, so…. |
| Sgt. Keith Dowling: | So let's back up, just a little bit… so when you show up, what position is, is the boy in? |
| Deputy Shannon Guidry: | When I show up, he's already uh, he's..he's on his belly uh, he's got the handcuffs behind him and Chad was straddling him, not high.. below his butt.  So he had, he had a lot of movement. |
| Sgt. Keith Dowling: | Okay.  And where was mom? |
| Deputy Shannon Guidry: | Mom was down talking to him, soothing him and trying to relax him and I think I may have tried to.. to say something it's going to be okay… he didn't like the sirens.  The mom kept saying, "It's just a firetruck.. it's' just a firetruck."  Cause he said something like, "I don't want the firetruck."  So it was kind of incomplete sentences and a lot of mumbling. |
| Sgt. Keith Dowling: | Um, So when he does get his hands from behind his back into the front… |
| Deputy Shannon Guidry: | I didn't see that part. |
| Sgt. Keith Dowling: | You didn't see it. |
| Deputy Shannon Guidry: | No. |
| Sgt. Keith Dowling: | You see the aftermath of, um of Nick trying to control him. |
| Deputy Shannon Guidry: | Right. |
| Sgt. Keith Dowling: | What is the boy trying to do at this point? |
| Deputy Shannon Guidry: | Well I know it's… that's just it… it was so.. it was a very chaotic scene.  So trying to piece what happened in sequential, it's a little difficult, because I haven't seen the video.  This is my first time. Um, at some point, I know.. I heard… they said, "he's kicking.. he's kicking."  And someone asked about uh, leg shackles and Manny said, "Well I have some in the car."  So Manny came and uh, they were attempting to try to keep his legs from kicking, he was a pretty big kid.  I mean he was huge. |
| Sgt. Keith Dowling: | Did you see him trying to get up as well, using his hands? |
| Deputy Shannon Guidry: | Oh yeah, yeah. |

3

JPSO 002324

A-15489-20

| | |
|---|---|
| Sgt. Keith Dowling: | So at this point, I believe this is what you are talking about, where EMS pulls up. |
| Deputy Shannon Guidry: | Yeah, which is basically, I mean… |
| Sgt. Keith Dowling: | So Myron tells him to put him, "Let's put him in the recovery position", basically. |
| Deputy Shannon Guidry: | Right. The recovery position, yes..yes. |
| Sgt. Keith Dowling: | And then what occurs?  What do you see? |
| Deputy Shannon Guidry: | At that point, uh I.. I honestly don't know… |
| Sgt. Keith Dowling: | Ok that's fine, you were handling other things…. |
| Deputy Shannon Guidry: | Well there was so many hands involved I..I just…. |
| Sgt. Keith Dowling: | Backed off… |
| Deputy Shannon Guidry: | Let the… yeah, too many people involved, there is too much going on and uh, back in the day.. a long time ago, I used to EMT.  I'm just.. I let them go ahead… I know Myron knows.. you know his stuff and so uh, |
| Sgt. Keith Dowling: | So uh.. uh, do any of the parents say that he's special needs or that he has uh, autism or anything like that, didn't tell them. |
| Deputy Shannon Guidry: | I didn't hear that specifically, if they did I kind of focus on Chad at the time, uh and Chad injuries and then uh, well (inaudible)… when I walked up, I just assumed he was autistic. |
| Sgt. Keith Dowling: | Umh-uh (denotes positive response). |
| Deputy Shannon Guidry: | But I had no conversation with the mother. |
| Sgt. Keith Dowling: | None. |
| Deputy Shannon Guidry: | No. |
| Sgt. Keith Dowling: | What about, (inaudible) the… |
| Deputy Shannon Guidry: | With the dad yeah, I said, "Sir"  I said… |
| Sgt. Keith Dowling: | Just (inaudible). |
| Deputy Shannon Guidry: | I said, "What happened to your chin?"  He said, "He bit my chin off." |
| Sgt. Keith Dowling: | Did you hear anyone saying anything choking..choking the boy?  No. |

4

A-15489-20

| | |
|---|---|
| Deputy Shannon Guidry: | I don't think so, no. |
| Sgt. Keith Dowling: | Okay. |
| Lt. Don Meunier: | No, I don't have no questions. |
| Sgt. Keith Dowling: | Okay.  Thank you. |
| Deputy Shannon Guidry: | All right. |
| Lt. Don Meunier: | Thank you. |
| Deputy Shannon Guidry: | No problem. |
| Lt. Don Meunier: | I appreciate you coming. |

5