JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT FORM

STATEMENT OF: RYAN VAUGHT                         J.P.S.O. ITEM #: A-15489-19

LOCATION: JEFFERSON PARISH CRIMINAL INVESTIGATIONS BUREAU
725 MAPLE AVENUE, HARVEY, LOUISIANA, 70058

DATE & TIME TAKEN: JANUARY 22, 2020                INCIDENT: SIGNAL 29

OFFICER(S): LIEUTENANT DONALD MEUNIER, SERGEANT KEITH DOWLING

All right uh, for the records Sergeant Keith Dowling, Donald Meunier, Detective Ryan Vaught, Robbery Division, um, obviously this interview's pursuant to the incident in the 8800 block of Veterans on the 19th, of January of this year. Um, at approximately 1:30pm.

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | Were you working on that day? |
| DETECTIVE RYAN VAUGHT: | Yes, sir, I was assigned uh, as the weekend duty detective. |
| LIEUTENANT DONALD MEUNIER: | Okay uh, and in general, weekend duty detective is a general assignment response on the weekends? |
| DETECTIVE RYAN VAUGHT: | That's correct, if uh, patrol has a, a, a case or incident where they need uh, assistance in- -in follow-up investigative work then we get notified and go out and assist in any way possible. |
| LIEUTENANT DONALD MEUNIER: | After 1 pm., generally where were you? Were you on the Eastbank or the Westbank? |
| DETECTIVE RYAN VAUGHT: | Uh, at that time, I was on the Eastbank of Jefferson Parish uh, specifically in the Kenner area. Um, around Loyola and I-610. |
| LIEUTENANT DONALD MEUNIER: | Did you hear a call come out that prompted you to relocate? |
| DETECTIVE RYAN VAUGHT: | I did. |
| LIEUTENANT DONALD MEUNIER: | And can you tell us about that? |
| DETECTIVE RYAN VAUGHT: | Sure, um, as I was uh, traveling uh, northbound on Loyola I heard an officer asking for assistance. Um, he was uh, struggling um, with a subject. Um, I believe the comment he used is that uh, that |

TRANSCRIBER: H. LEGLUE        TAPE RECORDER: DIGITAL         PAGE 1 OF 13
                              MAKE: OLYMPUS
                              MODEL #: WS-700M

someone was having a "mental episode." Uh, he needed some- -some more units to assist him. Um, I- -I went up a little ways to make a u-turn to start heading back that way. Uh, I- -I wanted to be in the area just in case uh things uh, became more uh, volatile and if they needed more assistance um, but I figured by that time some- -some uniforms would be there and- -and get everything under control so I was uh, making my way there. Um, I don't remember exactly how far I had gone but then I- -I had heard uh, the deputy asked for the units to- -to come step it up a little bit. He had asked for a second time for assistance. Um, so I- -I continued on my way and then at some point well as I got to Veterans and Loyola area, um, I heard an officer or a Sergeant, uh, get on the radio and ask the dispatcher to check on the officer who was requesting for help. So at that point, um, it was- -it was quiet and I believe the officer was struggling, couldn't answer his radio so at that point I activated my lights and sirens and began to roll. Um, um, with lights and sirens to- -to get to him. Um, uh, as I pulled into the parking lot I could see um, the officer on top of uh, an individual and two other people standing around. Um, I grabbed my- -my cuffs and walked over to the officer um…

LIEUTENANT DONALD MEUNIER: Can I stop you? Can you- -can you paint a picture for me? When you- -when you go 10/97 when you arrived on scene and- -and just so we establish that we're essentially in the foreground, the front parking lot of Laser Tag.

DETECTIVE RYAN VAUGHT: Correct.

LIEUTENANT DONALD MEUNIER: That's where you locate the officer?

DETECTIVE RYAN VAUGHT: That is- -that is correct.

LIEUTENANT DONALD MEUNIER: It's a uniformed officer?

DETECTIVE RYAN VAUGHT: Correct, yes, sir.

LIEUTENANT DONALD MEUNIER: Did you know him before this encounter?

DETECTIVE RYAN VAUGHT: No, um, I had uh, seen him on the job when I first came on…

LIEUTENANT DONALD MEUNIER: Okay.

DETECTIVE RYAN VAUGHT: …but uh, we had never had any type of interaction or worked together in any form or capacity.

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | When you now, we're- -we're gonna play some aspects of this video for you but you see the uh, the marked unit there? |
| DETECTIVE RYAN VAUGHT: | Yes, sir. |
| LIEUTENANT DONALD MEUNIER: | And that is- -that's the scene. That's where the action takes place, agreed? |
| DETECTIVE RYAN VAUGHT: | That is correct. |
| LIEUTENANT DONALD MEUNIER: | All right, you haven't arrived yet, agreed? |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Okay. You're gonna come up from the rear of that vehicle. Um, are you the first unit to respond? |
| DETECTIVE RYAN VAUGHT: | I was. |
| LIEUTENANT DONALD MEUNIER: | Okay. Uh, and you're attired in plain clothes? |
| DETECTIVE RYAN VAUGHT: | I am uh, dress shirt, dress pants. |
| LIEUTENANT DONALD MEUNIER: | In an unmarked vehicle? |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Okay. Uh, what were your first impressions? What are you seeing? Now this is you arriving, if I'm correct. |
| DETECTIVE RYAN VAUGHT: | You are correct sir. That is- -that is me pulling up. Um, like I said I- -I as I get out I- -I see he's on- -on top of the uh, the individual. Um, he's got one handcuff on the right hand. Um, the subject's left hand is- -is stretched out to the right. Um, that individual is- -is moving trying to get the officer off of him, a little bit. Um… |
| LIEUTENANT DONALD MEUNIER: | Is he prone? Is he supine? |
| DETECTIVE RYAN VAUGHT: | He's- -he's in the prone position. He's face down, uh; right arm is slightly bent to his back with one handcuff on. |
| LIEUTENANT DONALD MEUNIER: | And so we're clear, I mean, for the record, it's- -it's gonna be Chad Pitfield who's- -who's the uniformed officer we're talking about. So, Pitfield is on him you say. Can you just- -did you see how he was on him? |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE RYAN VAUGHT: | Yes, yeah he was seated on the individual's lower back buttocks area. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | Uh, when I- -when I walked up. |
| LIEUTENANT DONALD MEUNIER: | And he secured the right hand you said. |
| DETECTIVE RYAN VAUGHT: | That's correct. |
| LIEUTENANT DONALD MEUNIER: | And you ultimately secured the left? |
| DETECTIVE RYAN VAUGHT: | Correct, I- -I walked up I see that the left hand is still free while Officer Pitfield, Deputy Pitfield was holding the- -the uh, right handcuff. Um, Deputy Pitfield, uh, proceeds to tell me that the kid has or the individual that he's trying to arrest is um, special needs. Um… |
| LIEUTENANT DONALD MEUNIER: | He tells you? |
| DETECTIVE RYAN VAUGHT: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| SERGEANT KEITH DOWLING: | Did anybody- -did anybody else was in there- -was anybody else helping him at this point? |
| DETECTIVE RYAN VAUGHT: | Um, I noticed a male and a female standing around. There was a female kneeling uh, near the uh, subject's head. Um, I- -I don't remember uh, what she was saying. Um, my focus was getting him secured. Um… |
| LIEUTENANT DONALD MEUNIER: | And how do you do that? |
| DETECTIVE RYAN VAUGHT: | I- -I- -I… |
| LIEUTENANT DONALD MEUNIER: | Walk me through that. |
| DETECTIVE RYAN VAUGHT: | I as I walk up I grab the uh, subject's left hand, placed the handcuff on it and the uh, walk it around or turn it around to uh, attach to the other open handcuff. |
| LIEUTENANT DONALD MEUNIER: | You're meeting resistance? |

J.P.S.O. ITEM # A-15489-19                                                              PAGE 4 OF 13

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE RYAN VAUGHT: | No, no, no, not- -not- -not really, no. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | Um, he was- -he was um, moving a little bit but he wasn't trying to resist or pull his- -pull his arm away. |
| LIEUTENANT DONALD MEUNIER: | Is he talking? |
| DETECTIVE RYAN VAUGHT: | I hear a lot of uh, not talking but I hear a lot of moaning, groaning, uh, none or inaudible stuff. Just a lot of grunting. |
| LIEUTENANT DONALD MEUNIER: | Okay. Could you tell what Pitfield's doing? Is he communicating anymore with you? You say he's communicated he's are those his words "special needs?" Or do you know? |
| DETECTIVE RYAN VAUGHT: | I don't know specifically if he said special needs. I- -I don't know if he said special or um… |
| LIEUTENANT DONALD MEUNIER: | That's the context though? |
| DETECTIVE RYAN VAUGHT: | Right. |
| LIEUTENANT DONALD MEUNIER: | He's telling you… |
| DETECTIVE RYAN VAUGHT: | That- -that… |
| LIEUTENANT DONALD MEUNIER: | …he's special needs were however, he defined that. |
| DETECTIVE RYAN VAUGHT: | (COUGHS) I don't- -I don't remember if he said specifically what the- -what the person was diagnosed with but… |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | Um, I- -I do remember Deputy Pitfield using the individual's name, telling him to calm down. Um, and then once- -once we get him in handcuffs uh, Deputy Pitfield, peeled off of him uh, and went to go uh, uh, tend to his wounds. Afterward he- -he had told me that he had been bitten. |
| LIEUTENANT DONALD MEUNIER: | Okay. All right um, so we'll do you know who this is arriving? |
| DETECTIVE RYAN VAUGHT: | I don't. |
| LIEUTENANT DONALD MEUNIER: | We do it's okay. |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE RYAN VAUGHT: | I don't know his name specifically. |
| LIEUTENANT DONALD MEUNIER: | For the record, that's Steve Mehrtens also working weekend duty. Uh, works in the Burglary Division. |
| DETECTIVE RYAN VAUGHT: | At- -at this point I'm talking to the individual as well telling him to calm down. Uh, tell him he's gonna be okay. |
| LIEUTENANT DONALD MEUNIER: | He's already cuffed at this point? |
| DETECTIVE RYAN VAUGHT: | He's cuffed at this point, yes, sir. |
| LIEUTENANT DONALD MEUNIER: | Now, patrol division is first arriving. |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | All right uh, it appears on the video that you generally stay in that immediate area. |
| DETECTIVE RYAN VAUGHT: | Yes, sir. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | Yes, I just want to ensure that he doesn't start to act out and try to get up and run away or do anything that can be harmful to himself or others. |
| LIEUTENANT DONALD MEUNIER: | Are you aware of or did you participate in any shackles place on his ankles? |
| DETECTIVE RYAN VAUGHT: | Yes, I did. |
| LIEUTENANT DONALD MEUNIER: | All right at what juncture does that occur? |
| DETECTIVE RYAN VAUGHT: | Um, once we- -once I noticed that he's starting to kick uh, the other officer and flailing and trying to what in my opinion get up, um, I go and lay down on his left leg to prevent him from- -from kicking the officer that was on uh, on his- -on his seated on his butt area to prevent him from getting up and then another deputy had handed me a pair of shackles um, and it was at that point I- -I- -I placed the- -the shackles on him. It was that- -at that point it was a struggle 'cause he was still kicking and it was- -it was difficult to- -to- -to lock the shackles as he was kicking and- -and get them over uh, his socks. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | All right for clarity, you're saying another deputy so when the kicking begins, there's Deputy Pitfield already been replaced by someone else? |
| DETECTIVE RYAN VAUGHT: | Correct. Uh, Deputy Pitfield had uh, been attending to his- -his- -his wounds, his injuries. Um, and uh, the individual began to attempt to get up. Another deputy uh, sat on him, on his butt area to try and… |
| LIEUTENANT DONALD MEUNIER: | Do you know who that is? |
| DETECTIVE RYAN VAUGHT: | I don't. I don't. |
| LIEUTENANT DONALD MEUNIER: | And one more time we do. Okay I was just asking you if you independently knew. |
| SERGEANT KEITH DOWLING: | So what's goin on right here you- -the - -look? |
| DETECTIVE RYAN VAUGHT: | So at this point I walked over to uh, who I later I identified as or who identified himself as being the father. I wanted to uh, uh, check his injuries for one and then uh, secondly ask uh, if there was any medication or any- -any- -any um, anything that uh, any medication that they had in the car that we could give him to help him calm down. Um, and the father told me that there- -there was no medication on them at the time. Um, he- -I believe he explained to me what meds that the individual was taking but I don't- -I don't remember at this time. Um, so at this point um, I think, I over hear the mom still- -still who I later identified or learned to be the mom still talking to him, getting him, trying to get him, to calm down. Using his name um and he begins to flail about, start to kick and again he was trying to get up. |
| LIEUTENANT DONALD MEUNIER: | Shackles are already on him? |
| DETECTIVE RYAN VAUGHT: | Not at this time, no, sir. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | Uh, this is when he starts to try and get up and act out and then starting to act out again. Um, and this is where I- -I lay on his uh, left leg to stop him and prevent him from kicking um, the other officer and prevent him from getting up. |
| LIEUTENANT DONALD MEUNIER: | Shackles are ultimately… |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE RYAN VAUGHT: | Correct at this point, the- -the deputy… |
| SERGEANT KEITH DOWLING: | Yeah, so the other deputy that helped you his name is um, Manny Estrada. |
| DETECTIVE RYAN VAUGHT: | Okay yes, he's one district down from me. He comes over with the shackles um; I was on the left leg. There was another uh, plain clothes uh, person on- -on his right leg. Um, and that's when he- -the deputy hands them to me and I- -and I- -I- -I place them on his- -on his ankles, just to give us uh, just to prevent him from you know to get up and run and- -and- -and uh, just to give us some leverage on him. |
| LIEUTENANT DONALD MEUNIER: | The guy is now handcuffed and shackled and again, handcuffed with two sets of handcuffs. |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | All right, this is a big guy? |
| DETECTIVE RYAN VAUGHT: | Yes. Yes, he was- -he- -he was a large individual. |
| LIEUTENANT DONALD MEUNIER: | Okay. Now he's shackled as well. |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Does the resistance stop? Do you recall? |
| DETECTIVE RYAN VAUGHT: | No it doesn't, it doesn't stop. Um, at- -at some point he begins if it hasn't happened already, he- -he takes his uh, hands and moves them to the front and he rotates his arms from his back to his front and then begins to try and push up. |
| LIEUTENANT DONALD MEUNIER: | You witnessed that? |
| DETECTIVE RYAN VAUGHT: | I did, I did. Um… |
| SERGEANT KEITH DOWLING: | What happened to the deputy that was on him? |
| DETECTIVE RYAN VAUGHT: | The deputy was trying to prevent him. He was trying to uh, hold back his arms to prevent him from bringing them into the front but he was unsuccessful. |
| LIEUTENANT DONALD MEUNIER: | So it's essentially a move like this rotating? |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| SERGEANT KEITH DOWLING: | Like a swim move, like butterfly? |
| DETECTIVE RYAN VAUGHT: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Until the cuffs are in front? |
| DETECTIVE RYAN VAUGHT: | That is correct. |
| LIEUTENANT DONALD MEUNIER: | All right. From that point, generally what- -what is occurring? Is there an effort to- -to reposition them behind his back or? |
| DETECTIVE RYAN VAUGHT: | No, we didn't- -we didn't try uh, to reposition him. Um, well I know I didn't. Um, I felt that it was best to um, just hold him in place till EMS could get there and maybe administer some- -some meds to help him- -help him to relax and calm down. |
| SERGEANT KEITH DOWLING: | So what's going on at this point? |
| DETECTIVE RYAN VAUGHT: | At this point, um, EMS… |
| LIEUTENANT DONALD MEUNIER: | EMS vehicles arrive. |
| DETECTIVE RYAN VAUGHT: | Yeah EMS has arrived. Um, he uh, was calm, uh, we noticed that he wasn't- -he wasn't um, trying to get up. He wasn't kicking and- -and- -and fighting any longer. Um, so we had put him on his- -on his side. Um, what we call the recovery position. Um, and it's at that point EMS came over and began to uh, administer aide and they began by putting the uh, the lead, the EKG leads on him and checking for a pulse. Um, at some point while trying to find the pulse the EMT no- -told us that he couldn't- -he couldn't find a pulse so we- -we rolled him on his back and- -and began CPR. Um… |
| LIEUTENANT DONALD MEUNIER: | Who did the CPR? |
| DETECTIVE RYAN VAUGHT: | Uh… |
| LIEUTENANT DONALD MEUNIER: | Did you? |
| DETECTIVE RYAN VAUGHT: | I did perform right the one a deputy began before me; I don't remember the deputy's name. I don't know the deputy's name, um started and then when- -when he tired out I- -I took over and then there was a- -after I became uh, tired another deputy uh, took my position. Um, but uh, yeah, we were administering CPR while uh, |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

|  |  |
|---|---|
|  | one of the EMT'S was uh, giving him breath through the uh, the bag, giving air through the bag, excuse me. |
| LIEUTENANT DONALD MEUNIER: | (inaudible) okay… |
| DETECTIVE RYAN VAUGHT: | During uh, the first part of- -during- -during the first officer's uh, attempts at CPR we- -we heard um, the subject take a breath. So then, we rolled him back into recovery position. Um, and then we believed he was breathing at that time. Uh, when the EMT came back uh, he checked for a pulse and informed us that he was- -he was not breathing so we- -we rolled him back on his back and started CPR again. |
| LIEUTENANT DONALD MEUNIER: | All right now in short order EMS is gonna take over, is that correct? |
| DETECTIVE RYAN VAUGHT: | That's correct. Um, we - -we do CPR uh, until the um, ambulance arrives and they are um, they bring them I think it's called the Lucas machine to begin uh, the- -the um, the compressions. |
| LIEUTENANT DONALD MEUNIER: | Did- -did you did you ever see whether this subject urinated on himself? |
| DETECTIVE RYAN VAUGHT: | I did the- -the first time we rolled him into the recovery position um, well I noted that he had uh, urinated on himself. |
| LIEUTENANT DONALD MEUNIER: | Did you see any frothing or anything around the mouth or nose? |
| DETECTIVE RYAN VAUGHT: | No, I never saw that. Um, I remember specifically looking at his face. Um, but I never saw any- -any foaming. |
| LIEUTENANT DONALD MEUNIER: | Were you privy to anything that well she is his mother. It's a, Asian female in her early fifties. She was on the scene the whole time. She would have been the one on the ground next to him talking to him. |
| DETECTIVE RYAN VAUGHT: | I saw here, yes. |
| LIEUTENANT DONALD MEUNIER: | Did you ever hear her make any assertions regarding him being choked? |
| DETECTIVE RYAN VAUGHT: | No. I never heard that. |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | Okay. All right um, did you have any direct communication with her? Any Q and A? Any- -any follow-up on what's her son's condition or who is she to this- -this man? |
| DETECTIVE RYAN VAUGHT: | No, I did not. Uh, I do remember at one point I think I told her we were uh, he's gonna be okay. We're taking care of him. My- -my- -my main interaction was with the- -the father. |
| LIEUTENANT DONALD MEUNIER: | And the father did you see if he was injured? Did he appear to be injured? |
| DETECTIVE RYAN VAUGHT: | Yes. Yes he appeared to have he- -not appeared. He had a severe laceration or- -or open wound to his chin and he was holding a bandage on that when- -when I got there and he removed it and I could see a significant (COUGHS) piece of uh, skin and- -and- -and uh, uh, missing from his face. |
| LIEUTENANT DONALD MEUNIER: | Okay subsequent communication with him? Were you're ascertaining or learning more about the- -the- -the victim in this? |
| DETECTIVE RYAN VAUGHT: | Sure uh, again I was asking him uh, if there was any meds that were available um, to maybe help that- -that he needed to calm down. Um, and what he was diagnosed with. I think it was- -I think it was at that point that I learned that he was uh, diagnosed with- -with Autism. I think the father had told me that. |
| LIEUTENANT DONALD MEUNIER: | Do you know his age at this time? |
| DETECTIVE RYAN VAUGHT: | Yes, I believe, at one point, one of the parents shouted out sixteen years old. |
| LIEUTENANT DONALD MEUNIER: | Okay. All right um, (SHORT PAUSE) withstanding the lack of evidence for this I'm gonna ask you because the mother asserts there's a- -there's a choke, with no specifics to it. Did you see anyone… |
| DETECTIVE RYAN VAUGHT: | Never. |
| LIEUTENANT DONALD MEUNIER: | …choke him? |
| DETECTIVE RYAN VAUGHT: | No, sir I never saw anyone uh, up around his head other… |
| LIEUTENANT DONALD MEUNIER: | That was my other question. Even going up to his- -to his head to control him? |

J.P.S.O. ITEM # A-15489-19                                                                                           PAGE 11 OF 13

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE RYAN VAUGHT: | No, sir. Um, again, only sitting on the uh, the butt area. I had one left leg another person had the right leg. Um, I didn't… |
| LIEUTENANT DONALD MEUNIER: | He goes in distress after the handcuffs are reverted to the front? |
| DETECTIVE RYAN VAUGHT: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| DETECTIVE RYAN VAUGHT: | That is correct. I do remember a lot of clothing uh, being under him, loose- -loose items of clothing um… |
| LIEUTENANT DONALD MEUNIER: | Do you know how they got there? |
| DETECTIVE RYAN VAUGHT: | So I later learned that uh, the mom was- -was placing them under his face and head area while- -while Deputy Pitfield was- -was uh, trying to handcuff him. |
| LIEUTENANT DONALD MEUNIER: | All right um, again we're trying to piece it together from the video and people's individualized perspectives, yours on arrival. I can't- -can't ask you about things that occurred before. Um… |
| DETECTIVE RYAN VAUGHT: | I- -I do want to add that uh, when we- -when I noted that he was in distress I- -I- -I removed the- -the shackles and handcuffs um, so that EMS could- -could better assist him. |
| LIEUTENANT DONALD MEUNIER: | Okay. All right um, you didn't sustain any injuries? |
| DETECTIVE RYAN VAUGHT: | No, sir. |
| LIEUTENANT DONALD MEUNIER: | Okay and again, no measurable resistance at the point where you secure his left hand and are able to- -to cuff him, cuff him to the cuffs that Deputy Pitfield has? |
| DETECTIVE RYAN VAUGHT: | No, um, there- -there was no active resistance from him. I was able to- -to handcuff him and get them behind his back. |
| LIEUTENANT DONALD MEUNIER: | All right, do you have any questions? |
| SERGEANT KEITH DOWLING: | No. |
| LIEUTENANT DONALD MEUNIER: | Do you have anything that you want to add that we didn't ask you? |
| DETECTIVE RYAN VAUGHT: | Uh, no sir. |

JEFFERSON PARISH SHERIFF'S OFFICE
TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| SERGEANT KEITH DOWLING: | Real quick, what was- -what was the attitude towards uh, at this point I mean were they hey what are you doing to my son, or anything like that? Was anything like that done? |
| DETECTIVE RYAN VAUGHT: | No. Uh, I remember the father being uh, relatively quiet. Um, standing there looking. Um, he answered my questions uh, freely and voluntarily and there was- -there was no animosity or any- -anything that I felt negatively from him. Um, once mom realized that- -that he wasn't breathing she- -she became visibly upset, crying, um, and- -and yelling but uh… |
| SERGEANT KEITH DOWLING: | What was she yelling? |
| DETECTIVE RYAN VAUGHT: | Uh… |
| LIEUTENANT DONALD MEUNIER: | If you remember… |
| DETECTIVE RYAN VAUGHT: | Yeah, I can't- -I can't remember anything… |
| SERGEANT KEITH DOWLING: | If you don't it's perfectly all right. |
| DETECTIVE RYAN VAUGHT: | …specific. It's just a lot of- of crying and- -and screaming. |
| LIEUTENANT DONALD MEUNIER: | Did any- -did either of them identify themselves by profession? I'm asking both of them are- -are psychiatrists. Did either or both speak out that? |
| DETECTIVE RYAN VAUGHT: | Yes, now that you're saying that yes. Um, I do remember at one point Deputy suggested administering Narcan, maybe to um, get him to- -to come out of whatever distress he was in. Um, and it was at that point that the mom said that Narcan would do nothing. We're physicians or we're doctors um, that wouldn't that wouldn't help his condition. That wouldn't help in this- -this situation. Something to that effect. |
| LIEUTENANT DONALD MEUNIER: | And Narcan was not administered? |
| DETECTIVE RYAN VAUGHT: | Not that I ever saw, no sir. |
| LIEUTENANT DONALD MEUNIER: | Okay. All right, all right… |
| SERGEANT KEITH DOWLING: | I got nothing else. |
| LIEUTENANT DONALD MEUNIER: | All right then we'll- -we'll conclude this interview. Thanks. |