# LAW ENFORCEMENT/SCDS
# INSTRUCTOR CERTIFICATION TRAINING COURSE



# RIPP™ Restraints International™

JPSO 008486

# SCDS Video



JPSO 008487

# *INTRODUCTIONS*

## **Sudden Custody Death Syndrome** *(SCDS)*

### *VS*

## **Police Custody Death Syndrome** *(PCDS)*



JPSO 008488

# REMEMBER...

Perception is just as dangerous to you as reality

because every person's perception

## IS

their own reality



JPSO 008489

# *COCAINE PSYCHOSIS*

## *OVERDOSE FATALITY*

6mg/l (*milligrams per liter*) of cocaine

## *COCAINE PSYCHOSIS*

as low as .6 mg/l of cocaine



JPSO 008490

# *COCAINE PSYCHOSIS* continued

PHYSIOLOGICAL SYMPTOMS INCLUDE:

- Seizures

- High body temperatures

- Dilated pupils

A high percentage of fatalities in police custody had been restrained in the "hog-tied" position.

NEVER HOG-TIE ANYONE!



JPSO 008491

# HOG-TIED DEFINED

### CRUZ v CITY OF LARAMIE
(US COURT OF APPEALS - 11th CIR-2001)

The court found that a "hog-tie" restraint involves the binding of the ankles to the wrists, behind the back, with a 12" or less separation.

The court held that officers may NOT apply such a technique, when a subjects capacity is diminished as a result of intoxication, under the influence of controlled substances, a discernable mental condition, or any other conditions.

*NEVER HOG-TIE ANYONE.*



JPSO 008492

# SUBSTANCE INDUCED EXCITED DELIRIUM

- CAT (Methcathinone)
- Ethanol (Alcohol)
- "Ice"
- LSD
- Ritalin

- Methamphetamines
- PCP
- Prescription Barbiturates
- THC

Sometime, even the lack of having taken certain prescription drugs could cause a similar response in abnormal behavior (such as Lithium in the case of bipolar disorders).



JPSO 008493

# IDENTIFIABLE SYMPTOMS & BEHAVIORAL PATTERNS

- Bizarre & aggressive behavior
- Dilated pupils
- Fear
- High body temperature *(as high as 106-108)*
- Hiding behind cars, trees & bushes
- Irrational/Incoherent speech
- Jumping into Water
- Panic
- Paranoia
- Profuse sweating

- Public disrobing
- Self-inflicted injuries
- Shivering
- Shouting:  frequently irrationally
- Seizures
- Unexpected physical strength
- Violent behavior *(general)*
- Violence towards others
- Violence towards objects especially glass



JPSO 008494

# VIDEO - West Palm Beach v Lewis



JPSO 008495

# CAUTION!

Beware of the naked, sweating, screaming, irrational, 200-pound man.
You don't stand a chance against him...ALONE

## CALL FOR BACK UP



JPSO 008496

# NATURAL SUDDEN DEATHS

In 1701, Dr Lancisi published *De Subitaneis Mortibus*, a study of so-called *Natural Sudden Deaths*.

In 1849, Dr Bell portrayed a typical attack of this particular malady.  Sometimes referred to as *"Bell's Mania"* or *"Fatal Catatonia."*

In 1938, Dr Shulack published a paper on a fatality and his behavioral patterns and physical aspect changes prior to death.



JPSO 008497

# A CLINICAL PICTURE...

## ...OF A TYPICAL ATTACK OF A PSYCHOSIS RELATED SUDDEN DEATH:

- Sleep becomes difficult
- Responsive aggressiveness increases
- Perspiration becomes profuse
- Continuous blood pressure fall
- Fevers between 105º and 110º F
- Self inflicted injuries
- Violent psychotic behavior

### In the end – THEY DIE



JPSO 008498

# CASE HISTORY #1

## SUBJECT: 28 YEAR OLD MALE

1. Subject had been using cocaine.

2. He exhibited violence toward his girlfriend and residence.

3. Officers found him lying face down, naked on a bed.

4. Subject flipped over, leaped up and attacked one of the officers.

5. It ultimately took nine officers to subdue and handcuff the subject.

6. The subject repeatedly shouted,
   *"I'm Superman! You can't hurt me!"*

JPSO 008499

## CASE HISTORY #1 *continued*

7. Impact weapons, including a police radio broken on the subject's head and a side-handled baton, had no effect on him.

8. It finally took two officers to apply a debilitating neck hold.

9. The subject broke a fabric belt, a leather belt and a plastic handcuff with his ankles.

10. The subject was "hog-tied" with a rope.

11. After being "hog-tied," the subject died almost immediately.

12. Toxicology revealed cocaine in a sufficient quantity for the Medical Examiners to rule the cause of death to be Cocaine Intoxication.

JPSO 008500

# CASE HISTORY #2
# VIDEO



4-14-05   2H
13:01:15

COPS

JPSO 008501

# CASE HISTORY # 2

## SUBJECT: 30-35 YEAR OLD MALE

1. Two officers responded to a break-in at a barber shop with a residence above.

2. Officers had been advised of shots fired.

3. Subject was totally nude and had been shot at least twice by the owner/resident.

4. Subject could be heard on the stairway shouting, *"Kill me! Kill me!"*

5. When the officers got him onto the floor, three of them tried to hold him down and cuff him.

JPSO 008502

# CASE HISTORY # 2 *continued*

6. Subject saw the cameras and began shouting, "Put it in the papers! Put it in the papers!"

    *Note: This incident was aired nationally on "COPS."*

7. The subject was "wall-eyed" and covered with a sheen of sweat.

8. Subject threw the three officers off and bolted for the door.

9. Five officers tackled him at the door and managed to get handcuffs on him.

10. Subject was transported to a hospital in handcuffs only.  He was not "hog-tied."

11. Subject died in the emergency room later.

JPSO 008503

# CASE 1 & 2 SIMILARITIES

- Bizarre & aggressive behavior
- Violence towards others
- Violence towards objects
- High body temperatures
- Profuse Sweating

- Public disrobing
- Shouting
- Irrational statements
- Unexpected physical strength

*Case #1*

**Subject was hog-tied**

*Case #2*

**Subject was *not* hog-tied**

*BOTH SUBJECTS DIED*

JPSO 008504

# PAIN COMPLIANCE

The following techniques and actions are usually ineffective on these subjects:

- Pain compliance techniques
- Impact weapons
- Defensive tactics techniques
- O.C.



JPSO 008505

# NEVER...

**NEVER** go one-on-one with these subjects unless a life depends on it.

**ALWAYS** call for back-up AS SOON as you suspect you are faced with a Substance Induced Excited Delirium subject.

**Call** for as much back-up as you can get.

**Talk** to the subject in a calming, soothing manner. When you have adequate man power, then take the subject into custody.



JPSO 008506

# POSITIONAL RESTRAINT ASPHYXIA

Positional Asphyxia occurs when the position of the body interferes with respiration.

This interference is increased when the subject is placed in a physically compromised position from which they cannot remove themselves.



JPSO 008507

# RESPIRATORY COMPROMISE

*The three (3) elements of respiration are:*



1. The gas exchange function of the lungs

2. The patency, openness, of the AIRWAY

3. The bellows action of the diaphragm that ventilates the lungs

Respiratory compromise occurs when the position of the body interferes with respiration



JPSO 008508

# POSITIONAL RESTRAINT vs
# Oxygen Saturation & Heart-Rate Recovery

Early study by Dr. Donald T. Reay

King County, WA

vs

UCSD Study by

Dr.'s Chan, Vilke, Neuman and Clausen

| REAY STUDY | MID-GROUND | UCSD STUDY |
|:---:|:---:|:---:|
| ◇ | ◇ | ◇ |



JPSO 008509

# ANNE PRICE vs COUNTY OF SAN DIEGO

*Price, et.al., v. San Diego, et.al.; 1998 WL 16007 (S.D. CA) 01313*

The court found: That the use of the hogtie restraint technique did not constitute the use of excessive force by the deputies; that leaving the decedent, Mr. Price, lie on approximately 133.9° asphalt while performing other tasks, was not excessive force; that the deputies were entitled to qualified immunity; and, that the Sheriff did not fail to train his deputies regarding the dangers of hog-tying because a study conducted by the University of California – San Diego (UCSD) *"has shown these dangers to be fictitious,"* plus other related findings.

However, the Judge stipulated *"In this case, I find..."*

JPSO 008510

# NOTE...

In the two studies done by Dr. Reay and the Dr.'s of the UCSD study, neither study could effectively address:

- Fear
- Panic
- Elevated body temperature *(106° – 108° )*
- Emotional Stress
- Elevated heart rate *(160 bpm & higher)*
- Effects of drugs in the system

However, UCSD did take their inability to address these factors into consideration, in their study.



JPSO 008511

# CASE HISTORY #3

## SUBJECT: 16 YEAR OLD MALE

1. Police responded to a call and found the subject acting in a bizarre and violent manner.

2. The subject was stripped down to just his underwear.

3. The subject was reported to be sweating profusely.

4. The subject was talking incoherently.

5. At one point, the subject broke away and rammed his own head through a wood fence.

JPSO 008512

## CASE HISTORY #3 *continued*

6. Officers used batons, but they were ineffective.

7. Pain compliance techniques were ineffective.

8. The officers finally gained control by using a carotid neck restraint.

9. An ambulance was called to the scene.

10. Initially, during the time after arrest, the subject's vital signs were stable. However, they soon deteriorated and the subject died.

11. The subject was not hog-tied.

12. Toxicology reports showed the presence of LSD.

JPSO 008513

# CASE HISTORY #4

## SUBJECT: 28 YEAR OLD MALE

1. Fire personnel and paramedics responded to the scene and found the subject acting in a violent and bizarre manner.

2. When police arrived, they found four firemen holding the subject down.

3. The firemen refused to release the subject long enough for the officers to take control until handcuffs were applied.

4. The subject was placed face down on a gurney.

JPSO 008514

## CASE HISTORY #4 *continued*

5. The subject was incoherent.

6. The subject was sweating profusely.

7. The subject had a heart rate of 180 beats per minute.

8. The subject died in the ambulance during transport to a medical facility.

9. Toxicology reports revealed high levels of cocaine.

JPSO 008515

# CASE HISTORY # 5
# VIDEO

4-14-05    2H
13:09:42

COPS



JPSO 008516

# CASE HISTORY #5

## SUBJECT: 40 YEAR OLD MALE

1. Police responded to a prowler call and found the subject in the custody of the complainant.

2. The subject's pupils were dilated.

3. The subject was incoherent.

4. The subject was sweating profusely.

5. The subject was also shivering uncontrollably.

TM

JPSO 008517

# CASE HISTORY #5 *continued*

6. The subject was transported to the police station where he was strapped to an examining table to have blood drawn. (He was shivering so badly that the medical technician was afraid the needle might break if restraints were not used.) After the blood draw, the subject was released to a seated position on the examining table.

7. During the ensuing conversation, the subject "passed out." CPR was administered, and he was revived.

8. During the ambulance transport to the hospital, the subject lapsed into unconsciousness again and died.

9. The cause of death was listed as "Acute Methamphetamine Intoxication."

JPSO 008518

# CASE 3, 4 & 5 SIMILARITIES

- Bizarre and aggressive behavior

- Violence towards others

- Public Disrobing

- Profuse Sweating

- Talking incoherently

- Self-inflicted injuries

- Unexpected physical strength

- Dilated pupils

- Shivering

JPSO 008519

# CASE 3, 4 & 5 SIMILARITIES *continued*

*Case #3* – batons and pain compliance techniques were ineffective.  A drug LSD, was involved, and the subject died.

*Case #4* – the subject was so strong and violent, that the fire personnel refused to trade control to the police.  A drug, cocaine, was involved, and the subject died.

*Case #5* – drugs were involved, methamphetamines and the subject died.

*None of these subjects were hog-tied.*
*All three of them died.*

JPSO 008520

# DRUGS, DEATH & BLAME

Always keep in mind that the subjects you confront on the street who exhibit symptoms and behavioral patterns suggesting Cocaine Psychosis or Substance Induced Excited Delirium are potentially dead prisoners.

According to Dr. Laposata, Substance Induced Excited Delirium is regarded as a "medical emergency with a psychological presentation."



JPSO 008521

# DRUGS, DEATH & BLAME *continued*

## SUDDEN TRANQUILITY

After a subject has been subdued, they may become extremely tranquil, appearing to have given up and accepted their fate.  They may seem to be sleepy and resting.

This is the state of Sudden Tranquility and it usually occurs just prior to death.



JPSO 008522

# DRUGS, DEATH & BLAME *continued*

Dr. Donald T. Reay stated in a medical publication...

*"The use of drugs is now being viewed as an explanation for the erratic and violent behavior of these individuals and not necessarily a contributor to their deaths."*



JPSO 008523

# *DRUGS, DEATH & BLAME* continued

Hog-tying a subject who falls within the parameters of a potential SUDDEN CUSTODY DEATH SYNDROME victim will quite possibly be viewed as a contributing factor in their death by the:

- Family
- Medical Examiner
- Media
- Lawyers
- Court

### *NEVER HOG-TIE ANYONE!*



JPSO 008524

# BUILDING A DEFENSIBLE PLATFORM

When you arrest someone, you remove them from *THEIR* custody and place them in *YOUR* custody.

It then becomes incumbent upon you to do everything within your power to help that person stay alive.  It does not matter what that person would have done had he remained in their own custody.

They are now in *YOUR* custody.



JPSO 008525

# BUILDING A DEFENSIBLE PLATFORM *continued*

**1. RECOGNITION**

Recognition of a problem, such as the subject demonstrating Symptoms and Behavioral Patterns of Cocaine Psychosis or Substance Induced Excited Delirium.

**2. TREATMENT (HANDLING)**

The subject is placed in a seated position...*NEVER hog-tied.*

**3. TRANSPORT**

Either seated in your car or in an ambulance, if possible *(it's cheap insurance).*



JPSO 008526

# BUILDING A DEFENSIBLE PLATFORM *continued*

4. **MEDICAL ATTENTION**

   Preferably by a doctor at a hospital, as opposed to an EMT or paramedic.  The doctor should determine if it is safe to incarcerate, if applicable.

5. **COMMUNICATION**

   If arrested, advise the jail personnel of the circumstances throughout the entire incident, including the medical examination / treatment.

   *They NEED to know!*

6. **OBSERVATION**

   The jail should have an isolation and observation policy in place.



# BUILDING A DEFENSIBLE PLATFORM *continued*

Step one through five should all be carefully set down in a well written report of the incident.

Stipulate and explain each symptom or behavior exhibited.

Remember that good report writing is your best first line of defense.



JPSO 008528

# SWARM

## Disclaimer

*This is an example tactic, not necessarily a recommended procedure to be trained and adopted by any department.*

*If, however, your department does not already have a SWARM TECHNIQUE included in its training program, it is suggested that you find one you like and train it in your own way.*



JPSO 008529

## *SWARM continued*

*If ONE is not a good number, perhaps FOUR will be.*

*(The following is only an example of a four-man SWARM technique.)*

1. Surround the subject-front (point), sides and rear using a 6' separation.

2. Only the point officer talks. (See diagram)

3. One specific word is chosen as the *"trigger"* or *"go"* word for the take-down, and it is never used except for that purpose.

   *(ie... NOW "Sir, you will have to go with us NOW")*



JPSO 008530

# SWARM *continued*

4. The two side officers initiate an arm-bar take-down from their opposing sides.

5. The rear officer takes the legs at the knees and anchors them.

6. The point officer takes firm control of the head, between his or her hands, and continues the take-down effort of the two side officers (where the head goes, the body follows.) The point officer protects the head from injury, turns it to the side and holds it stable.

7. The two side officers handcuff the subject as quickly as possible.

JPSO 008531

## *SWARM* continued

8.  Apply a hobble restraint to the ankles and roll the subject into an upright, seated position.  If the subject kicks or attempts to use his or her legs as a weapon, attach the hobble snap to the handcuff chain at its full extension.

9.  If the subject appears to be as described in SCDS training, it is recommended that they be transported immediately to a medical facility for treatment.

10. Position the subject so that he/she can lean back against a fixed object.  This helps relieve pressure on the diaphragm and makes breathing easier.

*DO NOT HOG-TIE THE SUBJECT*

*Keep the subject seated upright at all times.*



JPSO 008532

# VIDEO - Jefferson Street Incident



JPSO 008533