

**Training Key® #678**

### Autism: Managing Police Field Contacts

This is the first of a two-part *Training Key®* on law enforcement encounters with autistic individuals. Part Two will address victim, witness, and offender trends and interview techniques.

EXHIBIT 50

Society is comprised of a dramatically increasing population of children and adults diagnosed with autism spectrum disorder (ASD), referred to as autism throughout this document. Research indicates that people with autism will have a higher rate of contact with law enforcement agencies.[1] These contacts are managed best through agency and officer investments of patience and time, the use of special communication and de-escalation techniques, and enhanced information gathering by emergency call centers. Communications, behaviors, intent, and ability levels of people with autism vary greatly and will present challenges for even the most experienced law enforcement professional. This Training Key is designed to enhance officer safety, avoid litigation and provide a comprehensive, practical understanding of effective approaches when interacting with individuals affected by autism.

### What Is Autism?

Autism is North America's fastest growing developmental disability, recently estimated by the Centers for Disease Control and Prevention to affect as many as 1 in every 88 children.[2] It is thought that autism occurs more frequently in males than females, although there is some debate over this issue.

Autism is defined as a neurodevelopmental disability, meaning that it involves the brain and starts very early in life when the brain is still forming and changeable. Autism involves differences and difficulties in several areas including social interaction; communication; the presence of narrow, repetitive behaviors; and difficulty adjusting to change. Additionally, there is a wide range in intellectual ability for individuals with autism.

### Recognition: Correctly Identifying an Autism-Related Contact

Autism is often a hidden disability. While parents and autism professionals have learned through experience and education how to recognize the common traits of autism, a responding officer is not expected to be able to diagnose autism in the field. The behaviors of an individual with autism, particularly when under stress, may look very similar to the actions of someone under the influence of phencyclidine (PCP), methamphetamine, alcohol, or someone affected by a mental illness.

*Less Independent Individuals.* The term "less independent" may be used to describe autistic persons with lower IQs. These persons have more difficulty than other individuals with autism in areas involving basic life skills, such as safely crossing a street, negotiating a financial transaction, and making sense of social interactions. Oftentimes, these individuals are also nonverbal, and may use alternative forms of communication such as sign language, Picture Exchange Communications Systems (PECS), or computers that can speak for them. If verbal, their communications may be understood only by a family member, caregiver, or teacher. More often than not, they will have a caregiver accompanying them and will be dependent on parents, siblings, or others to provide the basic necessities of life.

*Training Key®* published and copyrighted© 2013, by the International Association of Chiefs of Police, Inc., 515 N. Washington St., Alexandria, VA 22314-2357. All rights reserved. No part of this publication may be reproduced, stored in any system or transmitted in any form or by any means electrical, mechanical, photocopying, recording or other means without prior written permission of the International Association of Chiefs of Police, Inc.

*More Independent Individuals.* "More independent" autistic individuals may be able to fully express needs, use public transportation, learn to drive, attend college or university, be employed with surprisingly powerful and professional careers, marry, and have children. However, they are challenged by the same issues as their less independent peers, albeit to a lesser but still significant degree. Their strengths can mask social and communication deficits that go unseen or misunderstood by those with whom they have contact.

## Common Traits for Individuals with Autism[3]

Individuals with autism may have the following traits:
- Be nonverbal or have limited speech and difficulty in expressing needs
- If verbal, may use echolalia – the verbatim repetition of the words and phrases of others
- Have trouble with correct speech volume and cadence (too loud or quiet, monotone, computer-like vocal intonation)
- Avoid eye contact, cover their eyes or stare
- Cover their ears
- Flee from an officer or violate the officer's personal space
- Lack fear of real danger
- Be unable to accurately report pain levels
- Have over or under sensitivity to sensory input that can result in very odd and suspicious behaviors
- Avoid or be highly sensitive to touch
- Have sustained unusual repetitive actions known as stimming, which may include rocking back and forth, arm flapping, wrist flicking, etc.
- Display clumsiness, toe-walking or awkward gaits
- Laugh or giggle at inappropriate times
- Display fascination with water
- Be attracted to reflections and shiny objects, e.g., officer's badge, keys, belt buckle, or weapon
- Talk to themselves or no one in particular
- Be unkempt or dressed in clothes inappropriate for the season

## Typical Requests for Officer Assistance

*Common Citizen Calls for Assistance and Field Contacts Involving Individuals with Less Independent Autism.* The autism community and law enforcement agencies are only now beginning to learn one another's language. Poor communication and bad experiences between law enforcement agencies and calls for assistance involving people with autism have resulted in less-than-ideal outcomes. To follow are two types of situations that may result in requests for service or field contacts:
- Parent or caregiver actions may be misinterpreted or appear as assault. For example, a father picking up and carrying away his crying child from a store or park may appear to observers as a possible child abduction.
- Less independent individuals often wander. After a wandering incident has occurred, there may be 9-1-1 reports about a child or adult displaying unusual behavior in a neighborhood where they are not known. Individuals may report an individual sitting on a lawn chair or swing; climbing trees; looking into windows of homes; running into traffic; splashing in bodies of water; teetering on the top of walls, fences, or bridges; or wandering into construction sites and drainage lines. Inappropriate social skills may also be reported, such as unwarranted laughing or crying, walking on one's toes while staring into space, turning lights on and off repetitively, and becoming mesmerized by the motion of children playing games like swinging or jumping on a trampoline – precisely the sorts of behaviors that may frighten observant citizens and result in a request for police assistance.

*Possible Shoplifting and Calls to Retail Locations.* Persons with autism may have an obsession to make order of objects. On store shelves, items that are stacked backwards, upside down, or turned around may appear out of order, and attempts to rearrange these items may be seen as shoplifting. Their fascination with water may cause them to swim or splash in mall fountains, repeatedly turn store restroom faucets on and off, or flush toilets continuously. They may also misinterpret store signs that state offers with the words, "free sample" or "free gift" taking an item without realizing a purchase had to be made first.

*Reports of Escalated and Aggressive Behavior.* Terms such as "meltdown" or "tantrum" are common parent and caregiver descriptors used when calling for assistance from law enforcement. It is important to know people with autism rarely premeditate a notion of injuring others, yet they can be prone to physical outbreaks and violence that can cause injury to and result in the potential for civil litigation.

Upset autistic persons may not know the implications of their behavior or understand the consequences of their actions, especially those that are aggressive. They may not understand their own strength or ability to do harm. After officers arrive on scene, the person with autism may react by dropping to the floor or ground, rocking back and forth, fleeing, or lashing out. Care must be taken that no one is hurt during the investigation, but knowing how to respond to the autistic person is the best way to avoid an escalated scenario.

Officers should not interpret the autistic individual's failure to respond appropriately to orders or questions as a lack of cooperation. The person may be slow or unable to comply with these requests. For the person with autism, processing a request, command, or question and providing an answer or response, even under the best of circumstances, may take 15 to 20 seconds or more. Additionally, the person who ex-

presses an increase in aggressive behavior (e.g., screaming, pushing, kicking, hitting, head-banging, hair-pulling, and so forth) is likely acting in this manner as a result of uncontrolled fear, frustration, or confusion. These aggressive behaviors may be a form of self-stimulation or a sensory reaction to objects and influences in the environment and not truly a sign of calculated disobedience. The person with autism wants the circumstances to change but does not know how to implement that change. This presents an obvious dilemma for responding officers.[4]

These outbursts frequently occur at home, in a large social setting, a group home, or at school. The close proximity to others in the rooms of most homes and schools adds to the danger of the situation. While there may be situations that require quick action, such as a person with a firearm or knife, in traffic, on a bridge or near other dangerous places, officers should be prepared to slow down, invest time, keep communications simple, and manage the sensory environment to enhance de-escalation without use of force. When the determination is made that the person is unarmed, the officer should contain the person so he or she cannot escape from the location and threaten others. If the individual is not acting in an aggressive manner, the officer should allow him or her extra time to de-escalate without intervention.

### Officer Safety Information and Autism

If an officer suspects or believes during the field interaction that a person may have autism, the officer should ask the individual directly if he or she is autistic. A more independent person will be able to make this disclosure, while someone who is less independent may not. The officer should ascertain whether the person is wearing an autism tag or bracelet or carrying an autism information card. Some of this information may be found on tags put in shoes, sewn into garments, imprinted on undergarments, or on a non-permanent ID tattoo. A quick survey of the area might present multi-colored autism puzzle ribbons, awareness decals, or stickers on a vehicle or dwelling. Along with the puzzle ribbon, officers might find verbiage like "Nonverbal, may not understand commands, may flee" or "I Love Someone with Autism" on decals, stickers or license plates. Once this information is gathered, the officer should determine if a 9-1-1 call has been made looking for a person with autism fitting the description of the field contact.

The following guidelines are invaluable during interactions with a person who has autism:

- The person with autism is unlikely to accurately understand the officer's vocal tone; body language such as eye rolling, eyebrow creases, shrugs and hand signals; or jargon or complicated multi-tasked instructions. Whenever possible, seek information and assistance from support people at the scene about how to communicate with the person and de-escalate his or her behavior.
- If the individual is holding and appears to be fascinated with an inanimate object, it may be best to allow him or her to hold the item for the calming effect, if officer safety is not jeopardized by doing so.
- Avoid stopping repetitive behavior, unless there is risk of injury to the person or others.
- Be prepared for some persons with autism to engage in self-injurious behavior (SIB). An example of SIB is a person striking themselves repeatedly in the upper chest, neck, and face, even after redness and bruising appear. Cutting, scratching, and pulling hair from their scalp, eyebrows, or eyelashes are also upsetting expressions of SIB that may be difficult to watch. However, intervention should initially be limited to cases where there are serious injuries, such as compound fractures or excessive bleeding.
- Always remain alert to the possibility of sudden aggressive outbursts that may require officer intervention.
- Use short, direct, simple phrases that leave little room for misinterpretation such as "Stand up now" or "Get in the police car".
- Avoid figurative expressions, idioms, or colloquialisms such as, "Cat got your tongue?" or "Are you pulling my leg?" as the person with autism is more than likely a very literal thinker.
- Allow for delayed responses to questions or commands.
- Talk calmly and softly. Repeat or rephrase responses or questions.
- Use slow and low gestures for attention; avoid rapid pointing or waving.
- Demonstrate calming body language and behavior.
- Observe the body language of the person with autism. Is he or she covering his or her ears or eyes, displaying a fearful reaction to equipment or other sights, sounds, or odors on scene? The person's body language may provide the clue or a cue that he or she is stressed out, thus reminding officers to provide the extra space and time he or she needs to calm down.

Since autism is a neurodevelopmental disability, it affects the central nervous system and a person's sensory responses to light, sound, touch, odor, and taste. Hypersensitive persons take in too much sensory information, resulting in their flight from the source. The hyposensitive person takes in too little, causing sudden movements toward the source. These over and under reactions will also inhibit the person's ability to communicate. Officers should realize that persons with hyposensitivity often feel a compulsive desire to be closer to the sensory source in their path. They may be attracted to shiny objects, move into the personal space of others and suddenly reach for the officer's badge, radio, keys, belt buckle, or weapon. They may move in closer to smell odors on the officer's body such as deodorant, perfume, aftershave, cigarette, or cigar smoke. In extreme cases, they may attempt to

lick or hug a responder. If the person is hypersensitive, all of these stimuli, and especially the additional stimuli of canine partners, flashing lights, sirens, or mounted patrol may cause flight.

Therefore, it is essential the officer assesses the scene for sensory influences. What does the officer see? Hear? Smell? What manageable influences does the officer bring to the scene? If it is safe to do so, officers should minimize or eliminate the sensory influences of sirens, lights, two-way radios, or other equipment that may add to the stress of the autistic individual. If the sensory climate cannot be changed, the officer should attempt to move the person away from the sensory confusion, through the use of a calming voice, reassuring words, and gentle body language.

*Restraint.* Despite an officer's best efforts, the person with autism may need to be restrained and taken into custody. When this becomes necessary, officers should do the following:
- Try to avoid standing too near or behind the person, as he or she may suddenly lurch backward. A safer alternative is an approach by people on both sides holding the upper arm and wrist areas.
- Be aware that people with autism may have underdeveloped trunk muscles and may not be able to support their airway. After takedown, the individual should be turned on his or her side and be transferred into an upright position as soon as possible to allow normal breathing to occur.
- Monitor the person's condition frequently to prevent further trauma or injury. Up to 40 percent of this population may have some form of seizure disorder.
- Realize the person may not understand the futility of resistance and continue an intense struggle. When the person is contained after restraint, continue the use of calming and non-threatening words and body language, de-escalation techniques, sensory scene management, and simple words.

*Custody and Arrest.* Once the person with autism is under arrest or in custody for any reason, he or she may need to be transferred to a jail or secured juvenile or mental health facility. In these situations, officers should do the following:
- Document autism in their initial report and fully brief the chain of command.
- Consider a medical evaluation.
- Evaluate for injury—the person may be unable to ask for help or not show any indications of pain.
- Alert jail authorities and suggest an initial isolation facility. A person with autism may be at extreme risk from and to the general prison population.
- Whenever possible, contact parents or caregivers for information regarding best care of, and communication with, the person.

## Safety Measures for the Autistic Individual Not Necessarily Suspected of Wrongdoing

*Lost and Wandering.* Wandering is perhaps the most frequent autism-related public safety contact. Similar to patients with Alzheimer's disease and dementia, less independent persons with autism may wander away from care and into danger. The majority of lost and wandering calls involve children whose parents have reported them as missing. They are often described as escape artists adept at choosing when to escape, and runners who are prone to escaping into the community from homes and schools or while shopping or traveling. They often escape at night when caregivers are asleep. The escape can also occur when parents and caregivers become injured or incapacitated, ill, or otherwise occupied, perhaps when using a restroom, taking a call, or caring for a sibling.

More independent persons also wander. They may end up wandering simply because they become lost while satisfying their curiosity about a jogging path or neighborhood's streets, or perhaps because they are so engrossed in their current interest that it takes them into an unfamiliar area.

The wandering problem is enhanced among individuals with autism because they do not realize that they are in effect running away. They may never feel lost, seek help, or feel discontent. Even if they do realize they have wandered, they may not have the skills to seek proper rescue and may fall victim to criminal predators or dangerous terrain. They may also hide as a form of self-protection. Keep in mind these individuals can cover great distances or find danger in a short period of time.

Parents and families may take extreme measures at home to ensure safety, such as using higher fences, replacing glass with Lexan or Plexiglas, and installing extra locks and alarms and motion and sound sensors. Without knowledge to the contrary, extra locks and the general appearance of the home could suggest parental neglect or abuse. If unsure of the situation, officers should keep an open mind and investigate with a caseworker or professional who is familiar with the family and the individual.[5]

*Search and Rescue.* Drowning is a leading cause of death for people with autism. An inability to swim will not enter the mind of the autistic person attracted to the water. Officers should thoroughly search all accessible water including fountains, pools, natural water beds, and storm sewers. Autistic individuals may also wander into traffic, nearby homes, or dwellings and onto train tracks and elevated places such as rooftops, trees, and power grid towers. Attributed to sensory overload, alarming reports exist about children who strip off clothes and wander naked. Officers should search hiding places such as alleys and dumps, where the autistic person may find refuge inside discarded furniture and appliances.

*Autism Registries.* In response to the severity and frequency of field contacts, law enforcement, public safety, and emergency call centers are now offering voluntary registration for individuals affected by

autism. For families that participate, person-specific information can be accessed quickly by way of mobile computer or dispatch.

Examples of person-specific information often include, but are not limited to the following:
- Name of the individual
- Current photograph and physical description including height, weight, eye and hair color, any scars, or other identifying marks
- Names, home, cell and pager phone numbers and addresses of all emergency contact persons
- Doctor contacts
- Any sensory, medical, or dietary issues and requirements
- Inclination for wandering
- Favorite attractions and locations where person may be found
- Atypical behaviors or characteristics that may attract attention
- Favorite topics to pursue and calm the person; topics to avoid that cause fear, anger, or outbursts
- Recommended approach and de-escalation techniques
- Method of communication - verbal, sign language, picture boards, written word
- ID jewelry, tags on clothes, printed handout card, etc.
- Map and address guide to nearby properties with water sources and dangerous locations highlighted
- Blueprint or drawing of home, with bedroom of individual highlighted

*Tracking Technology and Programs.* Communications technology is now being used to track the movements of those who wander through the use of radio frequency (RF) transmitters worn by persons with autism and receivers used during search and rescue. Although there are costs involved, when used in combination with foot patrols, tracking animals, vehicles, and aircraft, RF tracking technology can provide quicker, more accurate and effective ground, air, and waterborne responses.

## Partnership Opportunities with the Autism Community

Whenever possible, law enforcement agencies should pursue proactive partnerships with the autism community to discuss and allay any fears or misconceptions about police procedure and requests for assistance.

For officer safety and to reduce liability, agencies should create opportunities for officers to visit schools, recreation facilities, and the homes of people with autism. Families should be invited to bring their children and adults to the stations and participate in law enforcement events. Officers and persons with autism can learn from each other during these controlled, safe, and non-stressful interactions.

This can enhance officer education in the areas of recognition and response to the vulnerable person and enhance citizen education of the roles and responsibilities of law enforcement professionals. Training, opening the emergency call center and mobile computers to autism information and community outreach can pay off well in positive public relations and increased officer and citizen safety.

## Acknowledgment

Dennis Debbaudt, a professional investigator and journalist, turned his attention to autism after receiving his son's diagnosis in 1987. He's since authored, co-authored and produced over 30 articles, books and training videos. He has presented direct training on this subject matter throughout the U.S., as well as Canada, United Kingdom, Iceland and New Zealand.

## Endnotes

[1] Keith L. Curry, Mark P. Posluszny, and Saundra L. Draska, "Training Criminal Justice Personnel to Recognize Offenders with Disabilities," *OSERS News In Print* 5, no. 3 (Winter 1993): 4–8, https://www.ncjrs.gov/pdffiles1/Digitization/142440NCJRS.pdf (accessed June 12, 2013).

[2] "Autism Spectrum Disorders (ASD) Data & Statistics," Centers for Disease Control and Prevention/National Center on Birth Defects and Developmental Disabilities, http://www.cdc.gov/ncbddd/autism/data.html (accessed June 12, 2013).

[3] More independent individuals will show these traits to a lesser degree and some may be able to mask these difficulties beyond identification.

[4] Dennis Debbaudt and Darla Rothman, "Contact with Individuals with Autism: Effective Resolutions," *FBI Law Enforcement Bulletin* 70, no.4 (April 2001): 20–24, http://www.autismriskmanagement.com/documents/FBI_Law_Enforcement_Bulletin.pdf (accessed June 13, 2013).

[5] William A. Cannata and Susan Rzucidlo, Autism 101 for Fire and RescuePersonnel (Westwood, Mass.:, 2007), http://www.nwpa-asa.org/Data/Sites/1/userfiles/pdf/autism-101-for-fire-and-rescue-personnel.pdf (accessed April, 2013).

# questions

The following questions are based on material in this *Training Key®*. Select the one best answer for each question.

1. Which of the following is true regarding autism?

   *(a) It is a neurodevelopmental disability that starts very early in life when the brain is still forming.*
   *(b) It is believed to affect 1 in every 88 children.*
   *(c) There is a wide range in intellectual ability among individuals with autism.*
   *(d) All of the above.*

2. When interacting with a person who has autism, officers should do all of the following, except

   *(a) Use short, simple phrases that leave little room for misinterpretation.*
   *(b) Attempt to stop any nonviolent repetitive behaviors.*
   *(c) Remain alert to possible sudden aggressive outbursts.*
   *(d) Demonstrate calm body language and behavior*

3. Reports of shoplifting are the most common requests for officer assistance involving autistic individuals.

   *(a) True.*
   *(b) False.*

# answers

1. (d) All of the above.

2. (b) Repetitive behaviors should be allowed to continue, unless there is risk of injury to the person or others.

3. (b) False. Wandering is the most frequent autism-related public safety contact.

