

Gerry A. Cvitanovich, M.D.
Coroner

**Jefferson Parish Forensic Center**
2018 8th Street
Harvey, LA 70058
(504) 365-9100 • (504) 365-1731 Fax



Accredited by the
National Association of
Medical Examiners

Patient: **Robinson, Keeven**
Address: **3117 Audubon St.**
**New Orleans, LA 70125**

Case: **245-18**
DOB: 06/16/1995
Sex: Male
Age: 22 years

| | |
|---|---|
| Date of Death: | On 05/10/2018 |
| Time of Death: | Approximately 11:15 |
| Date of Exam: | 05/12/2018 |
| Time of Exam: | 07:00 |
| County: | Jefferson |
| Tag Number: | 0099562/Robinson, Keeven |
| Pathologist: | Y. Van Vo, M.D. |
| Police Agency: | Jefferson Parish Sheriff's Office |
| Authorized By: | Gerry A. Cvitanovich, M.D., Coroner Jefferson Parish |
| Persons in Attendance: | Autopsy Assistant Dwana Bailey and Photographer Cory Rodovich, Jefferson Parish Coroner's Office; Dr. Gerry Cvitanovich and Dr. Dana Troxclair, Jefferson Parish Coroner's Office; Jean Lincoln and Rodney Naumann, Jefferson Parish Sheriff's Office |

EXHIBIT 62

## Forensic Examination Report

### FINDINGS

I. Compressional asphyxia
   A. Decedent involved in altercation with law enforcement on 5/10/2018
   B. Bilateral scleral hemorrhages
   C. Bilateral conjunctival petechiae
   D. Hemorrhage of the soft tissue of the anterior neck
   E. Traumatic separation of the hyoid bone and thyroid cartilage
II. Blunt force injuries
   A. Head and neck
      i. Abrasion of the forehead
      ii. Bilateral periorbital contusions
      iii. Contusions of the face
      iv. Subscalpular hematomas
      v. Hemorrhage of the soft tissue of the left side of the posterior neck
      vi. Lacerated left vertebral artery
      vii. Separation of the 1st and 2nd cervical vertebrae
      viii. Epidural hemorrhage overlying proximal cervical spinal cord

Patient: **Robinson, Keeven**  Case: **245-18**

    B. Torso
        i. Abrasions and contusions of the chest and abdomen
        ii. Soft tissue hematomas of the chest, back, bilateral buttocks
    C. Extremities
        i. Abrasions and lacerations of the bilateral upper extremities
        ii. Soft tissue hematomas of the bilateral upper and lower extremities
III. Acute asthmatic exacerbation
    A. History of asthma, medical records reviewed
IV. Toxicology results, see separate report
    A. Blood drug screen:
        i. cotinine and naloxone detected
        ii. delta-9 carboxy THC: 18 ng/mL
        iii. delta-9 THC: 4.3
        iv. tramadol: 130 ng/mL
        v. O-desmethyltramadol: 58 ng/mL
    B. Blood alcohol screen: none detected

COMMENT: The decedent is a 22-year-old African-American male with a history of asthma who expired following flight from law enforcement officers with subsequent physical altercation. Following a Coroner's Office case review and consensus meeting conducted on 7/17/2018 at 0900 hours and attended by Dr. Dana Troxclair (Chief Forensic Pathologist), Dr. Marianna Eserman (Forensic Pathologist), Dr. Ellen Connor (Forensic Pathologist), Anthony Buras (Chief of Operations), and Mark Bone (Chief Death Investigator), it is determined that the cause of death is best described as Compressional Asphyxia and Blunt Force Injuries. The manner of death is best classified as Homicide.
-END-