

# Jefferson Parish Sheriff's Office
## Homicide Section
## Sergeant Thomas Gai
## Investigative Report
## Item Number: E-08492-18



**Incident:** In Custody Death

**Date / Time of Occurrence:** Thursday, May 10, 2018 / 10:10 a.m.

**Location of Occurrence:** 11 Labarre Place
Jefferson, Louisiana 70121

2401 Jefferson Highway (Shell Service Station)
Metairie, Louisiana

**Decedent:** Keeven L. Robinson AKA: Maxx
Race / Sex: Black / Male
Date of Birth: ███████ Age: (22)

████████████████

(Injury: Components of compressional asphyxia
manner of death classified as a homicide)

**Case Investigator:** Sergeant Thomas Gai
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5295

**Officers Involved in Incident:** Detective Gary Bordelon
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

**EXHIBIT**
123
PENGAD 800-631-6989

**Reporting Officer:**
**Sergeant Thomas Gai**

**Approving Supervisor:**
Lieutenant Donald Meunier

Page 1 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Assisting Bureau Personnel:**    Captain Kevin Balser
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Persons Division
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5296

Chief Dax Russo
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
CIB Commander
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5431

Detective William Whittington
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Gretna Police Major Crimes Task Force
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

Detective Dennis Thornton
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Criminal Intelligence Center
3300 Metairie Road
Metairie, Louisiana 70001
(504) 363-5500

Detective Jesus Falcon
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Criminal Intelligence Center
3300 Metairie Road
Metairie, Louisiana 70001
(504) 363-5500

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective Eric Dufrene
Jefferson Parish Sheriff's Office
Special Investigations Bureau
DEA Task Force
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

Lieutenant Jason Monnerjahn
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

Other Assisting Agency Personnel:

Lieutenant Patrick Bradley
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Sergeant Alan Arcana
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Master Trooper Sean McCaffery
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Senior Trooper Gustave Bethea
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana  70112

Investigator Raymond Hughes
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana  70112

**Crime Scene Personnel:**

Sergeant Marlo Bruno
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Sergeant Rodney Naumann
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Deputy Chantelle Landeche
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective David Lowe
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

Detective Jason Spadoni
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

Detective Justin Brister
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

Detective Thorin Guidry
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

Sergeant Joseph Waguespack
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5500

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Assisting Homicide Personnel:**    Lieutenant Donald Meunier
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5387

Detective Anthony Buttone
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5312

Detective Kristian Fricke
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide / Shoot Squad
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5301

Detective William Roniger
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5321

Detective Harold Wischan Jr.
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5375

Page 3 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation


Detective Jean Lincoln
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5312

Detective Kurt Zeagler
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Homicide Section
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5390

Deputy Mary Clare Ulasiewicz
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Shoot Team
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5300

Deputy Paul Dimitri
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Shoot Team
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5300

Deputy Brian Kahrs
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Shoot Team
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5300

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Assisting Bureau Personnel:**     Captain Kevin Balser
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
Persons Division
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5296

Chief Dax Russo
Jefferson Parish Sheriff's Office
Criminal Investigations Bureau
CIB Commander
725 Maple Avenue
Harvey, Louisiana 70058
(504) 364-5431

Detective William Whittington
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Gretna Police Major Crimes Task Force
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

Detective Dennis Thornton
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Criminal Intelligence Center
3300 Metairie Road
Metairie, Louisiana 70001
(504) 363-5500

Detective Jesus Falcon
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Criminal Intelligence Center
3300 Metairie Road
Metairie, Louisiana 70001
(504) 363-5500

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective Eric Dufrene
Jefferson Parish Sheriff's Office
Special Investigations Bureau
DEA Task Force
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

Lieutenant Jason Monnerjahn
Jefferson Parish Sheriff's Office
Special Investigations Bureau
Narcotics Division Group "3"
725 Maple Avenue
Harvey, Louisiana 70058
(504) 363-5500

**Other Assisting Agency Personnel:**    Lieutenant Patrick Bradley
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Sergeant Alan Arcana
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Master Trooper Sean McCaffery
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana 70112

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Senior Trooper Gustave Bethea
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana  70112

Investigator Raymond Hughes
Louisiana State Police
New Orleans Field Office
LSP Region 1
1450 Poydras Street Suite 1300
New Orleans, Louisiana  70112

**Crime Scene Personnel:**

Sergeant Marlo Bruno
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Sergeant Rodney Naumann
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Deputy Chantelle Landeche
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Deputy Kimberly Stierwald
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Scene Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

**Assisting District Personnel:**   Sergeant Shawn Minnis
Jefferson Parish Sheriff's Office
Operations Division
First District Patrol
4116 Hessmer Avenue
Metairie, Louisiana 70002
(504) 598-5901

**Assisting Traffic Personnel:**   Lieutenant George Gutierrez
Jefferson Parish Sheriff's Office
Special Operations Bureau
Traffic Division
1400 US Highway 90
Bridge City, Louisiana 70094
(504) 598-5880

Deputy Marc Ducote
Jefferson Parish Sheriff's Office
Special Operations Bureau
Traffic Division
1400 US Highway 90
Bridge City, Louisiana 70094
(504) 598-5880

**Crime Laboratory Personnel:**   Analyst Alexis Rivera
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Laboratory Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Analysist David M. Cox M.S.F.S.
Jefferson Parish Sheriff's Office
Technical Services Bureau
Crime Laboratory Division
1233 Westbank Expressway
Harvey, Louisiana 70058
(504) 875-3800

**Coroner's Office Personnel:**
Investigator Cory Rodivich
Jefferson Parish Coroner's Office
2018 8th Street
Harvey, Louisiana 70058
(504) 258-0283

**EMS Personnel:**
EMT Tammy Dardar (Unit EJ-301)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Joshua Hill (Unit EJ-50)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Kemberly Wilkerson (Unit EJ-50)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Michael Ortiz (Unit EJ-80)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006

Jefferson Parish Sheriff's Office
E-08492-18
Continuation
(504) 503-7152

EMT Alicia Tate (Unit EJ-60)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Jaiden Jackson (Unit EJ-60)
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Director Michael Gulliot
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

EMT Supervisor Huey Marcel
East Jefferson General Hospital
Emergency Medical Service
3120 Lime Street
Metairie, Louisiana 70006
(504) 503-7152

Witnesses:                    Nancy Brown
                              Race / Sex: Black / Female



Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Scott Krause
Race / Sex: White / Male



Natallia Phelan
Race / Sex: Hispanic / Female



Patrick Bain
Race / Sex: White / Male



**Vehicles:**

Make: Mitsubishi
Model: Outlander
Year: 2012
Color: Black
Plate: LA Tempt tag 18839452
VIN: JA4AP3AU4CZ009510
Owner: Scott Krause
Operator: Keeven Robinson

Make: Toyota
Model: Rav 4
Year: 2017
Color: Black
Plate: 805-BJT
VIN: 2T3BFREV3HW676028
Owner: Jefferson Parish Sheriff's Office (Spadoni)

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Make: Dodge
Model: Charger
Year: 2015
Color: Silver
Plate: ZIE-739
VIN: 2C3CDXAG4FH858649
Owner: Jefferson Parish Sheriff's Office
(Waguespack)

Make: Chevrolet
Model: Impala
Year: 2012
Color: Black
Plate: WLJ-163
VIN: 2G1WF5E33C1294908
Owner: Jefferson Parish Sheriff's Office (Lowe)

Make: Toyota
Model: Camry
Year: 2017
Color: Gray
Plate: 981-BIW
VIN: 4T1BF1FK2HU377628
Owner: Jefferson Parish Sheriff's Office (Bordelon)

Make: Toyota
Model: Tundra
Year: 2007
Color: Red
Plate: Y023853
VIN: 5TFRV54117X014886
Owner: Jefferson Parish Sheriff's Office (Guidry)

Page **12** of **89**

on top of a table under carport at 11 Labarre Place, field tested positive for
marijuana), Exhibit: Ten.

Page **13** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One plastic bag containing a white powdery substance, (Obtained from scene on top of a table under carport at 11 Labarre Place, field tested positive for cocaine), Exhibit: Eleven.

- One plastic bag containing thirty clear plastic bags containing a light brown powder substance, (Obtained from scene on top of a table under carport at 11 Labarre Place, field tested positive for heroin), Exhibit: Twelve.

- One plastic bag containing brown rock-like substance, (Obtained from scene on top of a table under carport at 11 Labarre Place, field tested positive for heroin), Exhibit: Thirteen.

- One pharmacy card, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Fourteen.

- One Louisiana personal driver's license in the name of Keeven L. Robinson, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Fifteen.

- One IHG rewards card, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Sixteen.

- One package of Backwoods Honey Cigars, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Seventeen.

- One yellow metal necklace with two pendants, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Eighteen.

- One tube of Carmex lip balm, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Nineteen.

- One glass vial marked Red Intense containing an unknown liquid, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Twenty.

- One yellow metal wrist watch, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Twenty-One.

- Two hundred forty-eight dollars in US currency - (7) $20.00, (6) $10.00, (4) $5.00, and (28) $1.00, (Obtained from scene on top of a table under carport at 11 Labarre Place), Exhibit: Twenty-Two.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One Springfield Armory, model: XDM-40, .40 caliber semiautomatic pistol, S/N: MG321849, "Photo marker 1", (Obtained from driver's side floorboard of a black 2012 Mitsubishi Outlander), Exhibit: Twenty-Three.

- Two swabs (Obtained from a Springfield Armory, model: XDM-40, .40 caliber semiautomatic pistol, S/N: MG321849), Exhibit: Twenty-Four.

- Fifteen .40 caliber cartridges - (8) R-P, (5) Federal, (1) Hornady, and (1) Barnes, (Obtained from a Springfield Armory, model: XDM-40, .40 caliber semiautomatic pistol, S/N: MG321849), Exhibit: Twenty-Five.

- One iPhone cellular phone, IMEI #: 354390066002277, "Photo marker 2", (Obtained from driver's side floorboard of a black 2012 Mitsubishi Outlander), Exhibit: Twenty-Six.

- One partially burned piece of a handrolled cigarette containing green vegetative matter, "Photo marker 3", (Obtained from center console holder of a black 2012 Mitsubishi Outlander), Exhibit: Twenty-Seven.

- One Samsung, cellular phone, Model: SMP-M930BCT, "Photo marker 4", (Obtained from center console of a black 2012 Mitsubishi Outlander), Exhibit: Twenty-Eight.

- One JPSO Evidence Grade CD-R (DFU Extraction Report Samsung, Model: SMP-M930BCT) logged as evidence in the Homicide Evidence Book number "3", on page 095. Exhibit: Twenty-Eight-A.

- One Samsung, cellular phone, S/N: Unknown, "Photo marker 5", (Obtained from center console compartment of a black 2012 Mitsubishi Outlander), Exhibit: Twenty-Nine.

- One JPSO Evidence Grade CD-R (DFU Extraction Report Samsung, Model: SCH-U350) logged as evidence in the Homicide Evidence Book number "3", on page 095. Exhibit: Twenty-Nine-A.

- One WeightMax scale, model: BLG-1000, "Photo marker 6", (Obtained from glovebox of a black 2012 Mitsubishi Outlander), Exhibit: Thirty.

- One Texas license plate GDW-5417, (Obtained from trunk compartment of a black 2012 Mitsubishi Outlander), Exhibit: Thirty-One.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One Louisiana temporary license plate 18839452, (Obtained from glovebox of a black 2012 Mitsubishi Outlander), Exhibit: Thirty-Two.

- One blue mesh Jansport back pack, (Obtained from driver's seat of a black 2012 Mitsubishi Outlander), Exhibit: Thirty-Three.

- One JPSO Evidence Grade DVD-R S/N: 00100024209 (Interview with Detective Gary Brodelon) logged as evidence in the Homicide Evidence Book number "3", on page 091. Exhibit: Thirty-Four.

- One JPSO Evidence Grade DVD-R S/N: 00100024210 (Interview with Detective David Lowe) logged as evidence in the Homicide Evidence Book number "3", on page 091. Exhibit: Thirty-Five.

- One JPSO Evidence Grade DVD-R S/N: 00100024211 (Interview with Detective Jason Spadoni) logged as evidence in the Homicide Evidence Book number "3", on page 091. Exhibit: Thirty-Six.

- One JPSO Evidence Grade DVD-R S/N: 00100024212 (Interview with Detective Justin Brister) logged as evidence in the Homicide Evidence Book number "3", on page 091. Exhibit: Thirty-Seven.

- One JPSO Evidence Grade DVD-R S/N: 00100024212 (Interview with Terrill Tureaud filed under JPSO item: E-13811-18) logged as evidence in the Homicide Evidence Book number "3", on page 094. Exhibit: Thirty-Eight.

- One JPSO Evidence Grade DVD-R S/N: 00005065420 (9-1-1 and radio recordings) logged as evidence in the Homicide Evidence Book number "3", on page 095. Exhibit: Thirty-Nine.

- One JPSO Evidence Grade DVD-R S/N: 00005065421 (Video surveillance footage obtained from 2401 Jefferson Highway and 16 Labarre Place) logged as evidence in the Homicide Evidence Book number "3", on page 095. Exhibit: Forty.

- One JPSO Evidence Grade DVD-R S/N: 00005065409 (Medical records / news articles / crime scene photographs) logged as evidence in the Homicide Evidence Book number "3", on page 095. Exhibit: Forty-One.

- One six person photographic lineup (Filed under JPSO item: E-13811-18) logged as evidence in the Homicide Evidence Book number "3", on page 091. Exhibit: Forty-Two.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One single photograph or Nancy Brown signed by Terrill Tureaud (Filed under JPSO item: E-13811-18) logged as evidence in the Homicide Evidence Book number "3", on page 094. Exhibit: Forty-Three.

- One single photograph of Keeven Robinson signed by Terrill Tureaud (Filed under JPSO item: E-13811-18) logged as evidence in the Homicide Evidence Book number "3", on page 094. Exhibit: Forty-Four.

- One 24th Judicial Court search warrant and return authored by Detective Roniger and signed by Criminal Commissioner Patricia Joyce authorizing the search of a black 2012 Mitsubishi Outlander. Exhibit: Forty-Five.

- One 24th Judicial Court search warrant and return authored by Detective Roniger and signed by Criminal Commissioner Paul Schneider authorizing the search of a Samsung flip phone. Exhibit: Forty-Six.

- One 24th Judicial Court search warrant and return authored by Detective Roniger and signed by Criminal Commissioner Paul Schneider authorizing the search of a Samsung, model: SMP-M930BST. Exhibit: Forty-Seven.

- One 24th Judicial Court search warrant and return authored by Detective Roniger and signed by Criminal Commissioner Paul Schneider authorizing the search of a white Apple iPhone. Exhibit: Forty-Eight.

- One 24th Judicial Court search warrant and return authored by Sergeant Gai and signed by Criminal Commissioner Patricia Joyce authorizing the search of a white Samsung cellular phone. Exhibit: Forty-Nine.

- One 24th Judicial Court search warrant and return authored by Sergeant Gai and signed by Criminal Commissioner Patricia Joyce authorizing the search of 11 Labarre Place, Metairie, Louisiana. Exhibit: Fifty.

- One 24th Judicial Court search warrant and return authored by Sergeant Gai and signed by Criminal Commissioner Paul Schneider authorizing the search of 1514 Jefferson Highway, Jefferson (Ochsner Hospital). Exhibit: Fifty-One.

- One 24th Judicial Court search warrant and return authored by Detective Buttone and signed by Criminal Commissioner Paul Schneider authorizing the search of 4201 Houma Boulevard, Metairie, Louisiana (East Jefferson General Hospital) Exhibit: Fifty-Two.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One 24th Judicial Court search warrant and return authored by Sergeant Gai and signed by Criminal Commissioner Patricia Joyce authorizing the search of 111 North Causeway Boulevard, Metairie, Louisiana (Daughters of Charity Health Center). Exhibit: Fifty-Three.

- One 41st Judicial Court search warrant and return authored by Officer Bush and signed by Judge Harry Cantrell authorizing the search of 1401 Foucher Street, New Orleans, Louisiana (Touro Infirmary Hospital). Exhibit: Fifty-Four.

- One 41st Judicial Court search warrant and return authored by JPSO Detective William Whittington (GPFTF) and signed by Judge Harry Cantrell authorizing the search of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Exhibit: Fifty-Five.

- One 24th Judicial Court subpoena duces tecum authored by Sergeant Gai and signed by Criminal Commissioner Paul Schneider authorizing the release of medical records for Keeven Robinson from Ochsner Hospital. Exhibit: Fifty-Six.

- One 24th Judicial Court subpoena duces tecum authored by Sergeant Gai and signed by Criminal Commissioner Paul Schneider authorizing the release of medical records for Keeven Robinson from Medicaid Office. Exhibit: Fifty-Seven.

- One 24th Judicial Court subpoena duces tecum authored by Detective Dufrene and signed by Criminal Commissioner Paul Schneider authorizing the release of prescription records for Keeven Robinson. Exhibit: Fifty-Eight.

- One Grand Isle Police Department incident report filed by Officer T. Gerhauser (item number: D-04059-18). Exhibit: Fifty-Nine.

- One Jefferson Parish Sheriff's Office ARMMS initial incident report filed by Dep. C. Himel (item number: G-19091-14). Exhibit: Sixty.

- One Jefferson Parish Sheriff's Office ARMMS supplemental report filed by Dep. M. Schmidt (item number: G-19091-14). Exhibit: Sixty-One.

- One Jefferson Parish Sheriff's Office ARMMS initial incident report filed by Dep. S. Pellegrino (item number: D-07162-18). Exhibit: Sixty-Two.

- One Jefferson Parish Sheriff's Office ARMMS supplemental incident report filed by Det. J. Falcon (item number: D-07162-18). Exhibit: Sixty-Three.

- One Jefferson Parish Sheriff's Office ARMMS initial incident report filed by Sgt. J. Waguespack (item number: E-08426-18). Exhibit: Sixty-Four.

- One Jefferson Parish Sheriff's Office ARMMS initial incident report filed by Sgt. T. Gai (item number: E-13811-18). Exhibit: Sixty-Five.

- One New Orleans Police Department initial incident report filed by JPSO Det. Whittington (item number: E-12254-18). Exhibit: Sixty-Six.

- One New Orleans Police Department initial incident report filed by Ofc. J. Adams (item number: F-14677-18). Exhibit: Sixty-Seven.

- One Jefferson Parish Sheriff's Office scene sketch drafted by Det. Donald Zanotelli. Exhibit: Sixty-Eight.

- One Jefferson Parish Sheriff's Office traffic diagram drafted by Dep. M. Ducote. Exhibit: Sixty-Nine.

- One ATF trace report. Exhibit: Seventy.

- Jefferson Parish Sheriff's Office rights of arrestee or suspect form signed by Det. Bordelon. Exhibit: Seventy-One.

- Jefferson Parish Sheriff's Office rights of arrestee or suspect form signed by Det. Spadoni. Exhibit: Seventy-Two.

- Jefferson Parish Sheriff's Office rights of arrestee or suspect form signed by Det. Brister. Exhibit: Seventy-Three.

- Jefferson Parish Sheriff's Office rights of arrestee or suspect form signed by Det. Lowe. Exhibit: Seventy-Four.

- Jefferson Parish Sheriff's Office chain of custody form signed by Det. J. Lincoln. Exhibit: Seventy-Five.

- Jefferson Parish Sheriff's Office crime scene log form signed by Dep. M. Thompson. Exhibit: Seventy-Six.

- Jefferson Parish Sheriff's Office Crime Laboratory chain of custody. Exhibit: Seventy-Seven.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- Jefferson Parish Sheriff's Office Crime Laboratory physical evidence list. Exhibit: Seventy-Eight.

- Jefferson Parish Sheriff's Office Crime Laboratory DNA report. Exhibit: Seventy-Nine.

- Jefferson Parish Sheriff's Office Crime Laboratory controlled substance analysis report. Exhibit: Eighty.

- Jefferson Parish Sheriff's Office Communications Division detailed history of EMS event (M180026810). Exhibit: Eighty-One.

- Jefferson Parish Sheriff's Office Communications Division detailed history of police event (J181300259). Exhibit: Eighty-Two.

- Jefferson Parish Sheriff's Office Communications Division detailed history of police event (J181300276). Exhibit: Eighty-Three.

- Jefferson Parish Sheriff's Office Communications Division detailed history of police event (J181300325). Exhibit: Eighty-Four.

- Transcribed statement of Det. Lowe. Exhibit: Eighty-Five.

- Transcribed statement of Det. Bordelon. Exhibit: Eighty-Six.

- Transcribed statement of Det. Spadoni. Exhibit: Eighty-Seven.

- Transcribed statement of Det. Brister. Exhibit: Eighty-Eight.

- Transcribed statement of Det. Guidry. Exhibit: Eighty-Nine.

- Transcribed statement of Det. Whittington. Exhibit: Ninety.

- Transcribed statement of Det. Whittington. Exhibit: Ninety-One.

- Transcribed statement of Sgt. Waguesapck. Exhibit: Ninety-Two.

- Transcribed statement of Sgt. Minnis. Exhibit: Ninety-Three.

- Transcribed statement of Lt. Monnerjahn. Exhibit: Ninety-Four.

- Transcribed statement of EMT Tate. Exhibit: Ninety-Five.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- Transcribed statement of EMT Jackson. Exhibit: Ninety-Six.

- Transcribed statement of EMT Hill. Exhibit: Ninety-Seven.

- Transcribed statement of EMT Wilkerson. Exhibit: Ninety-Eight.

- Transcribed statement of EMT Ortiz. Exhibit: Ninety-Nine.

- Transcribed statement of EMT Dardar. Exhibit: One Hundred.

- Transcribed statement of Nancy Brown. Exhibit: One Hundred-One.

- Transcribed statement of Scott Krause. Exhibit: One Hundred-Two.

- Transcribed statement of Natallia Phelan. Exhibit: One Hundred-Three.

- Louisiana Office of Motor Vehicle printout 2007 Toyota Tundra. Exhibit: One Hundred-Four.

- Louisiana Office of Motor Vehicle printout 2012 Chevrolet Impala. Exhibit: One Hundred-Five.

- Louisiana Office of Motor Vehicle printout 2015 Dodge Charger. Exhibit: One Hundred-Six.

- Louisiana Office of Motor Vehicle printout 2017 Toyota Camry. Exhibit: One Hundred-Seven.

- Louisiana Office of Motor Vehicle printout 2017 Toyota Rav4. Exhibit: One Hundred-Eight.

- Louisiana Office of Motor Vehicle printout 2012 Mitsubishi Outlander. Exhibit: One Hundred-Nine.

- BOSS system printout for suspect vehicle. Exhibit: One Hundred-Ten.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Synopsis:**

Pursuant to the in-custody death of Keeven Robinson on May 10, 2018, the Homicide Section assumed investigative responsibility, as per protocol within the Jefferson Parish Sheriff's Office. In the earliest stage of this investigation, both the Louisiana State Police and the Federal Bureau of Investigation were presented with the option of full participation. Both agencies opted to review the investigative findings upon completion. Of note, in the immediate aftermath of the video interviews with the four involved detectives, representatives from the Louisiana State Police reviewed said interviews while the detectives remained separated pending potential additional questioning relative to the facts and circumstances culminating in Robinson's death. The Louisiana State Police representatives neither requested nor recommended further questioning of the detectives.

The totality of investigative findings and rationale for said findings are addressed below. Said findings, in the form of the case file in its entirety, was forwarded to the Louisiana State Police and the Federal Bureau of Investigation for review.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Narrative:**

On Thursday, May 10, 2018 at approximately 10:43 a.m. members of the Jefferson Parish Sheriff's Office Homicide Section were summoned to the scene of a police incident at 11 Labarre Place, Jefferson Louisiana, where detectives assigned to the Jefferson Parish Sheriff's Office Narcotics Division were involved in a vehicle pursuit, which led to a collision, which led to a foot pursuit and subsequent physical altercation with Keeven "Max" Robinson (black / male, dob:            ).   Robinson went into cardiac arrest following the altercation and was transported to Ochsner Hospital (1514 Jefferson Highway, Metairie, Louisiana) for requisite treatment.   Robinson was later pronounced deceased.

Jefferson Parish Sheriff's Office Homicide Sergeant Thomas Gai, along with Detectives William Roniger, Harold Wischan, Jean Lincoln, Kurt Zeagler, Anthony Buttone, and Kristian Fricke responded to the area and assumed responsibility for investigating the use of force deployed by the arresting officers as well as the manner death.   Sergeant Gai was designated as the primary case officer and assumed overall investigative responsibilities.

In addition to JPSO Homicide personnel, JPSO Crime Scene Sergeant Marlo Bruno responded to the location and was tasked with documenting the scene with both general and specific photographs.   Additionally, Sergeant Bruno was tasked with collecting and securing any articles of evidence deemed pertinent to the investigation.

JPSO Traffic Lieutenant George Gutierrez and Deputy Marc Ducote also responded to the location to assist investigators with the scene investigation relative to the collision.   Deputy Ducote was tasked with drafting a scene diagram, which documents the final resting position of the vehicles involved in the collision, as well as

Page **23 of 89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

any other evidence related to the collision. Deputy Ducote's scene diagram is attached and made part of the investigative file.

At the direction of Sergeant Gai, Detectives Buttone and Wischan were tasked with responding to Ochsner Hospital Main Campus Jefferson Highway (1514 Jefferson Highway, Jefferson, Louisiana) to search for any potential witnesses and to inspect Robinson's remains for any obvious signs of trauma. Detectives Roniger, Lincoln, Zeagler, Fricke, along with Sergeant Gai responded to the scene. In addition to homicide personnel, Captain Kevin Balser, the JPSO Persons Crime Commander, and Deputy Chief Dax Russo, the JPSO Criminal Investigations Bureau Commander, also responded to the scene.

Detectives Buttone and Wischan arrived at Ochsner Hospital at 11:29 a.m. Detectives Buttone and Wischan were advised by medical personnel that Robinson arrived at the hospital in cardiac arrest and was unable to be revived. Robinson was declared deceased at 11:15 a.m. by Doctor R. Cauchan. Jefferson Parish Coroner's Office Investigator Cory Rodivich responded to the Ochsner Hospital, upon notification of Robinson's death, and arrived at 12:11 p.m. Investigator Rodivich conducted a preliminary external examination of Robinson's remains. Robinson was clad in a hospital gown lying in a supine position on a medical bed. Grass and dirt was present on Robinson's legs and head. Grass and dirt was also present on the bed Robinson was laying in. Robinson was also intubated and retained various articles of medical equipment on his body. Investigator Rodivich noted bruising and swelling to the left side of Robinson's face and his left eye in addition to swelling to the rear of Robinson's head and small abrasions to the decedent's hands and wrists. Robinson also sustained bruising on his chest, which was consistent with the use of the CPR Lucas machine administered by East Jefferson EMS Paramedics. Investigator Rodivich did not notice any evidence, which would provide insight as to Robinson's cause of death. JPSO

Page **24** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Crime Scene Technician Deputy Chantelle Landeche responded to the hospital at the request of Detectives Wischan and Buttone. Deputy Landeche obtained both general and specific photographs of Robinson's remains and his injuries. Deputy Landeche seized Robinson's clothes, which were removed by medical personnel. Robinson's clothes were logged at the JPSO Crime Laboratory. Robinson's remains were ultimately transported to the Jefferson Parish Forensic Center pending autopsy, which was scheduled to be conducted on Saturday, May 12, 2018.

Contemporaneously, Homicide Detectives Roniger and Lincoln were first to arrive at the scene and were advised by on scene JPSO Narcotics supervisors that JPSO Narcotics Detectives Gary Bordelon, David Lowe, Jason Spadoni, Justin Brister, Thorin Guidry, along with Sergeant Joseph Waguespack attempted to make an investigatory stop on a black Mitsubishi Outlander at the Shell Station located at 2401 Jefferson Highway, Jefferson, Louisiana. Keeven Robinson, who was operating the Mitsubishi Outlander, was able to flee from the officers in his vehicle following an unsuccessful stop. During the pursuit, Robinson was involved in a collision with Detective Spadoni, who was operating a black Toyota Rav 4. Subsequent to the vehicle pursuit, Robinson fled from his vehicle and Detectives Bordelon, Spadoni, Lowe and Brister gave chase on foot. After a lengthy foot pursuit, spanning several streets included jumping fences and a subsequent lengthy physical altercation, Robinson was apprehended in the rear yard of 11 Labarre Place. All detectives involved in the incident were instructed to relocate from the scene to the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. Although the detectives did not leave all at the same time, they all ultimately arrived at the Criminal Investigations Bureau to provide statements. They were all separated pending interviews with homicide detectives.

JPSO Homicide Detectives viewed the crime scene and noticed it was cordoned off with crime scene tape. Near the intersection of Labarre Place and Lurline Drive,

Page 25 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

investigators noticed several unmarked JPSO police vehicles, in addition to a black 2012 Mitsubishi Outlander, bearing Louisiana temp tag 18839452 (expiration 06-18-2018). Closer inspection of the temporary tag revealed the numbers were obviously altered. The vehicle was positioned on Labarre Place on the north side of the street. The vehicle appeared to have sustained severe damage to the passenger side door, as well as the rear passenger side door. The Mitsubishi Outlander was positioned with the front of the vehicle facing east.   The front two tires were positioned in the roadway with the rear two tires positioned on the sidewalk. The driver's side door was open. Sergeant Gai along with Detective Fricke conducted a visual inspection of the interior of the vehicle and noticed in plain view a black Springfield XD semi-automatic pistol resting between the front seat and the bottom portion of the doorjamb.  Investigators also noticed a blue mesh backpack on the front seat as well as a white iPhone on the driver's side floor board. It should be noted, during the course of the investigation, homicide detectives were able to determine the Mitsubishi Outlander was occupied and operated by Robinson prior to the foot pursuit and apprehension.  Directly in front of Robinson's vehicle, investigators noticed a black 2012 Chevrolet Impala pressed against the front passenger side bumper.  The Chevrolet Impala was identified as a JPSO unmarked vehicle issued to Detective Lowe.  Investigators noticed damage on Detective Lowe's vehicle as well as Robinson's vehicle at the point of impact.  The details related to this damage will be discussed later in this report.

Investigators noticed Detective Spadoni's vehicle was positioned at the intersection of Lurline Drive and Labarre Place with the front and rear driver's side tires positioned on the south side of Lurline near the sidewalk. The front and rear passenger side tires were resting in the roadway.  Damage was present on the front passenger side quarter panel and appeared to be moderate to severe.  Detective Spadoni's vehicle was identified as a black 2017 Toyota Rav 4 bearing Louisiana plate 805-BJT.  Near Detective Spadoni's vehicle, a broken stop sign / street sign was laying partially on the roadway

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

detached from the ground. It appeared the sign was struck by Detective Spadoni's vehicle and uprooted from its original position.

Also present near the intersection of Labarre Place and Lurline Drive was a silver 2015 Dodge Charger identified as a JPSO unmarked vehicle issued to Sergeant Waguespack and a gray 2017 Toyota Camry issued to Detective Bordelon. Sergeant Waguespack's vehicle also appeared to have sustained damage to the rear driver's side bumper. This damage was sustained at the Shell Service Station. This information was gleaned after investigators reviewed video surveillance footage obtained from the Shell Station. The details of the video footage will be discussed later in this report.

Investigators also viewed the scene of the altercation, 11 Labarre Place. The residence of 11 Labarre Place can most easily be described as white single story family dwelling with the front of the residence facing east and located on the west side of Labarre Place. The rear yard of the residence is fenced in by a combination of a chain link fences and a six foot wooden fence. The north and south side borders were secured with four foot chain link fence and the west side border was secured with a 6 foot wooden fence. The rear yard of 11 Labarre also contained a rectangular shaped storage shed. Investigators canvassed the yard and noticed a small amount of blood transfer on top of the south side metal chain link fence close to the shed. The blood was marked as evidence marker "A". Sergeant Bruno photographed the evidence and also obtained a swab for DNA comparison.

Investigators also noticed damage to the gate, which led to the rear yard of 7 Labarre Place, Metairie, LA. The locking device on the gate was pulled off and was laying on the ground. During the course of the investigation, Sergeant Gai learned the damage was caused by Detective Lowe as he was attempting to gain entry into the rear yard while seeking Robinson's whereabouts.

Page 27 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

In the front driveway area of 606 Lurline Drive, Sergeant Gai was made aware that patrol deputies located a gold wrist watch, which presumably was lost by Robinson as he fled from officers. This watch was confirmed not to belong to any detectives. The watch was labeled as alphabet marker "B", photographed and seized by Sergeant Bruno.

Several items confiscated from Keeven Robinson, at the time of his arrest, were displayed by Sergeant Bruno on a table located under the carport of 11 Labarre Place. It should be noted these items were photographed and submitted to the JPSO Crime Laboratory for analysis. The results of the analysis are discussed later in this report. The items are listed as follows:

- One clear bag containing a green vegetable matter.
- One clear bag containing a white powdered substance.
- Thirty clear bags containing a light brown powdered substance.
- One pharmacy discount card.
- Louisiana driver's license in the name of Keeven L. Robinson.
- IHG rewards card.
- One pack of Backwoods Honey Cigars.
- Yellow necklace with two pendants.
- Carmex Lip Balm.
- Glass vial marked Red Intense containing an unknown liquid.

Sergeant Bruno obtained photographs of Detective Spadoni before he left the scene and relocate to the Criminal Investigations Bureau. Detective Spadoni sustained minor cuts to his left forearm and right elbow as he negotiated over several fences in the neighborhood. Detective Spadoni was clad in a light blue collared shirt and blue jeans.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective Spadoni's pants also sustained evidence of transfer from grass on his knee areas and shin areas. Detective Spadoni's JPSO gold detective badge was clearly displayed on his right hip closest to his departmental issued Glock 9mm handgun.

As the scene investigation was concluding, the Mitsubishi Outlander was towed by Moon's Towing Company from the scene to the Jefferson Parish Sheriff's Office Crime Laboratory located at 1233 Westbank Expressway, pending the issuance of a search and seizure warrant. In addition to the Mitsubishi Outlander, Detective Spadoni's vehicle was deemed inoperable and towed as well. Detective Spadoni's vehicle was towed to the JPSO East Bank Motor Pool.

First District Patrol Deputy Melvin Thompson compiled a crime scene log of all law enforcement personnel who entered into the cordoned off area. This log is attached and made part of the investigative file.

After the scene was processed, Sergeant Gai, along with Detectives Lincoln and Buttone, relocated to the JPSO Criminal Investigations Bureau to conduct interviews with the detectives involved in the incident.

Detective Zeagler relocated to the Shell Service Station (2401 Jefferson Highway) and inspected the area for any evidence. Detective Zeagler noticed the establishment possessed surveillance equipment. Detective Zeagler met with Dilcia Gomez, an employee of the Shell Service Station, and requested permission to obtain a copy of the video footage from the business. Gomez agreed and Detective Zeagler downloaded a copy of the footage and verified a successful download. Detective Zeagler compared the time and date on the video to his cellular device and noted the date to be correct; however, the time appeared to be 1 minute and 30 seconds fast. Detective Zeagler was able to store the video on an external hard drive, which was later reviewed by members

## Jefferson Parish Sheriff's Office
### E-08492-18
#### Continuation

of the JPSO Homicide Section at the Criminal Investigations Bureau. Detective Zeagler also inspected the parking lot area and noticed shards of broken plastic on the ground. The plastic was consistent with clear red plastic used to cover brake lights on vehicles. Based on the damage from Sergeant Waguespack's vehicle, investigators believe the plastic was left after the collision in the parking lot with Robinson's vehicle. The video was later copied onto a JPSO evidence grade DVD-R and logged as evidence with the JPSO Property and Evidence Division.

Detective Zeagler, along with other members of the JPSO Homicide Section, conducted a canvass of the neighborhood in the attempt to locate any potential witnesses or viable video surveillance equipment. Detective Zeagler noticed a video surveillance camera on the residence of 16 Labarre Place. The residence of 16 Labarre Place is located on the east side of the street and the camera faces a southeast direction. Detective Zeagler was able to make contact with the homeowner, Alfred Arocho, who consented to Zeagler obtaining a copy of the video footage from his DVR (Digital Video Recorder) system. Detective Zeagler compared the time and date on the video to his cellular device and noted the date to be correct; however, the time appeared to be 7 minutes fast. Detective Zeagler was able to store the video on an external hard drive, which was later reviewed by members of the JPSO Homicide Section at the Criminal Investigation Bureau. The video was later copied onto a JPSO evidence grade DVD-R and logged as evidence with the JPSO Property and Evidence Division.

While at the Investigations Bureau, Sergeant Gai learned that Jefferson Parish Sheriff's Office Detective William Whittington, assigned to the Gretna Police Major Crimes Task Force, assisted with the narcotics investigation by obtaining a search and seizure warrant for Robinson's primary residence located at

The warrant was signed at 12:22 p.m. by Orleans Parish Magistrate Judge Harry E. Cantrell. Detective Whittington possess a duel police commission

### Jefferson Parish Sheriff's Office
### E-08492-18
### Continuation

issued by the New Orleans Police Department. The search and seizure warrant was executed at the same time it was signed by Gretna Police Sergeant Scott Zemlik, along with Detectives Joey Disler, Craig Bonnette, Randall Kuhn and Russell Lloyd. During the search, the detectives located and seized $1,777.00 from Robinson's bedroom. Several photographs of the residence were obtained during the execution of the search warrant. Detective Whittington was provided a copy of the photographs and the search warrant, which are retained with the investigative file.

While on scene, Captain Balser noticed several video surveillance cameras on the residence of 9 Labarre Place. Captain Balser was able to make contact with the homeowner via telephone, identified as Patrick Bain. Mr. Bain indicated the cameras were in good operating order; however, the DVR system was malfunctioning and would not have any video of the incident. Mr. Bain also advised he was not at the residence at the time of the incident.

While at the Investigations Bureau, Sergeant Gai, along with Detective Zeagler, reviewed the video surveillance footage from the Shell Service Station. The video depicted the following events.

#### Shell Station Camera 6 exterior camera

- 10:07:48 a.m. (converted time 10:06:17 a.m. - 7 minutes 48 seconds into video) a Black Mitsubishi Outlander, occupied by Robinson, arrived at the location.
- 10:08 (converted time 10:06:30 a.m.) Robinson exits Black Mitsubishi Outlander and entered the store.
- 10:08:22 a.m. (converted time 10:06:52 a.m. - 8 minutes 22 seconds into video) Robinson exited the store.

## Jefferson Parish Sheriff's Office
### E-08492-18
### Continuation

perimeter. At some point, Sergeant Waguespack was made aware that Robinson was apprehended in the rear yard of 11 Labarre Place. Shortly thereafter, Sergeant Waguespack was notified by Detective Whittington that Robinson had gone unconscious and was unresponsive. Sergeant Waguespack advised he and other Detectives began CPR until EMS arrived on scene. Sergeant Waguespack indicated he was clad in a ballistic vest with sheriff logos identifying him as a police officer.

Sergeant Waguespack's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. The statement was started on May 10, 2018, at 3:42 p.m. and ended on the same day at 3:52 p.m. For any specific details related to Sergeant Waguespack's statement, refer to the transcription, which is attached and made part of the investigative file.

The first detective interviewed, who was directly involved in the physical altercation with Robinson, was Detective Jason Spadoni. This interview was conducted by Detective Lincoln. The following is a synopsis of the events, which transpired on the morning of May 10, 2018.

Detective Spadoni indicated in his statement that members of his narcotics group and he developed Keeven Robinson as a suspect related to trafficking and selling illicit narcotics in the Parish of Jefferson over the span of several weeks. Detective Spadoni identified himself as the primary case officer in the narcotics investigation involving Robinson. Detective Spadoni advised during the course of the investigation they discovered that Robinson would normally spend the afternoon hours at his residence, located at                                        During the morning hours, Robinson would leave his residence and travel to 1604 South Arnoult Road, Metairie, Louisiana, where he would sell street level narcotics. Detective Spadoni indicated, on the day in question, he and several other members of his narcotics group set up

## Jefferson Parish Sheriff's Office
### E-08492-18
#### Continuation

surveillance on Robinson's residence in New Orleans. Robinson entered a black Mitsubishi Outlander and left the location headed for the Parish of Jefferson. Robinson entered the Shell Service Station on Jefferson Highway. Detective Spadoni indicated he elected to travel down Labarre Place. At some point, the suspect fled from the Shell Station and traveled down Labarre Place. Detective Spadoni was not a witness to the events which transpired at the Shell Station but was aware the events, which transpired because he was monitoring his departmental handheld radio. Detective Spadoni indicated at some point, he collided with Robinson's vehicle. Robinson fled from the vehicle and Detective Spadoni gave chase hopping several fences. Ultimately, Detective Spadoni, along with Detective Brister, was able to stop Robinson from fleeing in the rear yard of 11 Labarre Place. Detective Spadoni advised that Robinson was given verbal commands to surrender, but he refused. Detectives attempted to arrest Robinson; however, he began to physically resist. Detective Spadoni, along with Detective Brister, was able to bring Robinson to the ground. Robinson continued to resist and placed his hand near his waistband, which was concerning to the arresting officers. During the altercation, Detective Spadoni was joined by Detectives Lowe and Bordelon. Detective Spadoni advised the arresting officers struggled with Robinson for approximately three minutes. Robinson was eventually placed into handcuffs. Detective Spadoni advised Robinson sustained injuries during the altercation and EMS was requested to the location to tend to Robinson. Shortly thereafter, it was discovered that Robinson was not responding and EMS was requested to respond to the location with priority. Detective Spadoni remembered during the foot pursuit he noticed a black female yelling to Robinson as he was fleeing from officers. The female yelled out to Robinson and told him to stop running and reminded him that he had asthma. Detective Spadoni mentioned that he sustained injuries from hopping over fences as already discussed in this investigative report.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective Spadoni's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. The statement was started on May 10, 2018, at 3:56 p.m. and ended on the same day at 4:16 p.m. For any specific details related to Detective Spadoni's statement, refer to the transcription, which is attached and made part of the investigative file.

The second detective interviewed, who was directly involved in the physical altercation with Robinson, was Detective Justin Brister. This interview was conducted by Sergeant Gai. The following is a synopsis of the events, which transpired on the morning of May 10, 2018.

Detective Brister advised he was an assisting officer regarding the investigation of Keveen Robinson, which extended over several weeks. On the day in question, Detective Brister was tasked with surveilling the area of Hollygrove and Earhart Boulevard while operating his gray unmarked JPSO Ford F-150 pickup truck. Detective Brister was tasked with following Robinson in his vehicle if he passed the location. Detective Brister advised Robinson did, in fact, pass the location and he began to assist in a rolling surveillance of Robinson's vehicle. Detective Brister advised all of the detectives involved in the incident were communicating via their JPSO handheld portable radios on channel "Narcotics 3". During the rolling surveillance, Robinson proceeded to the Deckbar exit from Earhart Expressway and the surveillance continued onto Jefferson Highway. Detective Brister advised Detective Guidry got impeded by the red light at Labarre Road, so he decided to turn on Cliff Street to avoid the traffic control device. As Detective Brister traveled down Cliff Street, he believed he noticed the suspect vehicle and proceeded to Madelon Street to intercept. Prior to catching up with the vehicle, Detective Brister heard over his portable radio that the suspect vehicle had pulled into the Shell Station on Jefferson Highway at Labarre Place. Detective Brister immediately redirected and began towards the Shell Station. Before Detective

## Jefferson Parish Sheriff's Office
### E-08492-18
### Continuation

weapon, which was concealed near his waistband.   As the two detectives were attempting to place Robinson into handcuffs, they were joined by Detectives Lowe and Bordelon.  Detective Brister advised he deployed several knee strikes to the left side of Robinson's body as he attempted to get up several times during the altercation.  After a lengthy physical altercation, the arresting officers were able to gain control of Robinson's arms and placed him into handcuffs.  After Robinson was handcuffed, Detective Brister noted all four detectives were physically exhausted.  In fact, Detective Brister indicated he needed to be transported to the hospital and treated for exhaustion. Detective Brister indicated at some point Robinson went unresponsive and stopped breathing.  Detective Brister indicated he began CPR (Cardiopulmonary Resuscitation) and requested EMS to the location to tend to Robinson.  Detective Brister indicated Detective Guidry assisted with CPR prior to the arrival of EMS. Detective Brister noted in his statement that after Robinson was handcuffed he immediately requested EMS to the location to tend to Robinson.  Detective Brister was clad in blue jeans and a black ballistic vest, which displayed "SHERIFF" patches.  Detective Brister was also armed with his departmental issued semiautomatic Glock handgun, which was located next to his gold detective badge on his hip.

Detective Brister's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. The statement was started on May 10, 2018, at 4:28 p.m. and ended on the same day at 4:54 p.m.  For any specific details related to Detective Brister's statement, refer to the transcription, which is attached and made part of the investigative file.

The third detective interviewed, who was directly involved in the physical altercation with Robinson, was Detective Gary Bordelon. This interview was conducted by Detective Buttone. The following is a synopsis of the events, which transpired on the morning of May 10, 2018.

Page 39 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Detective Bordelon corroborated information provided by Detectives Spadoni and Brister relative to the narcotics investigation regarding Keeven Robinson. Detective Bordelon advised, on the day in question, he was tasked with surveilling Robinson's vehicle. Detective Bordelon explained his narcotics group was not only surveilling Robinson's vehicle, but was tracking his cellular phone as well with authorization from a search warrant. Detective Bordelon indicated a decision was made to conduct an investigatory stop at the Shell Service Station on Jefferson Highway.   Detective Bordelon advised he was not in a position to assist with the stop at the Shell, but heard the radio traffic being broadcast. Detective Bordelon immediately rushed to the area when he was made aware that Robinson was able to evade police officers tasked with conducting the stop. Detective Bordelon then heard a report on his portable radio that Detective Spadoni had collided with the suspect vehicle and Robinson had exited his vehicle fleeing on foot. Detective Bordelon responded the area and noticed Detective Spadoni pursuing Robinson across Lurline Drive.    After a lengthy foot pursuit, Robinson was caught in the rear yard of a residence on Labarre Place.   Detective Bordelon joined his fellow detectives and assisted with apprehending Robinson. According to Detective Bordelon, Robinson used physical force to resist his arrest and was non-compliant. Detective Bordelon indicated, as he entered the rear yard of the residence, he noticed Robinson attempting to strike Detective Brister with what he believed to be right hand.  Robinson was brought to the ground where he placed his hand near his waistband. Detective Bordelon advised this action was of great concern, based upon his knowledge that Robison has known to carry a firearm.   Detective Bordelon explained that during the extensive narcotics investigation, his group was provided with information from a confidential informant that Robison was armed during several drug transactions.  A review of Robinson's arrest history revealed numerous arrests for weapons and narcotics charges. Detective Bordelon admitted he delivered defensive counter strikes to the left side of Robinson's face with his elbow as

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

he was resisting arrest.  Ultimately, Detectives Bordelon, Spadoni, Brister and Lowe were able to secure Robinson in handcuffs.  After the altercation, all of the arresting officers were physically out of breath, according to Detective Bordelon.  Detective Bordelon indicated, shortly after Robinson was handcuffed, Detective Whittington entered the rear yard and attempted to conduct an interview with Robinson to ascertain his residential address in the City of New Orleans. Detective Whittington soon noticed that Robinson was not breathing.  At that juncture, Detective Whittington requested EMS respond to the location as a priority call. Detective Bordelon was clad in blue jeans and colored short sleeve shirt.  Detective Bordelon's gold JPSO detective badge was displayed on his belt next to his departmental issued Glock semiautomatic handgun.

Detective Bordelon's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. The statement was started on May 10, 2018, at 4:33 p.m. and ended on the same day at 4:44 p.m.  For any specific details related to Detective Bordelon's statement, refer to the transcription, which is attached and made part of the investigative file.

Detective Lowe was the last detective interviewed, who was directly involved with the physical altercation relative to the arrest of Keeven Robinson.  This interview was conducted by Detective Lincoln.  The following is a synopsis of the events, which transpired on the morning of May 10, 2018.

Detective Lowe was able to provide Detective Lincoln with information relative to Robinson's arrest history as well as the narcotics investigation conducted by his group.   Detective Lowe was tasked with conducting a rolling surveillance on Robinson's vehicle once it left his residence in New Orleans.  Detective Lowe advised his group followed Robinson into Jefferson Parish and noticed he pulled into the Shell Station located on Jefferson Highway.  Detective Lowe advised Sergeant Waguespack

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

made the decision to box Robinson's vehicle in as he was parked in front of the service station. Detective Lowe pulled directly behind Robison's vehicle. Detective Lowe indicated Robinson was able to evade the box and fled from officers at a high rate of speed toward Labarre Place. According to Detective Lowe, he witnessed Robinson's vehicle collided with Detective Spadoni and then noticed both vehicles spin out of control. At that juncture, Detective Lowe placed his vehicle (2012 Chevrolet Impala) to the front of Robinson's vehicle. Robinson exited his vehicle and fled from officers. Detective Lowe attempted to set up a perimeter while assisting detectives who gave chase. Detective Lowe advised Robinson fled toward Lurline and then back toward Labarre Place. Detective Lowe joined the pursuit and noticed Detective Brister and Spadoni struggling with Robinson in the rear yard on Labarre Place. According to Detective Lowe, Detective Bordelon arrived in the rear yard to assist with subduing Robinson just before he did. As Detective Lowe entered the yard, he noticed Robinson on the ground in a prone position with his hand under his body near his waistband. Detective Lowe advised Robinson was attempting to get up from the ground so he elected to attempt to control the front of his body to keep Robinson on the ground so he could be handcuffed. Detective Lowe described striking Robinson in the head several times to stop him from trying to get up. Ultimately, Robinson was handcuffed and EMS was requested to the location. Detective Lowe corroborated the fact that all of the detectives were out of breath. Detective Lowe provided similar accounts regarding the aftermath of the altercation as his fellow detectives did. Detective Lowe was clad in a black ballistic vest and downed Velcro patches with the police identifiers. The word "SHERIFF" was clearly displayed on his vest. Detective Lowe also displayed his gold JPSO detective badge on his belt next to his departmental issued Glock semiautomatic handgun.

Detective Lowe's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations Bureau. The

Page 42 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

advised her son has asthma and lung problems, and requested to speak with a supervisor. The comments indicated that the complainant was very irate. For any further details refer to the police event printout, which is attached and made part of the investigative file.

Sergeant Gai also reviewed the detailed history of the EMS event printout. On May 10, 2018 at 10:13 a.m. Paramedic Tammy Dardar (EJ-301) was dispatched to the location and subsequently arrived on scene at 10:31 a.m. At 10:20 a.m. Paramedics Joshua Hill and Kimberly Wilkerson (EJ-50) were also dispatched to the location per request by JPSO to check on police officers. Paramedics Hill and Wilkerson arrived on scene at 10:28 a.m. Paramedic Michael Ortiz (EJ-80) was also dispatched to the location to assist at 10:24 a.m. Paramedic Ortiz arrived on scene at 10:41 a.m. Paramedic Alicia Jackson (EJ-60) was also dispatched to assist at 10:44 a.m. Paramedic Jackson arrived on scene at 10:50 a.m. According to the printout, at 10:46 a.m. Paramedic Dardar advised they were working a code and were enroute to Ochsner Hospital Main Campus. For any further details refer to the EMS event printout, which is attached and made part of the investigative file.

Sergeant Gai reviewed Keeven Robinson's criminal history in an effort to corroborate the information provided by JPSO detectives involved in the apprehension. Robinson's first arrest was in April of 2003 and his last was in July of 2016. Robinson was arrested on numerous occasions for crimes of violence, such as aggravated assault, aggravated battery, illegal use of a weapon, domestic abuse / aggravated assault with a dangerous weapon, home invasion, and attempted armed robbery. Robinson also had a multitude of arrests for narcotic charges, such as crack possession, possession of marijuana, and distribution of marijuana. The majority of Robinson's arrests were for, or in conjunction with weapons charges, such as illegal carrying of a firearm, possession of a weapon while in the possession of a controlled dangerous substance, and felon in

Page 50 of 89

## Jefferson Parish Sheriff's Office
### E-08492-18
#### Continuation

possession of a firearm. Robinson was on probation at the time of his arrest for felon in possession of a firearm. Robinson was convicted for felon in possession of a firearm by the Orleans Parish District Criminal Courts (Docket number: 0527635) on March 3, 2016. Robinson was scheduled to complete the terms of his probation on March 3, 2021. Agent Adolph Lopez, Louisiana Probation and Parole, monitored and managed Robinson while he was on active probation.

After reviewing Robinson's criminal history, Sergeant Gai noted one arrest for resisting an officer, which transpired on July 22, 2014. In this incident, Robinson was also charged with hit and run, reckless operation of a motor vehicle, and aggravated flight from an officer. The incident was documented under JPSO item number G-19091-14.

Sergeant Gai reviewed the initial incident report and two additional supplemental reports filed by Jefferson Parish Sheriff Office First District Patrol Deputies Cory Himel and Monique Schmidt. The report indicates Keeven Robinson fled from Deputy Himel as he attempted to make a lawful traffic stop. Robinson led Deputy Himel on a high speed pursuit and refused to stop for the officer's signal. Ultimately, Robinson fled from the vehicle and made good his escape. Robinson was identified as the driver of the vehicle and Deputy Schmidt obtained an arrest warrant for Robinson on July 22, 2014. Robinson was ultimately arrested and charged. According to court records from the 24th Judicial District Court, Robinson was charged with resisting an officer, but pled guilty to the amended charge of interfering with a police officer on December 28, 2016. Robinson also pled to several traffic violations associated with the incident.

On Friday, May 11, 2018, Sergeant Gai received information from Firearms Examiner Alexis Rivera, assigned to the Jefferson Parish Sheriff's Office Crime

Page **51** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Laboratory. Analyst Rivera indicated the .40 caliber XD firearm was test fired at the JPSO Crime Laboratory and appeared to be in good working order. Analyst Rivera also advised the firearm was entered into the Integrated Ballistics Identification System (IBIS) to see if the firearm was used during the commission of any reported crimes. The search failed to produce any IBIS hits.

On Saturday, May 12, 2018, at 7:00 a.m., Forensic Pathologist Van Vo M.D. performed the forensic autopsy on the remains of Keeven Robinson. During the autopsy, Doctor Vo discovered signs of trauma, specifically hemorrhaging on the soft tissue area located on the left side of Robinson's neck. Doctor Vo also found the hyoid bone to be dislocated. Based upon the preliminary results of the autopsy findings, Lieutenant Donald Meunier commander of the Jefferson Parish Sheriff's Office Homicide Section, was contacted by Doctor Gerry Cvitanovich, Coroner of Jefferson Parish, at the conclusion of the autopsy. Doctor Cvitanovich advised Lieutenant Meunier that Robinson died as a result of compressional asphyxia and, as such, his cause of death would be ruled a homicide when their findings were submitted.

After the sheriff's office received information relative to the cause of death, Sergeant Gai contacted Lieutenant Monnerjahn via telephone and requested all the detectives involved in the incident report to the Criminal Investigations Bureau so additional interviews could be conducted. At that juncture, investigators did not have any explanation as it relates to the mechanism of injury. Based on the statements provided by the detectives involved in the altercation with Robinson on May 10, 2018, homicide detectives were unable to explain how Robinson sustained the injuries discovered at autopsy. Furthermore, the narcotics detectives involved in the altercation with Robinson were not questioned regarding an explanation of asphyxia or direct neck trauma based on the investigator's lack of knowledge specifically related to the injuries to Robinson's neck.

Page 52 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Prior to conducting the interviews, Sergeant Gai and Lieutenant Meunier consulted with Jefferson Parish Sheriff Joseph Lopinto. At Sheriff Lopinto's request, investigators with the Louisiana State Police were asked to assist and review the findings submitted by the Jefferson Parish Sheriff's Office Homicide Section relative to the death investigation of Keeven Robinson.

Louisiana State Police Lieutenant Patrick Bradley, Sergeant Alan Arcana, Master Trooper Sean McCaffery, Senior Trooper Gustave Bethea and Investigator Raymond Hughes responded to the JPSO Criminal Investigations Bureau to review any statements provided by JPSO detectives.

On the same day at 1:43 p.m. Detective Zeagler activated the audio and video surveillance equipment within the homicide interview room. Detective Bordelon was escorted into the room at 1:51 p.m. Sergeant Gai and Lieutenant Meunier entered the room after Detective Bordelon and advised him of his Constitutional rights, as per Miranda at 1:54 p.m. Sergeant Gai prepared a JPSO rights of arrestee or suspect form, which was presented to Detective Bordelon, who reviewed the form and signed it in the designated locations, indicating his desire to provide a statement without an attorney present. The form was also signed by Sergeant Gai and Lieutenant Meunier. The following is a general synopsis of the information provided by Detective Bordelon.

Detective Bordelon provided information relative to the narcotics investigation involving Keeven Robinson. During the narcotics investigation, narcotics detectives conducted research and learned Robinson had an extended history of violent crimes, which included possession of firearms. Detective Bordelon further advised on the day in question (May 10, 2018) he and several members of his narcotics group set up surveillance on Keeven Robinson in the City of New Orleans. Robinson was occupying

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

a black Mitsubishi Outlander. This action was prompted by an extended narcotics investigation, which established Robinson as a drug trafficker. Members of Group "3" followed Robinson into the Parish of Jefferson. Detective Bordelon advised he was not present at the Shell Service Station when Sergeant Waguespack gave the command to conduct an investigatory stop. Detective Bordelon heard the transmission on his handheld radio that Robinson was able to evade the officers and fled the location. At that juncture, Detective Bordelon moved in the area in the hopes of locating and apprehending Robinson. Detective Bordelon indicated he noticed several officers chasing Robinson on foot and elected to join the foot pursuit. Detective Bordelon followed the foot pursuit into an unknown rear yard, where he found Detectives Brister and Spadoni attempting to gain control of Robinson, who was physically resisting. Detective Bordelon advised Detective Spadoni was near Robinson's back and was attempting to restrain Robinson's legs. Detective Bordelon positioned himself on the left side of Robinson to assist with gaining control of Robinson's arm. At some point, Detective Bordelon struck Robinson on the left side of the head with an elbow strike in an attempt to stop Robinson from getting up. Detective Bordelon also advised at some point, Detective Lowe joined the fight and attempted to assist with the apprehension. Detective Bordelon described a scenario where Robinson was in a prone positon during the altercation and had his hands underneath his body near his waistband. Detective Spadoni was able to secure Robinson in one handcuff and ultimately he was placed in the second cuff.     After the altercation, Detective Bordelon advised Detective Whittington entered the back yard and attempted to illicit a response from Robinson relative to his address. Robinson was unresponsive and Detective Whittington checked Robinson for a pulse, which he was unable to find. At that point, several detectives began CPR. Detective Bordelon denied using any type of chokehold. Detective Bordelon also denied the use of any intermediate weapon, i.e. expandable baton, Tazer, or OC spray. Detective Bordelon did indicate that during the struggle, Detective Lowe

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

had his leg over Robinson neck. The interview with Detective Bordelon was concluded at 2:13 p.m.

On the same day at 2:15 p.m. Detective Zeagler activated the audio and video recording equipment within the homicide interview room. Detective Lowe was escorted into the room at 2:16 p.m. Sergeant Gai and Lieutenant Meunier entered the room after Detective Lowe and advised him of his Constitutional rights, as per Miranda at 2:17 p.m. Sergeant Gai prepared a JPSO rights of arrestee of suspect form, which was presented to Detective Lowe, who reviewed the form and signed it in the designated locations, indicating his desire to provide a statement without an attorney present. The form was also signed by Sergeant Gai and Lieutenant Meunier. The following is a general synopsis of the information provided by Detective Lowe.

Detective Lowe corroborated the information Detective Bordelon provided relative to the surveillance and prior narcotics investigation as well as his knowledge of Robinson's prior criminal history. Detective Lowe advised he was an active participant in the initial contact with Robinson at the Shell Service Station. During that encounter, Detective Lowe entered the Dot's Diner parking lot located adjacent to the Shell Service Station. Detective Lowe advised Robinson entered the store and when he exited the store Robinson made visual contact with Detective Lowe and his vehicle. Based upon that interaction, he believed Robinson suspected him of being a narcotics detective. Detective Lowe closed the distance between himself and Robinson in an attempt to box Robinson's vehicle in, which would require Sergeant Waguespack to position his vehicle in front of Robinson's Mitsubishi Outlander; however, Detective Lowe noticed that Sergeant Waguespack positioned his vehicle on the driver's side of the vehicle, which left an avenue of escape. Robinson was able to flee the area and enter onto Labarre Place. Detective Lowe advised he gave chase in his vehicle. As Robinson was fleeing the area, Sergeant Waguespack's vehicle collided with Robinson's vehicle as he

Page 55 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

attempted to flee the area. Detective Lowe indicated, as Robinson was fleeing on Labarre Place, Robinson collided with Detective Spadoni's vehicle. Robinson's vehicle spun out of control and he fled from his vehicle on foot. Robinson led Detective Lowe and other investigators on a foot pursuit throughout the neighborhood. During the foot pursuit, Detective Lowe advised he had to break the lock on an unknown gate to pursue Robinson. Detective Lowe repositioned himself to set up a perimeter. At that juncture, Detective Lowe noticed Detective Spadoni and Brister struggling with Robinson in the rear yard of a residence. Detective Lowe advised he entered the rear yard and attempted to assist with the apprehension. Detective Lowe advised Robinson was being brought to the ground by Detectives Brister and Spadoni. Detective Lowe originally positioned himself on the right side of Robinson. At some point, Detective Lowe repositioned himself near Robinson's head. Detective Lowe recalled Detective Spadoni attempting to gain control of Robinson's arm, which was positioned underneath his body. Detective Lowe indicated, based upon Robinson's criminal history and his general experience as a police officer, he was very concerned about the possibility of Robinson attempting to retrieve a weapon from his waistband. Detective Lowe admitted to striking Robinson in his head area with an open palm strike in an attempt to stop Robinson from resisting. Detective Lowe described having his knee and leg positioned over Robinson neck applying pressure in an attempt to keep Robinson on the ground. Detective Lowe also denied the use of any intermediate weapon, i.e. expandable baton, Tazer, or OC spray. Detective Lowe also denied the use of any choke holds by the hands of any of the arresting detectives to include himself. Detective Lowe provided some specific details relative to the positioning of his knee while it was applied to Robinson neck. Detective Lowe advised he was using his knee to control the movement of his head and to stop Robinson from attempting to get off the ground. At some point, Detective Lowe advised the struggle became so violent that as he was trying to subdue Robinson, his fingers went into Robinson's mouth. Detective Lowe advised that the jeans he was wearing during the time of the incident had been stained

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

with the victim's blood.  Detective Lowe allowed investigators to seize the pants for evidentiary value, which he indicated were located at his residence.  The interview was concluded at 2:49 p.m.

On the same day at 2:53 p.m., Sergeant Gai activated the audio and video surveillance equipment within the homicide interview room.  Detective Spadoni was escorted into the room at 2:55 p.m.  Sergeant Gai and Lieutenant Meunier entered the room after Detective Spadoni and advised him of his Constitutional rights, as per Miranda at 2:56 p.m.  Sergeant Gai prepared a JPSO rights of arrestee or suspect form, which was presented to Detective Spadoni, who reviewed the form and signed it in the designated locations, indicating his desire to provide a statement without an attorney present.  The form was also signed by Sergeant Gai.  The following is a general synopsis of the information provided by Detective Spadoni.

According to Detective Spadoni, he was the primary case officer relative to the narcotics investigation involving Keeven Robinson.  Detective Spadoni indicated that during the ensuing investigation Narcotics Group "3" was able to utilize a confidential informant to purchase illicit narcotics from Robinson.  Detective Spadoni indicated Robinson had an extensive criminal history, which included crimes of violence and weapon charges.     Detective Spadoni also provided information related to the surveillance, which was set up by members of his narcotics group on May 10, 2018. Detective Spadoni advised he was not part of the failed stop at the Shell Station and responded to the area when he was notified via handheld radio that Robinson was able to evade Detectives Lowe and Sergeant Waguespack.  Detective Spadoni indicated he was traveling southbound on Labarre Place when he noticed Robinson move into his lane of travel proceeding in a northbound direction in the Outlander.  At that point, Robinson was on a head on collision path with Detective Spadoni.  Detective Spadoni elected to activate his emergency lights to signal Robinson to stop.  Robinson failed to

Page 57 of 89

## Jefferson Parish Sheriff's Office
### E-08492-18
### Continuation

comply with Detective Spadoni's visual indicator to stop and he (Detective Spadoni) elected to swerve away from Robinson in an attempt to avoid a collision. Detective Spadoni indicated he was unsuccessful and ultimately they (Detective Spadoni and Robinson) collided. After the collision, Detective Spadoni recalled hearing someone indicate on the radio that Robinson was fleeing from the officers on foot. Detective Spadoni joined the foot pursuit. As Detective Spadoni was chasing Robinson, he recalled seeing a black female who made a loud verbal statement. She stated, "Keeven stop running you know you have asthma." Detective Spadoni did not know who the female was, but did indicate he noticed the female on Lurline Street during the foot pursuit. The pursuit continued and ended in the rear yard of a residential house. Detective Spadoni advised he witnessed Detective Brister initially make contact with Robinson, who attempted to strike Detective Brister. Robinson was brought to the ground and still actively resisted his arrest. While face down, Detective Spadoni positioned himself near the midline of Robinson's body and attempted to gain control of Robinson's arms. Detective Spadoni advised Robinson continually placed his arms near his waistband underneath his body. Ultimately, Detectives Spadoni and Brister were able to gain control of Robinson's arms and place him into handcuffs. Detective Spadoni advised that Robinson resisted arrest during the time they first made contact with Robinson until they were physically able to place his hands behind his back and handcuff him. Detective Spadoni indicated both Detective Bordelon and Lowe assisted in attempting to subdue Robinson's aggression by the use of physical force. The interview with Detective Spadoni was concluded at 3:16 p.m.

While Sergeant Gai and Lieutenant Meunier were conducting the interview with Detective Spadoni, Detectives Buttone, Fricke and Zanotelli relocated to Detective Lowe's residence and collected the blue jeans pants he was wearing at the time of the incident. The investigators noticed blood on the pants near his knee and shin areas. Crime Scene Technician Deputy Kimberly Stierwald responded to the Criminal

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Investigations Bureau. Deputy Stierwald obtained both general and specific photographs of Detective Lowe's blue jeans as well as the blood stains. Detective Lowe's pants were confiscated by Deputy Stierwald and submitted to the Jefferson Parish Sheriff's Office Crime Laboratory for forensic analysis.

On the same day at 3:20 p.m. Detective Fricke activated the audio and video recording equipment within the homicide interview room. Detective Brister was escorted into the room at 3:25 p.m. Sergeant Gai and Lieutenant Meunier entered the room after Detective Brister and advised him of his Constitutional rights, as per Miranda at 3:26 p.m. Sergeant Gai prepared a JPSO rights of arrestee or suspect form, which was presented to Detective Brister, who reviewed the form and signed it in the designated locations, indicating his desire to provide a statement without an attorney present. The form was also signed by Sergeant Gai and Lieutenant Meunier.

Detective Brister provided corroborative accounts as he did during his recorded statement on May 10, 2018 as well as the information provided by Detectives Spadoni, Lowe, and Bordelon. The interview was concluded at 3:56 p.m.

After the conclusion of the interview, Sheriff Lopinto contacted Doctor Vo by telephone and provided her with the information gleaned during the interviews. Sheriff Lopinto described the position Detective Lowe described he was in as well as the pressure he applied to Robinson's neck. Doctor Vo advised Sheriff Lopinto the series of events and actions described by Detective Lowe were consistent with the trauma observed during autopsy. Doctor Vo indicated that it was her belief that Detective Lowe's actions would have caused the observed trauma to the left side of Robinson neck and the resulting asphyxia.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

As it relates to the collective interviews conducted, the narcotics detectives provided corroborative accounts related to their positioning and actions during the incident in the rear yard of 11 Labarre Place as well as the events leading up to the physical altercation. The narcotics detectives also provided information related to the narcotics investigation as well as their knowledge of Robinson's criminal history.

Louisiana State Police Investigators Bradley, Arcana, McCaffery, Bethea, and Hughes reviewed the statements provided by JPSO Detectives Bordelon, Spadoni, Lowe, and Brister, who remained separated during this time period. The LSP Investigators were satisfied with the questions asked and did not believe additional questions were necessary at that juncture of the investigation.

All of the detectives who provided statements on May 12, 2018 were released from the Criminal Investigations Bureau pending further investigation. Sergeant Gai elected to further the investigation by conducting additional interviews and seeking additional records to either substantiate or disprove the information provided by the detectives involved in the incident. At that juncture of the investigation, homicide detectives were still awaiting the official findings of the Jefferson Parish Coroner's Office.

On Monday, May 14, 2018, Sergeant Gai conducted a second subsequent interview with Detective Whittington. Detective Whittington corroborated the information he provided to Detective Buttone on May 10, 2018; however, he confirmed that he did, in fact, speak with the dispatcher when Natallia Phelan contacted the Jefferson Parish Communications Center.

Detective Whittington's statement was memorialized by an audio digital recording and obtained at the Jefferson Parish Sheriff's Office Criminal Investigations

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Bureau. The statement was started on May 14, 2018, at 2:19 p.m. and ended on the same day at 4:31 p.m. For any specific details related to Detective Whittington's statement, refer to the transcription, which is attached and made part of the investigative file.

At about the same time Sergeant Gai was conducting an interview with Detective Whittington (2:12 p.m.), Detective Lincoln relocated to the JPSO Crime Laboratory and requested to inspect the contents of Robinson's back pack (Exhibit 033), which was confiscated by Detective Roniger during the execution of the search warrant on the black Mitsubishi Outlander found in Robinson's possession, as well as the inhaler located on Robinson's person during the time of his arrest. Detective Lincoln inspected the contents of the backpack, while at the JPSO Crime Laboratory. Detective Lincoln noted the following items:

- One nebulizer machine (note machine was in operating order but seemed to be kept unclean).
- Twelve Albuterol vials.
- One white Samsung Galaxy cellphone with a cracked screen.
- One bottle of an antibiotics prescribed to Keeven Robinson.
- One bottle of over the counter GNC supplemental Niacin with several pills (Research revealed Niacin is a form of Vitamin "B").
- One empty bottle of Prednisone for Keeven Robinson, which contained several pills, issued on October of 2017, (Research revealed Prednisone is used to treat conditions such as arthritis, blood disorders, **breathing problems, severe allergies**, skin diseases, cancer, eye problems, and immune system disorders. Prednisone belongs to a class of drugs known as corticosteroids).
- One empty bottle of Hydrocodone prescribed to Keeven Robinson, issued on December of 2017, (Research revealed Hydrocodone is used to relieve **moderate to severe pain**. It contains an opioid (narcotic) pain reliever).

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

- One prescription tube of Clotrimazole prescribed to Keeven Robinson, issued in March of 2018, (Research revealed Clotrimazole is used to treat yeast infections of the vagina, mouth, and skin such as athlete's foot, jock itch, and body ringworm. It can also be used to prevent oral thrush in certain patients).
- One empty bottle of Tramadol prescribed to Leslie Moran of 4520 Williams. Blvd #F345, in Kenner, issued in March of 2018, (Research revealed Tramadol is used to help relieve moderate to moderately severe pain. Tramadol is similar to opioid - narcotic analgesics).
- Three empty inhalers.
- One Advair inhaler with 57 doses depleted from 250.
- One bottle of Flonase.

After reviewing the items, Detective Lincoln had the Niacin bottle (Exhibit 033A) and the Samsung cellphone (Exhibit 033B) separated from the bag and submitted for analysis. The transfer of the evidence from the back pack to JPSO Laboratory Services was documented on a JPSO chain of custody form.

On Monday, May 14, 2018 Detective Roniger authored search and seizure warrants for the three cellular devices located within the Mitsubishi Outlander. These search warrants and supporting applications were submitted to Criminal Commissioner Paul Schneider of the 24th Judicial District Court. Commissioner Schneider reviewed the affidavits and endorsed them at 2:19 p.m., 2:25 p.m. and 2:28 p.m. Detective Roniger submitted the search warrants to the JPSO Crime Laboratory and requested a forensic analysis to be conducted on the devices.

Later that same day, Sergeant Gai authored a search and seizure warrant for Ochsner Hospital specifically related to medical records for Detective Justin Brister. In addition to the search warrant, Sergeant Gai also authored a subpoena duces tecum to obtain medical records for Keeven Robinson. The affidavits were submitted to Criminal

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Commissioner Paul Schneider of the 24th Judicial District Court. Commissioner Schneider reviewed the affidavits and endorsed them. The search warrant was endorsed at 6:45 p.m. and the subpoena was endorsed at 4:49 p.m. Sergeant Gai requested to seek medical records for Detective Brister based on the fact he was transported via ambulance and treated for shortness of breath and exhaustion .

After the search warrant and subpoena were signed, Sergeant Gai served the hospital with the orders. Both documents were also submitted to the legal department of Ochsner Hospital.

Later that day, Detective Zeagler along with Louisiana State Police Master Trooper Sean McCaffery and Senior Trooper Gustave Bethea, met with Natallia Phelan at her residence, located at ████████████████████ Phelan was identified as the individual who contacted the Jefferson Parish Communication Center on the day in question and reported her observation. Detective Zeagler and Troopers McCaffery and Bethea conducted an interview with Phelan. The following is a synopsis of the information she provided.

Phelan advised she is an employee with the United States Postal Service and is currently a letter carrier. Phelan indicated on May, 10, 2018, she was delivering mail on Labarre Place in Metairie, when she noticed a vehicle collision. Prior to the collision, Phelan heard what she described to be the sound of speeding vehicles. After the collision, Phelan noticed a black male subject run from one of the vehicles. Phelan further described several other individuals exiting vehicles and chasing after the black male subject. Phelan described these men as police officers clad in black ballistic vests with the word "Sheriff" displayed on the rear of the vests. Phelan indicated she called 9-1-1 and reported her observations. While Phelan was on her cellular phone, ████ a police officer approached her and spoke with the dispatcher. Note: As already

Page 63 of 89

## Jefferson Parish Sheriff's Office
### E-08492-18
#### Continuation

discussed in this report, the officer was identified as Detective Whittington. Phelan indicated she did not witness the altercation between Robinson and the responding officers. Phelan also advised she noticed one police officer, who seemed out of breath.

Natallia Phelan's statement was memorialized by an audio digital recording. The statement was started on May 14, 2018, at 7:37 p.m. and ended on the same day at 7:43 p.m. For any specific details related to Phelan's statement, refer to the transcription, which is attached and made part of the investigative file.

On the same day, Sergeant Gai conducted research in several law enforcement databases regarding the Texas license plate number issued to the Scott Krause's Mitsubishi Outlander. The plate number registered in the JPSO ARMMS system and revealed the vehicle was used during the commission of a shoplifting complaint filed on April 9, 2018. Jefferson Parish Sheriff's Office Fourth District Patrol Deputy Scott Pellegrino was dispatched to Ideal Market, located at 4421 Airline Highway on the aforementioned date, where he met and conducted an interview with the reporting person, Enamorado Giullermo. The report filed by Deputy Pellegrino indicated a black male had shoplifted several items from the store and fled in Krause's vehicle. This investigation was filed under JPSO item number: D-07162-18. Deputy Pellegrino documented his findings in an "ARMMS" initial report, which is attached and made part of the investigative file.

Based upon the newly discovered information, Sergeant Gai contacted Detectives Dennis Thornton and Jesus Falcon, assigned to the Jefferson Parish Sheriff's Office Criminal Intelligence Center, and requested them to meet with any witnesses relative to the shoplifting complaint who may be able to positively identify Keeven Robinson and or retrieve any video footage, which may reveal the identity of the suspect.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

During the early morning hours of Tuesday, May 15, 2018, Sergeant Gai, along with Detectives Zanotelli, Lincoln, Wischan, Fricke and Buttone conducted a door to door canvass of the neighborhood hoping to locate any eyewitnesses or additional video surveillance footage. After several hours, investigators were unable to locate anyone who witnessed the incident on May 10, 2018; however, Sergeant Gai and Detective Zanotelli conducted an interview with a black female, who wished to remain anonymous. The confidential source indicated she heard through several people who reside in the neighborhood that "Shantrell" may have been in the area at the time of the incident. The confidential source advised she did not know "Shantrell's" last name but knew she resided on ███████ and was related to Keeven Robinson. Investigators were unable to locate any viable video surveillance equipment.

Investigators relocated to the Criminal Investigations Bureau and conducted research in several law enforcement databases regarding the information provided by the confidential source. Sergeant Gai was able to identify "Shantrell" as Shantrell Moran (black / female ██████████ Moran has an extensive criminal history, which includes numerous aggravated assault charges, intimidation of a witness, theft charges, and child desertion. Moran has used ███████ as her residence on several occasions. As previously indicated, ███████ is an address associated with Keeven Robinson. Sergeant Gai also conducted a Google search using the name of Shantrell Moran. The search revealed Moran provided a video recorded statement to channel 4WWL on May 10, 2018. Moran stated during the broadcast that she witnessed Robinson fleeing from the police officers and he (Robinson) yelled out to the officers that he was tired and had asthma. Moran also advised Robinson was not resisting arrest only running from the police. Moran indicated that the sheriff's office would have to pay for the death of her cousin. A print out of the article was secured by Sergeant Gai and logged as evidence. Research on "Shantrell" also revealed that she is most likely related to Leslie Moran as well as Keeven Robinson. Leslie Moran was the

Page **65** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

name of the individual listed on the Tramadol prescription bottle located in Robinson blue backpack. Based on this information, Sergeant Gai elected not to attempt to conduct an interview with Leslie Moran because the Robinson family is represented by council.

Although Moran provided information relative to alleged statements made by Keeven Robinson during the foot pursuit, Detective Spadoni provided a statement asserting a black female, fitting Moran's description, had yelled out to Robinson during the pursuit to stop running from the police and reminded him he had asthma and not Robinson. For specific details regarding the information provided by Detective Spadoni refer to the audio and video recorded statements.

Later that day, Sergeant Gai received an ATF Firearms Trace Report pertaining to the .40 caliber Springfield XD seized from the Mitsubishi Outlander. The report indicated Eric M. Davis (white / male, ███████ of ███████ ███████ was the last known owner of the firearm. The report also indicated the firearm was purchased at Cabela's Outdoor Store located in Gonzales, Louisiana on February 18, 2014.

Detective Roniger conducted research regarding Eric M. Davis and the Springfield XD. Detective Roniger was able to locate a report generated by the Grand Isle Police Department filed under item number: D-04059-18.

After reviewing the report, Detective Roniger learned that on Thursday, April 5, 2018, at 8:02 p.m. Eric Davis contacted the Grand Isle Police Department and reported his firearm stolen from the interior of his unsecured 2016 Ford F-250, which was parked at 151 Currault Street, Grand Isle, Louisiana. The report did not indicate if any video surveillance was present nor did it outline any viable leads.

Page 66 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Based upon the information supplied by both Scott Krause and Nancy Brown, Sergeant Gai authored an arrest warrant for Terrill Tureaud for the charge of theft of a motor vehicle on May 16, 2018. The arrest warrant and supporting application were submitted to Criminal Commissioner Paul Schneider of the 24th Judicial Court. Commissioner Schneider reviewed the affidavits and endorsed them at 6:34 p.m. commanding the arrest for Tureaud for the specified charge. The arrest warrant was entered into the appropriate law enforcement computer networks.

After the acquisition of the arrest warrant, members of the JPSO Homicide Section along with members of the U.S. Marshals Regional Gulf Coast Fugitive Task Force commenced a search for Tureaud.

The investigation pertaining to the auto theft was conducted under JPSO item number E-13811-18. For specific details regarding this investigation, refer to the ARMMS initial report documented by Sergeant Gai.

At 7:30 p.m. on Wednesday, May 16, 2018 Sergeant Gai met with Detectives Thornton and Falcon at the JPSO Criminal Investigations Bureau, where they informed Sergeant Gai they were able to retrieve video footage from the Ideal Market; however, based on the angle of the surveillance footage, they were unable to conclusively make out the suspect's face. Detectives Thornton and Falcon also advised they prepared a six person photographic lineup, which contained a prior booking photograph of Keeven Robinson, as well as five other individuals. Detectives Thornton and Falcon presented the photographic lineup to several witnesses but they were unable to positively identify Robinson. During the meeting, Sergeant Gai advised Detectives Thornton and Falcon he was able to determine, through the course of the investigation, that a subject by the name of Terrill Tureaud could have also been in possession of the vehicle during the

Page 69 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

month of April 2018. Detectives Thornton and Falcon agreed to show the witnesses a photographic lineup of Tureaud. Sergeant Gai was contacted several days later by Detective Thornton, who advised none of the witnesses were able to identify Tureaud as the person responsible for the theft. For any specific details regarding the follow-up investigation conducted by Detectives Thornton and Falcon, refer to Detective Falcon's supplemental report, which is attached and made part of the investigative file.

On Friday, May 18, 2018 Sergeant Gai received the Controlled Substance Analysis Report authored by Marcelle Folse, assigned to the JPSO Crime Laboratory. The report indicates the green vegetable material located on Robinson's person, exhibit 10, contained Marijuana and had a gross weight of 1 gram. Exhibit 11, clear bag containing a white powder, located on Robinson's person at the time of his arrest did not test positive for any controlled substances. Exhibit 12, clear bag containing a light brown powder was also tested and was determined to be heroin. The heroin weighed in at 2 grams and was contained within (7) baggies. Exhibit 13, brown rock like substance, also located on Robinson's person at the time of his arrest was tested and was determined to be heroin. The contents of the glass vial labeled "Red Intense" (Exhibit: 020) did not contain any controlled substances. Pills located in the orange bottle (Exhibit: 033A-A) were determined to be Amoxicillin and Clavulanate. Exhibit: 033A-B was tested and did not contain any controlled substances. Refer to the Scientific Analysis Report for any further details, which is attached and made part of the investigative file.

On Monday, May 21, 2018 at about 11:00 a.m., Detective Zanotelli and Buttone relocated to 1604 South Arnoult and made contact with Cheryl Robinson. Ms. Robinson was identified as the grandmother of Shantrell Moran. As previously stated, it was discovered during the scene canvass that Moran may have been in the area during the incident. During the interview, Ms. Robinson confirmed that Keeven Robinson was her

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

grandson and also advised before she would provide any information on the whereabouts of Shantrell Moran she wanted to consult with the attorney who was representing the Robinson family, Ms. Hester Hillard / Attorney at Law. Ms. Robinson also mentioned another family member by the name of "Shannon" was also present during the incident. Detectives Buttone and Zanotelli respected Ms. Robinson's wishes and left the residence.

During the morning hours of Wednesday, May 23, 2018, Sergeant Gai was able to make telephonic communication with Ms. Hester Hillard, (504) 535-6115. Sergeant Gai requested Ms. Hillard to produce the two witnesses, Shantrell Moran and "Shannon", so they can be interviewed by JPSO Homicide Detectives relative to what, if anything, they observed on the day in question. Sergeant Gai impressed on Ms. Hillard how important it is that these interviews be conducted in a timely manner so the case can proceed without delay. Several hours later, Ms. Hillard contacted Sergeant Gai and agreed to meet at the JPSO Criminal Investigations Bureau with both witnesses on Tuesday, May 29, 2018, at 2:00 p.m.

On Wednesday, May 23, 2018, Detective Buttone was furnished a copy of the medical records for both Keeven Robinson and Detective Brister. Both sets of medical records were scanned and copied on a JPSO evidence grade dvd-r and logged as evidence with the JPSO Property and Evidence Division.

Sergeant Gai reviewed the records pertaining to Keeven Robinson. The records indicate Robinson was brought into the emergency room unresponsive and asystole. Robinson was intubated and connected to the Lucas chest compression device. Advanced life saving measures were taken; however, hospital personnel were unable to revive Robinson. According to the records, Robinson was pronounced deceased at 11:15 a.m. The records also indicated Robinson had a medical history of asthma,

Page **71** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

eczema, marijuana use, nicotine dependence, and schizophrenia. Despite the past history of mental illness, the records do not indicate any prescribed psychotropic medications.

Sergeant Gai also reviewed the records from Detective Brister. It should be noted, Sergeant Gai redacted information related to Detective Brister's personal information, such as home address, date of birth, and social security number.

The records confirm that Detective Brister was treated for shortness of breath and released after treatment. For specific details, refer to Detective Brister's medical records, which were logged as evidence with the JPSO Property and Evidence Division.

On the same day, Sergeant Gai authored a search and seizure warrant for number 11 Labarre Place, and specifically requested authorization to obtain measurements related to the rear yard of the residence. During the initial and second subsequent interview with Detective Brister, he indicated as he was attempting to apprehend Robinson, he was forced to contend with the limited space between the shed and fence located in the rear yard. Sergeant Gai believed these measurements would either refute or corroborate the information provided by Detective Brister. The search warrant and supporting application were submitted to Criminal Commissioner Patricia Joyce of the 24th Judicial Court. Commissioner Joyce reviewed the warrant and endorsed it at 7:52 p.m.

During the morning hours, of Tuesday, May 29, 2018, Sergeant Gai was contacted by Ms. Hester Hillard, via telephone, who indicated she would have to cancel her scheduled appointment. Ms. Hillard advised she needed additional time to confer with her clients and rescheduled the appointment for Thursday, May 31, 2018 at 3:00

Page **72** of **89**

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

p.m. As already discussed in this report, Sergeant Gai requested to meet with Ms. Hillard and her clients, Shantrell Moran and "Shannon", for interviews.

On Wednesday, May 30, 2018 Jefferson Parish Sheriff's Office Narcotics Detective Eric Dufrene, assigned to Drug Enforcement Administration Tactical Diversion Squad, authored a subpoena duces tecum at the request of Sergeant Gai for any and all pharmacy recorders pertaining to Keeven Robinson. The subpoena was submitted and endorsed by Criminal Commissioner Paul Schneider on the same day at 8:20 p.m.

On the same day, Detective Zanotelli authored a subpoena duces tecum regarding a request for medical records for Keeven Robinson. The subpoena was directed to the Louisiana Department of Health (Custodian of Medicaid). The subpoena was served upon the Department of Health on June 1, 2018 by Detective Fricke at their Baton Rouge office.

On Wednesday, May 30, 2018, Sergeant Gai along with Detectives Buttone, Fricke and Zanotelli executed the search warrant at the residence of 11 Labarre Place, Metairie at 4:22 p.m. Also present for the search was Shoot Team Deputy Mary Clare Ulasiewicz. Crime Scene Sergeant Rodney Naumann assisted the homicide detectives with the execution of the search warrant. At the direction of Sergeant Gai, Sergeant Naumann obtained both general and specific photographs of the rear yard of the residence, as well as photographs of the shed and the surrounding area. Detective Zanotelli, along with Sergeant Naumann, obtained measurements of the perimeter of the rear yard, the height of both the chain link fence and wooden fences. Measurements were also obtained relative to the distance between the chain link fence and the shed. This area was of note based upon Detective Brister's statement regarding the limited space he was operating in when Robinson resisted arrest. The distance between the fence and shed measured 3'6". None of the occupants were located at the residence.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Sergeant Gai left a copy of the search warrant and search warrant return at the residence.

After the execution of the search warrant, Sergeant Gai met with Detectives Spadoni, Bordelon, and Lowe at the intersection of Labarre Place and Lurline Drive. The detectives agreed to provide Sergeant Gai with a walk through of the path of flight taken by Robinson during the foot pursuit. The detectives also provided specifics as it relates to the location of the altercation with Robinson in the rear yard of the 11 Labarre Place.

Detective Zanotelli drafted a scene sketch relative to the measurements collected from 11 Labarre Place. The scene sketch is a "bird's eye view" of the rear yard of the residence and depicts specific measurements related to the shed and fencing. The scene sketch is attached and made part of the investigative file.

On Thursday, May 31, 2018, Ms. Hillard and her clients (Shantrell Moran and "Shannon") did not show for their 3:00 p.m. appointment nor did Sergeant Gai receive any contact from Ms. Hillard to reschedule the appointment.

On the same day, Detective Dufrene served the subpoena he obtained to the Louisiana Board of Pharmacy located at 3388 Brentwood Drive, Baton Rouge, Louisiana. Detective Dufrene received the requested documents on the same day and relinquished them to Sergeant Gai. A review of the records revealed a very limited history. Robinson filled three prescriptions in 2017; two prescriptions for hydrocodone and one prescription for tramadol. The records establish that Robinson never received any psychotropic medication although, Robinson was diagnosed with schizophrenia, according to the Ochsner Hospital medical records. Sergeant Gai logged the pharmacy records with the JPSO Property and Evidence Division.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

On Friday, June 1, 2018 Sergeant Gai received a message to contact Demone Robinson,                      , and Dominique Robinson,                      regarding the status of the investigation relative to the death of Keeven Robinson. Sergeant Gai contacted Ms. Hillard and advised her he had received the message. Ms. Hillard indicated she was aware these two individuals were relatives of Keeven Robinson and advised she would reach out to the family and speak with them; however, she also advised she did not represent either Demone or Dominique Robinson. Ms. Hillard also mentioned she was still aware Sergeant Gai wanted to interview "Shannon" and Shantrell Moran and would contact him to set up a meeting. As of the writing of this report, Sergeant Gai has not received any further communication from Ms. Hillard.

On Tuesday, June 12, 2018 Detective Buttone authored a search and seizure warrant for East Jefferson EMS relative to EMS reports filed for Keeven Robinson. The search warrant and supporting application were submitted to Criminal Commissioner Paul Schneider of the 24th Judicial District Court. Commissioner Schneider endorsed the search warrant with his signature at 11:09 a.m. The search warrant was submitted to East Jefferson General Hospital on the same day.

Later that day at 12:58 p.m., Sergeant Gai made contact with the Director of East Jefferson EMS, Michael Guillot, via telephone. Sergeant Gai requested a meeting to conduct interviews with all the Emergency Medical Technicians who responded to the scene of 11 Labarre Place on May 10, 2018. Mr. Guillot agreed and set up a meeting for Wednesday, June 13, 2018 at 9:00 a.m.

On the same day at 1:24 p.m., Sergeant Gai obtained two JPSO Evidence Grade DVDs. The first disc contained the data extraction report from the Samsung cellular phone (Exhibit: 029) seized from the dash-board area of the Mitsubishi Outlander. The

Page 75 of 89

## Jefferson Parish Sheriff's Office
### E-08492-18
#### Continuation

second disc contained the data extraction report obtained from the Samsung cellular phone, model: SMP-M930BCT (Exhibit: 028) located in the center console of the Mitsubishi Outlander. These extractions were conducted by Technician Solomon Burke. Technician Burke indicted the white iPhone (Exhibit: 026), located on the floor board of the Mitsubishi Outlander was locked and the data was inaccessible.

Sergeant Gai reviewed the data extraction from exhibit: 029. All of the photographs appeared to be of Caucasian family. Sergeant Gai did not notice any photographs of Keeven Robinson or anyone believed to be associated with Robinson. A review of the data extraction relative to text messages as well as incoming and outgoing calls did not appear to be probative to the investigation. The cellular phone number associated with the cellular device was identified through the extraction report as (504) 314-8932. Sergeant Gai conducted research in the JPSO ARMMS system on the number and located a Miscellaneous Incident Card (MIC) documented by Deputy Devin Dominic on March 7, 2015, documented under JPSO item number C-05635-15. The established number was associated with Jorge Sifuentes (white / male, dob: 02-28-1974).

Sergeant Gai conducted research in several law enforcement databases and was unable to establish a link between Keeven Robinson and Jorge Sifuentes. Sergeant Gai attempted to locate Sifuentes at his last known addresses, but was unsuccessful.

Sergeant Gai reviewed the data extraction from exhibit: 028. A review of the text messages appeared to be consistent with dialogue used by street level drug suppliers and users. A review of the data extraction relative to photographs did not appeared to be probative to the investigation.

Both JPSO evidence grade DVDs were logged with the JPSO Property and Evidence Division.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

Later that day at 3:11 p.m. Lieutenant Jamey Perque, Commander of the JPSO Crime Scene Division, visually inspected the contents of the blue mesh backpack, which was located in the front seat of the black Mitsubishi Outlander operated by Keeven Robinson on May 10, 2018. Lieutenant Perque obtained both general and specific photographs of the contents located within the backpack. Some of the items located in the backpack included the items already viewed by Detective Lincoln on May 14, 2018. Lieutenant Perque obtained photographs of medical documents from Touro Infirmary Hospital. The patient, Keeven Robinson, was treated by Doctor Elisa Arrillaga on July 18, 2017, for complications of asthma.

On Wednesday, June 13, 2018 at 9:00 a.m. Sergeant Gai, along with Detectives Buttone and Wischan, met with Director Michael Guillot as well as East Jefferson EMT Supervisor Huey Marcel at the East Jefferson EMS complex located at 3120 Lime Street, Metairie, Louisiana. While at the complex, investigators obtained recorded statements from Paramedics Tammy Dardar, Joshua Hill, Kemberly Wilkerson, Michael Ortiz, Alicia Tate, and Jaiden Jackson. All of the paramedics provided corroborative accounts relative to their actions and observations related to the events on May 10, 2018.

The first interview conducted was with Paramedic Dardar who was the first EMT to arrive at the location. On the day in question, Paramedic Dardar responded to the location and, upon her arrival, she was approached by an unknown JPSO deputy who advised her CPR was in progress relative to the arrested subject. Paramedic Dardar obtained the necessary equipment and relocated to the rear yard of the 11 Labarre Place, where she found Detective Brister administering CPR. Paramedic Dardar examined Robinson, but was unable to locate any signs of life. At that juncture, Paramedic Dardar noticed Detective Brister was on the verge of slipping into unconsciousness and took over CPR on Robinson. Paramedic Dardar administered care

Page 77 of 89

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

and provided advanced life saving measures, which included the use of the Lucas machine (automated device used to regulate CPR compressions) and intubation. Shortly after Paramedic Dardar began care, East Jefferson EMS Unit 50, manned by Paramedics Joshua Hill and Kemberly Wilkerson, arrived to assist. Paramedic Dardar indicated as she was administering care, an unknown JPSO deputy, subsequently confirmed to be Sergeant Minnis, searched Robinson and located a significant amount of narcotics. Paramedics Dardar advised she noticed Robinson was also in possession of an asthma inhaler. Paramedic Dardar conducted a visual inspection of Robinson's body and noticed some bruising on his face but did not notice any other signs of trauma. Ultimately, Paramedic Dardar, Hill and Wilkerson transported Robinson to the closest hospital, Ochsner Main campus on Jefferson Highway. Paramedic Dardar advised at no time during the time she was treating Robinson was he ever conscious and thus, did not make any statements.

The recording obtained from Paramedic Dardar started on June 13, 2018 at 9:21 a.m. and ended 9:28 a.m. on the same day. For any specific details pertaining to Paramedic Dardar's audio statement, refer to the transcription, which is attached and made part of the investigative file.

The second interview conducted was with Paramedic Alicia Tate. According to Paramedic Tate she was manning unit EJ-60 on the day in question and was riding with her partner, who she identified as Paramedic Jaiden Jackson. Both Paramedics Tate and Jackson responded to the area of 11 Labarre Place to provide aid and additional assistance. Paramedic Tate indicated as they arrived she noticed her Field Supervisor, Paramedic Michael Ortiz, providing aid to Detective Brister. Paramedic Tate advised she learned Detective Brister's chief complaint was shortness of breath. Paramedic Tate indicated she noticed that Detective Brister did, in fact, appear to be trying to catch his

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

breath.  Paramedics Tate and Jackson tended to Detective Brister and, ultimately, they transported Detective Brister to Ochsner Main Campus, where he was treated

The recording obtained from Paramedic Tate started on June 13, 2018 at 9:35 a.m. and ended at about 9:39 a.m. on the same day.  For any specific details pertaining to Paramedic Tate's audio statement, refer to the transcription, which is attached and made part of the investigative file.

The third interview conducted was with Paramedic Jaiden Jackson.  Paramedic Jackson corroborated the information provided by Paramedic Tate and he provided a similar statement as Paramedic Tate.

The recording obtained from Paramedic Jackson started on June 13, 2018 at 9:42 a.m. and ended at about 9:45 a.m. on the same day.  For any specific details pertaining to Paramedic Jackson's audio statement, refer to the transcription, which is attached and made part of the investigative file.

The fourth interview conducted was with Paramedic Joshua Hill.  According to Paramedic Hill, on the day in question his partner, Kemberly Wilkerson, and he were manning unit EJ-50.  Paramedics Hill and Wilkerson responded to the location and entered into the rear yard of 11 Labarre Place, where he located Paramedic Dardar preforming CPR on Robinson.  Paramedics Hill and Wilkerson assisted Paramedic Dardar and transported Robinson to Ochsner Main Campus for requisite treatment. Paramedic Hill corroborated the fact that Robinson was never conscious and was unable to make any statements.

The recording obtained from Paramedic Hill started on June 13, 2018 at 9:51 a.m. and ended at about 9:55 a.m. on the same day.  For any specific details pertaining to

Jefferson Parish Sheriff's Office

E-08492-18

Continuation

Paramedic Hill's audio statement, refer to the transcription, which is attached and made part of the investigative file.

The fifth interview conducted was with Paramedic Field Supervisor Michael Ortiz. Paramedic Ortiz indicated, on the day in question, he was manning unit EJ-80. Paramedic Ortiz responded to the location to assist the on scene paramedics. Paramedic Ortiz indicated he arrived on scene and was directed to the rear yard of 11 Labarre Place, where he noticed Paramedics Dardar, Hill and Wilkerson administering aid to Robinson. At that time, Paramedic Dardar advised that a JPSO deputy needed medical attention. Paramedic Ortiz proceeded to the street area and administered aid to Detective Brister for shortness of breath and exhaustion. Paramedic Ortiz advised he was joined by Paramedics Tate and Jackson who transported Robinson to Ochsner Hospital Main Campus.

The recording obtained from Paramedic Ortiz started on June 13, 2018 at 10:00 a.m. and ended at 10:38 a.m. on the same day. For any specific details pertaining to Paramedic Ortiz's audio statement, refer to the transcription, which is attached and made part of the investigative file.

The six and final interview conducted was with Paramedic Kemberly Wilkerson. Paramedic Wilkerson provided similar details as did Paramedic Hill. Paramedic Wilkerson was able to corroborate the information provided by Paramedics Hill and Dardar.

The recording obtained from Paramedic Wilkerson started on June 13, 2018 at 10:33 a.m. and ended at 10:38 a.m. on the same day. For any specific details pertaining to Paramedic Wilkerson's audio statement, refer to the transcription, which is attached and made part of the investigative file.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

On Thursday, June 14, 2018 Sergeant Gai was notified by Dawn Authement, assigned to the JPSO Warrants and Attachments Division, that Terrill Tureaud was located and arrested in the City of New Orleans on June 12, 2018, where he was booked for the arrest warrant issued by Sergeant Gai on Wednesday, May 16, 2018.

Sergeant Gai procured a copy of the New Orleans Police Department Incident Reported regarding the arrest of Tureaud. The report was generated and authored by Senior Police Officer Jason Adams and filed under NOPD item number: F-14677-18. The report indicates Tureaud was stopped by New Orleans Police Officer Jason Adams for suspicious activity at ████████████████████ Officer Adams conducted a computer inquiry, which revealed Tureaud was wanted in Jefferson Parish for theft of a motor vehicle. Tureaud was placed under arrest and booked at the Orleans Parish Prison.

On Friday, June 15, 2018 at 11:45 a.m. Terrill Tureaud was extradited from the Orleans Parish Prison and booked at the Jefferson Parish Correctional Center for the arrest warrant issued by Sergeant Gai for the charge of theft of a motor vehicle. Tureaud was transported by JPSO Deputy Jerilyn Morse, assigned to the Jefferson Parish Sheriff's Office Corrections Division.

Later that day, at 1:35 p.m. Sergeant Gai and Detective Fricke relocated to the Jefferson Parish Correctional Center and made contact with Tureaud. Sergeant Gai asked Tureaud if he would be willing to participate in an interview. Tureaud agreed and was transported to the JPSO Criminal Investigations Bureau. Prior to the leaving the correctional facility, Sergeant Gai verbally advised Tureaud of his Constitutional rights as per Miranda at 1:46 p.m. Tureaud indicated he understood his rights and agreed to provide a statement without an attorney present. Sergeant Gai prepared a

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

JPSO rights of arrestee or suspect form. Tureaud endorsed the document as well as Sergeant Gai and Detective Fricke.

The video and audio surveillance within the homicide interview room was activated by Sergeant Gai at 2:04 p.m. and Tureaud was placed inside the interview room at 2:06 p.m. followed by Sergeant Gai. The interview was concluded at 2:29 p.m. The following is a general synopsis of the information provided by Tureaud.

During the course of the interview, Tureaud acknowledged he was, in fact, in possession of the Mitsubishi Outlander found in Keeven Robinson's possession prior to his death. Tureaud indicated in the month of April, 2018 he met a black female, who he identified as Nancy Brown from a single confirmation photograph. Tureaud advised Brown offered to trade the Mitsubishi Outlander for "crack cocaine". Tureaud advised he purchased the narcotics in Jefferson Parish and traded the "crack cocaine" for the use of the vehicle for a period of four days. Tureaud did not honor the terms of the agreement and elected not to return the vehicle. During the time period of late April, 2018, Tureaud was introduced to Keeven "Max" Robinson by a mutual friend who resided across the street from his mother's residence. Tureaud was able to identify Robinson via a single photograph. Tureaud entered into an agreement with Robinson to exchange $50.00 worth of heroin for the two day use of the Mitsubishi Outlander. Robinson agreed and provided Tureaud with the narcotics and Tureaud provided Robinson with the vehicle. Tureaud advised he did hear about the incident on the news and was aware the vehicle in question was used during the incident.

At the conclusion of the interview, Sergeant Gai and Detective Buttone transported Tureaud back to the Jefferson Parish Correctional Facility.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

On Monday, June 18, 2018, Sergeant Gai received the East Jefferson EMS medical records for Keeven Robinson pursuant to the search warrant submitted by Detective Buttone. Sergeant Gai reviewed the records and noted that they reflected information already provided by on scene paramedics and JPSO detectives. The records indicated Keeven Robinson was never conscious during treatment, and did not provide any statement during that time period. The records were logged as evidence with the JPSO Property and Evidence Division.

On Wednesday, June 20, 2018, Sergeant Gai authored two search warrants. The first warrant was for Daughters of Charity Heath Center, located at 111 N. Causeway Boulevard, Metairie Louisiana regarding any and all medical records for Keeven Robinson. The second warrant was for the white Samsung cellular device located in Robinson's blue Jansport backpack, located within the black Mitsubishi Outlander. The search warrants and supporting applications were submitted to Criminal Commissioner Patricia Joyce of the 24th Judicial Court. Commissioner Joyce reviewed the first warrant (Daughters of Charity Medical Center) and endorsed it at 6:18 p.m. The second warrant (white Samsung cellular phone) was endorsed by Commissioner Joyce at 7:01 p.m.

The search warrant for the white Samsung cellular phone was submitted to the Jefferson Parish Sheriff's Office Digital Forensic Unit and is still in the process of being analyzed.

Deputy Ulasiewicz served the search warrant to Daughters of Charity Medical Center on Thursday, June 21, 2018 at 11:30 a.m.

Later the same day (June 21, 2018) Sergeant Gai requested assistance from the New Orleans Police Department with securing a search and seizure warrant specifically related to medical recorders for Keeven Robinson from Touro Infirmary Hospital,

## Jefferson Parish Sheriff's Office
### E-08492-18
### Continuation

located at 1401 Foucher Street, New Orleans, Louisiana. Police Officer Darrin Bush authored the search warrant on June 21, 2018. Officer Bush submitted the search warrant to Judge Harry Cantrell of the 41st Judicial Court. Judge Cantrell reviewed the warrant and endorsed it at 2:18 p.m. Officer Bush provided Sergeant Gai with the search warrant so that it could be served upon Touro Hospital.

On Monday, June 25, 2018, at 10:15 a.m. Sergeant Gai served the custodian of recorders with Touro Hospital with the search warrant. Tammy LeBlanc, Manager Health Information Management, complied with the order of search and provided Sergeant Gai with a certified copy of any and all medical records pertaining to Keeven Robinson. A copy of the search warrant and return are attached and made part of this investigative report.

Sergeant Gai reviewed the records and learned Keeven Robinson was admitted to the Touro hospital on numerous occasions for asthma related complaints form 2016 until his death. Robinson was diagnosed on several occasions with bronchitis asthma or asthma with acute exacerbation. For any specific details refer to the medical records, which were logged with the JPSO Property and Evidence Division.

On Tuesday, June 26, 2018, 2:47 p.m. Sergeant Gai received the medical records for Keeven Robinson from Daughters of Charity Heath Center via fax from Joyce Wells. Sergeant Gai reviewed the records and noticed Keeven Robinson was treated at the heath center on numerous occasions for asthma related complications. For any specific details refer to the medical records, which were logged with the JPSO Property and Evidence Division.

Later that day, (June 26, 2018) Sergeant Gai received the DNA Report authored by Jefferson Parish Sheriff's Office Analysist David Cox. The report indicated several

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

samples of the blood left in the fabric of Detective Lowe's pants were obtained and compared to a known sample of Robinson's DNA collected during autopsy. The report indicated Robinson was a major contributor of the sample. For specific details, refer to the DNA Report, which is attached and made part of the investigative file.

On Tuesday, June 26, 2018, Sergeant Gai obtained training records for Detectives Bordelon, Brister, Lowe, and Spadoni form the Municipal Training Academy. After reviewing the records, Sergeant Gai learned that Detectives Brister and Bordelon attended the Jefferson Parish Sheriff's Office Training Academy. During their training, they completed the MDTS (Monadnock Defensive Tactics System) course. This course teaches the principles of handcuffing an arrested subject in a prone position. Detective Lowe completed the training academy at the Gretna Police Department and Detective Spadoni attended the training academy at the St. Charles Parish Sheriff's Office. Both Detectives Spadoni and Lowe completed the MDTS course at their respective academies.

On Monday, July 16, 2018, Sergeant Gai sent a request for the autopsy and toxicology reports pertaining to Keeven Robinson. The request was submitted via email to the Jefferson Parish Coroner's Office. A copy of the email is attached and made part of the investigative file.

On Tuesday, July 31, 2018, Sergeant Gai received the forensic autopsy and toxicology report authored by Doctor Vo. The autopsy report reflects information provided by Doctor Vo on May 12, 2018. The report also indicated Robinson died as a result of compressional asphyxia and blunt force injuries. The manner of death was ruled a homicide. Microscopic sample analysis revealed Robinson was in the midst of an asthmatic event during the time of his death. The toxicology report also revealed Robinson's blood contained nicotine, tramadol, and THC at the time of his death. The

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

information contained within the autopsy and toxicology reports were discussed with Doctor Vo via telephone on the same day. As outlined in Roman numeral III of the autopsy report, acute asthmatic exacerbation was listed as a contributing factor in Robinson's death. After reviewing the report, Sergeant Gai was unable to locate any specific information relative to the possibility of the Robinson sustaining any particular injuries in the vehicle collision or subsequent flight from officers. For specific details related to the autopsy and toxicology findings, refer to the reports, which are attached to and made part of the investigative file.

On Wednesday, August 1, 2018, Jefferson Parish Sheriff's Office Auto Theft Sergeant Nicholas Cottone conducted search into the temporary license plate (LA 18839452) displayed on the Mitsubishi Outlander, which was operated by Keeven Robinson. Sergeant Cottone indicated the plate number has never been issued by the Louisiana Department of Motor Vehicle and is a fraudulent temporary license plate.

On Monday, August 6, 2018, Sergeant Gai was contacted via telephone by Technician Solomon Burke with Jefferson Parish Sheriff's Office Digital Forensic Unit. Technician Burke advised the white Samsung cellular phone was password protected and was unable to be accessed.

As of the writing of this report, the DNA results pertaining to the wrist watch (located in the driveway of 606 Lurline), the blood swab (located on the fence at 11 Labarre Place), and the Springfield Armory handgun (located in the black Mitsubishi Outlander) are still currently pending. The results will be submitted upon completion and receipt.

Jefferson Parish Sheriff's Office
E-08492-18
Continuation

**Conclusion:**

Pursuant to a two week investigation conducted by the Jefferson Parish Sheriff's Office Narcotics Division, specifically Group 3, one Keeven Robinson, aka Maxx, was established to be a mid-level narcotics trafficker based on various investigative endeavors to include intelligence purchases by a confidential informant(s). Surveillance, confidential source information and law enforcement database research collectively contributed to a profile of Robinson as possessing and discharging firearms in the commission of various crimes. In addition to documented firearms related felonies, Robinson had a prior flight from law enforcement in a vehicle and on foot. Beyond mere arrests, Robinson was convicted of attempted armed robbery, discharge of a firearm, felon in possession of a firearm, interfering with a police investigation (amended plea for the flight charge) and distribution of a controlled substance.

On May 10, 2018, narcotics investigators established a planned final surveillance of Robinson with the intent to conduct an investigatory stop once he entered the Parish of Jefferson, as he was believed to be armed and in possession of a quantity of heroin for distribution. Given Robinson's established history of violence with firearms and propensity for flight, narcotics investigators opted to isolate him from his vehicle and thereby prevent vehicular flight.

Once Robinson exited his vehicle and entered the Shell Station on Jefferson Highway, investigators unsuccessfully attempted to detain him before he could re-enter the vehicle. Nonetheless, Robinson fled the station in his vehicle, colliding with two sheriff's office vehicles as he attempted to elude detention. After the second sheriff's office vehicle and his own vehicle, subsequently determined to be stolen, were disabled, Robinson fled into the neighborhood on foot.

| DATE | CASE NUMBER | PREPARED BY |
|---|---|---|
| May 10, 2018 | E-08492-18 | Detective Donald Zanotelli |

| LOCATION | | |
|---|---|---|
| 11 Labarre Place, Jefferson, Louisiana 70121 | | |

| LATITUDE | LONGITUDE | |
|---|---|---|
| 29.964040 | -90.153280 | |

## Satellite Image of Location



11 Labarre Place, Jefferson, Louisiana



height of chain link fence 4'5"

A ▬ Blood on top of chain link fence

Not To Scale

18.9'

3.6'    10.4'   Garage   11.2'

A

Car Port   1'1"

39.4'   14.2'

Rear Yard   267   69.7'

11 Labarre Place

Labarre Place

51.9'

height of wooden fence 6'6"

Lurline Drive

E-08492-18
Detective Donald Zanotelli



| Item Number:<br>E-08492-18 | Description:<br>X | Address1:<br>LaBarre Place and Lurline Drive | | State Computer Number:<br>N/A | Parish:<br>Jefferson |
|---|---|---|---|---|---|

Approx

LaBarre Place

B

C

Lurline Drive

STOP

A

Key:
A - Toyota Rav4
B - Mitsubishi Outlander
C - Chevrolet Impala

| Investigator:<br>X | Drawn By:<br>Dep Marc Ducote | Date:<br>10May2018 | Time:<br>1038 hrs | Scale:<br>0     10     20 ft |
|---|---|---|---|---|

C:\Users\ducote_mc\Desktop\labarre.CZD –

