

# Autism Awareness

Sergeant Michael Voltolina, Jr.

JPSO 008539



JPSO 008540

# What is Autism?

▶ Dictionary version: A developmental disorder of variable severity that is characterized by difficulty in social interaction and communication and by restricted or repetitive patterns of thought and behavior.

▶ Autism Network version: Autism, or autism spectrum disorder (ASD), refers to a broad range of conditions characterized by challenges with social skills, repetitive behaviors, speech and nonverbal communication.

JPSO 008541

# The Three Functional Levels of Autism

## ASD Level 1
**Requiring Support**

## ASD Level 2
**Requiring
Substantial Support**

## ASD Level 3
**Requiring Very
Substantial Support**









difficulty initiating social
interactions

organization and
planning problems can
hamper independence

social interactions limited
to narrow special interests

frequent restricted/
repetitive behaviors

severe deficits in verbal
and nonverbal social
communication skills

great distress/difficulty
changing actions or focus

JPSO 008542

# What does someone with Autism look like?



JPSO 008543





**JAMES** WAS A HERO TO MANY WHEN HE COMPETED ON SEASON 10 OF AMERICAN IDOL AND WAS OPEN ABOUT HIS **TOURETTES AND ASPERGER'S SYNDROMES.**

**MES DURBIN**



**TIM'S WIFE,** HELENA BONHAM CARTER, **DIAGNOSED HIM WITH ASPERGER'S SYNDROME.**

**IM BURTON**



**DAN** IS THE CREATOR AND WRITER OF THE HIT TV SHOW **COMMUNITY.** WHILE DEVELOPING ONE OF THE **CHARACTERS ON HIS SHOW,** HE BEGAN RESEARCHING ASPERGER'S **SYNDROME AND REALIZED** THAT HE RELATED TO THE CHARACTER'S PATHOLOGY

**N HARMON**



**DID LEWIS CARROLL HAVE ASPERGER'S SYNDROME?** HISTORIANS AREN'T EXACTLY SURE, BUT HE DISPLAYED BEHAVIOR OF SOMEONE **WITH ASPERGER'S SYNDROME.**

**VIS CARROLL**



**ACTOR DAN AYKROYD** WAS EXPELLED FROM TWO **SCHOOLS FOR ACTING** UP AND A PSYCHIATRIST HAD DIAGNOSED **HIM WITH A MILD ASPERGER'S SYNDROME.**

**N AYKOYRD**

JPSO 008544



So are they all alike?

▶ In short NO!

▶ One person with Autism is not like others with Autism

JPSO 008546



# How many people have Autism?

▶ According to the Centers for Disease Control, autism affects an estimated 1 in 59 children in the United States today.

▶ According to Autism Group it is 1 in 40.

▶ Estimated 3.5 million in the United States

▶ 4 times more in males

JPSO 008548

# Some common characteristics:

- Sensory Overload
  - Uncommon reactions to sounds, lights, touch, smells, etc.
- Speech Pattern
  - Echolalia – Vocal repetition of spoken words
  - Scripting – Repeats phrases learned
    - This does not mean they understand you, they are just repeating.
- Body Movements
  - Repetitive movements (hands, legs, feet, head, upper body, rocking, etc.)

JPSO 008549

▶ Speech continued:

- ▶ 50% are non-verbal
  - ▶ Non-verbal does not mean not NOISEY
- ▶ Limited
  - ▶ Can give minimum responses
- ▶ Verbal but lack comprehension
  - ▶ Can give answers but might not understand

JPSO 008550

# Body Movements

▶ Unusual walking pattern

▶ Balance issues

▶ Repetitive Actions

  ▶ Stimming



JPSO 008551

# Body Language

▶ Poor Listener (Appear)

▶ Little or No Eye Contact

▶ Inappropriate Reaction to Situations

   ▶ Laughing when afraid

JPSO 008552

# Sensory Impairment
## (Hypersensitive)

▶ Sight

▶ Hearing

▶ Smell

▶ Touch

▶ Taste

JPSO 008553

# How do we handle this?

▶ SLOW DOWN AND TAKE YOUR TIME!!!

JPSO 008554

▶ Use calm and simple language

▶ Be literal and specific

▶ Avoid slang

▶ Short clear phrases and questions

▶ Allow time to process what you are saying (don't expect immediate results)

JPSO 008555

# Cautions and things to consider when handling an Autistic incident:

- Home:
  - Doors might be locked/barricaded
  - Plexiglass or Lexan windows
- Search and Rescue:
  - Act like children (Even Adults)
  - Roof Runners
  - Escape Risk
  - Wander off
- Dull to Pain

JPSO 008556

# Missing Considerations

▶ ASK PARENTS WHAT DO THEY LIKE (Places, food, drink, etc.)

▶ Check Attractive Hazards:

  ▶ Nearest Large Water Sources

    ▶ **91% missing die by drowning**

  ▶ Train Tracks

  ▶ Construction Sites

JPSO 008557

# Autism Parents and Caretakers



► Be empathetic because:

  ► This is not an easy life for them

  ► Little sleep

  ► Diagnosis and lifestyle changes are slow

BE THANKFUL FOR WHAT YOU HAVE.

JPSO 008558