UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|         Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|         Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF ALL DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR <u>PARTIAL SUMMARY JUDGMENT, R. DOC. 150</u>**

**MAY IT PLEASE THE COURT:**

Defendant, Sheriff JOSEPH LOPINTO III, in his official capacity as the Sheriff of Jefferson Parish ("the Sheriff"), submits the following statement of uncontested material facts in support of their Opposition to Plaintiffs' Motion for Partial Summary Judgment, R. Doc 150:

**RESPONSE TO PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS.**

As elucidated in The Sheriff's memorandum in opposition to Plaintiffs' Motion, Plaintiffs' Motion is frivolous as a matter of law.

Not a single alleged "fact" in support of Plaintiffs' Motion is genuine, material, relevant or of any factual or legal consequence.

1

## DEFENDANT'S STATEMENT OF UNCONTESTED MATERIAL FACTS

1. It is uncontested that the Sheriff was not present at the scene of the subject incident. R. Doc. 1.

2. It is uncontested that the Sheriff did not learn of the events surrounding the subject incident until after the subject incident.

3. It is uncontested that the Sheriff did not encourage, acknowledge, condone, or ratify any unconstitutional, illegal use of force.

                              Respectfully submitted,

                              **/s/ James B. Mullaly**

                              _____
                              **FRANZ L. ZIBILICH, LSB# 14912**
                              **JAMES B. MULLALY, LSB#28296**
                              **MARTINY & ASSOCIATES, LLC**
                              131 Airline Highway
                              Suite 201
                              Metairie, Louisiana 70001
                              (504) 834-7676
                              (504) 834-5409 (fax)
                              e-mail: danny@martinylaw.com