UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Notice of Material Facts Deemed Admitted Regarding Plaintiffs' Motion for Partial Summary Judgment on *Monell*-by-Ratification**

Local Rule 56.2 states that:

Any opposition to a motion for summary judgment must include a separate and concise statement of the material facts which the opponent contends present a genuine issue. All material facts in the moving party's statement will be deemed admitted, for purposes of the motion, unless controverted in the opponent's statement.

Here, Plaintiffs moved for partial summary judgment on *Monell*-by-Ratification, R. Doc. 150. The Sheriff filed an opposition. R. Doc. 159.

On April 25, 2023, the Court issued a "Notice of Deficient Document," noting that "Reason(s) of deficiency: Statement of material facts not provided."

On April 26, 2023, the Sheriff re-filed his opposition, and this time included a Statement of Material Facts. R. Doc. 167-1. But the Sheriff's statement does not controvert any of Plaintiffs' material facts. It only says: "Not a single alleged 'fact' in support of Plaintiffs' Motion is genuine, material, relevant or of any factual or legal consequence." *Id.* It does not say whether the Sheriff admits or controverts the facts. Accordingly, Plaintiffs material facts should be deemed admitted.

Also, Plaintiff responds to the Sheriff's three material facts as follows:

1. Uncontested.

2. Uncontested.

3. Whether the Sheriff ratified an unconstitutional use of force is a legal question, not a fact, and is the subject of Plaintiffs' motion.

1

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

2