UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * ****

## MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

**NOW INTO COURT,** through undersigned counsel, come Defendants, RYAN VAUGHT, STEVEN MEHRTENS, SHANNON GUIDRY, MICHAEL ESTRADA AND MYRON GAUDET, who respectfully move for partial judgment as a matter of law. They submit that Plaintiffs have failed to demonstrate that there remain any genuine issues of material fact to be tried with regard to their "bystander liability" claims under Section 1983 against these Defendants.

First, Plaintiffs' claims fail because Plaintiffs have failed to make any showing that these Defendants failed to take reasonable measures to protect E.P. from another officer's use of excessive force.

Second, and in the further alternative, the Defendants are entitled to qualified immunity as a matter of law.

**WHEREFORE**, all JPSO Defendants pray that, after due proceedings are had, this Motion be GRANTED, dismissing Plaintiffs' bystander claims under Section 1983, with prejudice and at Plaintiffs' sole cost.

Respectfully submitted,

**/s/ James B. Mullaly**

_____
**FRANZ L. ZIBILICH, LSB# 14912**
**JAMES B. MULLALY, LSB#28296**
**MARTINY & ASSOCIATES, LLC**
131 Airline Highway
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 (fax)
e-mail: danny@martinylaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served upon all parties via CM/ECF (PACER), and or U.S. Mail, properly addressed and postage prepaid, this 1st day of May 2023.

/s/ James B. Mullaly
_____
**JAMES B. MULLALY**