UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * ****

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF DEPUTY VEGA'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

**MAY IT PLEASE THE COURT:**

Defendant, JPSO DEPUTY NICHOLAS VEGA, respectfully submits the following uncontested material facts in support of his motion for partial summary judgment:

1. This case involves the death of an individual (E.P.) who violently attacked his father and Deputy Vega, who was called to the scene in the parking lot of the Westgate Shopping Center in Metairie, La. on January 19, 2020. The call for service was made by a horrified onlooker. R. Doc. 1.

2. The Defendant J.P.S.O. Deputies were called to the scene based upon a report from a business manager that E.P. was violently out of control and severely beating his own father, Plaintiff, in the parking lot. *Id*.

1

3.   The Defendant J.P.S.O. Deputies arrived to find a horrifying scene. E.P. had severely injured his father. E.P. had bitten a piece of his father's face off, leaving open and obvious trauma.

4.   The Defendant J.P.S.O. Deputies did as best they could to manage E.P.

5.   Regrettably, E.P. expired on the scene.

6.   The entire incident was caught on surveillance cameras, the video of which is attached as Exhibit 1.

7.   The video speaks for itself and clearly shows that the scene was never secure prior to E.P.'s demise. *Id*.

8.   It is uncontested, and the video clearly shows that E.P.'s parents, who were both present at the scene, themselves never took any action to intervene in or bring a stop to the Deputies' actions. *Id*.

Regarding Deputy Vega:

9.   Deputy Vega "consider[ed] E.P. on that day [to be] extremely violent." *See* Deposition of Deputy Nicholas Vega, attached as Exhibit 2, at p. 112:3-5. E.P. was actively resisting up until the second that you realized that he went limp." *Id*., at 113.

10.   At the time that Deputy Vega took over for Deputy Pitfield, E.P. was still resisting; "he was still turning, pulling up, fighting with his hands." *Id*., at p. 124. "He was picking himself up and turning side to side, like to the left, to the right. Rolling to one side and then to the other." *Id*., at p. 126.

11. "[F]rom the point we had switched out, it was a continual thing. Then he started picking his arms up from behind his back. So I was like okay. I tried to get his arms to stay down, but I couldn't. So basically I just held what I had, and then he kept pulling, and then I lost my balance, and he went over them." Exhibit 2, at p. 127.

12. E.P. continued to kick as Deputy Vega was on him. *Id.*, at 135.

13. (At the 16:38 mark of the video) – "That's when he was trying to roll me off of him." *Id.*, at 167.

        Respectfully submitted,

        **/s/ James B. Mullaly**

        _____
        **FRANZ L. ZIBILICH, LSB# 14912**
        **JAMES B. MULLALY, LSB# 28296**
        **MARTINY & ASSOCIATES, LLC**
        131 Airline Highway
        Suite 201
        Metairie, Louisiana 70001
        (504) 834-7676
        (504) 834-5409 (fax)
        e-mail: fzibilich@gmail.com