UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU and DAREN PARSA,** on their own behalf and on behalf of their deceased minor child, E.P. | * * * * | CIVIL ACTION NO.: 2:21-cv-00080 SECTION "D" |
| **versus** | * * | DIVISION (2) |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | * | JUDGE WENDY B. VITTER |
| | | MAGISTRATE JUDGE DONNA P. CURRAULT |

### EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, come Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center ("Moving Defendants") who seek leave to file the attached Sur-Reply Memorandum in response to the *Reply in Support of Plaitiffs' Motion in Limine*. R. Doc. 164. The reasons this motion should be granted are set forth in the attached Memorandum in Support of Motion for Leave to File Sur-Reply Memorandum.

For the foregoing reasons, Moving Defendants respectfully request that this Court grant leave to file the attached Sur-Reply Memorandum.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: /s/ *Mark A. Hill*
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4350
Facsimile: (504) 526-4310
Email: ckaul@thompsoncoe.com
mhill@thompsoncoe.com

**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

*/s/ Mark A. Hill*
**MARK A. HILL**