UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * ****

## MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 BY DEPUTY GUIDRY

**NOW INTO COURT,** through undersigned counsel, comes Defendant, JPSO DEPUTY SHANNON GUIDRY, who respectfully moves for partial summary judgment as a matter of law. First, she submits that Plaintiffs have failed to demonstrate that there remain any genuine issues of material fact to be tried regarding their excessive force claim under the United States and Louisiana Constitutions against this Defendant. Plaintiffs' claims fail because Plaintiffs have failed to make any showing that this Defendant used excessive force. In the further alternative, the Defendant is entitled to qualified immunity and judgment in his favor as a matter of law.

Second, Plaintiffs fail to allege a cause of action under the First, Ninth and Fourteenth Amendments and these claims should be dismissed.

1

**WHEREFORE**, Defendant, JPSO DEPUTY SHANNON GUIDRY, respectfully prays that, after due proceedings are had, this Motion be GRANTED, dismissing Plaintiffs' excessive force claims under the United States and Louisiana Constitutions, and Plaintiffs' claims under the First, Ninth and Fourteenth Amendments to the United States Constitution.

          Respectfully submitted,

          **/s/ James B. Mullaly**

          _____
          **FRANZ L. ZIBILICH, LSB# 14912**
          **JAMES B. MULLALY, LSB# 28296**
          **MARTINY & ASSOCIATES, LLC**
          131 Airline Highway
          Suite 201
          Metairie, Louisiana 70001
          (504) 834-7676
          (504) 834-5409 (fax)
          e-mail: fzibilich@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served upon all parties via CM/ECF (PACER), and or U.S. Mail, properly addressed and postage prepaid, this 1st day of May 2023.

          /s/ James B. Mullaly
          _____
          **JAMES B. MULLALY**