UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|       Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|       Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * ****

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF DEPUTY VAUGHT'S MOTION FOR PARTIAL SUMMARY JUDGMENT <u>PURSUANT TO FED. R. CIV. P. 56</u>**

**MAY IT PLEASE THE COURT:**

Defendant, JPSO DEPUTY RYAN VAUGHT, respectfully submits the following uncontested material facts in support of her motion for partial summary judgment:

1. This case involves the death of an individual (E.P.) who violently attacked his father and Deputy Pitfield, who was called to the scene in the parking lot of the Westgate Shopping Center in Metairie, La. on January 19, 2020. The call for service was made by a horrified onlooker. R. Doc. 1.

2. The Defendant J.P.S.O. Deputies were called to the scene based upon a report from a business manager that E.P. was violently out of control and severely beating his own father, Plaintiff, in the parking lot. *Id*.

1

3. The Defendant J.P.S.O. Deputies arrived to find a horrifying scene. E.P. had severely injured his father. E.P. had bitten a piece of his father's face off, leaving open and obvious trauma.

4. The Defendant J.P.S.O. Deputies did as best they could to manage E.P. While trying to gain control over E.P., E.P. bit Deputy Guidry, causing injury.

5. Regrettably, E.P. expired on the scene.

6. The entire incident was caught on surveillance cameras, the video of which is attached as Exhibit 1.

7. The video speaks for itself and clearly shows that the scene was never secure prior to E.P.'s demise. *Id*.

8. It is uncontested, and the video clearly shows that E.P.'s parents, who were both present at the scene, themselves never took any action to intervene in or bring a stop to the Deputies' actions. *Id*.

Regarding Deputy Guidry:

9. Deputy Vaught can be seen at the 14:13 mark of the video wearing a blue, buttoned down dress shirt. Exhibit 1. Deputy Vaught arrives on scene and attempts to help Deputy Pitfield secure E.P.'s hands in handcuffs. *Id*. He places one set of handcuffs on E.P.'s left wrist and attempts to secure that hand with the right hand. *Id*. Deputy Vaught goes hands off of E.P. at the 14:33 mark. *Id*. At the 18:09 mark, he attempts to place the leg shackles on E.P. with the help of Estrada. *Id*.

10. This is the extent of Deputy Vaught's involvement. *Id*.

        Respectfully submitted,

        **/s/ James B. Mullaly**

        _____
        **FRANZ L. ZIBILICH, LSB# 14912**
        **JAMES B. MULLALY, LSB# 28296**
        **MARTINY & ASSOCIATES, LLC**
        131 Airline Highway
        Suite 201
        Metairie, Louisiana 70001
        (504) 834-7676
        (504) 834-5409 (fax)
        e-mail: fzibilich@gmail.com