UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * ****

## NOTICE OF MANUAL ATTACHMENT

**ATTACHMENT TO DOCUMENT NO. 175**

       **DESCRIPTION:**       Exhibit "1"
                                           Thumb/Zip Drive

       **FILED BY:**             James B. Mullaly, LSB #28296

       **FILE DATE:**           May 1, 2023

**IS LOCATED IN THE CLERK'S OFFICE AND/OR HAS BEEN DELIVERED TO THE COURT VIA HAND DELIVERY. A COPY IS BEING SENT TO PLAINTIFFS' COUNSEL.**

1