UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * ****

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF DEPUTY MEHRTENS MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

**MAY IT PLEASE THE COURT:**

Defendant, JPSO DEPUTY STEVEN MEHRTENS, respectfully submits the following uncontested material facts in support of her motion for partial summary judgment:

1. This case involves the death of an individual (E.P.) who violently attacked his father and Deputy Pitfield, who was called to the scene in the parking lot of the Westgate Shopping Center in Metairie, La. on January 19, 2020. The call for service was made by a horrified onlooker. R. Doc. 1.

2. The Defendant J.P.S.O. Deputies were called to the scene based upon a report from a business manager that E.P. was violently out of control and severely beating his own father, Plaintiff, in the parking lot. *Id*.

1

3. The Defendant J.P.S.O. Deputies arrived to find a horrifying scene. E.P. had severely injured his father. E.P. had bitten a piece of his father's face off, leaving open and obvious trauma.

4. The Defendant J.P.S.O. Deputies did as best they could to manage E.P. While trying to gain control over E.P., E.P. bit Deputy Guidry, causing injury.

5. Regrettably, E.P. expired on the scene.

6. The entire incident was caught on surveillance cameras, the video of which is attached as Exhibit 1.

7. The video speaks for itself and clearly shows that the scene was never secure prior to E.P.'s demise. *Id*.

8. It is uncontested, and the video clearly shows that E.P.'s parents, who were both present at the scene, themselves never took any action to intervene in or bring a stop to the Deputies' actions. *Id*.

Regarding Deputy Mehrtens:

9. Deputy Mehrtens, wearing a windbreaker with "Sheriff" on the back is seen arriving on scene at the 14:25 mark. Exhibit 1.

10. Upon his arrival on-scene, Deputy Mehrtens did not perceive a need to assist Deputy Pitfield. *See* Deposition of Deputy Mehrtens, attached as Exhibit 2, at 66:17-20.

11. Deputy Mehrtens did observe E.P.'s resistance to Deputy Pitfield's efforts to control him. *Id*. at 67-68.

12. Deputy Mehrtens observed Deputy Pitfield to be sitting on E.P.'s "buttocks." *Id*. at 69:10-11.

13. At about the 17:14 mark of the video, Exhibit 1, Mehrtens is assisting Deputy Vega in attempting to control E.P.; Deputy Mehrtens is holding E.P.'s right arm and Deputy Vega is attempting to prevent E.P. from biting. Exhibit 2, at 84-86.

14. Deputy Mehrtens did not observe Deputy Vega place his hands on E.P.'s throat; he did not observe Deputy Vega choking him or applying a choke hold. *Id*., at 86-87; 88:8-10, 21-23; 89:-34. He did not hear anyone complain that E.P. was being choked. *Id*. at 87, 105.

15. The moment that E.P. ceased resisting, Deputy Mehrtens and Deputy Vega placed him in the recovery position. *Id*., at 91-93.

    Respectfully submitted,

    **/s/ James B. Mullaly**

    _____
    **FRANZ L. ZIBILICH, LSB# 14912**
    **JAMES B. MULLALY, LSB# 28296**
    **MARTINY & ASSOCIATES, LLC**
    131 Airline Highway
    Suite 201
    Metairie, Louisiana 70001
    (504) 834-7676
    (504) 834-5409 (fax)
    e-mail: fzibilich@gmail.com