UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order on *Ex Parte* Motion for Leave to File Notice of Material Facts Deemed Admitted**

After consideration of Plaintiffs' *Ex Parte* Motion for Leave to File Notice of Material Facts Deemed Admitted, the Motion is GRANTED.

Plaintiffs' proposed notice shall be filed into the record.

_____
JUDGE

1