UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * ****

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF DEPUTY ESTRADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT <u>PURSUANT TO FED. R. CIV. P. 56</u>**

**MAY IT PLEASE THE COURT:**

Defendant, JPSO DEPUTY MANUEL ESTRADA, respectfully submits the following uncontested material facts in support of her motion for partial summary judgment:

1. This case involves the death of an individual (E.P.) who violently attacked his father and Deputy Pitfield, who was called to the scene in the parking lot of the Westgate Shopping Center in Metairie, La. on January 19, 2020. The call for service was made by a horrified onlooker. R. Doc. 1.

2. The Defendant J.P.S.O. Deputies were called to the scene based upon a report from a business manager that E.P. was violently out of control and severely beating his own father, Plaintiff, in the parking lot. *Id*.

1

3. The Defendant J.P.S.O. Deputies arrived to find a horrifying scene. E.P. had severely injured his father. E.P. had bitten a piece of his father's face off, leaving open and obvious trauma.

4. The Defendant J.P.S.O. Deputies did as best they could to manage E.P. While trying to gain control over E.P., E.P. bit Deputy Guidry, causing injury.

5. Regrettably, E.P. expired on the scene.

6. The entire incident was caught on surveillance cameras, the video of which is attached as Exhibit 1.

7. The video speaks for itself and clearly shows that the scene was never secure prior to E.P.'s demise. *Id*.

8. It is uncontested, and the video clearly shows that E.P.'s parents, who were both present at the scene, themselves never took any action to intervene in or bring a stop to the Deputies' actions. *Id*.

Regarding Deputy Estrada:

9. Deputy Estrada, in full JPSO uniform with sunglasses, can be seen next to Guidry at the 15:30 part of the video; he arrives on scene at the 14:57 mark of video. Exhibit 1. At the 17:31 mark, he can be seen opening his trunk to get leg shackles from his car. *Id*.

10. When Deputy Estrada arrived on scene, he did not observe anything that required his assistance or intervention. *See* Deposition of Deputy Estrada, attached as Exhibit 2, at 97-100.

11. Later, Deputy Estrada was able to apply leg shackles to E.P. to prevent E.P. from kicking. *Id.* at 114-15.

12. By the time that E.P. "went blue" other Deputies and EMS were already attending to E.P. *Id.*, at 118.

13. Deputy Estrada "wasn't hands-on. As soon as [E.P.] went blue in the face, then, [E.P.] was[placed] in [the] recovery [position]." *Id.* at 122:8-10.

Respectfully submitted,

**/s/ James B. Mullaly**

_____
**FRANZ L. ZIBILICH, LSB# 14912**
**JAMES B. MULLALY, LSB# 28296**
**MARTINY & ASSOCIATES, LLC**
131 Airline Highway
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 (fax)
e-mail: fzibilich@gmail.com