UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

### *Ex Parte* Consent Motion to Modify Briefing Schedule and Page Limit

Plaintiffs ask this Court for three extra days and twenty extra pages to file one combined brief responding to the eight motions for summary judgment filed by JPSO Defendants.

**A.  Background and Proposal**

On May 1, 2023, JPSO Defendants filed eight independent motions for summary judgment: R. Doc. 169, 170, 171, 173, 174, 175, 176, and 178. JPSO Defendants' motions total more than 130 pages of briefing. All eight motions have a submission date of May 16, 2023. Accordingly, Plaintiffs oppositions to all eight motions would be due on May 8, 2023.

There is, however, much overlap between the eight motions. Plaintiffs therefore propose to file one combined brief in opposition, of no more than 45 pages total. Plaintiffs propose that they file that brief by May 11, 2023 – five days before the submission date.

JPSO Defendants have consented to this proposal, so long as they receive three extra days for reply briefing. Plaintiffs do not oppose that request.

Plaintiffs suggest that this method will make it easier for the Court to resolve the motions.

**B.  Conclusion**

Wherefore, the Motion should be granted.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)

1

The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com