UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

*Ex Parte* **Consent Motion to Modify Briefing Schedule and Page Limit**

After consideration of Plaintiffs' *Ex Parte* Consent Motion to Modify Briefing Schedule and Page Limit, the Motion is GRANTED.

Plaintiffs may have until May 11, 2023 to file responsive briefing to R. Doc. 169, 170, 171, 173, 174, 175, 176, and 178. They may have up to 45 pages of briefing to do so.

JPSO Defendants may have until May 19, 2023 to file a motion for leave to file a reply.

_____
JUDGE

1