UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOUA, ET AL | * | CIVIL ACTION NO 21-CV-80 |
| Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III ET AL. | * | MAGISTRATE: CURRAULT |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * *

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Sheriff's motion for leave of court to file their Reply Memorandum in support of his Motion for Summary Judgment (R. Doc. 144) be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Sheriff's Reply Memorandum in support of his Motion for Summary Judgment (R. Doc. 144) be filed into the record.

New Orleans, Louisiana, this ____ day of May 2023.

_____
**HONORABLE WENDY B. VITTER**
**U.S. DISTRICT COURT JUDGE**