UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * ****

## **MOTION *IN LIMINE***

**NOW INTO COURT,** through undersigned counsel, come all JPSO Defendants, who respectfully move this Honorable Court to preclude Plaintiffs from seeking to offer certain evidence at the trial of this matter.

Defendants seek to exclude from trial: (1) any testimony or evidence of, or argument or reference to any allegations in Paragraphs 273-279, 289, 292, 294-295, 297, 305, 307, 309-312, 320-321, 325, 343-345, 350, 356-357, 365-384, and 391 (subparagraphs A, E, F, and I); (2) character evidence or evidence of alleged prior bad acts.

**WHEREFORE**, Defendants pray that, after due proceedings are had, this Motion be GRANTED, and that the Plaintiffs be precluded from offering any testimony or evidence of any kind regarding (1) any testimony or evidence of, or argument or reference to any allegations in Paragraphs 273-279, 289, 292, 294-295,

297, 305, 307, 309-312, 320-321, 325, 343-345, 350, 356-357, 365-384, and 391 (subparagraphs A, E, F, and I); (2) character evidence or evidence of alleged prior bad acts.

Respectfully submitted,

**/s/ James B. Mullaly**

_____
**FRANZ L. ZIBILICH, LSB# 14912**
**JAMES B. MULLALY, LSB#28296**
**MARTINY & ASSOCIATES, LLC**
131 Airline Highway
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 (fax)
e-mail: fzibilich@gmail.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served upon all parties via CM/ECF (PACER), and or U.S. Mail, properly addressed and postage prepaid, this 1st day of May 2023.

/s/ James B. Mullaly
_____
**JAMES B. MULLALY**