UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.** | **CIVIL ACTION NO. 2:21-cv-00080** |
| | **SECTION "D"** |
| | **DIVISION (2)** |
| **versus** | **JUDGE WENDY B. VITTER** |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | **MAGISTRATE DONNA P. CURRAULT** |

**DEFENDANTS VICTORY REAL ESTATE INVESTMENTS LA, LLC AND WESTGATE INVESTORS NO, LLC d/b/a WESTGATE SHOPPING CENTER'S MOTIONS *IN LIMINE***

Now come Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center (collectively, "Westgate Defendants"), who respectfully move this Honorable Court for rulings *in limine*. Westgate Defendants ask that this Court enter an order preventing Plaintiffs, the other Defendants, and any of their witnesses or attorneys from mentioning and/or attempting to enter into evidence during the trial of this case or mentioning during voir dire the following matters, which are asserted based upon the application of the Federal Rules of Evidence:

1. Any mention of an insurance coverage, contract, and/or policy, including but not limited to that any judgment would be paid by an insurance policy;

2. Any mention of any insurance company that is not a party to the lawsuit;

3. Evidence and/or testimony of prior incidents occurring on property owned by Westgate Defendants;

4. Medical opinions from laypersons;

5. References to settlement discussions;

6. Evidence of other instances of wrongful arrests and the use of excessive force in making those arrests.

For the reasons described in the memorandum in support of this motion, Westgate Defendants respectfully request that this motion be granted.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: */s/ Mark A. Hill*
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4350
Facsimile: (504) 526-4310
Email: ckaul@thompsoncoe.com
mhill@thompsoncoe.com

**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

*/s/ Mark A. Hill*
**MARK A. HILL**