UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.**<br><br>**versus**<br><br>**SHERIFF JOSEPH P. LOPINTO, III, et al.** | **CIVIL ACTION NO. 2:21-cv-00080**<br><br>**SECTION "D"**<br><br>**DIVISION (2)**<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE DONNA P. CURRAULT** |

## ORDER

After consideration of Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Centers' Motions *in Limine*, and the arguments and evidence for and against, the Motions are **GRANTED**. Plaintiffs, other Defendants, Plaintiffs' counsel, other Defense Counsel, Plaintiffs' witnesses, and/or other Defense witnesses shall not put on or solicit any evidence, testimony, or argument that is:

1. Any mention of an insurance coverage, contract, and/or policy, including but not limited to that any judgment would be paid by an insurance policy;

2. Any mention of any insurance company that is not a party to the lawsuit;

3. Evidence and/or testimony of prior incidents occurring on property owned by Westgate Defendants;

4. Medical opinions from laypersons or non-identified experts;

5. References to settlement discussions;

6. Evidence of other instances of wrongful arrests and the use of excessive force in making those arrests involving Defendant Chad Pitfield

Plaintiffs are to instruct their witnesses on this order.

    Signed in New Orleans, Louisiana on _____, 2023.

_____
**JUDGE WENDY B. VITTER**
**DISTRICT JUDGE, EASTERN DISTRICT OF LOUISIANA**