# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA, on their own behalf and on behalf of their deceased minor child, E.P.** | **CIVIL ACTION NO. 2:21-cv-00080** |
| | **SECTION "D"** |
| | **DIVISION (2)** |
| **versus** | **JUDGE WENDY B. VITTER** |
| **SHERIFF JOSEPH P. LOPINTO, III, et al.** | **MAGISTRATE DONNA P. CURRAULT** |

# ORDER

After consideration of Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Centers' *Motion for Leave to File Late Motions in Limine*, the *Motion* is *GRANTED* and it is further ORDERED that the Clerk of Court file the subject Motions *In Limine* into the Court Record.

Signed in New Orleans, Louisiana on _____, 2023.

_____
**JUDGE WENDY B. VITTER**
**DISTRICT JUDGE, EASTERN DISTRICT OF LOUISIANA**