UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | \* | **CIVIL ACTION** |
| | \* | |
| **PLAINTIFFS** | \* | |
| | \* | **NO. 21-80** |
| **VERSUS** | \* | |
| | \* | **SECTION "D-2"** |
| | \* | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | \* | |
| | \* | |
| **DEFENDANTS** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST/MOTION FOR ORAL ARGUMENT ON THE MATTERS PENDING BEFORE THE COURT PURSUANT TO LOCAL RULE 78.1

**NOW INTO COURT**, through undersigned counsel, come all JPSO Defendants**,** and pursuant to LOCAL RULE 78.1, respectfully request that the Court hear oral argument on the Motions pending before the Court.

Specifically, the JPSO Defendants request that oral argument be had on the following dispositive Motions and Motions *in Limine*, to wit: **R. Docs. 144** (MOTION to Dismiss *Federal Claims Against Sheriff Lopinto in his Official Capacity*), **150** (MOTION for Partial Summary Judgment *on Monell-by-Ratification* by Donna Lou), **151** (MOTIONS *in Limine* by Donna Lou), **154** (MOTION for Partial Summary Judgment on ADA/RA claims by Defendants) **169** (MOTION for Partial Summary Judgment on Bystander Liability claims by Manuel Estrada, Myron Gaudet, Shannon

1

Guidry, Steven Mehrtens, Ryan Vaught), **170** (MOTION for Partial Summary Judgment by Chad Pitfield), **171** (MOTION for Partial Summary Judgment by Nicholas Vega), **173** (MOTION for Partial Summary Judgment by Shannon Guidry), **174** (MOTION for Partial Summary Judgment by Ryan Vaught), **175** (MOTION for Partial Summary Judgment by Myron Gaudet) , **176** (MOTION for Partial Summary Judgment by Steven Mehrtens), **178** (MOTION for Partial Summary Judgment by Manuel Estrada), and **182** (MOTION *in Limine* by all JPSO Defendants).

The JPSO Defendants submit that oral argument will assist the Court in determining the issues to be decided in ruling on his Motion.

**WHEREFORE**, Defendant prays that this Motion be GRANTED, and that oral argument be had on the foregoing matters pending before the Court.

Respectfully submitted,

**/s/ James B. Mullaly**
_____
**FRANZ L. ZIBILICH, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: mulljtc@gmail.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic CM/ECF filing this 3rd day of May 2023.

/S/ James B. Mullaly

_____
**JAMES B. MULLALY**