UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | \* | **CIVIL ACTION** |
| | \* | |
| **PLAINTIFFS** | \* | |
| | \* | **NO. 21-80** |
| **VERSUS** | \* | |
| | \* | **SECTION "D-2"** |
| | \* | |
| **SHERIFF JOSEPH P. LOPINTO, III ET AL** | \* | |
| | \* | |
| **DEFENDANTS** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's Motion/Request for Oral argument on the motions pending before the Court be and is hereby GRANTED and, accordingly,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that oral argument be had on the following dispositive Motions and Motions *in Limine*: **R. Docs. 144** (MOTION to Dismiss *Federal Claims Against Sheriff Lopinto in his Official Capacity*), **150** (MOTION for Partial Summary Judgment *on Monell-by-Ratification* by Donna Lou), **151** (MOTIONS *in Limine* by Donna Lou), **154** (MOTION for Partial Summary Judgment on ADA/RA claims by Defendants) **169** (MOTION for Partial Summary Judgment on Bystander Liability claims by

1

Manuel Estrada, Myron Gaudet, Shannon Guidry, Steven Mehrtens, Ryan Vaught), **170** (MOTION for Partial Summary Judgment by Chad Pitfield), **171** (MOTION for Partial Summary Judgment by Nicholas Vega), **173** (MOTION for Partial Summary Judgment by Shannon Guidry), **174** (MOTION for Partial Summary Judgment by Ryan Vaught), **175** (MOTION for Partial Summary Judgment by Myron Gaudet) , **176** (MOTION for Partial Summary Judgment by Steven Mehrtens), **178** (MOTION for Partial Summary Judgment by Manuel Estrada), and **182** (MOTION *in Limine* by all JPSO Defendants).

  The foregoing Motions will be heard on the _____ day of May 2023.

  New Orleans, Louisiana, this _____ day of May 2023.

_____
**HONORABLE WENDY B. VITTER**
U.S. DISTRICT COURT JUDGE