UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONNA LOU, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 21-80**

**JOSEPH P. LOPINTO, III, ET AL.**                       **SECTION: D (2)**

## ORDER

Considering the *Ex Parte* Consent Motion to Modify Briefing Schedule and Page Limit (R. Doc. 180);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The submission dates of R. Docs. 169, 170, 171, 173, 174, 175, 176, and 178 are hereby **RESET** for **May 19, 2023**, and Plaintiffs are allowed to file a single opposition brief in response to the foregoing motions that shall not exceed **forty-five (45) pages**.

New Orleans, Louisiana, May 3, 2023.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**