UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA**, on their own behalf and on behalf of their deceased minor child, E.P.<br><br>**versus**<br><br>**SHERIFF JOSEPH P. LOPINTO, III, et al.** | **CIVIL ACTION NO. 2:21-cv-00080**<br><br>**SECTION "D"**<br><br>**DIVISION (2)**<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE DONNA P. CURRAULT** |

## EX PARTE MOTION FOR LEAVE TO FILE LATE MOTIONS IN LIMINE

Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center (collectively, "Westgate Defendants") hereby move for leave to file their Motions *In Limine* after the deadline as laid out in the most recent scheduling order.[1] Westgate Defendants filed their Motions *in Limine* earlier today (Ct. R. Doc. 185), the day that Your Honor's submission date rotated. However, Defendants contend that the "good cause" factors necessary for a scheduling order modification are present, as laid out in the attached Memorandum in support of this motion.

---

[1] R. Doc. 141.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: */s/ Mark A. Hill*
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4350
Facsimile: (504) 526-4310
Email: ckaul@thompsoncoe.com
mhill@thompsoncoe.com
**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

By: */s/ Mark A. Hill*
MARK A. HILL