UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU and DAREN PARSA**, on their own behalf and on behalf of their deceased minor child, E.P.<br><br>versus<br><br>**SHERIFF JOSEPH P. LOPINTO, III, et al.** | **CIVIL ACTION NO. 2:21-cv-00080**<br><br>**SECTION "D"**<br><br>**DIVISION (2)**<br><br>**JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE DONNA P. CURRAULT** |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Centers' *Motion for Leave to File Late Motions in Limine* will be submitted for consideration on May 30, 2023 before the Hon. Wendie B. Vitter, U.S. District Court Judge for the Eastern District of Louisiana.

Respectfully submitted,

**THOMPSON COE COUSINS & IRONS, LLP**

By: *Mark A. Hill*
**CHRISTOPHER W. KAUL (33213), T.A.**
**MARK A. HILL (33891)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone:  (504) 526-4350
Facsimile:    (504) 526-4310
Email:  ckaul@thompsoncoe.com
           mhill@thompsoncoe.com
**ATTORNEYS FOR VICTORY REAL ESTATE INVESTMENTS LA, LLC and WESTGATE INVESTORS NO, LLC D/B/A WESTGATE SHOPPING CENTER**

## **CERTIFICATE OF SERVICE**

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                                        s/ *Mark A. Hill*
                                        **MARK A. HILL**