MINUTE ENTRY
VITTER, J.
MAY 4, 2023
JS10, 0:20

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA LOU, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-80** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: D (2)** |

## TELEPHONE STATUS CONFERENCE REPORT and ORDER

On May 4, 2023, at the Court's request, the Court held a Telephone Status Conference in this matter.

PRESENT:

**Andrew Clarke**
Counsel for Plaintiffs, Donna Lou and Daren Parsa, on their own behalf and on behalf of their deceased minor child, E.P.

**James B. Mullaly, Jeffrey D. Martiny**
Counsel for Defendants, Sheriff Joseph P. Lopinto, III, Chad Pitfield, Ryan Vaught, Steven Mehrtens, Shannon Guidry, Nick Vega, Manuel Estrada, and Myron Gaudet

**Christopher W. Kaul**
Counsel for Defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC

During the conference, the Court discussed with counsel the status of the case. The Court first discussed the Ex Parte Motion for Leave to File Late Motions In Limine (R. Doc. 191), filed by defendants, Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center. After confirming that no party opposes the Motion, the Court found that good cause exists under Fed.

R. Civ. P. 16 to amend the Second Amended Scheduling Order (R. Doc. 127), as amended (R. Docs. 130 & 141), with respect to the deadline for filing motions in limine, and issued an **oral Order GRANTING** the Motion. As a result, the Court issued an **oral Order Denying as moot** Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center's Motions *In Limine* (R. Doc. 185).

The Court then discussed with counsel the posture of the case and the June 12, 2023 trial date. In light of the outstanding pending motions, many of which were filed this week, the Court found that good cause exists under Fed. R. Civ. P. 16 to amend the Second Amended Scheduling Order (R. Doc. 127), as amended (R. Docs. 130 & 141), with respect to the trial and Final Pretrial Conference dates, and the Court issued an **oral Order CONTINUING** those two dates. After consultation with counsel, the Court issued an **oral Order RESETTING** the trial for **Monday, November 13, 2023 at 8:30 a.m.** and **RESETTING** the Final Pretrial Conference for **Thursday, October 12, 2023 at 1 p.m.** The Court further advised counsel to confirm that these dates work for the lead attorneys for Plaintiffs and for Sheriff Lopinto and the JPSO Deputy Defendants, and to advise the Court of any conflicts by the end of the day.

Accordingly,

**IT IS HEREBY ORDERED** that the Ex Parte Motion for Leave to File Late Motions In Limine (R. Doc. 191) is **GRANTED**. The Clerk's Office is directed to file the Motions [sic] *In Limine* (R. Doc. 191-4), and the attachments thereto (R. Docs.

191-5, 195-6, & 195-7), into the record in this matter. **IT IS FURTHER ORDERED** that the submission date on the Motion in Limine is **RESET** for **May 16, 2023.**

**IT IS FURTHER ORDERED** that Defendants Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC d/b/a Westgate Shopping Center's Motions *In Limine* (R. Doc. 185) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the jury trial in this matter is **RESET** for **Monday, November 13, 2023 at 8:30 a.m.,** and the Final Pretrial Conference in this matter is **RESET** for **Thursday, October 12, 2023 at 1:00 p.m. in Courtroom C352.** All other deadlines set forth in the Second Amended Complaint, as amended, remain in effect.

New Orleans, Louisiana, May 4, 2023.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**