## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

================================================================================

**STATEMENT OF: HEATHER HILTON**                    **J.P.S.O. ITEM #: A-15489-20**

**LOCATION**: **LASER TAG, 8855 VETERANS MEMORIAL BOULEVARD,**
          **METAIRIE, LOUISIANA, 70003**

**DATE & TIME TAKEN: JANUARY 19 2020; 1534 HOURS**          **INCIDENT**:  **SIGNAL 29**

**OFFICER(S): LIEUTENANT DONALD MEUNIER, DETECTIVE SCOTT BRADLEY**

---

**This is a taped statement of one Heather Hilton, white female, date of birth 2-8 of 81, currently residing at 2323 Nebraska Avenue, in Metairie, cell phone number 504-231-8705. Heather Hilton is the manager of Laser Tag, 8855 Veterans Memorial Boulevard, uh, and has been so employed for at least the last five or six years. This statement is being obtained by, Lieutenant Donald Meunier and Detective Scott Bradley of the Homicide Division under item A-15489-20. The statement is being obtained, at the Veterans Laser Tag.**

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | All right, Ms. Hilton, can you just state your name for the record? |
| HEATHER HILTON: | Heather Hilton. |
| LIEUTENANT DONALD MEUNIER: | Did I nail all the facts right? |
| HEATHER HILTON: | Yep. |
| LIEUTENANT DONALD MEUNIER: | Okay uh, five or six years you've been here? |
| HEATHER HILTON: | Correct. |
| LIEUTENANT DONALD MEUNIER: | And you were functioning as a manager today? |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay and uh, with regard to the incident, that occurred outside… |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | Those people, have you seen them before? |
| HEATHER HILTON: | Yes.  All the time. |

================================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

==================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | All the time.  Okay. |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | Uh, we also took a statement from Kimberly where she indicated as well, they were regulars.  Can you tell me what- -what constitutes a regular, or what constitutes all the time? |
| HEATHER HILTON: | Um, well I guess, almost every day. |
| LIEUTENANT DONALD MEUNIER: | That's- -that's a regular. |
| HEATHER HILTON: | Where, yeah. |
| LIEUTENANT DONALD MEUNIER: | Okay.  Uh, so familiar to ya'll. |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | They know ya'll.  They know you when they see you. |
| HEATHER HILTON: | Correct. |
| LIEUTENANT DONALD MEUNIER: | You recognize them when you see them.  Okay and- -and who is it? Is it the son and mom, and dad, or is it a combination, that changes? |
| HEATHER HILTON: | Yes.  It's always the son, the mom and the dad, always.  There's nobody else ever with them. |
| LIEUTENANT DONALD MEUNIER: | And that's what it was today? |
| HEATHER HILTON: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Do you know when they got here? |
| HEATHER HILTON: | Um, they- -they came when we opened and then they left and then they came back again, probably around, probably no, I don't. |
| LIEUTENANT DONALD MEUNIER: | That's fine.  They came, they left, they returned. |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | (CLEARS THROAT) when they came and they left, any reason you're aware of, that they left? |

==================================================================

PRA1 JPSO 00227

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

==============================================================================

| | |
|---|---|
| HEATHER HILTON: | Well they went to go eat. |
| LIEUTENANT DONALD MEUNIER: | Oh, okay. |
| HEATHER HILTON: | It's their- -they come here in the mornings.  They go eat generally they don't come back but today they did. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | When I asked her, she said he wanted to play laser tag. |
| LIEUTENANT DONALD MEUNIER: | So, they returned.  Do you have an idea when they returned? |
| HEATHER HILTON: | I- -as I said… |
| LIEUTENANT DONALD MEUNIER: | If you don't that's okay. |
| HEATHER HILTON: | Around one. |
| LIEUTENANT DONALD MEUNIER: | Okay I mean we're ball parking it. |
| HEATHER HILTON: | Right. |
| LIEUTENANT DONALD MEUNIER: | Okay.  Um, so let's talk about the routines. |
| HEATHER HILTON: | Okay. |
| LIEUTENANT DONALD MEUNIER: | When they've come in the past, have you ever seen any of them have a problem? |
| HEATHER HILTON: | No. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | Uh, well a problem as in anything that should be alerted, no but I mean there's been times where he's been upset.  Um, but it's never been anything more than him just getting upset or frustrating and wanted to leave and then they leave. |
| LIEUTENANT DONALD MEUNIER: | How does that manifest itself?  Is that yelling, is that? |
| HEATHER HILTON: | No, it's- -he just walks to the doors. |
| LIEUTENANT DONALD MEUNIER: | Okay. |

==============================================================================

PRA1 JPSO 00228

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

=================================================================================

| | |
|---|---|
| HEATHER HILTON: | And then they go and I mean you could just tell he's- -because he comes here all the time, of course, you can tell, or anybody if they're upset or…So there's been times whenever he's seemed a little upset and then he'll just leave and then they leave. |
| LIEUTENANT DONALD MEUNIER: | The parent's leave? |
| HEATHER HILTON: | Yes. Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay and just so we're clear, I realize their gonna be his parents. (PHONE RINGING IN BACKGROUND) Do you know, for a fact, that those are his parents? |
| HEATHER HILTON: | No. |
| LIEUTENANT DONALD MEUNIER: | Do you know their names? |
| HEATHER HILTON: | Yes. Um, I do, his name, the dad's name is Daren and um, the son's name is ▉ I can't think of what the mom's name is right now. |
| LIEUTENANT DONALD MEUNIER: | No, no, that's fine but I mean you- -you know them well enough, to at least know, first names when you see them. |
| HEATHER HILTON: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Did you see what happened today to cause the problem or what- -what initiated the problem? Could you tell? |
| HEATHER HILTON: | No. I mean I saw what happened but I- -there was no (CLEARS THROAT) there was nothing like out of the ordinary I guess, per say. So, it wasn't like to me from my perspective, I have no idea. It just looked like he just got extremely upset. |
| LIEUTENANT DONALD MEUNIER: | Okay and I want to get into that but we keep saying he. We're talking about ▉ right? |
| HEATHER HILTON: | ▉ correct. |
| LIEUTENANT DONALD MEUNIER: | Can you describe ▉ for me? |
| HEATHER HILTON: | He is um, and adult, autistic, child who's probably about 300 pounds. |
| LIEUTENANT DONALD MEUNIER: | Okay. |

=================================================================================

**J.P.S.O. ITEM # A-15489-20**                                   **PAGE 4 OF 15**

PRA1 JPSO 00229

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**
===============================================================================

| | |
|---|---|
| HEATHER HILTON: | Like an Asian. |
| LIEUTENANT DONALD MEUNIER: | Do you know how old he is? |
| HEATHER HILTON: | I believe he's twenty-three-ish. |
| LIEUTENANT DONALD MEUNIER: | Okay.  All right, um… |
| HEATHER HILTON: | Or maybe not, I don't know. |
| LIEUTENANT DONALD MEUNIER: | No, I mean… |
| HEATHER HILTON: | But I think he is. (CLEARS THROAT) |
| LIEUTENANT DONALD MEUNIER: | If you don't know, I'm asking for your estimate… |
| HEATHER HILTON: | Yeah. |
| LIEUTENANT DONALD MEUNIER: | …so that's fine. |
| HEATHER HILTON: | I think he's in his early twenties. |
| LIEUTENANT DONALD MEUNIER: | Okay um, so today… |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | …they're here.  They leave, they return… |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Something actually must have occurred or prompted them to leave again.  Do you know what that was?  Did you see what that was? |
| HEATHER HILTON: | No. I do not- -I did speak to her before um… |
| LIEUTENANT DONALD MEUNIER: | This is the mom you're talking about? |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | I did speak to the mom, prior to them even leaving, and um, I said, "Hey what are you guys doing back here?" And she said he wanted to come back and play laser tag, um, and she said but when he got in there he just froze and he didn't want to play anymore and I said |

===============================================================================

PRA1 JPSO 00230

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

=================================================================================

|  |  |
|---|---|
|  | "Okay" and then we were looking, we couldn't find them. So, we thought maybe we were in the re--they were in the restroom and then that's whenever we both saw them outside. |
| LIEUTENANT DONALD MEUNIER: | Okay. What did you see? |
| HEATHER HILTON: | Um, they--the son was, ▇ was hitting the dad, Daren. |
| LIEUTENANT DONALD MEUNIER: | Hitting him how? |
| HEATHER HILTON: | Punching him. |
| LIEUTENANT DONALD MEUNIER: | Punching him. |
| HEATHER HILTON: | Yeah, like... |
| LIEUTENANT DONALD MEUNIER: | Where are they when you see that? |
| HEATHER HILTON: | They are um, outside by the car. |
| LIEUTENANT DONALD MEUNIER: | What kind of car are we talking about? |
| HEATHER HILTON: | A minivan... |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | ...ish. |
| LIEUTENANT DONALD MEUNIER: | Do you remember what color? Dark, light? |
| HEATHER HILTON: | Dark. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | Just a dark blue minivan. |
| LIEUTENANT DONALD MEUNIER: | That's when you see violence? (PHONE RINGING IN BACKGROUND) |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay and what you see is the son, ▇ punching dad? |
| HEATHER HILTON: | Correct. |

=================================================================================

PRA1 JPSO 00231

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | And when you say punch, we're talking closed fist? |
| HEATHER HILTON: | It sure looked like it. |
| LIEUTENANT DONALD MEUNIER: | That's what you're appreciation of it was? |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Where were you standing? |
| HEATHER HILTON: | I was standing um, right I guess like by the foyer, by the entrance to laser tag. |
| LIEUTENANT DONALD MEUNIER: | Okay. All right, uh, relatively, unobstructed view?  You could see what you could see? |
| HEATHER HILTON: | Yes, it's complete glass windows. |
| LIEUTENANT DONALD MEUNIER: | What did you see after that? |
| HEATHER HILTON: | Um, the mom uh, she runs outside and then ▇ starts, which is the son, he starts running towards her.  She runs back inside and holds the doors shut.  So, um… |
| LIEUTENANT DONALD MEUNIER: | So, she retreats back inside when he comes toward her, when he pursuing her, she now comes back in? |
| HEATHER HILTON: | She comes- -comes inside, correct. |
| LIEUTENANT DONALD MEUNIER: | Is she saying anything to ya'll? |
| HEATHER HILTON: | No, I went out there and I said, "What do you want me- -what can I do?"  Um, I said, "Do you want me to call the police or anything?"  And she said, "Hold on."  Um, at this point, the dad and ▇ were both at the door.  Um, she opened up the door a little and she said, "Do you want me to call the police?" He said, "I think it's okay." But he was um, ▇ was on the ground biting his dad and then… |
| LIEUTENANT DONALD MEUNIER: | Where's dad? |
| HEATHER HILTON: | He is- -they're both standing up against the door. |
| LIEUTENANT DONALD MEUNIER: | So then ▇ gets lower and? |
| HEATHER HILTON: | Yes. |

PRA1 JPSO 00232

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | So he's-- ▇ is beating- -keeps trying to hit him so dad is trying to I guess free, it looks like to hold him down. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | So um, he starts biting his leg and then I said, you know "What can I do?" And she- -and she said, "Yes, we need to call the police." |
| LIEUTENANT DONALD MEUNIER: | Okay. Um, did you do that? |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Did you do that? |
| HEATHER HILTON: | Yes, I well, technically I went to the counter and told the person at the counter "Call Victory and give me the phone." |
| LIEUTENANT DONALD MEUNIER: | Okay and who was that? |
| HEATHER HILTON: | Kim. |
| LIEUTENANT DONALD MEUNIER: | Kim, okay.  All right. |
| HEATHER HILTON: | Kim grabbed the phone.  She called Victory.  She got them on the phone and then handed it to me. |
| LIEUTENANT DONALD MEUNIER: | Okay. My poor interview skills on this side (inaudible) |
| HEATHER HILTON: | Victory is our um, Victory is our parking lot detail. |
| LIEUTENANT DONALD MEUNIER: | Okay um... |
| HEATHER HILTON: | Which is the Jefferson Parish... |
| LIEUTENANT DONALD MEUNIER: | Yeah I know- -I know, I just I didn't know Kimberly made the exact, the- -actually made the call. |
| HEATHER HILTON: | Yeah, she called. |
| LIEUTENANT DONALD MEUNIER: | That's fine; it's your direction after talking to mom. |
| HEATHER HILTON: | Yes. |

================================================================

PRA1 JPSO 00233

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

==============================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | All right uh, could you see what else was happening between ▮ and his dad at that point? |
| HEATHER HILTON: | Yes. It I mean… |
| LIEUTENANT DONALD MEUNIER: | Is it an ongoing struggle? |
| HEATHER HILTON: | Yes. It's… |
| LIEUTENANT DONALD MEUNIER: | I'm not trying to put words in your mouth. |
| HEATHER HILTON: | It's okay. |
| LIEUTENANT DONALD MEUNIER: | I'm just trying to understand. |
| HEATHER HILTON: | No, yeah, they are still continuously, at- -at no point, did it ever calm down. At no point was there- -was there calmness in the whole entire thing. |
| LIEUTENANT DONALD MEUNIER: | Could you see what dad was doing?  Was he throwing punches too? |
| HEATHER HILTON: | No. |
| LIEUTENANT DONALD MEUNIER: | Was he just fending him off as best he could? |
| HEATHER HILTON: | He was- -he was just blocking him. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | He was very… |
| LIEUTENANT DONALD MEUNIER: | Was he bitten?  Did you see if he got bitten? |
| HEATHER HILTON: | Yes, I saw him physically latch onto his leg.  I was at the door. |
| LIEUTENANT DONALD MEUNIER: | Talking about ▮ to his dad's leg? |
| HEATHER HILTON: | ▮ was physically latched onto his dad's leg and he was screaming. Um, ow, but he was holding his head trying to push his head away from his leg and um, so, so then that's when I went and called the police or well Kim called. |
| LIEUTENANT DONALD MEUNIER: | Sure. |

==============================================================================

PRA1 JPSO 00234

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

======================================================================

| | |
|---|---|
| HEATHER HILTON: | I got on the phone. I let Victory know that uh, you know there's a man with his autistic child um, it's an autistic adult child. They're outside. They're in a confrontation. It's getting pretty serious, can you please come over here. I go back. Um, at this point, (CLEARS THROAT) they are, do you want me- -do you want me to show you… |
| LIEUTENANT DONALD MEUNIER: | Yeah… |
| HEATHER HILTON: | Okay. |
| LIEUTENANT DONALD MEUNIER: | No, please. |
| HEATHER HILTON: | At this point, they are um, getting into the car. Um, they're like struggling by the car. |
| LIEUTENANT DONALD MEUNIER: | They being dad and son? |
| HEATHER HILTON: | Dad and son. Mom's still inside. |
| LIEUTENANT DONALD MEUNIER: | Yeah. |
| HEATHER HILTON: | Um, so dad and son are outside struggling like by the car. Um, dad's trying to get him in the car and so he finally gets him in the car. So, the son is in the car. Um, dad is standing outside and the detail cop pulls up outside. The detail cop gets out the car, walks over to the car, and then the son gets back out of the car and begins hitting dad again and then there begins to be a struggle with the detail officer. I didn't really see- -I just saw that him going towards the detail officer and I could see like a struggle but the cop car- -the police car at that point was obstructing my view. |
| LIEUTENANT DONALD MEUNIER: | All right, do you know the detail officer? |
| HEATHER HILTON: | I- -I mean he's our detail officer that's like he's a parking lot detail so (inaudible) |
| LIEUTENANT DONALD MEUNIER: | Yeah I mean… |
| HEATHER HILTON: | Have I seen him before yes. |
| LIEUTENANT DONALD MEUNIER: | Yeah that's… |
| HEATHER HILTON: | Do I know his name no. |

======================================================================

PRA1 JPSO 00235

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

========================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | No, but that's what I mean, I mean he's a regular detail officer for ya'll? |
| HEATHER HILTON: | Correct, correct. |
| LIEUTENANT DONALD MEUNIER: | Okay um, so you- -you see ▇ getting out the car, the SUV and going towards the detail officer. Can you see what's happening after that? |
| HEATHER HILTON: | So he did- -so whenever he got out of the car he was struggling with the father again and then I see him struggling with the detail officer. I don't know what conspired all of that. I don't know if he went after him or the detail officer was trying to restrain him and then he- -and then he went af- -I have no idea about that. I'm sorry. Hold on one second. What'd she say? Okay I'm in a, um, what am I in? |
| LIEUTENANT DONALD MEUNIER: | An interview. |
| HEATHER HILTON: | Hey I'm in an interview with the cops right now so, can I don't know what to tell you. |
| LIEUTENANT DONALD MEUNIER: | We'll be done in one minute. Um, so the detail officer gets here. Are you still watching as things are continuing to unfold? |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay. More officers arrive? |
| HEATHER HILTON: | A lot, yes. |
| LIEUTENANT DONALD MEUNIER: | Could you see anything that was going on? |
| HEATHER HILTON: | Somewhat. I could see some of it. They were um; I stepped outside and to look. |
| LIEUTENANT DONALD MEUNIER: | Okay. You're view's obstructed. |
| HEATHER HILTON: | So I step outside the doors and walk to look. I'm so- -I'm so sorry can you hold on just one second. |
| LIEUTENANT DONALD MEUNIER: | Nah, go ahead. Just know that whatever you say out loud, to whomever it's gonna be taped. I mean... |
| HEATHER HILTON: | All right just, I have a child and um, my sister's trying to... |

========================================================================

PRA1 JPSO 00236

### JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

================================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | No, no… |
| HEATHER HILTON: | …ask me about... Hey I am in the office giving um, these police officers a, um, statement.  Um, hum (POSITIVE) Uh, I'll tell you about it later 'cause anything I say is recorded so if I- -no I'm teasing I didn't do anything but um, what do you want? Okay, all right.  Thanks bye. |
| LIEUTENANT DONALD MEUNIER: | All right uh, so more officers arrive. |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | Okay, I just want to hit a couple of highlights and then we're gonna be done. |
| HEATHER HILTON: | That's fine. |
| LIEUTENANT DONALD MEUNIER: | How long- -how long have ▮▮▮ and his parents been coming in to your knowledge? |
| HEATHER HILTON: | I mean as long as I can remember. |
| LIEUTENANT DONALD MEUNIER: | Are we- -are we talking years? |
| HEATHER HILTON: | Yeah. |
| LIEUTENANT DONALD MEUNIER: | Okay that's what I was- -that's all.  Okay and regularly in those years, like multiple times in a week? |
| HEATHER HILTON: | Correct. |
| LIEUTENANT DONALD MEUNIER: | Is not unreasonable to- -so say.  You would anticipate any given week seeing them more than once? |
| HEATHER HILTON: | Yes. If they were not here whenever we opened the building I would probably wonder what was wrong. |
| LIEUTENANT DONALD MEUNIER: | Okay.  All right uh, so nothing unusual about their arriving today and you've explained what Heather couldn't.  She said they left and the came back, uh, what uh, Kimberly had said… |
| HEATHER HILTON: | Um, hum (POSITIVE) |
| LIEUTENANT DONALD MEUNIER: | …that uh, you were aware they went to go eat. |

================================================================================

PRA1 JPSO 00237

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

| | |
|---|---|
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay so that's what prompted them to leave and then they're back. |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Okay. Um, Detective Bradley any questions? All right Heather, anything we haven't asked you that you think is important to cover? |
| HEATHER HILTON: | I mean I don't know what's important and what's not important but I know that um, I know that every--some people have asked me about um, the restraint thing and they asked me like--like just random police officers asked me a question about it and um, whose it was. |
| LIEUTENANT DONALD MEUNIER: | You're talking about the restraint they used--that--that the parents had for ▮▮▮ |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | Yeah. |
| HEATHER HILTON: | So they've like two different people asked me if that was ours, if it was theirs. Does he wear it in here and stuff so I don't know if that's important or not. |
| LIEUTENANT DONALD MEUNIER: | It is. |
| HEATHER HILTON: | Okay. |
| LIEUTENANT DONALD MEUNIER: | What do you know about that? |
| HEATHER HILTON: | Well I know that they put it on him whenever he gets to the car. |
| LIEUTENANT DONALD MEUNIER: | Okay. Never inside? |
| HEATHER HILTON: | Um... |
| LIEUTENANT DONALD MEUNIER: | That you're aware of? |
| HEATHER HILTON: | No, not that I know of but they usually get to the car. Once they get to the car, they put it on him. He gets in the car. Whenever he gets out of the car, they take it off him before he comes inside. |
| LIEUTENANT DONALD MEUNIER: | Okay. |

===============================================================================

PRA1 JPSO 00238

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

=================================================================================

| | |
|---|---|
| HEATHER HILTON: | So I just assumed it was a seatbelt thing. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | I don't know what it is but he doesn't wear it in here. |
| LIEUTENANT DONALD MEUNIER: | That's- -that's the big part.  He doesn't wear it in here. |
| HEATHER HILTON: | No. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | No, it's not like a, you know how like kids, the kids parents have the leash thing? |
| LIEUTENANT DONALD MEUNIER: | Yes. |
| HEATHER HILTON: | It's nothing like that. |
| LIEUTENANT DONALD MEUNIER: | Well that's what I'm actually kind of envisioning but you're telling me not inside… |
| HEATHER HILTON: | No, he doesn't- -he doesn't ever wear it inside.  I just assumed it was a seatbelt lock. |
| LIEUTENANT DONALD MEUNIER: | We're investigating; we'll get an answer… |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | …but I see what you're talking about. |
| HEATHER HILTON: | Yes. |
| LIEUTENANT DONALD MEUNIER: | You're assuming it's related to the car 'cause it's never brought in. |
| HEATHER HILTON: | Correct.  I mean they bring it in but then- -but then he doesn't… |
| LIEUTENANT DONALD MEUNIER: | It's not attached. |
| HEATHER HILTON: | Right he doesn't wear it on, correct. |
| LIEUTENANT DONALD MEUNIER: | All right. |
| HEATHER HILTON: | Um, so yeah. |

=================================================================================

PRA1 JPSO 00239

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

================================================================================

| | |
|---|---|
| LIEUTENANT DONALD MEUNIER: | And you've never seen the violence? |
| HEATHER HILTON: | Never. |
| LIEUTENANT DONALD MEUNIER: | Either today's level… |
| HEATHER HILTON: | Ever. |
| LIEUTENANT DONALD MEUNIER: | …or minimized level from him or the parents in the past? |
| HEATHER HILTON: | No, never.  I mean the- -literally the most upset I've ever seen him was one day whenever he couldn't get- -he didn't win enough tickets to get something and then he just was like made a noise and he started like stomping per say, to the door and then the dad just rushed out.  Then he was like you know kind of like just calm down and then they just walked to the car.  He put the thing on.  He got in the car.  The mom got in the car and they left. Like it was it's never, ever been anything even remotely close to this.  This was totally… |
| LIEUTENANT DONALD MEUNIER: | This was shocking. |
| HEATHER HILTON: | …out of character yes. |
| LIEUTENANT DONALD MEUNIER: | Okay. |
| HEATHER HILTON: | I mean so yeah. I think that's all. |
| LIEUTENANT DONALD MEUNIER: | All right then this statement's gonna conclude at 3:51 pm. |

================================================================================

PRA1 JPSO 00240

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT FORM**

====================================================================

**STATEMENT OF: KYLE HOUCK**                    **J.P.S.O. ITEM #: A-15489-20**

**LOCATION: LASER TAG, 8855 VETERANS MEMORIAL BOULEVARD**
**        METAIRIE, LOUISIANA, 70003**

**DATE & TIME TAKEN: JANUARY 19, 2020; 3:57 PM.**        **INCIDENT: SIGNAL 29**

**OFFICER(S): DETECTIVE SCOTT BRADLEY**

====================================================================

**Today's date is January 19, 2020; the time is 3:57 pm. This is Detective Scott Bradley with Jefferson Parish Sheriff's Office, Homicide Division. I'm at 8855 Veterans Memorial Boulevard in Metairie. It's the business of Laser Tag. Um, I'm taking a statement from Mr. Kyle Houck. (KYLE HOUCK: HOUCK.) Houck? It's K-Y-L-E H-O-U-C-K. His date of birth is 3-9 of 97. His phone number is 504-401-5140. His address is 300 Ridgelake Drive, Apartment 15 in Metairie.**

DETECTIVE SCOTT BRADLEY: Uh, Kyle, can you just state your name for the record?

KYLE HOUCK: Yes, my name, is Kyle Houck, uh, I work at…

DETECTIVE SCOTT BRADLEY: You're- -I'm sorry.

KYLE HOUCK: I was gonna say, I work at Laser Tag in Metairie.

DETECTIVE SCOTT BRADLEY: Okay and um, we talked a little bit. You said um, (CLEARS THROAT) you've been an employee here at this Laser Tag, 8855 Veterans, uh, in Metairie, um, five and a half years.

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: And your job title right now is Shift Leader or Assistant Manager?

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: All right and you work here about four to five days a week, different schedule, nothing set but you worked here today um, your shift today was 10:30 am. To 4:45 pm.

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: Uh, were you here at 10:30 am.?

KYLE HOUCK: Correct. I was here at around 10:32, started setting up the building, um, and then we opened the building at 11:00 am.

====================================================================

**TRANSCRIBER:** H. LEGLUE        **TAPE RECORDER: DIGITAL**        **PAGE 1 OF 13**
                                 **MAKE: OLYMPUS**
                                 **MODEL #: WS-700M**

PRA1 JPSO 00241

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

========================================================================

| | |
|---|---|
| DETECTIVE SCOTT BRADLEY: | Okay. Um, obviously we're here, we're talking about uh, a family that you described they were pretty, regular customers. Um, how often would they--would you say they come in to this business? |
| KYLE HOUCK: | Usually around two to three times a week, uh, give or take. It just depends. Typically, they would come in on uh, Thursdays--Thursday is our buy one get one free bumper car day. So, that's the day where they usually come in so they get their discount. |
| DETECTIVE SCOTT BRADLEY: | Okay um, and you mentioned you spoke to the mother today and you learned that the--the child, who they bring, his name is, um, █████ right? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Um, how long have they been coming in that regular? Since you've been here for five years. |
| KYLE HOUCK: | Probably the last three years. They come in every like once every other week or once a week at least. |
| DETECTIVE SCOTT BRADLEY: | For the last three years? |
| KYLE HOUCK: | For the last three years. |
| DETECTIVE SCOTT BRADLEY: | At least once a week? |
| KYLE HOUCK: | Yeah, usually. I mean of course sometimes they'd miss a week or something. We wouldn't see them but they'd come very frequently. |
| DETECTIVE SCOTT BRADLEY: | Okay. Um, let's talk about today. What time did they get here today? |
| KYLE HOUCK: | Uh, they got here probably around 11 to 11:30. Uh, somewhere before we usually have customers they would come in because the kid doesn't like having a lot of other people around. Uh, so they usually try and get here before other customers do so they're here pretty, early. Uh, they purchased four games of bumper cars for the dad and the son. They rode all four of them back to back. I was actually the one who personally ran bumper cars for them... |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | ...and while I was running bumper cars I spoke to the mom. Um, they got off, did some stuff around the arcade, and then they actually left the building. |

========================================================================

PRA1 JPSO 00242

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

============================================================================

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   They left the building for probably an hour to an hour and a half and then came back again.

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   Purchased a ticket of laser tag, which I was up at the front counter when they purchased. They went to go play laser tag, walked into the vesting room, decided that he wasn't set to play or in the mindset to play.

DETECTIVE SCOTT BRADLEY:   You're talking about ▮▮▮

KYLE HOUCK:   Correct, ▮▮ wasn't able to play laser tag. I think he froze up so they walked back to the front counter. The dad came up just to say that he wasn't playing. We were gonna give him his games back since they didn't you know use the tickets that they paid for.

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   Whenever the dad came back up the son was still in the arcade by himself. Then the son walked up to the front of the building with them. They were starting to leave. That whole time while they were in laser tag and everything, I was talking to the mother at the front counter. She stayed at the front counter the whole time they were in laser tag.

DETECTIVE SCOTT BRADLEY:   The dad and ▮▮ went to laser tag.

KYLE HOUCK:   Correct and the mom stayed up at the front counter and was talking to me and my co-workers, the whole time.

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   Probably like a good ten-fifteen minutes.

DETECTIVE SCOTT BRADLEY:   Let's talk about the front counter. Where is that in proximity to the building and the actual stores?

KYLE HOUCK:   Correct, whenever you walk in through the entrance it's probably ten feet from the front door.

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   It's just a big hexagon shaped counter that goes…

============================================================================

PRA1 JPSO 00243

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| DETECTIVE SCOTT BRADLEY: | I got you. Okay. Um, so they didn't play laser tag. He came back to the counter and where the mom was and you and... |
| KYLE HOUCK: | Just to tell her that he wasn't able to play laser tag and then we told him that we could either give him the tickets back and reschedule it to another time or he could come back another day and play a separate game. |
| DETECTIVE SCOTT BRADLEY: | Okay so what happened next? |
| KYLE HOUCK: | So after that uh, he went to go get ▮ out of the arcade and bring him up to the front since they weren't playing laser tag. I assume that they were about to leave. They walked into the foyer, which is the glass room in the front of the building. They walked in there, talked for a couple of seconds. I guess just trying to calm him down and get him outside of the building. Then they walked out the front door. We were still sitting at the front counter and that--including the mom as well. The mom was sitting at the front counter with us while the dad and ▮ walked out towards their car. While they were walking towards the car, uh, you could see that the son ▮ was kind of just having a little bit of a panic freak out. He started doing things like using both head--hands to hit both sides of his head, just like... |
| DETECTIVE SCOTT BRADLEY: | His own--his own head? |
| KYLE HOUCK: | Correct, correct. He was--he was smacking his own head almost like as if bees were around him or something like that and he was freaking out. So at that point, you could see that the dad knew that he was having a panic attack... |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | ...and you could see that he was trying to calm him down and talk to him and try and get him to stop. |
| DETECTIVE SCOTT BRADLEY: | How was he doing that? |
| KYLE HOUCK: | Just talking to him, staying probably like three or four feet from him, trying to get him to calm down a little bit. Then after that, once the kid started to get physical, he started kind of swinging towards the dad. Uh, doing the same kind of thing trying to tap the dad on the head just hit him on the side of his head, like right above the ear and then whenever that happened you could tell that the dad tried to kind of like hug him around his arms to kind of prevent his arms from coming up just to try and calm him down just... |

PRA1 JPSO 00244

=================================================================================

DETECTIVE SCOTT BRADLEY:   Yeah.

KYLE HOUCK:   ...hold him and whenever he started freaking out he started you know moving his body around more and he broke his arms free and kept doing the same thing just trying to tap his dad on the head like that and then after I'd say probably a minute and a half to two minutes of kind of tussling around, by the car, you could see that they were kind of locked shoulders like that and he was pushing the dad up kind of against the car. At that point, the dad kind of pushed him back just a little bit more and he reached and grabbed the dad's shirt kind of you know underneath the chest area and pulled and the dad leaned forward so it pulled the dad's shirt off. At that point the dad kind of grabbed him to try and pull him back in after he let go and whenever that happened they both kind of rolled to the floor, kind of rolled around on the floor. He was trying to kind of get his arms to stay down, so that way you know he couldn't either teeter himself back up or hit him any further. Um, after that they just kind of tussled around in the parking lot. We had one of our co-workers, which was Kimberly, the girl that uh, who ya'll spoke with earlier, she grabbed the phone and called the Victory Detail Service, which is the detail cop for our parking lot. Uh, and within thirty seconds to a minute the first cop car pulled up, got out. At that point, I saw the son, ▉ grab and bite the dad uh, I think two or three times, he either bit him once, kind of on the lower like the cheek or neck right here. He bit him another time on the arm I believe, and then another time on the chest somewhere probably like on his pec, you know muscle. Uh, something like that so I know he bit him like three or four times and at that point from inside we could see that the dad was of course, bleeding from a couple of those wounds and stuff like that. That's when we knew it was a little bit more serious, that kind of thing. The other thing as well is the mom uh, came back in the building. She walked out to the parking lot to see if she could help but once ▉, the son got attention that the mom was there, he started running towards the mom. When he started running towards the mom, the mom closed both of our doors and held them I guess so that way he couldn't get in, uh, just in self-defense that kind of thing. Uh, and also, I guess you know because we have customers in the building, to prevent him coming in where customers were. That sort of situation but she held the door closed. At that point the dad comes back up and he was trying to get him away from the door and they brought him back over by like the cop car that was pulled up right in front of the building and they were able to I believe, get him to the ground. All I saw after that was him go down behind the cop car and that's like when I said all the other cop cars started pulling up and after that, that's all I saw was him laying on the ground.

DETECTIVE SCOTT BRADLEY:   Okay. Um, all right, so, that was a lot.

=================================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

| | |
|---|---|
| KYLE HOUCK: | Sorry. (CHUCKLES) |
| DETECTIVE SCOTT BRADLEY: | No, no it's perfectly fine. It was really, good so we're gonna get into everything you just said. Um, I just want to help make sure I understand it as best as I can. |
| KYLE HOUCK: | Yeah. |
| DETECTIVE SCOTT BRADLEY: | Uh, when we talk about ▇ um, we call him a kid obviously 'cause he's with his mom and dad. Um, how would you describe ▇ |
| KYLE HOUCK: | ▇ is probably 5'10" a bit taller than me, so I'm assuming 5'10" probably weighs more than 220-230 pounds I'd say. |
| DETECTIVE SCOTT BRADLEY: | So he's basically the size of a full-grown adult? |
| KYLE HOUCK: | Correct. Yes, he's the size of a full-grown adult. Um, he has like in the past, while being here, exhibited that he has the strength of an adult and the will of an adult or… |
| DETECTIVE SCOTT BRADLEY: | How- -how- -why would you say that? |
| KYLE HOUCK: | Um, so he plays bowling here a lot and you can tell that he puts force behind the ball. He's not like, you know a joyful kid, you know that kind of thing. |
| DETECTIVE SCOTT BRADLEY: | A real bowling ball? Is it a real bowling alley or? |
| KYLE HOUCK: | It's a smaller bowling ball. It's like a- -for kids. |
| DETECTIVE SCOTT BRADLEY: | He- -he throws a ball with- -with force of an adult? |
| KYLE HOUCK: | Correct yeah. |
| DETECTIVE SCOTT BRADLEY: | Is that what you're saying? |
| KYLE HOUCK: | Yeah and he also I mean he rides our bumper cars and stuff like that and I mean he's bigger than the car, that kind of thing so I mean he is the size of an adult, yes. |
| DETECTIVE SCOTT BRADLEY: | Okay. Um, out of all the years they've been coming here have you ever seen any behavior like this from ▇ |
| KYLE HOUCK: | So in the past, he has had occasional freak-outs. I was gonna say three weeks to a month ago, I was working laser tag in the back and they came |

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===========================================================================

in to play a game of laser tag, just the two of them, just the dad and the son and they came in paid for the game like normal, asked if there was gonna be anybody else and I told them no. They were perfectly okay with that so there was nobody else in the room but he often would go to play laser tag and just kind of stand still. He would exhibit that he you know wasn't very comfortable around like other people, that kind of behavior. Uh, something that you'd see out of someone with like Autism or something like that, uh, where they necessarily wouldn't be talking to other customers, wouldn't be doing anything like that. Um, he never exhibited violent behavior just that he would be upset or he would have like a kind of panic attack from, I guess social anxiety of being in a public place with lots of flashing lights and that kind of thing.

DETECTIVE SCOTT BRADLEY:   But nothing violent, nothing physical?

KYLE HOUCK:   No, there were times where the dad would uh, the dad had like a harness that he would kind of put on you know that kind of thing, um, and he would have to kind of calm ▇ down and get him to stand still to put that on him or every now and then you could see that ▇ would kind of grab to like hug the dad with like one arm around his shoulder…

DETECTIVE SCOTT BRADLEY:   Yeah.

KYLE HOUCK:   …and like kind of pull him in. So, I mean they have been hands on but it was never like a situation where oh it's out of control. It was always a caretaker or guardian taking care of someone.

DETECTIVE SCOTT BRADLEY:   So, basically, nothing like today?

KYLE HOUCK:   Nothing violent, nothing ever like today no.

DETECTIVE SCOTT BRADLEY:   Um, all right, so when they leave laser tag today, and the dad and the son, did his mom go outside with them or?

KYLE HOUCK:   So they originally left, just the two. The dad and ▇ walked out into the parking lot.

DETECTIVE SCOTT BRADLEY:   Okay.

KYLE HOUCK:   Then after probably a minute of them being in the parking lot like I said, the mom was at the counter talking to us still.

DETECTIVE SCOTT BRADLEY:   Um, hum (POSITIVE)

===========================================================================

PRA1 JPSO 00247

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

====================================================================

| | |
|---|---|
| KYLE HOUCK: | She said, "Okay see ya'll later, they must be ready to go." She started to walk out the door. |
| DETECTIVE SCOTT BRADLEY: | What is the mom talking about with you guys while they're playing laser tag? |
| KYLE HOUCK: | So um, well she was talking with me for the most part. Um, I used to have a brother with special needs. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | He goes to the same high school as I did and my brother with special needs. My mom also worked for the school board where they go to school that kind of thing. We were just talking about his situation what classes he goes to that kind of thing. |
| DETECTIVE SCOTT BRADLEY: | Um, the mom told you he is special needs? |
| KYLE HOUCK: | Yes, she was telling me that he--he has you know some kind of condition. He's at Destrehan High School. He has some type of disability. He's in like a special needs class and that kind of situation and like I said I had a brother with special needs so I was just kind of talking to her about my situation and how it related to his situation going to Destrehan. Like I said, both myself and my brother went to Destrehan High School where he went. |
| DETECTIVE SCOTT BRADLEY: | So the dad, Daren, I mean I'm sorry, uh, ▮ and the dad go to the car? What does the car look like? What kind of car is it? |
| KYLE HOUCK: | So it's a black or dark colored SUV. |
| DETECTIVE SCOTT BRADLEY: | Um, hum (POSITIVE) |
| KYLE HOUCK: | Um, has four doors I believe and a hatchback. |
| DETECTIVE SCOTT BRADLEY: | And where did they park? Where was the car in the parking lot? |
| KYLE HOUCK: | About twenty feet to twenty-five feet from the front door in one of our very front parking spots, directly in front of the building. |
| DETECTIVE SCOTT BRADLEY: | And from where you're sitting in the front counter is your view obstructed in any way? Can you see the parking lot clearly? |
| KYLE HOUCK: | No, I can see the parking lot clearly through the front foyer. It was an all glass door as well as an all glass foyer. I could see straight to it. .. |

====================================================================

PRA1 JPSO 00248

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===================================================================================

DETECTIVE SCOTT BRADLEY: Okay.

KYLE HOUCK: ...and they were on the side of the car closer to the building, so they weren't obstructed by their own vehicle or anybody else's vehicle. They only time my vision was obstructed from anything that was going on was when the first cop car pulled up after we called Victory Detail.

DETECTIVE SCOTT BRADLEY: Okay.

KYLE HOUCK: It pulled up right in front of their vehicle and covered about three-fourths of it. So, I lost vision of the backside of their vehicle in some of it but up until that point, I had clear vision.

DETECTIVE SCOTT BRADLEY: So before the police car arrived you had a view of everything that happened?

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: So the dad and ▇ go to the car. A few minutes the mom is telling everybody goodbye or and she's leaving.

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: Uh, was the mom outside when uh, ▇ started hitting his own head or?

KYLE HOUCK: Yes, so...

DETECTIVE SCOTT BRADLEY: When does that start?

KYLE HOUCK: ...she walked out of the front two doors. She walked out of the front double doors; walked outside, got off of the curb, walked probably within ten-fifteen feet of them; saw them kind of you know wrestling with each other just kind of grabbing at each other, that kind of thing. Once she saw that, he came towards her. ▇ stood up, got off the ground kind of thing and then he saw her and started kind of moving swiftly towards her. At that point, I think that she realized that he was kind of having this panic attack or that she'd seen something like this before and knew that he was you know, in a state to not be near so she walked back inside and closed the doors to I guess protect herself from him who was coming at her.

DETECTIVE SCOTT BRADLEY: Okay.

KYLE HOUCK: At that point, the dad got himself off of the ground and came towards the door as well.

DETECTIVE SCOTT BRADLEY: When he came to the door was he bleeding at that time?

===================================================================================

PRA1 JPSO 00249

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

========================================================================

| | |
|---|---|
| KYLE HOUCK: | Yes. |
| DETECTIVE SCOTT BRADLEY: | The dad? |
| KYLE HOUCK: | Correct yes. |
| DETECTIVE SCOTT BRADLEY: | All right, so when they first started, you called it wrestling um, ██ was hitting himself in the head with his own hands? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Then he tries to hit the dad with his hands um, like he was doing to himself? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | So he's trying to mimic what he was doing to his dad? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Um, his dad grabs his arms to stop him and- -and so it's a little bit of a wrestling match at that point? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Okay uh, at one point their arms are extended at each other's shoulders they're locked up and then ██ grabs a hold of his shirt by his chest pulls dad and they fall to the ground. |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | That shirt did fully come off as well. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | So the dad had his shirt on the ground. The kid was rolling; ██ was rolling on the ground with the dad for a couple of moments. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | The dad managed to get himself up. |
| DETECTIVE SCOTT BRADLEY: | Let's talk about them on the ground. |

========================================================================

PRA1 JPSO 00250

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

================================================================

| | |
|---|---|
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Um, when they're on the ground, uh, are they on the ground on side of each other or one on top of the other or how are they positioned would you say? |
| KYLE HOUCK: | Um, so when ███ grabbed the dad's shirt, the dad leaned forward almost as if to bend down to touch his toes. |
| DETECTIVE SCOTT BRADLEY: | Yeah. |
| KYLE HOUCK: | Allowing his shirt to come clean off the top of his head. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | After that, you could see that both of them kind of teetered and lost balance. So, I believe that the dad fell to the side first and landed on his side and then ███ fell on his side and they were laying parallel to each other. |
| DETECTIVE SCOTT BRADLEY: | I understand. |
| KYLE HOUCK: | At that point, I believe that the dad tried to stand up and stand over ███ to get his hands secure so he wasn't able to either teeter himself back up onto his feet or swing. At that point the dad was just trying I guess to maintain control of the situation and then I do believe right after that again, ███ was able to get up one last time and then they came back like I said towards the door, that kind of thing after the shirt was pulled off. |
| DETECTIVE SCOTT BRADLEY: | And that's when the mom was inside? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | And they were at the front door? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Um, you mentioned something about ███ biting his dad? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | When did that happen? |

================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

| | |
|---|---|
| KYLE HOUCK: | So I believe the first time was right before the first time ▆▆ - -the time where he pulled his shirt off. Right before he pulled his shirt off I believe that he bit him somewhere on the arm. |
| DETECTIVE SCOTT BRADLEY: | Did you see that? |
| KYLE HOUCK: | Uh, I- -I didn't see him bite him. I saw the bite mark after. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | So I didn't see the physical bite but I saw the bite mark after the dad got his shirt pulled off. |
| DETECTIVE SCOTT BRADLEY: | When the shirt came off you saw blood or a mark or? |
| KYLE HOUCK: | I saw a red ring with a drop of like a drop of blood coming from it. So, I assumed that he had bit him and it had drawn blood. It looked like teeth marks. |
| DETECTIVE SCOTT BRADLEY: | You mentioned one on the- -the jaw line or- -or neck. |
| KYLE HOUCK: | Correct. That happened a couple minutes later. After they came towards the door so... |
| DETECTIVE SCOTT BRADLEY: | Did you see that bite? |
| KYLE HOUCK: | Correct. |
| DETECTIVE SCOTT BRADLEY: | Okay. Tell me about that. |
| KYLE HOUCK: | So it looked like dad tried to again grab ▆▆ and kind of get him close enough to where he could hold his arms at his sides, so that way he wouldn't swing or anything like that. At that point, it looked like ▆▆ just kind of leaned in and grazed on his cheek like that. Um, again, I was inside. I saw it kind of from the point of view where I was looking at Eric's back and the dad's face. |
| DETECTIVE SCOTT BRADLEY: | Okay. |
| KYLE HOUCK: | So all I saw was him lean and then again, afterwards when I saw ▆▆ separate that's when I saw the wound itself. |
| DETECTIVE SCOTT BRADLEY: | What about the one on his pec, his chest? |
| KYLE HOUCK: | Oh, that one I believe was when they were altercating on the ground. |

===============================================================================

PRA1 JPSO 00252

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

================================================================================

DETECTIVE SCOTT BRADLEY: Did you see that or?

KYLE HOUCK: Again, it was the same thing, where I saw them get really close to each other then right after saw the wound. I didn't actually see him put teeth into him. I was still at the front counter so; I'm probably thirty-five feet away from it. So, I couldn't see them.

DETECTIVE SCOTT BRADLEY: Did you ever go outside?

KYLE HOUCK: I stepped outside after the second cop car and third cop car came. Up until that point, I was with the mom in the glass foyer in the front. That was the closest I went to outside just because I didn't want to go outside and be involved in any type of altercation.

DETECTIVE SCOTT BRADLEY: I understand. Um, Kimberly calls your detail officer.

KYLE HOUCK: Correct.

DETECTIVE SCOTT BRADLEY: And then the detail officer arrives. Did you see anything once the detail officer arrived?

KYLE HOUCK: Once the detail officer arrived like I said I was standing in the foyer and I just walked outside after that I just saw him on the ground with the couple of cops around him still screaming, freaking out. I saw him kind of wiggle around a couple of times and then the only other thing I can say that I saw for sure was I saw him laying, screaming. I saw him shaking back and forth kind of like slamming onto the ground. Then after that I saw the um, ambulance arrive. I saw them continue to give what looked like CPR and then they used some type of breathing machine to give him oxygen.

DETECTIVE SCOTT BRADLEY: All right, Kyle, I think that we pretty much covered it.

KYLE HOUCK: Okay.

DETECTIVE SCOTT BRADLEY: Um, is there anything that I might have missed?

KYLE HOUCK: Uh, no other than that, I think that was everything.

DETECTIVE SCOTT BRADLEY: Okay. Uh, I don't have any other questions, if you don't have anything else, I'm gonna end this statement. It'll be 4:17 pm.

================================================================================

PRA1 JPSO 00253