## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

===============================================================================

**STATEMENT OF:  MANUEL ESTRADA**                    **J.P.S.O. ITEM #: A-15489-20**

**LOCATION: 725 MAPLE AVENUE**

**DATE & TIME TAKEN: JANUARY 23, 2020 AT 3:22PM**          **INCIDENT: SIGNAL 29**

**OFFICER (S): LIEUTENANT DON MEUNIER & SERGEANT KEITH DOWLING**

===============================================================================

SGT. K. DOWLING:   Okay, so, alright so what we doing, we're investigating an incident that occurred at Laser Tag on 8855 Veterans Boulevard in Metairie on Sunday around 1:30 p.m.  Um, for the record my name is Keith Dowling and this is Don Meunier and your name? Manny Estrada. Um, so you were working that day Manny?

DEP. M. ESTRADA:   Yes.

SGT. K. DOWLING:   Okay what was your capacity that day?

DEP. M. ESTRADA:   Um, just patrol, patrol my beat regular shift.

SGT. K. DOWLING:   What beat are you in?

DEP. M. ESTRADA:   Three

SGT. K. DOWLING:   Three, where, where is that?

DEP. M. ESTRADA:   Bunche Village mostly.

SGT. K. DOWLING:   Okay in relation to this about how far is it?

DEP. M. ESTRADA:   Um, about three miles.

SGT. K. DOWLING:   So you working your beat and what happens over the radio that makes you um, respond to this area?

DEP. M. ESTRADA:   I heard um, Chad uh, put out a 108 and pretty much asked for help about two or three times on the radio, step it up.

SGT. K. DOWLING:   What, what is a 108?

DEP. M. ESTRADA:   Um, Police, Police Needs Assistance.

SGT. K. DOWLING:   Okay so you start responding that way um,  did you hear anything else on the radio?  Was he saying anything else?

DEP. M. ESTRADA:   He just um, I didn't know what was going on, I didn't know if he had like a shoplifter or what I just know he kept saying…

SGT. K. DOWLING:   …because he's working the whole thing

DEP. M. ESTRADA:   …somebody's coming, yea.

===============================================================================

**TRANSCRIBER: K. Lehrmann**                                    **PAGE  1  OF  7**

PRA1 JPSO 00311

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

==============================================================================

SGT. K. DOWLING: Yea okay and so is this the area where the incident occurred, does this look familiar to you?

DEP. M. ESTRADA: Yes.

SGT. K. DOWLING: So this is the parking lot right in front of Laser Tag um, this is gonna be Chad's vehicle and that's the two detective's vehicles when this struggle's occurring between this uh, blue vehicle and Chad's vehicle is that…

DEP. M. ESTRADA: …correct.

SGT. K. DOWLING: Okay, so we have a couple patrolman pulling up, is this gonna be you pulling up right here?

DEP. M. ESTRADA: I think so because I saw the dash lights and I have dash lights.

SGT. K. DOWLING: Okay.

DEP. M. ESTRADA: Yeah it's me.

SGT. K. DOWLING: Okay so when you get on the scene tell me what you seeing and what you hearing?

DEP. M. ESTRADA: Um, basically I can't really like tell you what I'm hearing,  I know I uh, when I walk up I see Chad sitting on the guys legs right below the guys ass.

SGT. K. DOWLING: Uh-huh.

DEP. M. ESTRADA: Like to control him.,

SGT. K. DOWLING: Uh-huh.

DEP. M. ESTRADA: And then so I, I saw that so I kinda just stayed back.

SGT. K. DOWLING: Is the guy handcuffed at this point?

DEP. M. ESTRADA: I don't think so.

SGT. K. DOWLING: Think so…

DEP. M. ESTRADA: …I, I couldn't tell I'm not sure.

SGT. K. DOWLING: Okay.

DEP. M. ESTRADA: I just know after the fact I saw he was um, they used two, had to use two cuffs on him.

SGT. K. DOWLING: What is the new, what, what, what are people saying on the scene, did anybody tell anything about what's going on with this?

DEP. M. ESTRADA: No I didn't know what was going on.  All I knew is I, I saw Chad trying to control him.

SGT. K. DOWLING: Okay was anybody helping him at this point?

DEP. M. ESTRADA: Um, yea the two detectives.

SGT. K. DOWLING: Okay

DEP. M. ESTRADA: That got there on the scene.

==============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**
===============================================================================

SGT. K. DOWLING: Alright, what was the suspect or what, the guy that was on the ground, how was he positioned?

DEP. M. ESTRADA: He was faced down.

SGT. K. DOWLING: Faced down.

DEP. M. ESTRADA: Yea he was laying, he was laying down faced down and Chad was sitting on his legs like just below his butt.

SGT. K. DOWLING: Um, what was the guy doing, was he complying at this point (inaudible talking at the same time)…

DEP. M. ESTRADA: …(inaudible) I never did. No he was like trying to get away like just get up. He wasn't, he Chad was trying to control him and he was just like just kept trying to get up.

SGT. K. DOWLING: Okay so at one point Chad switches out positions with Deputy Vega is that fair to say?

DEP. M. ESTRADA: I didn't, I can't, I don't remember seeing it, I know eventually I did Chad up and, and um, yea…

SGT. K. DOWLING: … in the same position?

DEP. M. ESTRADA: Yea and then because I was I believe was going back and forth and I was um, eventually tried to get information from the parents.

SGT. K. DOWLING: Okay.

DEP. M. ESTRADA: And the son info and then um, ended up uh, pulling up around the back of the car to run the plate and make sure everything matched up as far as their info.

SGT. K. DOWLING: So what were the parent's telling you? Telling you what was going on?

DEP. M. ESTRADA: Um, the dad, I saw he had um, he was bleeding like blood dripping from his face and I asked him what happened he said his son bit him in the face. And them um, the mom was just pacing all around. She wasn't much help. He was, he was pretty calm trying to tell us what happened. He said his son attacked him.

SGT. K. DOWLING: Um, so at one point he becomes violent enough to where you had to go get shackles out your vehicle is that right?

DEP. M. ESTRADA: Yea um, one of the detective's I couldn't remember who it is was but uh, I don't know his name but I know it wasn't Mehrtens but um, he said I need help he's kicking um, I need help controlling his feet.

SGT. K. DOWLING: Okay

DEP. M. ESTRADA: So I remembered knowing I had shackles I ran to my unit to help put the shackles on him so he doesn't get up and try to run and fight or whatever.

SGT. K. DOWLING: Okay. Do you know who put the shackles on him?

DEP. M. ESTRADA: I put one and another detective um, put one on, on the other foot. I don't remember who it was. I'm assum…

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

===============================================================================

SGT. K. DOWLING: ...it was kinda difficult to put them on or?

DEP. M. ESTRADA: Yea, yea.

SGT. K. DOWLING: Okay, so after the shackles what else occurred on the scene um, that you can recall?

DEP. M. ESTRADA: He kept, he kept trying to get up like, like to get his body up off the ground and um, I just kinda stayed back because they had enough people there, it's like you have too many people you know you can't you're not any help so I just kinda backed off. But um, I just remembered him trying to get up. And then um, next thing I know is I, I think after I put the shackles on his feet I look, cause at first when I went back there he was handcuffed behind his back and then when I stepped around it didn't click but then all of a sudden I see his hands above his head on the ground.

SGT. K. DOWLING: So his hands are on the ground in front of him what's going on at this point is there a struggle?

DEP. M. ESTRADA: He, he struggled and then um, they were just trying to control him because he had his hands above his head, were trying to control him and then um, just like quick I just saw him like go blue in his face.

SGT. K. DOWLING: Okay, did you see um, any kind of foam in his mouth or anything like that?

DEP. M. ESTRADA: No, no. It just I was I just remembered standing probably like from, from here to the wall away from him and he's faced down and then just like all of a sudden I just seen him turn blue.

SGT. K. DOWLING: Okay, um, did you see, after that they started CPR?

DEP. M. ESTRADA: Yea, yea he, they um, they had him on his side and then um, they were checking him to see you know and um, to see what's wrong and um, I think EMS was there and they said no he's still breathing so and that's about it.

SGT. K. DOWLING: Okay.

LT. D. MEUNIER: A couple of questions um, did anybody tell you or did you hear anything that was addressing to you is the age, or that he was Special Needs?

DEP. M. ESTRADA: Um, no.

SGT. K. DOWLING: Okay.

DEP. M. ESTRADA: No.

LT. D. MEUNIER: I meant to you.

DEP. M. ESTRADA: Yea I um, you know like sometimes you, you focused on what you see and you're not you could hear everything but you not making out what you're hearing.

LT. D. MEUNIER: Did you ever have contact with him directly?

DEP. M. ESTRADA: Um, only with the shackles. The uh, I put them on one foot and the detective put the shackle on the other foot.

LT. D. MEUNIER: No I mean you never assumed the straddling position, you never rolled him...

===============================================================================

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

========================================================================

DEP. M. ESTRADA: …no…

LT. D. MEUNIER:    …you never attempted to or perform CPR on him, nothing?
DEP. M. ESTRADA: No, no. no.

LT. D. MEUNIER:    Okay did you talk to either of the parents the, the, the female or the, or the injured male?
DEP. M. ESTRADA: I spoke to the father um, and I was just trying to collect information for the whoever was gonna handle the report collecting info from him, the phone number, their address her name.

LT. D. MEUNIER:    Were you able to do that?
DEP. M. ESTRADA: I got that and I handed it to the um, the um, deputy uh, Kahrs that worked that beat.

LT. D. MEUNIER:    Okay.
DEP. M. ESTRADA: And I had it all on a yellow piece of paper I said look here's everybody's name um, I ran the plate, it matched the address that he gave and here is his phone number. I then kinda backed off.

LT. D. MEUNIER:    Did you ever hear anyone, anyone but specifically the, the mother assert, claimed or say out like that y'all collectively y'all, the police had or were choking her son?
DEP. M. ESTRADA: She was I remember her standing um, by the door, the open door of her SUV and she kept fooling around with her phone and she, she just I remember just hearing her shout y'all are killing my son when all we were doing was trying to control him.

LT. D. MEUNIER:    So she did say something about that?
DEP. M. ESTRADA: She said yea.

LT. D. MEUNIER:    Okay.
DEP. M. ESTRADA: She just kept, she was hysterical.

LT. D. MEUNIER:    Okay.
DEP. M. ESTRADA: And the whole, the dad was calm as could be the whole time and he had the, the injury to his face.

LT. D. MEUNIER:    Alright um.
SGT. K. DOWLING: Did anybody alert you that he was a Special Needs Child?
DEP. M. ESTRADA: No, I didn't hear it.

SGT. K. DOWLING: Not, the mom, no, no other spectators standing around yelling it or anything like that?
DEP. M. ESTRADA: Uh-uh.

LT. D. MEUNIER:    How long you think you talked to the father?
DEP. M. ESTRADA: Um, just enough to get his name. I just asked him I said I tapped him on the shoulder I said excuse sir can I have your name, date of birth and I, and then um, he said, I said um, um, what's your address and he gave it to me, I said oh, in Destrehan because that's when

========================================================================

**J.P.S.O. ITEM #**                                                    **PAGE   5 OF 7**

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

I ran the plate that matched up. He says yes and I said can I have your phone number and then the said sure and he gave it to me and then I said um, what's your wife's name and date of birth and then I asked the son too um, information, that's about it.

LT. D. MEUNIER:     Okay and you got all of that from, from dad?
DEP. M. ESTRADA:  And I collected everything from the dad.

LT. D. MEUNIER:     Did the dad ever identify himself by profession?
DEP. M. ESTRADA: No.

LT. D. MEUNIER:     You don't know what he did?
DEP. M. ESTRADA: No.

SGT. K. DOWLING: What about mom?
DEP. M. ESTRADA: No. There's a third lady, uh, another lady that showed up that was I believe friends with them or something.

SGT. K. DOWLING: Okay.
DEP. M. ESTRADA: She showed up, she was cursing everybody out and she said she was a psychiatrist, the lady that showed up after (inaudible)

LT. D. MEUNIER:     Okay.
SGT. K. DOWLING: Can you describe her?
DEP. M. ESTRADA: She has like gray hair…

SGT. K. DOWLING: …kinda spikey?
DEP. M. ESTRADA: She was probably about my height, I can't remember but it was real gray.

SGT. K. DOWLING: Uh-huh.
DEP. M. ESTRADA: Like white hair or whatever.

LT. D. MEUNIER:     Uh-huh. Alright um, other than, than the one shackle obtaining the shackle and putting one on, you didn't have contact with him while he was on the ground. You didn't administer CPR or participate in that. You didn't roll him into a recovery position?
DEP. M. ESTRADA: Uh-uh.

LT. D. MEUNIER:     I'm correct on those things?
DEP. M. ESTRADA: Yes.

LT. D. MEUNIER:     Okay, alright um, you didn't see anyone choking or attempting to choke him?
DEP. M. ESTRADA: No.

LT. D. MEUNIER:     Just a question?
DEP. M. ESTRADA: No.

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

LT. D. MEUNIER: Okay, um, but you did hear mom unhappy saying…

DEP. M. ESTRADA: …yea simply because we was just trying to control him, the whole deal was just controlling him. Because he…

LT. D. MEUNIER: …no I understand, (inaudible two talking)…

DEP. M. ESTRADA: …I'm just telling you the whole, the whole time we were just trying to control him. I mean she, she at first,

LT. D. MEUNIER: I usually don't share information (inaudible) but the reason I'm asking you, she asserts that she, she said out loud whether it's you're choking him, or y'all are killing him but you're cooperating. She. She was audible about that. She was saying things like that?

DEP. M. ESTRADA: Yea, she was saying things like that but the whole time we weren't hurting him. We were just trying to control him.

LT. D. MEUNIER: I understand. I don't have any further questions.

DEP. M. ESTRADA: Ok.

SGT. K. DOWLING: Okay, thank you.

LT. D. MEUNIER: I appreciate you coming over.

DEP. M. ESTRADA: Alright.