## JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT FORM

**STATEMENT OF:** Chad Pitfield                    **J.P.S.O. ITEM #** A-15489-20

**LOCATION:** 725 Maple Ave., Harvey, LA.

**DATE & TIME TAKEN:**  January 22, 2020 at 7:12PM                    **INCIDENT:** Signal 29

**OFFICER(S):** Lt. D. Meunier / Sgt. K. Dowling

| | |
|---|---|
| LT. D. MEUNIER: | Alright, uh, yeah, sorry about that, alright. Um, so we'll set the stage. Uh, we're obviously at the Investigations Bureau. We're in the Homicide Division. I iRecord system is activated. Uh, Sgt. Keith Dowling, Lt. Donald Meunier, Chad Pitfield, currently assigned to the Reserve Division for JPSO, attached to Crime Scene? |
| C. PITFIELD: | That's correct. |
| LT. D. MEUNIER: | Okay. Formerly the commander of Criminal uh, Laboratory Services? |
| C. PITFIELD: | Yes sir. |
| LT. D. MEUNIER: | Okay. And current employment with Kenner is what? |
| C. PITFIELD: | I'm the Director of Parks and Recreation. |
| LT. D. MEUNIER: | **Okay. Um, obviously we're here in reference to an incident that occurred on the 19th of January, of this year, shortly uh, before 1:30 p.m., in the 8800 block of Veterans Blvd.** |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | **Uh, for documentation purposes, it's under ITEM A-15489-20.** Uh, on that date, at that time, um, what was your purpose for being in the area of the 8800 block of Veterans? |
| C. PITFIELD: | I was uh, working, off duty, uh, public assignment, uh, at the Westgate Shopping Center for all of the businesses in that strip mall. |
| LT. D. MEUNIER: | Okay. Uh, would Laser Tag be one of those businesses? |
| C. PITFIELD: | Yes sir. |
| LT. D. MEUNIER: | Okay. At some point, did, did you get summoned to the parking lot area? |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| C. PITFIELD: | I did. So, because there's multiple businesses there, uh, there's actually a dedicated cell phone that is provided by uh, the merchants in that area so they all have the phone number. So, uh, I'd received a phone call from Laser Tag, from the manager uh, and she calmly, it was a, it was a, a little longer conversation than I would have assumed, but it was just simply…hey, we have a, a family that comes here all the time. Uh, the child is special needs. Uh, him and dad are arguing and fighting in the front of the, in the front and we're gonna need you to come over here. |
| LT. D. MEUNIER:<br>C. PITFIELD: | And that's what Heather, the manager, conveys to you?<br>Correct. |
| LT. D. MEUNIER:<br>C. PITFIELD: | By phone?<br>Correct. |
| LT. D. MEUNIER:<br>C. PITFIELD: | Alright, uh, what do you do next?<br>I start driving that way. I was on the other end of the strip, of the strip mall. |
| LT. D. MEUNIER:<br>C. PITFIELD: | Okay.<br>Um, so I start making my way towards, and again, the calmness in her voice, um, no excited, no excited message that she gave me on the phone. I'm driving there figuring I'm gonna, you know, come across a, a dad and son arguing over the toy or something that he wanted from Laser Tag. |
| LT. D. MEUNIER:<br><br>C. PITFIELD: | Alright, and when, when you do approach Laser Tag, uh, what do you see? What's the first thing you remember seeing?<br>The first thing I see, when I pull up, is there's several uh, males standing across the, the roadway of the, the driveway uh, directly in front of the businesses with cell phone cameras out, videotaping. And they had their backs to me, so when they see me, they kinda part the way and I drive through. So, I'm thinking at the same time what are they videotaping. Um, and then as I approach, um, I notice um, a, an SUV, maybe a bluish gray color with the back passenger door open with a, a white male with no shirt on. So then I'm going into this must be what I'm coming here for. |
| LT. D. MEUNIER:<br><br><br>C. PITFIELD: | Okay. And, let me just set the stage, we're gonna, we're gonna, we'd like to go over video with you cuz we have video from Laser Tag and we get you to explain certain things and recount certain events. But before that, you're driving what?<br>Uh, |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | What type of vehicle? |
| C. PITFIELD: | a marked, uh, JPSO SUV. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. And you're attired in uniform? |
| C. PITFIELD: | Yes. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. Alright, um, so we're gonna back up a little bit before your arrival. |
| C. PITFIELD: | Okay. |

| | |
|---|---|
| LT. D. MEUNIER: | Now, do you recognize that person exiting the Laser Tag, |
| C. PITFIELD: | Uh, |

| | |
|---|---|
| LT. D. MEUNIER: | (inaudible) people? |
| C. PITFIELD: | I do now. Um, obviously before this con, before the incident happened, um, earlier in my shift I had gone into the Laser Tag to use the restroom um, and then upon me exiting the restroom I noticed uh, there's a, it's a glass um, waiting room or, or pre-room before you get into the actual facility. |

| | |
|---|---|
| LT. D. MEUNIER: | It, |
| C. PITFIELD: | So you come through the main door. It's a glass area. You walk into the, the, the main part of the, the business. Um, they were standing there and what caught my eye was the silver buckles uh, with it looked like seatbelts that the, the male, the older male was carrying in his hands, inside the business. So it caught my eye of what is that, but then, |

| | |
|---|---|
| LT. D. MEUNIER: | These right here? Is that what you're talking about? |
| C. PITFIELD: | It, it appears to be the same, yes. Um, and, and so, again, just, it caught my eye, as me walking out. Um, and then I proceeded out the business into my car and continued to do what I was doing there. So, I had previously seen them and was not aware that this was the group that I was coming to, uh, when the phone call was made. |

| | |
|---|---|
| LT. D. MEUNIER: | And there appeared to be no problem at that time? |
| C. PITFIELD: | No problem at all. They were all three standing in the corner of the, of the lobby, closest to where the, the big screen television is, just standing in the glass, in the glass aisle uh, in the glass annex area. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. |

## JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| SGT. K. DOWLING: | I think for the sake of this, we can speed forward. |
| C. PITFIELD: | Yeah. |
| | |
| LT. D. MEUNIER: | This is, this is the interaction between father and son that, that prompts the manager to call you. |
| C. PITFIELD: | So this is me approaching um, from here. As I said, that this meets from the, from the east. |
| | |
| SGT. K. DOWLING: | The parking lot? |
| C. PITFIELD: | Yes, from the east, coming and as I approach and, and I get out the car, the, the, the male with no shirt is just kinda standing there at this time. I do see someone else inside the vehicle, but I can't see much because the, the back door is open. So I'm almost cut off at a 45 degree angle, uh, where I'm looking through privacy coated glass. Um, but the, the, I immediately see the male with no shirt on. |
| | |
| LT. D. MEUNIER: | Do you realize that's the same male that you would have seen earlier in the front foyer area? |
| C. PITFIELD: | Um, |
| | |
| LT. D. MEUNIER: | I mean if you don't, that's okay. I'm just asking. |
| C. PITFIELD: | I, I, I, yeah, I, I don't recall. I mean I, now that I do remember that they were there before, I don't remember if at this point I realized that that was them. |
| | |
| LT. D. MEUNIER: | Fair enough. Okay. |
| | |
| SGT. K. DOWLING: | Could you see any injuries on him at this point? |
| C. PITFIELD: | He had blood on, I, I, obviously I could see he had no shirt on, which was a little odd. I mean at a family, you know, with small children you really don't see people in there with no shirts on. Um, but I did see he had uh, some blood on his shoulder. I can't remember if it was the right or the left and he had some blood on his hands and I could just tell he was, he was kind of a little winded. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | So at this point, I'm really just verbally asking him...hey man, what's going on? What can we do? Um, at, almost immediately the son comes out and starts hitting himself in the head. Um, and then I can hear dad saying "■■■ calm down. ■■■ calm down." So at this point, I'm only assuming his name is ■■■. |

PRA1 JPSO 00257

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | Alright, |
| C. PITFIELD: | So that's what I am referring to him as ███. |

| | |
|---|---|
| LT. D. MEUNIER: | So that leads me to a series of questions...the first being, at this point, are you even aware that that woman who, who, for the record, is his mother, are you aware that she's even in play here? |
| C. PITFIELD: | No. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. You're just aware of ███, the sixteen year old, and his father? |
| C. PITFIELD: | Correct. |

| | |
|---|---|
| LT. D. MEUNIER: | Are you aware that ███ is a juvenile at that point? |
| C. PITFIELD: | No clue. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. Um, is anyone informing you of, of ███ being challenged in any way, autistic? |
| C. PITFIELD: | No. The, the only, the only pre knowledge I had was from the phone call from the manager of Laser tag that told me he was special needs, |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | where I was going. I'm still assuming this is what I was going to. |

| | |
|---|---|
| LT. D. MEUNIER: | That's a reasonable assumption, but nobody's, nobody's defining it for you? |
| C. PITFIELD: | No. |

| | |
|---|---|
| LT. D. MEUNIER: | Do they at some point? |
| C. PITFIELD: | Later on. |

| | |
|---|---|
| LT. D. MEUNIER: | And we'll get to that. Okay, |
| C. PITFIELD: | So at this point, he, dad is, is saying "███ just calm down. Let's just get in the car." I'm really not aware that mom is there. I'm trying to let dad handle it. I mean this is, dad seemed at some point that he was able to handle it. Um, at one point, and again, I'm looking at hands. I, and but, when he first comes out of the car, I am trying to zone in on hands. I wanted to see what he had in his hands, if he had anything. Well, that's when he starts punching himself, in the head, and then going after dad. So again, trying to verbally...dad, what can we do to calm him down? Dad finally gives his back to him when ███ starts pounding on dad's back. At that |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

point is when I first observed dad's facial area to be busted open. He has blood now pouring all down his chin and down his face and I realize I need to now say dad,

LT. D. MEUNIER:       Okay.
C. PITFIELD:         because he doesn't have this because he has now given up his back and ▆ at the time is, is pounding on dad.

LT. D. MEUNIER:       Okay.

SGT. K. DOWLING:     So when you see him slapping himself and hitting himself in the head, what's going through your mind at that point?
C. PITFIELD:         I'm, I, I'm trying to figure, you know, what's going on and I'm at the same time verbalizing with ▆...hey man, just calm down. We're gonna, let's just calm down ▆. Just calm down. And I'm, I'm really just trying to get him calm.

LT. D. MEUNIER:       And I realize dad's a little busy at this point.
C. PITFIELD:         Right.

LT. D. MEUNIER:       But dad is not communicating with you?
C. PITFIELD:         Not at all.

LT. D. MEUNIER:       Dad isn't attempting to communicate with ▆. You're attempting to communicate with ▆.
C. PITFIELD:         Correct.

LT. D. MEUNIER:       But you and dad are exchanging any information?
C. PITFIELD:         No, not at all.

LT. D. MEUNIER:       Okay. Go ahead.
C. PITFIELD:         So, when I finally see that dad doesn't have it anymore, um, I basically escort ▆ to the ground. I figured I'm not gonna continue chasing him through the parking lot. He is beating on dad. Let's get him on the ground where we can control him and we can hopefully get him to calm down and figure out what's going on.

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | Okay. Let's stop for a second. So, I can look at the video but I want your interpretation of "escorting to the ground." How does that go? |
| C. PITFIELD: | I go up on his shoulders and I escort him straight down to the ground. |
| | |
| LT. D. MEUNIER: | Okay. So in laymen's terms, you're shoving him, |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | from the top, |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | trying to get him to the ground. |
| C. PITFIELD: | Down to a prone position. |
| | |
| LT. D. MEUNIER: | Why on the ground? |
| C. PITFIELD: | So that way we can try to contain him. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | And so we're not running around the parking lot and going through this, cuz we've already gone from the back passenger door, around this area, now we're going up here. I don't know what's going on in the parking lot behind. I don't want to get hit by a car. We're in a small enclosed area, so let's try to control what we have. |
| | |
| LT. D. MEUNIER: | And that works? |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | He goes down? |
| C. PITFIELD: | He goes down to the ground. Um, he's still trying to get up and move and move his hands. Um, at this point, I go to grab his hands to bring it behind him so I can control his hands and a, again, a further effort to control him, to get him to calm down. |
| | |
| LT. D. MEUNIER: | Do you remember which hand? |
| C. PITFIELD: | Um, I, |

PRA1 JPSO 00260

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | Now, we can review the video. I'm asking you if you independently remember or think you know which hand you grabbed. |
| C. PITFIELD: | The right hand, um, was the one that was closest to me, that I was planning on going around. Um, I take a step with my left and realized that my le, right leg is not coming with me. |
| | |
| LT. D. MEUNIER: | Alright. |
| C. PITFIELD: | And I don't know what's going on. Well, I look down and I noticed uh, ███'s face attached to the side of my leg and I realized that he is now biting and is a, attached to my leg. |
| | |
| LT. D. MEUNIER: | Okay. |
| | |
| SGT. K. DOWLING: | So what do you do then? |
| C. PITFIELD: | So, at that point, I give a single strike to ███ so he will release. At the same time, I strike, I pull my leg away and I am able to break free from his grasp of, of, |
| | |
| LT. D. MEUNIER: | Were you striking with an implement, a weapon? |
| C. PITFIELD: | Hands. |
| | |
| LT. D. MEUNIER: | Hands. Where, where's that strike delivered to? |
| C. PITFIELD: | I believe it was towards, |
| | |
| LT. D. MEUNIER: | Do you know? |
| C. PITFIELD: | towards the head area, |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | that was attached to the, his head that was attached to my leg. |
| | |
| LT. D. MEUNIER: | And you're being bitten at that time? |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | And, |
| C. PITFIELD: | He was actually latched on. |

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | Can you show us the bite? |
| C. PITFIELD: | Sure. |
| | |
| LT. D. MEUNIER: | Okay. We'll get into this, but you were treated at a hospital? |
| C. PITFIELD: | Yes sir. |
| | |
| LT. D. MEUNIER: | Okay. Alright, so, |
| | |
| SGT. K. DOWLING: | What, what's dad doing right now? |
| C. PITFIELD: | Uh, dad is not verbal at all. Um, dad is now, uh, ▮▮▮ is, is kind of on his side and is still moving around, trying to get up and dad is actually on his waist area laying across him, holding him down. |
| | |
| LT. D. MEUNIER: | Now you have a hand you believe to be the right hand? |
| C. PITFIELD: | Yes. And at that point, I visually look and realize how broad the shoulders are uh, of ▮▮▮ and I realize that if I try to handcuff him now, the single pair of handcuffs that I had on me were not gonna do the job. Um, so I retreat while dad is still holding him down. I retreat to my open door of my car to retrieve a second pair of handcuffs that, and then I go back in. |
| | |
| LT. D. MEUNIER: | Let's see that. (rolling video) |
| | |
| C. PITFIELD: | It may have happened already. |
| LT. D. MEUNIER: | Go, go back to the car. |
| | |
| SGT K. DOWLING: | It's very sensitive. |
| | |
| SGT. K. DOWLING: | So does he strike you when he's swinging? |
| C. PITFIELD: | Yes, he, he strikes me in the top of the head and actually I had a baseball cap on, a JPSO baseball cap, and it turned it sideways. I actually remove it. |
| | |
| SGT. K. DOWLING: | Uh-huh. |
| C. PITFIELD: | And he uh, actually broke my sunglasses straight from my vehicle |
| | |
| LT. D. MEUNIER: | (inaudible) |
| C. PITFIELD: | I'm grabbing the hand next to the door. |

---

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| SGT. K. DOWLING: | Dad's holding him down. |
| C. PITFIELD: | Dad is holding him down. I go back grab, the right arm again. I get one handcuff on him and then I mount him from the back. He is still trying to stand up. He is actually pushing me up with the weight. So I'm afraid that he is going to tip me off and then gain control over the top. So I slide down onto his buttocks and I'm sitting on his hips. |

| | |
|---|---|
| LT. D. MEUNIER: | Alright. |
| C. PITFIELD: | So I'm controlling his, his base area from his hips. |

| | |
|---|---|
| LT. D. MEUNIER: | So you're saying at this time you're in control of one hand, that's cuffed? |
| C. PITFIELD: | Right arm. Right arm has a cuff on and I am holding the other blade of the cuff in my hands. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. And you're on his butt. You're mounted on his butt. |
| C. PITFIELD: | I'm on his butt. I am mounted on his butt. |

| | |
|---|---|
| LT. D. MEUNIER: | Can you tell if he's responsive, as you move does he move? |
| C. PITFIELD: | Yes. Several times I tried to go up and grab the left hand, but as I give up space, off of his butt and his hips, he is moving and, and he's trying to stand up again. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | So at this point, I realize dad is holding the left hand. I'm gonna control the right arm and I'm gonna control the hips. At this point, we're actually talking to him. Um, dad is still trying to calm him. Mom is speaking to him. He is yelling firetruck, firetruck because he hears sirens coming. Um, so I am telling him ▮▮ calm down. I'm actually rubbing his shoulder blade, his left shoulder blade area. I'm rubbing his side, down the, down his side uh, telling him ▮▮ calm down. It's gonna be okay. |

| | |
|---|---|
| LT. D. MEUNIER: | Let me slow you up here for a second. I got that, while you're doing that, I've got a couple of questions. One is has, has either dad or mom now defined he's special needs, he's autistic, he's on the spectrum? |
| C. PITFIELD: | Mom, at this point, where she is putting jackets and, and fu, other outer clothing cuz it was the, it was a chilly day. It was kinda the first day we had a temperature change. Uh, mom is now putting jackets and, and, and other material under his head and he's laying, he's still on top of him and she's telling me he's autistic. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

═══════════════════════════════════════════════════════════════════

LT. D. MEUNIER:     Okay.
C. PITFIELD:        You know, I'm asking them what is going on?


LT. D. MEUNIER:     Well, is,
C. PITFIELD:        She says "he's autistic."


LT. D. MEUNIER:     Okay. So you're, this is the first time you're gathering,
C. PITFIELD:        The very first time,


LT. D. MEUNIER:     specific information (inaudible)
C. PITFIELD:        specific, that I know what's going on. Yes sir.


LT. D. MEUNIER:     Okay. And that's coming from mom?
C. PITFIELD:        From mom.


LT. D. MEUNIER:     Alright, and you are, you're talking to ▮▮▮ at this point too?
C. PITFIELD:        I'm trying to calm him down because at this point, although his left hand is not
                    cuffed, he's calm and he's laying down but I, he is still moving and still yelling
                    firetruck.


LT. D. MEUNIER:     So it leads me to my last question, before we go on, you dad is in con, is holding
                    his left hand. Is dad holding it in a struggle fashion or is he holding it like,
C. PITFIELD:        Just holding it down. He's not actively pulling it away. He's actively pulling the
                    right arm and several times I'm having to reposition because by this time, this area
                    in my knuckles is starting to catch some pain from,


LT. D. MEUNIER:     Dad's not struggling with the left hand,
C. PITFIELD:        No,


LT. D. MEUNIER:     the way you are with the right hand?
C. PITFIELD:        No, exactly.

LT. D. MEUNIER:     Okay. Alright,


═══════════════════════════════════════════════════════════════════

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| SGT. K. DOWLING: | Is mom saying anything else? |
| C. PITFIELD: | No, she's talking to him telling him to calm down ██, please calm down. Um, I actually look up at dad. I see dad's blood continuing on his face. I had several radio communications um, again, requesting, I previously, when I first put it out, and again requesting EMS and additional units. |
| | |
| LT. D. MEUNIER: | What's EMS for at this point? |
| C. PITFIELD: | EMS is for dad and obviously there's some type of issue going on with him as well. |
| | |
| SGT. K. DOWLING: | Okay. |
| C. PITFIELD: | So for both of them. Um, I'm looking at dad with blood gushing out of his, out of his jaw area. Um, we're really just calming him. We're talking to him, trying to get him calm and, and, and to cool down some. |
| | |
| LT. D. MEUNIER: | Is he calming down? |
| C. PITFIELD: | He has spurts. He would calm down and yell firetruck, but then he was still trying to free that right arm and still trying to stand up cuz I could feel his hips pushing up where he was trying to get me off of his hips. |
| | |
| LT. D. MEUNIER: | Okay. |
| | |
| SGT. K. DOWLING: | What about his feet? |
| C. PITFIELD: | He was trying to stand up. I couldn't see his feet cuz they were behind me. |
| | |
| SGT. K. DOWLING: | Could you could feel 'em or anything like that? |
| C. PITFIELD: | Yeah, I could really feel his hips pushing up on me. |
| | |
| LT. D. MEUNIER: | So is it, is it a fair statement that you're, you're holding what you've got, as they say, waiting for other units and EMS? |
| C. PITFIELD: | That's correct. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | That's correct. |
| LT. D. MEUNIER: | Alright, go on. |
| C. PITFIELD: | Um, so at, at, |

PRA1 JPSO 00265

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

LT. D. MEUNIER:     (inaudible)
C. PITFIELD:        at a point here,


LT. D. MEUNIER:     Uh-huh.
C. PITFIELD:        uh, mom is still putting jackets and coats underneath his head, telling him just to
                    lay down.


LT. D. MEUNIER:     Do you know why?
C. PITFIELD:        I was assuming it was so that way he would just lay on the ground and maybe be
                    comfortable and calm down and take a nap. Um, she does place an orange object
                    directly in front of his face cuz he was laying down straight, straight onto the
                    ground and she puts it directly in front of his face and I in, I then instruct her do
                    not put that in front of his face. You're blocking his air. (inaudible)


LT. D. MEUNIER:     You called it an object. You're, is it clothing?
C. PITFIELD:        Yeah, a piece of clothing,


LT. D. MEUNIER:     Okay, alright.
C. PITFIELD:        a jacket, I don't if it's a jacket,


LT. D. MEUNIER:     Alright, a jacket, clothing.
C. PITFIELD:        A piece of clothing, yes.


LT. D. MEUNIER:     Alright.
C. PITFIELD:        So she, she, mom puts it in his face. I tell her don't put it in his face. He needs to
                    be able to breathe. She then positions his head sideways and he is then just laying
                    on the coat, sweatshirts, whatever it was, it was definitely outerwear.


LT. D. MEUNIER:     And is he laying on his stomach?
C. PITFIELD:        He is on his stomach, yes.


LT. D. MEUNIER:     With you straddling his butt?
C. PITFIELD:        Yes, correct.
LT. D. MEUNIER:     In control of his right arm with that right hand cuffed and you're holding the, the,
                    the middle of the cuff. That's correct?

### JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| C. PITFIELD: | That's correct. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | That's correct. And dad's still holding left hand. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | So this entire time, again, siren's getting a little bit louder as the pa, the other assisting units are getting closer. He's, uh, again, I just continue to hear firetruck, firetruck, firetruck. |
| | |
| LT. D. MEUNIER: | Is that the only thing he's verbalizing? |
| C. PITFIELD: | That's all I'm hearing from him is firetruck. |
| | |
| LT. D. MEUNIER: | Is mom continuing to talk to ███? |
| C. PITFIELD: | Talk to him and I'm letting her do it because it seems to be calming him down, but he is still wanting to get up. I'm still feeling him trying to move his hips up to stand up. |
| | |
| LT. D. MEUNIER: | Alright. |
| C. PITFIELD: | Then again, this just, this continues on, |
| | |
| LT. D. MEUNIER: | But I'mma, I'mma ask, while we're waiting and, and more activity's gonna occur and I don't want to stop it cuz it is sensitive and we're gonna have to revert back to reviewing it. Uh, so I want, I want to be clear about something. Uh, I mean are you finding him strong? |
| C. PITFIELD: | Oh, very strong. |
| | |
| LT. D. MEUNIER: | Okay. And you've got what you're got. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | You're holding that and this would be the first unit. Do you remember who that was? Did you see him even coming up on you? |
| C. PITFIELD: | I, I did not. I did not. |
| | |
| LT. D. MEUNIER: | Okay. So at some point, do you become aware there are other police on scene? |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| C. PITFIELD: | I do see one, uh, one detective come in plain clothes on side of me. He has handcuffs out and that's when I instruct him to please grab his left hand. Let's put him in custody. He puts a handcuff on the left arm, brings it back and then we attach the two handcuffs together. So he is now double cuffed and secured behind his back. |
| LT. D. MEUNIER: | Okay. Now you have a, a second non-uniformed officer. For the record, the first was gonna be Ryan Vaught, a detective in Robbery. The second is gonna be Steven Mehrtens, a detective in Property and pretty much simultaneously the others arrive, |
| C. PITFIELD: | Uniformed 4th District Deputies. |
| LT. D. MEUNIER: | Okay. So now you have the hands cuffed behind the back using two sets of cuffs linked. |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | Okay, I mean it sounds like based on, based on ██'s size two pair of cuffs is reasonable. |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | How far apart would you estimate his hands are with those two cuffs? |
| C. PITFIELD: | I would have to guess uh, 20, 20, 16 to 24 inches, somewhere around that range. |
| LT. D. MEUNIER: | Okay. |
| SGT. K. DOWLING: | So you, you saw him face to face when y'all, when you first met up with him. What size did you gauge him at? |
| C. PITFIELD: | Um, a lot larger than I expected. Uh, cuz the first time I saw him is when he came out of the car um, and I was approaching dad, asking dad what was going on. Um, a lot larger than I was expecting from the phone call of the father / son having uh, a little disagreement in the front of the business. |
| SGT. K. DOWLING: | Okay. Anything else from this part you want to add? |
| LT. D. MEUNIER: | No, I think we can go forward. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| SGT. K. DOWLING: | So what, what's going on as the units are pulling up, after you get him handcuffed? |
| C. PITFIELD: | As they're, as they're coming up he is still trying to stand up. Um, I can still feel the pressure uh, of him, of his hips, trying to stand up so I am holding uh, what I have. His hands are secured. Um, we're still talking to him. I'm telling him ██, just calm down. Everything's gonna be okay. You know, come on ███, just calm down. Calm down. I can still feel him trying to stand up. Um, |
| | |
| LT. D. MEUNIER: | Where's mom? How's mom in play here? Is she still talking to ██ or do you know? |
| C. PITFIELD: | Uh, no, I believe uh, I, I can't recall. |
| | |
| LT. D. MEUNIER: | If you don't know, you don't know. |
| C. PITFIELD: | I don't recall. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | Yeah, I'm not sure where mom went to. Um, and then I do remember looking up to my right and seeing a uniformed deputy, Deputy Nick Vega, um, standing there. |
| | |
| SGT. K. DOWLING: | So the, it appears in the video this is mom by, by his head still. |
| C. PITFIELD: | Okay. |
| | |
| SGT. K. DOWLING: | It looks like she's on, |
| C. PITFIELD: | Yeah, she is. |
| | |
| SGT. K. DOWLING: | the right side of the head. |
| C. PITFIELD: | Correct, |
| | |
| LT. D. MEUNIER: | Okay. So, |
| C. PITFIELD: | And just for the record, she's still down there then. Okay. |
| | |
| LT. D. MEUNIER: | Just so we're clear, you never mounted higher than the butt? |
| C. PITFIELD: | No. And I'd actually made a purpose of doing that. I know my size. |
| | |
| LT. D. MEUNIER: | Okay. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

C. PITFIELD:          I, I, I purposely made sure that it was lower on the buttocks area.

LT. D. MEUNIER:       And you could still have a little control.

SGT. K. DOWLING:      (inaudible) control.

LT. D. MEUNIER:       Movement.
C. PITFIELD:          Correct.

LT. D. MEUNIER:       Okay.
C. PITFIELD:          That was the pro, actually, if I'da been higher up, he probably woulda flipped me off.

LT. D. MEUNIER:       Okay. Alright, um, other detectives, other uniformed deputies are there.
C. PITFIELD:          (inaudible)

LT. D. MEUNIER:       Uh, does he appear in any distress?
C. PITFIELD:          None whatsoever, other than still continuing to get up. I mean he's still trying to stand up. He then,

LT. D. MEUNIER:       Is he verbal?
C. PITFIELD:          Um, I don't, I don't believe he was. I mean unless he was still, the only verbal I heard out of him, and again, I'm still hearing this...Firetruck, firetruck that uh, from him.

LT. D. MEUNIER:       Do you know you're bitten yet?
C. PITFIELD:          Um, I don't. Um, other than initially realizing that my leg wouldn't move. But I'm not thinking of that at this point. Um,

LT. D. MEUNIER:       But you haven't confirmed that you've sustained an injury yet?
C. PITFIELD:          None whatsoever.

LT. D. MEUNIER:       Okay.
C. PITFIELD:          Um,

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | That's to come in the near future? |
| C. PITFIELD: | Yes. Um, when I look up and I see Deputy Vega standing next to me and he asked me what do I need, um, I told him, I said you know, my leg is burning. Uh, something's going on with my leg. I need somebody to take my position and control him um, until EMS can get there. Um, I need to go see what's going on with my leg. |
| | |
| LT. D. MEUNIER: | Is that what happens? |
| C. PITFIELD: | That's when they, what happens. I dismount from him. Deputy Vega takes my spot. I retreat to the rear of my JPSO vehicle to retrieve a med kit and to tend to my injuries. |
| | |
| SGT. K. DOWLING: | Now it looks like Nick's already in the position. You're at the back of the vehicle right now. |
| C. PITFIELD: | Cuz I'm taking the med kit out, lifting up my pant leg and then realizing, lifting my pant leg, lowering my sock and then realizing I still have this, this bite mark injury to my inner right calf area. |
| | |
| SGT. K. DOWLING: | You know what's going on at this point? |
| C. PITFIELD: | I don't. I'm, I'm in the rear of my vehicle. Um, I can't see through there. I have, it's filled with equipment. I can't see through the side. Not hearing anything major going on. Uh, I'm just still tending to clean with rubbing alcohol and gauze, trying to, trying to clean my leg. |
| | |
| LT. D. MEUNIER: | Alright, that's you reemerging from the back of the vehicle. Do you know what's going on at this point? |
| C. PITFIELD: | Nothing other than when I come back to the front, I, I see the handcuffs are in front of him now. The double cuffs are now in front of him. So, in my mind, I'm, I'm questioning, you know, who unhandcuffed him and allowed his hands to come back to the front. And I may have even asked someone that and they said he rolled his arms from being double locked behind his back over the top and that is where they were. |
| | |
| LT. D. MEUNIER: | Is there a struggle? |
| C. PITFIELD: | Um, at this point, no. By the, |
| | |
| LT. D. MEUNIER: | What, what you see, is there a struggle? |
| C. PITFIELD: | What I see, no, I mean they're, they're just still holding him down. He's still wanting to stand up. They're still holding him. (inaudible) |

PRA1 JPSO 00271

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | But now the cuffs are, |
| C. PITFIELD: | The cuffs are in the front of him. |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. |

| | |
|---|---|
| SGT. K. DOWLING: | So what happens next? |
| C. PITFIELD: | Um, you know, I'm just trying to, you know, catch my breath and, and you know, collect what is going on. Um, still looking at dad, making sure if dad, if there's anything that we can do for dad. |

| | |
|---|---|
| SGT. K. DOWLING: | What's dad doing? |
| C. PITFIELD: | Dad is just standing there. Dad's really just kinda standing there. I think at one point somebody gets his information and starts getting his name and that kind of stuff. Uh, but dad is really just sitting there. Um, |

| | |
|---|---|
| SGT. K. DOWLING: | And what's mom doing? |

| | |
|---|---|
| LT. D. MEUNIER: | Has mom ever said anything? Mom is, is a psychiatrist, by profession. Did mom identify herself as a psychiatrist or a doctor or a physician? |
| C. PITFIELD: | So at a point um, when uh, we, I, I take mom um, once the um, once she starts, she starts screaming that y'all just choked him and that kinda caught my eye or uh, in my ear. |

| | |
|---|---|
| LT. D. MEUNIER: | Meaning the police? |
| C. PITFIELD: | Meaning the police. She's like y'all just choked him. I just saw it. So I turn my attention back and um, I take her to the back of their vehicle because she's now screaming...Y'all just choked him...Y'all just choked him. And so I said ma'am, calm down. Let them do their job and we're gonna take care of it. And she tells me well I'm a physician. So, |

| | |
|---|---|
| LT. D. MEUNIER: | So she does identify herself at some point, at that point? |
| C. PITFIELD: | Yes, towards the back of her vehicle, I'm a physician. I said okay ma'am, let's just calm down. We have the people here to do the job. Let's just let 'em do the job. Well then, she goes around the front of the vehicle and I don't chase her around. I'm just, |

| | |
|---|---|
| LT. D. MEUNIER: | Okay. |

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| C. PITFIELD: | trying to make sure she's not interfering with what the other officers were doing. |
| SGT. K. DOWLING: | So, when his arms come in the front, is he moved any kind of way? Is he moving around or... |
| C. PITFIELD: | Um, it seems like he's kind of positioned. I do remember at, at, at one point, prior to that, he was kicking his legs because someone re, retrieved leg shackles. |
| SGT. K. DOWLING: | Did they put 'em on? Do you know if they put 'em on him? |
| C. PITFIELD: | I believe they tried um, to put 'em on. I'm not sure 100% if they were completely put on. |
| SGT. K. DOWLING: | Uh-huh. |
| C. PITFIELD: | But I do remember leg shackles being retrieved because he was kicking his legs. |
| LT. D. MEUNIER: | When you, when you come back from the rear of your vehicle, you made an assessment of your leg wound. You've returned. |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | The cuffs are now in front. Whether you ask out loud or thought to yourself, you're wondering how did this happen? |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | At least that's what you were saying. It's, |
| C. PITFIELD: | That's correct. |
| LT. D. MEUNIER: | Okay. Um, is he essentially in the same position? Is he still prone? |
| C. PITFIELD: | He is still prone. |
| LT. D. MEUNIER: | Still on the ground? |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | Uh, Deputy Vega is still on his butt? |
| C. PITFIELD: | Correct. |

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | Alright. Uh, |
| C. PITFIELD: | And then some other officer's le, uh, controlling is his legs. |
| | |
| LT. D. MEUNIER: | Controlling his legs. |
| C. PITFIELD: | I see some officers in the back controlling his legs. |
| | |
| LT. D. MEUNIER: | Okay. Did you ever see anybody strike him? |
| C. PITFIELD: | Other than myself, no. |
| | |
| LT. D. MEUNIER: | Did you ever see anybody controlling his neck? |
| C. PITFIELD: | No. |
| | |
| LT. D. MEUNIER: | His head? |
| C. PITFIELD: | No. |
| | |
| LT. D. MEUNIER: | Okay. Is mom still around? |
| C. PITFIELD: | I'm uh, yes, because she is now yelling and screaming at the back of the vehicle that y'all just choked him. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | So at that point, um, I'm not sure which officer it was, but I heard somebody say let's roll him into the recovery position, which would just be on his side, on the pron, on a, on the side, rolling him like on his side so he is now laying uh, you know, in a sideways, on his body (inaudible) |
| | |
| LT. D. MEUNIER: | Why roll him into a recovery position? |
| C. PITFIELD: | Because she's yelling he's choked and he just stopped moving. |
| | |
| LT. D. MEUNIER: | He did stop moving? |
| C. PITFIELD: | He just stopped moving. |
| | |
| LT. D. MEUNIER: | Okay, so, by our standards, would you say now we're, we detect that he's nonresponsive? |
| C. PITFIELD: | Yes. |

### JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | Or at least we believe he may be nonresponsive? |
| C. PITFIELD: | Correct. And then someone, |
| | |
| LT. D. MEUNIER: | And so the recovery position is for breathing purposes? |
| C. PITFIELD: | Correct.  So to make sure there's nothing, there's nothing wro, blocking that at all. |
| | |
| LT. D. MEUNIER: | While we're waiting EMS that is apparently arriving at this point? |
| C. PITFIELD: | Correct. And an officer does start checking for a pulse. Um, I, I believe they said they felt a pulse. Um, and at some point they saw his uh, stomach and abdomen area moving while he was laying in that side recovery, |
| | |
| LT. D. MEUNIER: | Recovery position. |
| C. PITFIELD: | position. |
| | |
| LT. D. MEUNIER: | Let's go on then. |
| C. PITFIELD: | Then the EMS, the first EMS auh, uh, shows up um, does an assessment as well. Is, is feeling around for a pulse. Um, and then, at some point, instructs the, the deputies that were there to roll him on his back and commence chest compressions. |
| | |
| LT. D. MEUNIER: | Did you see that occur? |
| C. PITFIELD: | I saw the chest compressions start but then that was at the time when mom was staring to get a little bit louder um, and I'm just kinda watching the area as well. Obviously we have a lot of bystanders around making sure that the officers that are doing what they need to do, that took my position initially, to allow me to, you know, rehab and do, I'm kinda watching their backs now to make sure nobody else is coming up on us. |
| | |
| LT. D. MEUNIER: | Do you, if you know who, who began CPR, |
| C. PITFIELD: | I do not. |
| | |
| LT. D. MEUNIER: | and chest compressions? |
| C. PITFIELD: | Um, |
| | |
| LT. D. MEUNIER: | Okay. I mean we have the video. I mean, |
| C. PITFIELD: | actually, I do believe, |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | if you don't recall. |
| C. PITFIELD: | it was maybe Deputy uh, Deputy Myron Gaudet. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | I do remember Deputy Gaudet. |
| | |
| LT. D. MEUNIER: | So EMS is now on scene. At least the (inaudible) the, the supervisor, |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | is now running back (inaudible) |
| C. PITFIELD: | (inaudible) And basically, at this point, I'm kinda just decompressing everything that happened and, you know, just trying to I guess kinda trying to figure out everything that, that just happened over the past few minutes. |
| | |
| LT. D. MEUNIER: | CPR is continued? |
| C. PITFIELD: | That's correct. |
| | |
| LT. D. MEUNIER: | Chest compressions? |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Okay. |
| | |
| SGT. K. DOWLING: | What's dad doing? |
| C. PITFIELD: | I, I, I don't recall, but I mean dad, during most of the, most of the interactions after, was kinda just standing there. |
| | |
| LT. D. MEUNIER: | Does dad ever identif, dad is also a psychiatrist, by profession. |
| C. PITFIELD: | I never knew that. Okay. |
| | |
| LT. D. MEUNIER: | Does dad identify, well, obviously he doesn't identify himself as such. Okay. |
| C. PITFIELD: | I'm not sure I really had any other words from dad other than initially when he said he was trying to calm ▓▓▓ to get him in the car. |
| | |
| LT. D. MEUNIER: | Well, dad's also injured, right? |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| C. PITFIELD: | Oh, oh yes, yes. |
| LT. D. MEUNIER: | Okay. |
| SGT. K. DOWLING: | So the, mom tells you that he has autism. Does anybody else on the scene, |
| C. PITFIELD: | No, there's no one else around. |
| LT. D. MEUNIER: | Do you ever, |
| SGT. K. DOWLING: | Well, no, what I'm saying does anybody else on the scene know that, at this point? |
| LT. D. MEUNIER: | advise anybody else? |
| C. PITFIELD: | At, at a point when Deputy Gaudet comes up, initially, and asked what do we need? I then relay and say Myron, that is his first name, Myron, he's a sixteen year old autistic and they said okay. |
| SGT. K. DOWLING: | Okay. |
| C. PITFIELD: | Now that, this was well after I had, I had already, you know, tended to my leg and come back when Deputy Gaudet comes up, um, at, at that point. |
| LT. D. MEUNIER: | To your knowledge, you never told any of the detectives or deputies who, as they were, as they were arriving? You didn't, |
| C. PITFIELD: | I don't believe so. |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | Cuz his mom was there, |
| LT. D. MEUNIER: | (inaudible) |
| C. PITFIELD: | the entire time as well. |
| LT. D. MEUNIER: | Okay. |
| SGT. K. DOWLING: | Was anybody else on the scene, saying that he had special needs or he was autistic? |

PRA1 JPSO 00277

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| C. PITFIELD: | No. No, I heard it the one time from mom when I was asking initially um, you know, what was going on? What is setting him off? What can we do? And she just said he's, he's a, he's autistic. So that was the only time I heard it from mom um, and then I relayed it at that point uh, to Deputy Gaudet when he came up. |
| LT. D. MEUNIER: | Okay. We're, I think we're good with video. So let me, let me go back and see if I can recap. Correct me when and where I'm wrong. |
| C. PITFIELD: | Okay. |
| LT. D. MEUNIER: | You're working a detail. |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | You get a call pursuant to the detail from the manager at Laser Tag. |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | She summons you over for a father / son dispute, my words |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | She wants your intervention and something with a father and son? |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | You don't know that it's in the parking lot. It's not defined enough for you. |
| C. PITFIELD: | And she's calling from the inside of the business and she says the front. So I'm assuming front door. |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | So the front area of the business. |
| LT. D. MEUNIER: | So you proceed from the other end and come over? |
| C. PITFIELD: | Correct. |
| LT. D. MEUNIER: | Only to learn that father / son, sizable son, |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | not, not a child in any way, as far as he, |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| C. PITFIELD: | The facility was, the facility was filled with smaller childr, I think there was even a birthday party going on. |
| LT. D. MEUNIER: | Alright. |
| C. PITFIELD: | And it was filled with smaller children. I was, that was not what I was expecting. |
| LT. D. MEUNIER: | So initially, we've looked at the video now and you've described the events and initial impressions, but you see son when he exits the vehicle, not when he was fully in it but when he makes himself visible from (inaudible) Do you recall seeing him hitting himself? |
| C. PITFIELD: | Yes. |
| LT. D. MEUNIER: | He's also hitting dad but, but he's, he, he's striking himself in the head. |
| C. PITFIELD: | Initially, yes, hitting himself in the head. |
| LT. D. MEUNIER: | Does that tell you anything at that point? |
| C. PITFIELD: | I know something, something else is going on with this child and this is clearly, this is clearly the special needs child that they had told me uh, about. |
| LT. D. MEUNIER: | And that's the conclusion you're drawing at that point? |
| C. PITFIELD: | Yes, yes. |
| LT. D. MEUNIER: | Basically seeing, |
| C. PITFIELD: | that there's something wrong. There's something wrong. |
| LT. D. MEUNIER: | Okay. Uh, dad never identifies him, I'm his father. I'm a physician. I'm a psychiatrist? |
| C. PITFIELD: | No. |
| LT. D. MEUNIER: | He has autism? |
| C. PITFIELD: | No. |
| LT. D. MEUNIER: | He, he has um, emotional outbursts? |
| C. PITFIELD: | No. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | Or physical or violent outbursts? Dad's not informing you of things? |
| C. PITFIELD: | No. |
| | |
| LT. D. MEUNIER: | Now, dad's sustained injuries already and dad's bleeding. |
| C. PITFIELD: | I see some blood on dad, initially, yes, and then I hear ███, I, from his voice, from. from dad talking to him...███ calm down. so yeah, that is, dad never, never verbally tells me anything. |
| | |
| LT. D. MEUNIER: | You get struck in the head? |
| C. PITFIELD: | I do. |
| | |
| LT. D. MEUNIER: | Once or more than once? |
| C. PITFIELD: | Uh, at least once and that was when I stepped in to basic, dad gave his back to him and I saw, at that point, the, the sor, sizeable hole in dad's facial area. So I intervened and interjected myself into it and at that point to, to save dad. |
| | |
| LT. D. MEUNIER: | Okay. You're struck. Obviously it's not a debilitating blow, um, |
| C. PITFIELD: | It was enough to feel that this was somebody with some strength. |
| | |
| LT. D. MEUNIER: | That's what I'm asking. Okay, |
| C. PITFIELD: | With some strength. |
| | |
| LT. D. MEUNIER: | using strength, power and strength. |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | Okay. Ultimately you're able to get him to the ground. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | It doesn't look like it took that much effort. |
| C. PITFIELD: | Exactly. |
| | |
| LT. D. MEUNIER: | He's either off balance or you put him off balance. He's on the ground and he's in a ultimately what's gonna be a prone position. |
| C. PITFIELD: | Correct. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | And you mount him, legs on either side, and you're essentially sitting on his butt. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | You're not willing to go up further. You also realize you're a sizable guy. |
| C. PITFIELD: | Uh-huh. |
| | |
| LT. D. MEUNIER: | You stay where you are and you hold control of what you said is his right hand. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Which you've got cuffed. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Is it fair to say you're plan at that point is, is not to go for getting the other hand, but to wait for the police? |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | You've already called 'em? |
| C. PITFIELD: | I, I've already assessed that dad can't control the strength that he has. Uh, so if this is what we have and I'm controlling his center, which is his hips area and I have his right hand, there's really not much he can do unless he wants to start hitting himself again. |
| | |
| LT. D. MEUNIER: | He's breathing. |
| C. PITFIELD: | He is breathing. |
| | |
| LT. D. MEUNIER: | He's verbal at times. |
| C. PITFIELD: | He's verbal, yelling firetruck. Again, that word firetruck, I, I've been hearing it since Sunday. |
| | |
| LT. D. MEUNIER: | Did you hear a siren at this, |
| C. PITFIELD: | Yes, I'm hearing sirens. |
| | |
| LT. D. MEUNIER: | I mean that was prompting 'firetruck"? |
| C. PITFIELD: | Yes. He's hearing sirens and I'm assuming he likes firetrucks. |

---

PRA1 JPSO 00281

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | Okay. But he's saying that? |
| C. PITFIELD: | Firetruck. Firetruck. |
| | |
| LT. D. MEUNIER: | Okay. So he's moving. |
| C. PITFIELD: | Yes, he's continuing to try to lift his hips to get up. |
| | |
| LT. D. MEUNIER: | So he's competing with you, physically, |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | my word, he's, he's responding your movement, his movement, you're countering each other. |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | And he's verbal. |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | And you've got enough control to hold what you've got while you're awaiting deputies, |
| C. PITFIELD: | Dad is holding the left hand and kinda controlling that down. He's not really doing much. He's pulling the right hand a lot. And I am just continuing to hold it back behind him. |
| | |
| LT. D. MEUNIER: | You're struggling more than dad is at this point. |
| C. PITFIELD: | Absolutely. |
| | |
| LT. D. MEUNIER: | Okay. |
| C. PITFIELD: | And dad was kind of, you know, maintaining that left hand. |
| | |
| LT. D. MEUNIER: | You still don't know that you're injured? |
| C. PITFIELD: | No. |
| | |
| LT. D. MEUNIER: | Alright, you only know you're injured once you, you get relieved from Deputy Vega? |
| C. PITFIELD: | Well, I kinda get that little, I get that relief of other officers being there. |

PRA1 JPSO 00282

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | But I mean literally relieved, |
| C. PITFIELD: | Yes. When he, |
| | |
| LT. D. MEUNIER: | of the duty of, |
| | |
| SGT. K. DOWLING: | Then you, |
| | |
| LT. D. MEUNIER: | of straddling him (inaudible) |
| C. PITFIELD: | Correct, correct. |
| | |
| SGT. K. DOWLING: | Which you go back and check your leg. |
| C. PITFIELD: | Yes, correct. |
| | |
| LT. D. MEUNIER: | And that's through your pant leg and sock? |
| C. PITFIELD: | Through pant leg and through sock. |
| | |
| LT. D. MEUNIER: | Okay. Um, the first time you realized he's nonresponsive, based on your account in the video, would have to be when you're returning after assessing your own leg, returning from the rear of your vehicle. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | And now, the cuffs that apparently Det. Vaught first, first responder, |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Det. Vaught, secures the left arm and you get two cuffs on. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | You get relieved by Deputy Vega. He takes your position on the butt. Both hands cuffed behind ██████s back? |
| C. PITFIELD: | Yes. |
| | |
| LT. D. MEUNIER: | You've now made an assessment by your vehicle. You've returned. Now you learn he's in distress. |
| C. PITFIELD: | Correct. |

## JEFFERSON PARISH SHERIFF'S OFFICE
### TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

| | |
|---|---|
| LT. D. MEUNIER: | Respiratory distress. He's nonresponsive. |
| C. PITFIELD: | (inaudible) |
| | |
| LT. D. MEUNIER: | And the handcuffs are now in front and you have no explanation for that? |
| C. PITFIELD: | None. |
| | |
| LT. D. MEUNIER: | You didn't see that. |
| C. PITFIELD: | No. |
| | |
| LT. D. MEUNIER: | Okay. Um, EMS arrives ultimately. They transport him. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Do you ever go to the hospital for your injuries? |
| C. PITFIELD: | I do. Uh, after I speak with yourself and a couple other detectives that were there on the scene, um, I am instructed to go get my injuries tended to at the hospital. |

LT. D. MEUNIER: Okay. And just for clarity, we're on the Eastbank. We're in the 8800 block of Veterans. Ordinarily East Jefferson would have been more reasonable. In fact, you went to West Jefferson.

C. PITFIELD: I decided it was probably in my best interest of West Jefferson. I really, you know, ██████ was transported to East Jefferson. The family was at East Jefferson. Um, it would have been a better situation for me not to be interjected back into there. I mean I, at this point, my uniform pants are covered in blood and dirt and I didn't feel, an oth, and other supervisors on the scene agreed as well. The alternative of going to West Jefferson Hospital was probably in the best interest of everybody.

| | |
|---|---|
| LT. D. MEUNIER: | And I was one of those. We agreed. |
| C. PITFIELD: | Absolutely. |
| | |
| LT. D. MEUNIER: | Yes, okay. |
| C. PITFIELD: | Absolutely. |
| | |
| LT. D. MEUNIER: | Your treatment... it was cleaned. |
| C. PITFIELD: | It was cleaned. They actually picked skin off that was broken, that was there. Uh, treated it with an antibiotic. I am on um, I am on an oral antibiotic, uh, currently. Um, I uh, have to go do follow-up uh, before the end of the week. |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

| | |
|---|---|
| LT. D. MEUNIER: | Did you receive a Tetanus shot? |
| C. PITFIELD: | I received a Tetanus shot. I had blood drawn from me um, as well. |
| | |
| LT. D. MEUNIER: | And you were released? |
| C. PITFIELD: | Yes sir. |
| | |
| LT. D. MEUNIER: | So you were never actually admitted. I mean triaged, emergency room. |
| C. PITFIELD: | Emergency room only. Emergency room only. |
| | |
| LT. D. MEUNIER: | Not admitted to the hospital, |
| C. PITFIELD: | That's correct. |
| | |
| LT. D. MEUNIER: | for an overnight? |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Okay. With follow-ups to come. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Alright. |
| C. PITFIELD: | Wound care. I have to do wound care every day. Uh, watching, watching the bite to make sure it's not getting any type of infection. |
| | |
| LT. D. MEUNIER: | Okay. I know it's, it's, it's a bit awkward to ask the question, but, because you're in a struggle, but at the point in which you've got control of the right hand and you're straddling the butt. So essentially you're, you're effectively succeeding in holding what you got, preventing him from rising, getting back to his feet. Um, and you said more than once that you, you were patting him. |
| C. PITFIELD: | Correct. |
| | |
| LT. D. MEUNIER: | Can, can you explain that to me? |
| C. PITFIELD: | So as I was on his uh, his, his buttocks here, um, I had the right arm and mom and, you know, mom was talking to him...calm down ███...and I was even, I, I was rubbing his shoulder blade area and then even like caressing the side, just trying to calm him down. I mean I didn't know if it was a soothing, a soothing motion or a soothing touch, just something to let him know that it was gonna be okay and I'm talk. I'm, I'm talking over mom...███ just calm down. It's gonna be okay. Just |

**JEFFERSON PARISH SHERIFF'S OFFICE**
**TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM**

calm down. Calm down. And I'm, at the same time I'm rubbing his, his left shoulder blade area and rubbing the side of him as well, the side of his torso.

LT. D. MEUNIER:    Alright. Had you ever seen them at Laser Tag before?
C. PITFIELD:       Never, never prior to that day.

LT. D. MEUNIER:    Okay. Just so you know, Laser Tag employees have been interviewed. They said they're regulars. So I'm just asking you if you had ever encountered them before.
C. PITFIELD:       I only work once every other Sunday and I had never encountered them prior, previously.

LT. D. MEUNIER:    Alright.

SGT. K. DOWLING:   And how long you been working?
C. PITFIELD:       Um, I've probably been working at that facility since uh, maybe the end, the fourth quarter of uh, the previous year, so maybe three or four months.

LT. D. MEUNIER:    Okay. You have any other questions?
SGT. K. DOWLING:   No

LT. D. MEUNIER:    Anything we haven't asked you, that you think needs to be addressed?
C. PITFIELD:       Nah, I think we're good.

LT. D. MEUNIER:    Okay. Alright, then I think we're through.
C. PITFIELD:       Okay.

SGT. K. DOWLING:   Alright. I appreciate you coming in.

PRA1 JPSO 00286