UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL | * | CIVIL ACTION NO: 21-CV-80 |
| Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III, ET AL. | * | MAGISTRATE: CURRAULT |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE OF COURT TO FILE THE ATTACHED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' ADA and RA CLAIMS (R. DOC. 154)**

**MAY IT PLEASE THE COURT:**

The JPSO Defendants respectfully move the Court for leave of court to file the attached Reply Memorandum in support of Motion for Partial Summary Judgment (R. Doc. 154).

The Defendants submit the following:

I.

The attached Memorandum will assist the Court in determining the relevant issues.

II.

The granting of this Motion will not result in any prejudice or undue delay.

III.

The granting of this Motion will not unduly upset any other deadlines.

**WHEREFORE**, the JPSO Defendants pray that this Motion be granted and that the attached Reply Memorandum in support of their Motion for Partial Summary Judgment (R. Doc. 154) be filed into the record.

Respectfully submitted,

**/s/ James B. Mullaly**
_____
**FRANZ L. ZIBILICH, LSB#14914**
**JAMES B. MULLALY, LSB#28296**
MARTINY & ASSOCIATES, LLC
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: fzibilich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

**/s/ James B. Mullaly**

_____
**JAMES B. MULLALY**