UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOUA, ET AL | * | CIVIL ACTION NO 21-CV-80 |
|     Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III ET AL. | * | MAGISTRATE: CURRAULT |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that the JPSO Defendants' motion for leave of court to file their Reply Memorandum in support of their Motion for Partial Summary Judgment (R. Doc. 154) be and is hereby GRANTED and, accordingly.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the JPSO Defendants' Reply Memorandum in support of their Motion for Partial Summary Judgment (R. Doc. 154) be filed into the record.

New Orleans, Louisiana, this \_\_\_\_ day of May 2023.

_____
**HONORABLE WENDY B. VITTER**
**U.S. DISTRICT COURT JUDGE**