UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

### *Ex Parte* Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants

Plaintiffs moved for Partial Summary Judgment on their Fourth Amendment claim regarding JPSO's use of search warrants without suspicion of any crime.

On August 10, 2022, Plaintiffs filed a Motion for Partial Summary Judgment regarding JPSO's execution of criminal search warrants without any suspicion of a crime. Doc. 93.

On May 18, 2023, this Court denied the motion, on the grounds that it is "unclear to the Court whether Plaintiffs have even asserted a Fourth Amendment claim against Sheriff Lopinto, in his official capacity, regarding the criminal search warrants." Doc. 208 at 22-23. The Court's order did not indicate that the denial was with prejudice.

In the same order, the Court granted Plaintiffs leave to amend their complaint. In doing so, the Court found that "Plaintiffs have not acted with undue delay, bad faith, or dilatory motive in seeking leave to amend, nor have Plaintiffs failed to cure deficiencies in the Complaint with prior amendments." *Id*. at 23-24.

On May 23, 2023, Plaintiffs filed an amended complaint to make clear that they have asserted a Fourth Amendment claim against Sheriff Lopinto regarding the criminal search warrants. Doc. 215.

For that reason, Plaintiffs ask this Court for leave to renew their motion for partial summary judgment, as attached here. Leave is required because the Court's order denying the

summary judgment motion came after the deadline for filing summary judgment motions. The search warrant issue, however, is particularly susceptible to resolution at the summary judgment phase, given that it turns only on legal questions regarding the requirements for search warrants. Efficiency of trial would be promoted by considering the issue of the search warrants at the summary judgment phase.

      Wherefore, Plaintiff asks that this Motion be granted and the attached Motion, Memorandum in Support, and Statement of Material Facts be entered into the record.

      RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com