UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order on *Ex Parte* Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants**

After consideration of Plaintiffs' *Ex Parte* Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants, the Motion is GRANTED.

Plaintiffs' proposed Motion, Memorandum in Support, and Statement of Material Facts shall be filed into the record.

_____
JUDGE

1