UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

### *Ex Parte* Motion for Leave to File Reply in Support of Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants

Plaintiffs moved for leave to file a Renewed Motion for Partial Summary Judgment on their Fourth Amendment claim regarding JPSO's use of search warrants without suspicion of any crime. JPSO Defendants oppose that motion. Doc. 220.

Plaintiff requests leave to file the attached Reply brief to address Defendant's arguments in opposition. Among other things, Defendant's brief inaccurately claims that new parties have been added to the amended complaint.

Wherefore, Plaintiff asks that this Motion be granted and the attached Reply brief be entered into the record.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com