UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Order on Ex Parte Motion for Leave to File Reply in Support of Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants**

After consideration of Plaintiffs' *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion for Leave to File Renewed Motion for Partial Summary Judgment on Search Warrants, the Motion is GRANTED.

Plaintiffs' proposed Reply shall be filed into the record.

_____
JUDGE

1