UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| --- | --- | --- |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P, LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Plaintiffs' List of Material Facts**

|   | Plaintiffs' Material Facts | Defendant Lopinto's Response |
| --- | --- | --- |
| 1 | On January 19, 2020, E.P. died. He had been with officers of the Jefferson Parish Sheriff's Office in the parking lot of the Westgate Shopping Center in Metairie, LA.[1] | |
| 2 | On January 20, 2020, JPSO began seeking criminal search warrants regarding E.P. and his father.[2] | |
| 3 | None of the search warrant applications identified a crime.[3] | |
| 4 | A 30(b)(6) representative for Sheriff Lopinto in his official capacity testified that the "only crime that could have conceivably been considered at that point would be one by deputy or deputies against Eric Parsa."[4] | |
| 5 | A 30(b)(6) representative for Sheriff Lopinto in his official capacity testified that "JPSO didn't have any reason to suspect a crime was committed against EP at the time of this search warrant application."[5] | |
| 6 | The officer who sought the warrants testified that he did not "conclude that there was probable cause that any officer of the Jefferson Parish Sheriff's Office committed a crime" when he "sought the warrants."[6] | |

---

[1] Doc. 9 (Answer) at pg. 9, admitting ¶ 1.
[2] Doc. 93-4 (Search Warrants and Search Warrant Applications) at 1
[3] Doc. 93-4
[4] Doc. 93-5 (Dep. of 30(b)(6) Representative of JPSO) at 43:2-6
[5] Doc. 93-5 at 44:16-45:11
[6] Doc. 155-5 (Dep. of Dowling) at 77:1-6.

| | | |
|---|---|---|
| 7 | A 30(b)(6) representative for Sheriff Lopinto in his official capacity testified that there nothing "about the search warrants for EP that is inconsistent with the way Sheriff Lopinto requires that they be used."[7] | |

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023; williammost@gmail.com

---

[7] Doc. 93-5 at 16:7-17:15.

2