UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL | * | CIVIL ACTION NO: 21-CV-80 |
|     Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III, ET AL. | * | MAGISTRATE: CURRAULT |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE OF COURT TO FILE THE ATTACHED CROSS-MOTION FOR SUMMARY JUDGMENT ON BEHALF OF SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS' ORIGINAL AND *RENEWED* MOTION FOR PARTIAL SUMMARY JUDGMENT, R. DOCS. 93 and 225**

**MAY IT PLEASE THE COURT:**

Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish, respectfully moves the Court for leave of court to file the attached Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Original (R. Doc. 93) and *Renewed* Motion for Partial Summary Judgment (R. Doc. 225).

The Sheriff submits the following:

I.

The granting of this Motion will assist the Court in determining the relevant issues.

II.

The granting of this Motion will not result in any prejudice or undue delay.

III.

The granting of this Motion will not unduly upset any other deadlines.

IV.

The granting of this Motion is in the interest of judicial economy and the convenience of all concerned parties. Indeed, given the already burdened record in this case, the granting of this Motion will spare the time and expense of having to file separate summary judgment motions and going through separate proceedings.

**WHEREFORE**, the Sheriff prays that this Motion be granted and that the attached Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Original (R. Doc. 93) and *Renewed* Motion for Partial Summary Judgment (R. Doc. 225) be filed into the record.

Respectfully submitted,

/s/ James B. Mullaly

_____
**FRANZ L. ZIBILICH, LSB#14914**
**JAMES B. MULLALY, LSB#28296**
MARTINY & ASSOCIATES, LLC
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: fzibilich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**