UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTIO, III, ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

### CROSS-MOTION FOR SUMMARY JUDGMENT ON BEHALF OF SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS' ORIGINAL AND *RENEWED* MOTION FOR PARTIAL SUMMARY JUDGMENT, R. DOCS. 93 and 225

**NOW INT COURT,** through undersigned counsel comes Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as the Sheriff of Jefferson Parish ("the Sheriff"), who respectfully moves for summary judgment as a matter of law and opposes Plaintiffs' Original (R. Doc. 93) and *Renewed* Motion for Partial Summary Judgment (R. Doc. 225).

The Sheriff submits: (1) Plaintiffs' claims arising out of the subject warrants are prescribed; (2) Plaintiffs lack standing to sue for any alleged search of E.P.'s records; and (3) Plaintiffs have failed to demonstrate that Sheriff Lopinto had an unconstitutional policy or practice that was the moving force behind the alleged Constitutional violation arising out of the warrants.

**WHEREFORE**, the Sheriff prays that, after due proceedings are had, his

1

Cross-Motion for Summary Judgment be GRANTED, and Plaintiffs' renewed Motion for Summary Judgment be DENIED, dismissing Plaintiffs' claims regarding the warrants with prejudice and at Plaintiffs' cost.

                Respectfully submitted,

                **/s/ James B. Mullaly**
                _____
                **JAMES B. MULLALY, LSB#28296**
                **FRANZ L. ZIBILICH, LSB#14914**
                MARTINY & ASSOCIATES, LLC
                131 Airline Drive
                Suite 201
                Metairie, Louisiana 70001
                Telephone: (504) 834-7676
                Facsimile: (504) 834-5409
                Email: mulljtc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

                **/s/ James B. Mullaly**
                _____
                **JAMES B. MULLALY**