UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO: 21-80 |
| VERSUS | * | |
| | * | SECTION: D-2 |
| | * | |
| SHERIFF JOSEPH LOPINTO, III ET AL. | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * ****

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT ON BEHALF OF SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS' ORIGINAL AND *RENEWED* MOTION FOR PARTIAL SUMMARY JUDGMENT, R. DOCS. <u>93 and 225</u>**

**MAY IT PLEASE THE COURT:**

Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish, respectfully submits the following uncontested material facts in support of his cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment.

1. The underlying incident sued upon, the death of E.P., occurred on **January 19, 2020**. R. Doc. 1.

2. Warrants 1 (R. Doc. 96-2), 2 (R. Doc. 96-3), and 4 (R. Doc. 96-5) were issued on **January 20, 2020**.

3. Warrant 3 (R. Doc. 96-4) was issued on **January 22, 2020**.

1

4. Warrant 6 (R. Doc. 96-7) was issued on **January 21, 2020**.

5. Warrant 7 (R. Doc. 96-8) was issued on **February 7, 2020**.

6. Plaintiffs filed suit on **January 14, 2021**. R. Doc. 1.

7. In their Original Complaint, Darren Parsa was not named as a party in his own right and did not assert any causes of action on his own behalf for any alleged harm to him personally. R. Doc. 1, ¶ 15. Rather, he sued on behalf of E.P. pursuant to the Louisiana wrongful death and survival statutes. *Id*. He alleged: "Plaintiff Daren Parsa is the father of decedent E.P., and is of suitable age and capacity to file this suit… He is a proper plaintiff for survival and wrongful death actions, as E.P. died leaving no spouse or children to survive him." *Id*. Darren Parsa alleges nothing more in his First Amended Complaint. R. Doc. 215, ¶ 15.

8. Further, as recognized by the Court in its Order and Reasons on Plaintiffs' original Motion for Summary Judgment, Plaintiffs **did not assert any Fourth Amendment cause of action against the Sheriff** arising out of the warrants. *See* Court's May 18, 2023, Order and Reasons, R. Doc. 208, at p. 12. (emphasis added).

9. **There was no claim asserted by or on behalf of Darren Parsa *or* against the Sheriff in Plaintiffs' *Original* Complaint** regarding the warrants.

Respectfully submitted,

/s/ James B. Mullaly

_____
**FRANZ L. ZIBILICH, LSB# 14912**

**JAMES B. MULLALY, LSB# 28296**
**MARTINY & ASSOCIATES, LLC**
131 Airline Highway
Suite 201
Metairie, Louisiana 70001
(504) 834-7676
(504) 834-5409 (fax)
e-mail: fzibilich@gmail.com