## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, ET AL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTIO, III, ET AL** | * | **SECTION "D-2"** |

\* \* \* \* \* \* \* \* \*

### CROSS-MOTION FOR SUMMARY JUDGMENT ON BEHALF OF SHERIFF LOPINTO IN HIS OFFICIAL CAPACITY

**NOW INT COURT,** through undersigned counsel comes Defendant, Sheriff Joseph P. Lopinto, III, in his official capacity as the Sheriff of Jefferson Parish ("the Sheriff"), who respectfully moves for partial summary judgment as a matter of law.

The Sheriff submits: (1) Plaintiffs' claims arising out of the subject warrants are prescribed; (2) Plaintiffs lack standing to sue for any alleged search of E.P.'s records; and (3) Plaintiffs have failed to demonstrate that Sheriff Lopinto had an unconstitutional policy or practice that was the moving force behind the alleged Constitutional violation arising out of the warrants.

**WHEREFORE**, the Sheriff prays that, after due proceedings are had, his Cross-Motion for Summary Judgment be GRANTED, dismissing Plaintiffs' claims regarding the warrants with prejudice and at Plaintiffs' cost.

Respectfully submitted,

**/s/ James B. Mullaly**

1

                                                                                  _____
**JAMES B. MULLALY, LSB#28296**
**FRANZ L. ZIBILICH, LSB#14914**
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: mulljtc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

                                            **/s/ James B. Mullaly**

                                            _____
                                            **JAMES B. MULLALY**