UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOUA, ET AL | * | CIVIL ACTION NO 21-CV-80 |
| Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III ET AL. | * | MAGISTRATE: CURRAULT |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * *

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Sheriff's motion

for leave of court to file his Cross-Motion for Summary Judgment be and is hereby

GRANTED and, accordingly.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the

Sheriff's Cross-Motion for Summary Judgment be filed into the record.

New Orleans, Louisiana, this _____ day of June 2023.


_____
**HONORABLE WENDY B. VITTER**
**U.S. DISTRICT COURT JUDGE**