# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LOU, III** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 21-80** |
| **SHERIFF JOSEPH P. LOPINTIO, III ET AL** | * | **SECTION "D-2"** |

## NOTICE OF SUBMISSION

Please take notice that the foregoing Motion will be submitted for hearing before the United States District Court for the Eastern District of Louisiana, the Honorable Judge Wendy B. Vitter presiding, 500 Poydras Street, Room C-352, New Orleans, Louisiana, on the 27th day of June 2023, at 9:30 a.m. or as soon thereafter as it may be heard.

Respectfully submitted,

**/s/ James B. Mullaly**
_____
**FRANZ L. ZIBILICH, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: mulljtc@gmail.com