UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P. LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

### *Ex Parte* Motion for Leave to File Supplement in Support of Renewed Motion for Partial Summary Judgment on Search Warrants

Plaintiffs moved for leave to file a Renewed Motion for Partial Summary Judgment on their Fourth Amendment claim regarding JPSO's use of search warrants without probable cause. JPSO Defendants oppose that motion. Doc. 220.

Subsequent to that briefing, JPSO Defendants filed an Answer to Plaintiffs' operative complaint. Doc. 240. That Answer admitted (by failing to deny) several allegations relevant to the pending motion. Plaintiffs request leave to file the attached two-page supplement to bring those admissions to the Court's attention, because they may aid the Court in ruling on the motion.

Wherefore, Plaintiff asks that this Motion be granted and the attached Reply brief be entered into the record.

RESPECTFULLY SUBMITTED,

Andrew C. Clarke (TN BPR # 15409)
The Cochran Firm Midsouth
One Commerce Square, Suite 1700
(901) 523-1222 (Telephone)
aclarke@cochranfirmmidsouth.com

*/s/ William Most*
WILLIAM MOST (BPR # 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com