UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL. | * | CIVIL ACTION NO. 21-80 |
| VERSUS | * | SECTION "D" (2) |
| SHERIFF JOSEPH P. LOPINTO, III, ET AL. | * | Judge Wendy B. Vitter<br>Magistrate Judge Donna P. Currault |

**Plaintiffs' Supplement in Support of Motion for Partial Summary Judgment**

Federal Rule of Civil Procedure Rule 8(b)6) establishes that an "allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied."

Here, Plaintiff filed an amended complaint. Doc. 215. JPSO Defendants responded with an amended answer. Doc. 240. In that amended answer, JPSO Defendants failed to respond to several allegations relevant to Plaintiffs' pending motion for partial summary judgment regarding search warrants.[1] Therefore, those allegations are admitted. They include Plaintiffs' allegations that:

- "These search warrants were obtained pursuant to the Sheriff's policy." ¶ 517

- "The Sheriff's policy was the moving force for Dowling obtaining these search warrants." ¶ 519

- "Dowling confirmed that there was no probable cause on which to base the warrants." ¶ 522.

- "Because probable cause cannot exist in the absence of facts suggesting a crime, those admissions are sufficient to establish the Fourth Amendment violation." ¶ 530.

- "No reasonably competent officer would have concluded that a warrant should issue in the absence of a suspected crime, given that the 'probable cause' requirement is in the text of the Fourth Amendment." ¶ 531.

---

[1] Any contents of the prior answer are at this point irrelevant. *See Dynamic Tool Co. v. Cont'l Cas. Co.*, No. EP-13-CV-224-DB, 2013 U.S. Dist. LEXIS 194839, at *1 (W.D. Tex. Oct. 7, 2013) ("An amended pleading supersedes the original and renders it of no legal effect."), citing *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994).

1

Even without these admissions, Plaintiffs should be entitled to summary judgment on their search warrant claim, for the reasons detailed in their briefing. But these admissions provide additional support for granting summary judgment.

                              RESPECTFULLY SUBMITTED,

                              Andrew C. Clarke (TN BPR # 15409)
                              The Cochran Firm Midsouth
                              One Commerce Square, Suite 1700
                              (901) 523-1222 (Telephone)
                              aclarke@cochranfirmmidsouth.com

                              */s/ William Most*
                              WILLIAM MOST (La. Bar No. 36914)
                              Most & Associates
                              201 St. Charles Ave., Ste. 2500 #9685
                              New Orleans, LA 70170
                              Tel: (504) 509-5023; williammost@gmail.com