UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONNA LOU, ET AL            *        CIVIL ACTION NO: 21-CV-80
           Plaintiffs        *
                            *        SECTION: D-2
VERSUS                  *
                            *        JUDGE: VITTER
                            *
JOSEPH P. LOPINTO, III, ET AL.   *        MAGISTRATE: CURRAULT
           Defendants     *
* * * * * * * * * * * * * * * * * * * * * *

**_UNOPPOSED_ MOTION FOR LEAVE OF COURT TO FILE THE ATTACHED AMENDED AND SUPERSEDING ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT (R. DOC. 215)**

**MAY IT PLEASE THE COURT:**

Defendants, JOSEPH P. LOPINTO, III., individually and in his official capacity as Sheriff of Jefferson Parish, and JPSO Deputies PITFIELD, VEGA, VAUGHT, MEHRTENS**,** GAUDET, GUIDRY, and ESTRADA (the "JPSO Defendants"), respectfully move the Court for leave of court to file the attached Amended and Superseding Answer to Plaintiffs' First Amended Complaint (R. Doc. 215).

The Defendants submit the following:

I.

The original Answer to Plaintiffs' First Amended Complaint, R. Doc. 240, inadvertently omitted answers to several paragraphs.  This was inadvertent and the

Defendants by no means intended to admit the allegations or waive any objections to same.

## II.

The granting of this Motion will not result in any prejudice or undue delay.

## III.

The granting of this Motion will not unduly upset any other deadlines.

## IV.

Counsel for Plaintiffs was contacted via telephone.  This Motion is **unopposed**.

**WHEREFORE**, the JPSO Defendants pray that this Motion be granted and that the attached Amended and Superseding Answer to Plaintiffs' First Amended Complaint (R. Doc. 215) be filed into the record.

Respectfully submitted,

**/s/ James B. Mullaly**

_____
**FRANZ L. ZIBILICH, LSB#14914**
**JAMES B. MULLALY, LSB#28296**
MARTINY & ASSOCIATES, LLC
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: fzibilich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**