UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOUA, ET AL | * | CIVIL ACTION NO 21-CV-80 |
| Plaintiffs | * | |
| | * | SECTION: D-2 |
| VERSUS | * | |
| | * | JUDGE: VITTER |
| | * | |
| JOSEPH P. LOPINTO, III ET AL. | * | MAGISTRATE: CURRAULT |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * *

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that the JPSO Defendants' motion for leave of court to file their Amended and Superseding Answer to Plaintiffs' First Amended Complaint (R. Doc. 215) be and is hereby GRANTED and, accordingly.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the JPSO Defendants' Amended and Superseding Answer to Plaintiffs' First Amended Complaint (R. Doc. 215) be filed into the record.

New Orleans, Louisiana, this ____ day of June 2023.

_____
**HONORABLE WENDY B. VITTER**
**U.S. DISTRICT COURT JUDGE**