MINUTE ENTRY
CURRAULT, M.J.
SEPTEMBER 28, 2023
**MJSTAR:  3:59**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LOU, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 21-80 |
| SHERIFF JOSEPH P. LOPINTO, III, ET AL | * | SECTION "D" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached. The material terms of settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same.

The parties agreed that the settlement terms and amount between Plaintiffs and Victory Real Estate Investments LA, LLC and Westgate Investors NO, LLC would be confidential. In light of the parties' confidentiality agreement regarding settlement, the recording of the settlement terms will not be released, and no transcript of the settlement proceedings shall be made, except upon motion noticed to all parties and order of the court.

By copy of this minute entry, Judge Vitter is advised so that she may enter an appropriate 60-day conditional dismissal order.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:
HON. WENDY B. VITTER**