**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DONNA LOU, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                  **NO. 21-80**

**JOSEPH P. LOPINTO, III, ET AL.**              **SECTION: D (2)**

## CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by both the Magistrate Judge and by counsel for the Plaintiffs in an email sent to the Court on September 28, 2023 upon which all counsel were copied, that the parties to this action have reached a settlement of all claims;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties. The Court takes this opportunity to recognize and thank the parties and the Magistrate Judge for their efforts to amicably resolve this exceptionally serious and emotionally-charged case. This resolution would not have occurred but for the good faith efforts of the parties.

New Orleans, Louisiana, September 29, 2023.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**